# EXHIBIT I

|||
|---|---|
| (12) **United States Patent**<br>McDowell et al. | (10) Patent No.:  **US 7,039,435 B2**<br>(45) Date of Patent:  **May 2, 2006** |

| (54) | **PROXIMITY REGULATION SYSTEM FOR USE WITH A PORTABLE CELL PHONE AND A METHOD OF OPERATION THEREOF** |
|---|---|
| (75) | Inventors: **Richard L. McDowell**, Chalfont, PA (US); **Philip D. Mooney**, Sellersville, PA (US) |
| (73) | Assignee: **Agere Systems Inc.**, Allentown, PA (US) |
| ( * ) | Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 565 days. |
| (21) | Appl. No.: **09/967,140** |
| (22) | Filed: **Sep. 28, 2001** |
| (65) | **Prior Publication Data**<br>US 2003/0064732 A1    Apr. 3, 2003 |
| (51) | Int. Cl.<br>**H04B 7/00**    (2006.01) |
| (52) | U.S. Cl. .................. **455/522**; 455/575.5; 455/115.1 |
| (58) | **Field of Classification Search** ................ 455/522, 455/456.1, 574, 575.5, 572, 127.1, 115.1, 455/550.1, 300, 301, 569.1, 575.6, 100<br>See application file for complete search history. |
| (56) | **References Cited** |

U.S. PATENT DOCUMENTS

| 4,636,741 | A | * | 1/1987 | Mitzlaff | ...................... 330/127 |
|---|---|---|---|---|---|
| 6,195,562 | B1 | * | 2/2001 | Pirhonen et al. | ......... 455/553.1 |
| 6,408,187 | B1 | * | 6/2002 | Merriam | ...................... 455/458 |
| 6,456,856 | B1 | * | 9/2002 | Werling et al. | .......... 455/575.5 |
| 6,498,924 | B1 | * | 12/2002 | Vogel et al. | ............. 455/67.11 |
| 2003/0064761 | A1 | * | 4/2003 | Nevermann | ................. 455/572 |
| 2003/0076168 | A1 | * | 4/2003 | Forrester | .................... 330/129 |
| 2004/0176125 | A1 | * | 9/2004 | Lee | ........................... 455/522 |
| 2004/0203345 | A1 | * | 10/2004 | Tehrani | ..................... 455/11.1 |
| 2005/0075123 | A1 | * | 4/2005 | Jin et al. | .................... 455/522 |
| 2005/0093624 | A1 | * | 5/2005 | Forrester et al. | ............ 330/129 |
| 2005/0124305 | A1 | * | 6/2005 | Stichewlbout | .............. 455/117 |

FOREIGN PATENT DOCUMENTS

| EP | 0 843 421 A2 | 5/1998 |
|---|---|---|
| EP | 0 977 304 A1 | 2/2000 |
| WO | WO 98/29968 | 7/1998 |
| WO | WO 02/05443 A2 | 1/2002 |

* cited by examiner

*Primary Examiner*—Sonny Trinh

(57)    **ABSTRACT**

A proximity regulation system for use with a portable cell phone and a method of operating the same. In one embodiment, the proximity regulation system includes a location sensing subsystem that is configured to determine a location of the portable cell phone proximate a user. A power governing subsystem is coupled to the location sensing subsystem and configured to determine a proximity transmit power level of the portable cell phone based on the location.

**9 Claims, 3 Drawing Sheets**





FIG. 1

FIG. 2



*FIG. 3*



US 7,039,435 B2

1

# PROXIMITY REGULATION SYSTEM FOR USE WITH A PORTABLE CELL PHONE AND A METHOD OF OPERATION THEREOF

## TECHNICAL FIELD OF THE INVENTION

The present invention is directed, in general, to a mobile telecommunications device and, more specifically, to a system and method of determining a proximity transmit power level of a portable cell phone based on a proximity to a user.

## BACKGROUND OF THE INVENTION

Since the inception of the wireless or cellular ("cell") phone in the late 1940's, cell phone usage has expanded beyond their utilitarian beginnings. Presently, cell phones are being used in every aspect of business along with every facet of personal life. People of all ages are now using cell phones as the price of cell phones and services decrease. Presently, more than 74 million cell phones are in use in the United States with estimates predicting more than 139 million in a few years. Cell phones are moving beyond communication tools, and are now taking a place in history by weaving themselves into the social fabric by becoming fashion statements and symbols of power and importance.

Along with the increase in usage has come the requests for improved service and communication quality. Consumers are now looking for more than just wireless voice communication but also Internet access, calendars, organizers, and even games. Meanwhile, manufacturers struggle to meet consumer demands for more options and better quality of service.

Typically, the quality of service of a cell phone is proportional to the transmit power level of the cell phone. Though no definite proof has been determined, health concerns have arisen due to the power used to transmit the radio frequency of cell phones when operated close to the body of a cell phone user. For example, when held close to the ear, many users have health concerns about the high levels of radio frequency energy causing damage to brain cells.

Most of the concerns from consumers center around using the cell phone close to the ear or head of a user. New studies, however, have also suggested that cell phone usage may possibly cause stomach cancer when located near the midsection when sending and receiving data text messaging. Cell phone users still want the best possible quality of service from their cell phone. However, health concerns regarding the transmit power of cell phones are now beginning to affect some users.

Manufacturers have tried several options to relieve the fears of consumers. One such option involves permanently reducing the power of the transmitter in cell phones. Though this may be perceived as a safety advantage to some customers, unfortunately, this also reduces the quality of service of the cell phone. Another option for consumers is the use of cell phones with a base that typically allows a higher transmit power level of up to three watts. This may be the case for a cell phone that is permanently mounted, such as in an automobile. These type of cell phones, however, do not allow the flexibility demanded by consumers that is found in the use of a portable cell phone.

Accordingly, what is needed in the art is a system and method to automatically reduce the transmit power level of a portable cell phone when located near a human body thereby decreasing the perception of health risks associated with the use thereof.

2

## SUMMARY OF THE INVENTION

To address the above-discussed deficiencies of the prior art, the present invention provides a proximity regulation system for use with a portable cell phone. In one embodiment, the proximity regulation system includes a location sensing subsystem that is configured to determine a location of the portable cell phone proximate a user. A power governing subsystem is coupled to the location sensing subsystem and configured to determine a proximity transmit power level of the portable cell phone based on the location.

In another aspect, the present invention provides a method of operating a portable cell phone including determining a location of the portable cell phone proximate a user. The method further includes providing a control signal based on the location, and determining a proximity transmit power level of the portable cell phone based on the control signal.

In yet another aspect, the present invention provides a portable cell phone that includes a power circuit as a function of a position to a communications tower and a proximity regulation system. The proximity regulation system includes a location sensing subsystem that determines a location of the portable cell phone proximate a user. The proximity regulation system also includes a power governing subsystem, coupled to the location sensing subsystem, that determines a proximity transmit power level of the portable cell phone based on the location.

The foregoing has outlined, rather broadly, preferred and alternative features of the present invention so that those skilled in the art may better understand the detailed description of the invention that follows. Additional features of the invention will be described hereinafter that form the subject of the claims of the invention. Those skilled in the art should appreciate that they can readily use the disclosed conception and specific embodiment as a basis for designing or modifying other structures for carrying out the same purposes of the present invention. Those skilled in the art should also realize that such equivalent constructions do not depart from the spirit and scope of the invention in its broadest form.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, reference is now made to the following descriptions taken in conjunction with the accompanying drawings, in which:

FIG. **1** illustrates a network diagram of an embodiment of a cellular telephone network employing a portable cell phone constructed in accordance with the principles of the present invention;

FIG. **2** illustrates a block diagram of an embodiment of a portable cell phone employing a proximity regulation system constructed in accordance with the principles of the present invention; and

FIG. **3** illustrates a flow diagram of an embodiment of a method of operating a portable cell phone constructed in accordance with the principles of the present invention.

## DETAILED DESCRIPTION

Referring initially to FIG. **1**, illustrated is a network diagram of an embodiment of a cellular telephone network, generally designated **100**, employing a portable cell phone **120** constructed in accordance with the principles of the present invention. The cellular telephone network **100** includes a communications tower **110** in communication with the portable cell phone **120**, employable by a portable

| 3 | 4 |

cell phone user **150**. The portable cell phone **120** includes an antenna **125**, a power circuit **130** and a proximity regulation system **140**.

The communications tower **110** is a conventional communications tower that is positioned to communicate with the portable cell phone **120**. The communications tower **110** may provide either analog or digital communications depending on the cellular telephone network **100** being used. For more information regarding communications towers and their use in cellular telephone networks, see "Mobile Communications Engineering: Theory and Applications" by William C. Y. Lee, McGraw Hill (1997), which is incorporated herein by reference.

In the illustrated embodiment, the portable cell phone **120** is a digital cell phone capable of receiving both voice and text messaging. In an alternative embodiment, the portable cell phone **120** may also be capable of using a headset attachment to allow hands-free operation. The portable cell phone **120** may also attach to a belt clip for storage or for use in conjunction with a headset attachment. In addition, the portable cell phone **120** may also allow hands-free operation while stored in a cradle. The cradle may be a conventional cradle, which is constructed to hold or store the portable cell phone **120**.

The antenna **125** is a conventional portable cell phone antenna that provides communications between the portable cell phone **120** and the communications tower **110**. Through the antenna **125**, the portable cell phone **120** sends and receives voice or data communications across the cellular telephone network **100** via the communications tower **110**.

In the illustrated embodiment, the power circuit **130** may be a typical power circuit in the portable cell phone **120** that produces a transmit power level equivalent to, for instance, a maximum transmit power level of one watt. Through communications with the communications tower **110** employing the antenna **125**, the power circuit **130** may also provide a network adjusted transmit power level that is lower than the maximum transmit power level of one watt. The network adjusted transmit power level is based on a transmit signal strength of a communications path between the communications tower **110** and the portable cell phone **120**.

In an advantageous embodiment of the present invention, the power circuit **130** is further coupled to the proximity regulation system **140** that determines a proximity transmit power level of the portable cell phone **120** based on its location proximate the portable cell phone user **150**. Though not illustrated in FIG. **1**, the proximity regulation system **140** includes a location sensing subsystem and a power governing subsystem, which cooperate to determine both the proximity transmit power level and when it may be employed. Both the location sensing subsystem and the power governing subsystem are more fully discussed with respect to FIG. **2**.

The proximity regulation system **140** in the illustrated embodiment, is a dedicated device that is constructed of special-purpose hardware employing a software program, which directs its operation. In an alternative embodiment, the proximity regulation system **140** may be integrated into a power algorithm employing software that controls the power circuit **130**. The proximity regulation system **140** may be installed when the portable cell phone **120** is constructed. Alternatively, the proximity regulation system **140** may be an after market addition to the already constructed portable cell phone **120**. In one embodiment, the proximity regulation system **140** may be installed with a switch that allows the portable cell phone user **150** to disengage the proximity regulation system **140**. In another embodiment, the proximity regulation system **140** may be used with a personal digital assistant or any other portable device that may emit radio frequency energy within the vicinity of a user.

The portable cell phone user **150** is typically anyone who uses a portable cell phone. This, of course, includes children through senior adults. In the illustrated embodiment, the portable cell phone user **150** is using the portable cell phone **120** proximate their head. Alternatively, the portable cell phone user **150** may use the portable cell phone **120** while attached to a belt clip or in conjunction with a headset. In another embodiment, the portable cell phone user **150** may use the portable cell phone **120** for data text messaging. In this case, the portable cell phone **120** may be typically located in front of the portable cell phone user **150** and within a distance of an arm's length. It is also contemplated that the portable cell phone **120** may transmit and receive other forms of multimedia communications such as video.

Turning now to FIG. **2**, illustrated is a block diagram of an embodiment of a portable cell phone, generally designated **200**, employing a proximity regulation system **210** constructed in accordance with the principles of the present invention. The portable cell phone **200** includes the proximity regulation system **210**, a power circuit **240**, a headset operation mode input **250**, a belt clip sensor **260** and a data transfer operation mode circuit **270**. The portable cell phone **200** is attached to a belt clip **280** having a position indicator **290**. The proximity regulation system **210** includes a location sensing subsystem **220** and a power governing subsystem **230**.

The proximity regulation system **210** determines a proximity transmit power level of the portable cell phone **200** based on the location of the portable cell phone **200** proximate a portable cell phone user. In the illustrated embodiment, the proximity regulation system **210** is a dedicated device that is solely hardwired. As discussed above with respect to FIG. **1**, the proximity regulation system **210** is coupled to the power circuit **240**. Additionally, the proximity regulation system **210** is coupled to the headset operation mode input **250**, the belt clip sensor **260** and the data transfer operation mode circuit **270**. Of course, a portable cell phone may still employ the proximity regulation system **210** without the headset operation mode input **250**, the belt clip sensor **260** or the data transfer operation mode circuit **270**.

The location sensing subsystem **220** is coupled to the power governing subsystem **230**, and determines a location of the portable cell phone **200** proximate a user. In the illustrated embodiment, the location sensing subsystem **220** is embodied in an integrated circuit. In another embodiment, the location sensing subsystem **220** may be embodied as a sequence of operating instructions.

In an exemplary embodiment, the location sensing subsystem **220** determines that the portable cell phone **200** is proximate the head of the user if there is no indication that the portable cell phone **200** is in a data transfer operation mode, a headset operation mode or located on a belt clip. In another embodiment, the location sensing subsystem **220** may determine if the portable cell phone **200** is proximate the head of the user through a designated sensor **225** located on the portable cell phone **200**.

The designated sensor **225** may be an inductively coupled loop that changes a surrounding magnetic field when in the vicinity of the user's head. The change in the magnetic field creates a change in the inductive coupling thereby causing an impedance change associated with the inductively coupled loop. The impedance change may affect the current

flow in the inductively coupled loop, which can be used to indicate the proximity of the portable cell phone **200** to the user's head.

In an alternative embodiment, the designated sensor **225** may also be a contact sensor that indicates proximity of the portable cell phone **200** to the user's head when the portable cell phone **200** is touching the user's ear. The contact sensor may also indicate proximity of the portable cell phone **200** to the user by contact from the user's hand. One skilled in the pertinent art will understand that other sensors may be used to indicate the proximity of the portable cell phone **200** to the user's body.

In an alternative embodiment, the location sensing subsystem **220** determines that the portable cell phone **200** is proximate the body of the user when receiving an indication from the data transfer operation mode circuit **270**. Additionally, the location sensing subsystem **220** may determine that the portable cell phone **200** is proximate the body of the user if the portable cell phone **200** is located on the belt clip **280** or a headset is inserted in the headset operation mode input **250**. Still, another embodiment may indicate that the portable cell phone **200** is away from the body of the user when the portable cell phone **200** is in a cradle.

The power governing subsystem **230** is coupled to the location sensing subsystem **220**. The power governing subsystem **230** determines the proximity transmit power level of the portable cell phone **200** based on the location of the portable cell phone **200** as determined by the location sensing subsystem **220**. In one embodiment, the network adjusted transmit power level may be reduced to a value determined by the proximity transmit power level when the location of the portable cell phone **200** is within the vicinity of the user's head. In another embodiment, the network adjusted transmit power level may be similarly reduced when the location of the portable cell phone **200** is just within the vicinity of a user's body.

In another embodiment, the proximity transmit power level may match the network adjusted transmit power level, which may be the maximum transmit power level of, for instance, one watt, when the portable cell phone **200** is operating in the headset operation mode or the data transfer mode. In still another embodiment, the proximity transmit power level may be further reduced when the portable cell phone user is a child. A switch **235** may be installed on the portable cell phone **200** to allow this user option. Additionally, the switch **235** may also allow the user to disengage the proximity regulation system **210** whenever desired. In one embodiment, the switch **235** may be a standard software switch that the user controls through a display and a keypad of the portable cell phone **200**.

The headset operation mode input **250** is a conventional receptacle for receiving a headset that allows hands-free operation. As mentioned above, the headset operation mode input **250** is coupled to the proximity regulation system **210**. The location sensing subsystem **220** of the proximity regulation system **210** receives an indication that the headset is in use from the headset operation mode input **250** when a headset is inserted. In one embodiment, the location sensing subsystem **220** determines that the portable cell phone **200** is not within the vicinity of the head of the user upon receiving indication from the headset operation mode input **250**.

In another embodiment, the location sensing subsystem **220** may determine that the portable cell phone **200** is within the vicinity of the user's body if the headset is inserted in the headset operation mode input **250**. In an alternative embodiment, the location sensing subsystem **220** may determine that the headset operation mode input **250** may be used in conjunction with the belt clip sensor **260** to indicate that the portable cell phone **200** is proximate the user's body.

The belt clip sensor **260** is coupled to the proximity regulation system **210** and indicates when the portable cell phone **200** is located within the belt clip **280**. The belt clip sensor **260** may be a contact sensor that is depressed by a protrusion on the belt clip **280** when placed in the belt clip **280**. In an alternative embodiment, the belt clip sensor **260** may use an inductively coupled loop constructed to indicate to the location sensing subsystem **220** that the portable cell phone **200** is in the belt clip **280**.

The data transfer operation mode circuit **270** is coupled to the proximity regulation system **210** and indicates to the location sensing subsystem **220** of the proximity regulation system **210** when the portable cell phone **200** is being used for data text messaging. As mentioned above with respect to the discussion of the antenna **125** of FIG. **1**, the data text messaging may be received from a communications network via an antenna such as those shown in FIG. **1**.

The belt clip **280** is a conventional device for holding the portable cell phone **200**. The belt clip **280** is typically constructed of plastic and constructed to attach to a user's belt. The belt clip **280** may hold the portable cell phone **200** when the user is not using the portable cell phone **200**. In alternative embodiments, the belt clip **280** may hold the portable cell phone **200** when the headset is being employed. In other embodiments, another type of clip may be used by the user to hold the portable cell phone **200**. For example, instead of the belt clip **280**, the user may store the portable cell phone **200** in a clip that attaches to a shirt pocket or an arm band.

The position indicator **290** of the belt clip **280** may be a protrusion that depresses the belt clip sensor **260** on the portable cell phone **200** to indicate to the location sensing subsystem **220** that the portable cell phone **200** is positioned in the belt clip **280**. In an alternative embodiment, the position indicator **290** may be a metallic insert that varies the magnetic field of an inductively coupled loop of the belt clip sensor **260**. It should be noted that other pertinent components not shown may be included within the portable cell phone **200** without departing from the scope of the present invention.

Turning now to FIG. **3**, illustrated is a flow diagram of an embodiment of a method, generally designated **300**, of operating a portable cell phone constructed in accordance with the principles of the present invention. The method **300** starts in a step **305** with an intent to operate a portable cell phone.

Following the step **305**, the portable cell phone determines its location proximate a user in a step **310**. In one embodiment, the location may be determined by a designated sensor that indicates the proximity of the portable cell phone to a user's head. In alternative embodiments, the location may be determined by other sensors including a belt clip sensor, a cradle sensor, or a headset sensor.

After determining proximity to the user, the portable cell phone provides a control signal in a step **320**. The control signal may, for instance, be either a voltage level or current level that is designated to correspond to the previously determined location. Those skilled in the pertinent art will understand the use of control signals to represent a determined condition.

After providing a control signal, the portable cell phone determines if the control signal indicates proximity of the portable cell phone to the user in a first decisional step **330**. In one embodiment, various control signals may be desig-

nated to correspond to different locations of the portable cell phone proximate the portable cell phone user. For example, one control signal may represent that the portable cell phone is in the vicinity of the user's head. Another control signal may be used to represent that the portable cell phone is in the vicinity of the user's body. In alternative embodiments, the control signal may represent that the portable cell phone is not within the vicinity of the user's body.

In the illustrated embodiment, if it is determined that the portable cell phone is proximate the user, then the transmit power level is reduced as determined by a value of a proximity transmit power level, in a step **340**. In one embodiment, the transmit power level may be reduced to one network adjusted transmit power level whenever the portable cell phone is within the vicinity of any part of the user's body. In another embodiment, the transmit power level may be reduced to various allowable proximity transmit power levels depending on the vicinity of the portable cell phone to different parts of the user's body.

After adjusting the transmit power level, the portable cell phone then transmits at a reduced level in a step **350**. In one embodiment, the adjusted transmit power level may not exceed the network adjusted transmit power level as determined by the communications path between the portable cell phone and the communications tower. In other embodiments, the adjusted transmit power level may be reduced to the proximity transmit power level. Finally, the transmission of the portable cell phone ends in a step **370**.

Returning now to the first decisional step **330**, if the portable cell phone is not proximate the user, then the method **300** proceeds to a step **360** wherein the portable cell phone transmits at the network adjusted transmit power level. In one embodiment, the network adjusted transmit power level may equal the maximum transmit power level of a portable cell phone. In other embodiments, the network adjusted transmit power level may be a reduction from the maximum transmit power level due to the communications path between the communications tower and the portable cell phone. After transmitting in step **370**, the method **300** ends in the previously mentioned step **360**.

Although the present invention has been described in detail, those skilled in the art should understand that they can make various changes, substitutions and alterations herein without departing from the spirit and scope of the invention in its broadest form.

What is claimed is:

1. A portable cell phone, comprising:
    a power circuit that provides a network adjusted transmit power level as a function of a position to a communications tower; and
    a proximity regulation system, including:
        a location sensing subsystem that determines a location of said portable cell phone proximate a user; and
        a power governing subsystem, coupled to said location sensing subsystem, that determines a proximity transmit power level of said portable cell phone based on said location and determines a transmit power level for said portable cell phone based on said network adjusted transmit power level and said proximity transmit power level.

2. The portable cell phone as recited in claim **1** wherein said location sensing subsystem determines said location with respect to a portion of a body of said user.

3. The portable cell phone as recited in claim **1** wherein said proximity transmit power level is limited to a predetermined maximum level.

4. The portable cell phone as recited in claim **1** wherein said proximity transmit power level is maximum when said portable cell phone is operating in a headset operation mode or data transfer operation mode.

5. The portable cell phone as recited in claim **1** wherein said portable cell phone is located on a belt-clip of said user.

6. The portable cell phone as recited in claim **1** wherein said location sensing subsystem or said power governing subsystem is embodied in an integrated circuit.

7. The portable cell phone as recited in claim **1** wherein said proximity transmit power level is reduced to one level when said location is within a vicinity of a user's head and reduced to a second level when said location is within a vicinity of a user's midsection.

8. The portable cell phone as recited in claim **1** wherein said location sensing subsystem determines said location by employing a sensor selected from the group consisting of:
    a designated sensor,
    a contact sensor,
    a belt clip sensor, and
    a cradle sensor.

9. The portable cell phone as recited in claim **1** wherein said location sensing subsystem determines said location by ascertaining a mode of operation of said portable cell phone.

* * * * *