**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Civil Action No. _____**

BELL NORTHERN RESEARCH, LLC,

                Plaintiff,

    v.

HMD AMERICA, INC., HMD GLOBAL
OY, SHENZHEN CHINO-E
COMMUNICATION CO. LTD., HON HAI
PRECISION INDUSTRY CO., LTD,
TINNO MOBILE CORP., UNISOC
TECHNOLOGIES CO. LTD., WINGTECH
TECHNOLOGY CO., LTD. HUAQIN CO.
LTD.,

                Defendants.

**JURY TRIAL DEMANDED**

## <u>COMPLAINT FOR PATENT INFRINGEMENT</u>

        Plaintiff Bell Northern Research, LLC ("BNR" or "Plaintiff"), for its Complaint against

Defendants HMD America, Inc. and HMD Global Oy (collectively, "HMD" or "Defendant") and

Defendants Shenzen Chino-E Communication Co. Ltd. ("Chino-E"), Hon Hai Precision Industry

Co. ("Hon Hai"), Tinno Mobile Technologies Corp ("Tinno"), Unisoc Technologies Co. Ltd.

("Unisoc"), Wingtech Technology Co. Ltd. ("Wingtech"), Huaqin Co. Ltd. ("Huaqin")

(individually each a "Defendant" and collectively "Defendants") alleges the following:

## <u>NATURE OF THE ACTION</u>

        1.     This is an action for patent infringement arising under the Patent Laws of the

United States, 35 U.S.C. § 1 *et seq*.

## <u>THE PARTIES</u>

        2.     Plaintiff BNR is a limited liability company organized under the laws of the State

of Delaware with a place of business at 401 North Michigan Avenue, Chicago, Illinois 60611.

3.      Upon information and belief, Defendant HMD America, Inc. is a corporation organized and existing under the laws of the State of Florida, with its principal place of business at 1200 Brickell Ave., Suite. 510, Miami, Florida 33131.  Defendant HMD America, Inc. maintains a registered agent for service of process in Florida with Cristina Hoyos, 1200 Brickell Ave., Suite 510, Miami, Florida 33131.  Upon information and belief, Defendant sells and offers to sell products and services throughout the United States, including in this judicial district, and introduces products and services that into the stream of commerce and that incorporate infringing technology knowing that they would be sold in this judicial district and elsewhere in the United States.

4.      Upon information and belief, Defendant HMD Global Oy is a corporation organized and existing under the laws of Finland, with its principal place of business at Bertel Jungin aukio 9, 02600 Espoo, Finland.  Upon information and belief, Defendant sells and offers to sell products and services throughout the United States, including in this judicial district, and introduces products and services into the stream of commerce that incorporate infringing technology, knowing that they would be sold in this judicial district and elsewhere in the United States.

5.      Upon information and belief, Defendant Shenzhen Chino-E Communication Co., Ltd.is a corporation organized and existing under the laws of China, with its principal place of business at 139 Lixiang Road, Songmushan Dalang Town Dongguan, 523770, China.  Upon information and belief, Defendant sells and offers to sell products and services throughout the United States, including in this judicial district, and introduces products and services into the stream of commerce that incorporate infringing technology, knowing that they would be sold in this judicial district and elsewhere in the United States.

6.     Upon information and belief, Defendant Hon Hai Precision Industry Co., Ltd. is a corporation organized and existing under the laws of China, with its principal place of business at No.2, Ziyou St., Tucheng Dist., New Taipei City 236, Taiwan.  Upon information and belief, Defendant sells and offers to sell products and services throughout the United States, including in this judicial district, and introduces products and services into the stream of commerce that incorporate infringing technology, knowing that they would be sold in this judicial district and elsewhere in the United States.

7.     Upon information and belief, Defendant Tinno Mobile Corp. is a corporation organized and existing under the laws of China, with its principal place of business at 23/F, TINNO Building, No.33, Xiandong Rd, Xili, Nanshan District, Shenzhen, China.  Upon information and belief, Defendant sells and offers to sell products and services throughout the United States, including in this judicial district, and introduces products and services into the stream of commerce that incorporate infringing technology, knowing that they would be sold in this judicial district and elsewhere in the United States.

8.     Upon information and belief, Defendant Unisoc Technologies Co., Ltd. is a corporation organized and existing under the laws of China with its principal place of business at Building 1, Zhanxun Center, Lane 2288, Zuchongzhi Road, Pudong New Area, Shanghai, 201203, China.  Upon information and belief, Defendant sells and offers to sell products and services throughout the United States, including in this judicial district, and introduces products and services into the stream of commerce that incorporate infringing technology, knowing that they would be sold in this judicial district and elsewhere in the United States.

9.     Upon information and belief, Defendant Wingtech Technology Co., Ltd. is a corporation organized and existing under the laws of China, with its principal place of business

3

at no.777, subcentral road, nanhu district, jiaxing, ZheJiang province, China.  Upon information

and belief, Defendant sells and offers to sell products and services throughout the United States,

including in this judicial district, and introduces products and services into the stream of

commerce that incorporate infringing technology, knowing that they would be sold in this

judicial district and elsewhere in the United States.

10.     Upon information and belief, Defendant Huaqin Co. Ltd. is a corporation

organized and existing under the laws of China, with its principal place of business at Building 1

& 9 & 11, NO.399 Keyuan Road, Zhangjiang Hi-tech Park, Pudong New District, Shanghai,

China.  Upon information and belief, Defendant sells and offers to sell products and services

throughout the United States, including in this judicial district, and introduces products and

services into the stream of commerce that incorporate infringing technology, knowing that they

would be sold in this judicial district and elsewhere in the United States.

## JURISDICTION AND VENUE

11.     This is an action for patent infringement arising under the Patent Laws of the

United States, Title 35 of the United States Code.

12.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

13.     Venue is proper in this judicial district under 28 U.S.C. § 1400(b).  Upon

information and belief, Defendant HMD Global Oy is not a resident in the United States and may

be sued in any judicial district.  Defendant HMD America, Inc. has committed acts of

infringement in this District and has a regular and established place of business in this District at

1200 Brickell Ave., Suite. 510, Miami, Florida 33131 and is incorporated in Florida.

14.     Upon information and belief, Defendant Chino-E is not a resident in the United

States and may be sued in any judicial district.  Defendant has committed acts of infringement in

this District and has a regular and established place of business within this District.

15.     Upon information and belief, Defendant Hon Hai is not a resident in the United States and may be sued in any judicial district.  Defendant has committed acts of infringement in this District and has a regular and established place of business within this District.

16.     Upon information and belief, Defendant Tinno is not a resident in the United States and may be sued in any judicial district.  Defendant has committed acts of infringement in this District and has a regular and established place of business within this District.

17.     Upon information and belief, Defendant Unisoc is not a resident in the United States and may be sued in any judicial district.  Defendant has committed acts of infringement in this District and has a regular and established place of business within this District.

18.     Upon information and belief, Defendant Wingtech is not a resident in the United States and may be sued in any judicial district.  Defendant has committed acts of infringement in this District and has a regular and established place of business within this District.

19.     Upon information and belief, Defendant Huaqin is not a resident in the United States and may be sued in any judicial district.  Defendant has committed acts of infringement in this District and has a regular and established place of business within this District.

20.     Upon information and belief, each Defendant is subject to this Court's general and specific personal jurisdiction, because each Defendant has sufficient minimum contacts within the State of Florida and this District, pursuant to due process and/or the Florida Long Arm Statute, because each Defendant purposefully availed itself of the privileges of conducting business in the State of Florida and in this District, because each Defendant regularly conducts and solicits business within the State of Florida and within this District, and because Plaintiff's causes of action arise directly from each of Defendants' business contacts and other activities in the State of Florida and this District.  Further, this Court has personal jurisdiction over Defendant

HMD America, Inc. because it is incorporated in the State of Florida and has purposely availed itself of the privileges and benefits of the laws of the State of Florida.

## **BACKGROUND**

21.     The Asserted Patents come from a rich pedigree dating back to the late 19th century.  This is when Bell Labs sprang to life from the combined efforts of AT&T and Western Electric.  Bell Labs is one of America's greatest technology incubators, and paved the way for many technological advances we know and use today, including the transistor, several kinds of lasers, the UNIX operating system, and computer languages such as C++.  In total, Bell Labs received nine Nobel Prizes for its work over the years.

22.     Eventually the Bell system broke up and spawned several new companies.  They included telecommunications powerhouses Lucent and Agere Systems.  Lucent was absorbed by Nokia, while Agere Systems was acquired by LSI, then Avago, and ultimately renamed Broadcom.  The Bell system also spun off Northern Electric which led to the creation of a research lab known as BNR.  This lab grew to host thousands of engineers in offices around the globe.  One of those was an 800,000-square-foot campus in Richardson, Texas.

23.     Collectively, these companies spurred a digital revolution in telecommunications, starting with the first digital telephone switch in 1975.  They continued to push the industry to new heights in the late-80s, when BNR announced the desire to create a global fiber optic network (called "FiberWorld").  Its goal was to give users easy, reliable, and fast access to a variety of multimedia services.  To realize this vision, Bell Labs and subsequent innovators made numerous breakthroughs in laser, integrated circuit, photodetector, amplifier, and waveguide designs.  These advancements led to the modern fiber optic systems we use today.

24.     This work naturally evolved to include cellular telecommunications as well.  On May 6, 1992, BNR VP George Brody—along with executives from Bell Cellular and Northern Electric—made the first Canada-US digital cellular call.  It stretched from Toronto, Ontario to Fort Worth, Texas.

25.     Eventually, Nortel Networks absorbed BNR.  Although Nortel was ultimately unsuccessful in its bid to supply digital telecommunications and networking solutions to the market, some Bell Labs and Nortel alumni decided to reenergize BNR in 2017.  Today it is the successor in interest to many of the key telecommunications technologies.

26.     The BNR Patent portfolio comprises hundreds of patents that reflect important developments in telecommunications that were invented and refined by leading technology research companies, including Agere, LSI, and Broadcom.  These include U.S. Patent Nos. 8,204,554, 7,319,889, RE 48,629, 8,416,862, 7,564,914, 7,957,450, 6,941,156, 6,696,941, 7,039,435, 6,963,129, 6,858,930, 8,396,072, and 8,792,432.  (collectively, these patents comprise the "Asserted Patents").

27.     Portions of the BNR portfolio are presently licensed and/or were previously licensed to leading technology companies.

28.     BNR brings this action to put a stop to HMD's unauthorized and unlicensed use of the Asserted Patents.

**U.S. Patent No. 8,204,554**

29.     Norman Goris and Wolfgang Scheit are the inventors of U.S. Patent No. 8,204,554 ("the '554 patent").  A true and correct copy of the '554 patent is attached as Exhibit A.

30.     The '554 patent resulted from the pioneering efforts of Messrs. Goris and Scheit (hereinafter "the Inventors") in the area of mobile devices.  These efforts resulted in the development of a system of power reducer controls to control the power consumption of a mobile station display use with a mobile device and a method of operation thereof in the early 2000s.  At the time of these pioneering efforts, the most widely implemented technology used to increase stand-by time as well as the talk-time of a mobile device was to increase the capacity of the battery.  The drawback of increasing the capacity of the battery is that as the capacity of the battery increases, so too does its size, weight, and cost.  The Inventors conceived of the invention claimed in the '554 patent as a way of prolonging the use of a mobile device without increasing the capacity of the battery.

31.     For example, the Inventors developed a mobile station, comprising: a display; a proximity sensor adapted to generate a signal indicative of the existence of a first condition, the first condition being that an external object is proximate; and a microprocessor adapted to: (a)determine, without using the proximity sensor, the existence of a second condition independent and different from the first condition, the second condition being that a user of the mobile station has performed an action to initiate an outgoing call or to answer an incoming call; (b) in response to a determination in step (a) that the second condition exists, activate the proximity sensor; (c) receive the signal from the activated proximity sensor; and (d) reduce power to the display if the signal from the activated proximity sensor indicates that the first condition exists.

32.     One advantage of the claimed '554 invention over the prior art is to reduce the power consumption of a cell phone display when the display is not needed.  (*See* '554 patent at

1:40-52.)  This increases available battery power that results in increased stand-by and/or talk time.  (*See* '554 patent at 1:50-55.)

**U.S. Patent No. 7,319,889**

33.     Norman Goris and Wolfgang Scheit are the inventors of U.S. Patent No. 7,319,889 ("the '889 patent").  A true and correct copy of the '889 patent is attached as Exhibit B.

34.     The '889 patent resulted from the pioneering efforts of Messrs. Goris and Scheit (hereinafter "the Inventors") in the area of mobile devices.  These efforts resulted in the development of a system of power reducer controls to control the power consumption of a mobile station display use with a mobile device and a method of operation thereof in the early 2000s.  At the time of these pioneering efforts, the most widely implemented technology used to increase stand-by time as well as the talk-time of a mobile device was to increase the capacity of the battery.  The drawback of increasing the capacity of the battery is that as the capacity of the battery increases, so too does its size, weight, and cost.  The Inventors conceived of the invention claimed in the '889 patent as a way of prolonging the use of a mobile device without increasing the capacity of the battery.

35.     For example, the Inventors developed a mobile station, comprising: a display; a proximity sensor adapted to generate a signal indicative of proximity of an external object; and a microprocessor adapted to: (a) determine whether a telephone call is active; (b) receive the signal from the proximity sensor; and (c) reduce power to the display if (i) the microprocessor determines that a telephone call is active and (ii) the signal indicates the proximity of the external object; wherein: the telephone call is a wireless telephone call; the microprocessor reduces power to the display while the signal indicates the proximity of the external object only if the

microprocessor determines that the wireless telephone call is active; and the proximity sensor begins detecting whether an external object is proximate substantially concurrently with the mobile station initiating an outgoing wireless telephone call or receiving an incoming wireless telephone call.

36.     One advantage of the claimed '889 invention over the prior art is to reduce the power consumption of the display of a cell phone when the display is not needed.  (*See* '889 patent at 1:40-52.)

**U.S. Patent No. RE 48,629**

37.     Jason Alexander Trachewsky and Rajendra T. Moorti are the inventors of U.S. Patent No. RE 48,629 (the '629 patent).  A true and correct copy of the '629 patent is attached as Exhibit C.

38.     The '629 patent resulted from the pioneering efforts of Messrs. Trachewsky and Moorti (hereinafter "the Inventors") in the general area of wireless communication systems and more particularly to long training sequences of minimum peak-to-average power ratio which may be used in legacy systems.  At the time of these pioneering efforts, conventionally implemented technology did not sufficiently address the problem of different wireless devices compliant with different standards or different versions of the same standard while enabling backward compatibility with legacy devices that avoids collisions.  For example, in the 802.11a and 802.11g standards, each data packet starts with a preamble which includes a short training sequence followed by a long training sequence.  The short and long training sequences are used for synchronization between the sender and the receiver.  The long training sequence of 802.11a and 802.11g is defined such that each of sub-carriers -26 to +26, except for the subcarrier 0 which is set to 0, has one binary phase shift keying constellation point, either +1 or -1.

39.     There existed a need to create a long training sequence of minimum peak-to-average ratio that uses more sub-carriers without interfering with adjacent channels.

40.     For example, the Inventors developed a wireless communications device, comprising: a signal generator that generates an extended long training sequence; and an Inverse Fourier Transformer operatively coupled to the signal generator, wherein the Inverse Fourier Transformer processes the extended long training sequence from the signal generator and provides an optimal extended long training sequence with a minimal peak-to-average ratio, and wherein at least the optimal extended long training sequence is carried by a greater number of subcarriers than a standard wireless networking configuration for an Orthogonal Frequency Division Multiplexing scheme, wherein the optimal extended long training sequence is carried by exactly 56 active sub-carriers, and wherein the optimal extended long training sequence is represented by encodings for indexed sub-carriers -28 to +28, excluding indexed sub-carrier 0

| Sub-carrier | -28 | -27 | -26 | -25 | -24 | -23 | -22 |
|---|---|---|---|---|---|---|---|
| Encoding | +1 | +1 | +1 | +1 | -1 | -1 | +1 |
| Sub-carrier | -14 | -13 | -12 | -11 | -10 | -9 | -8 |
| Encoding | +1 | +1 | +1 | -1 | -1 | +1 | +1 |
| Sub-carrier | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Encoding | +1 | -1 | -1 | +1 | +1 | -1 | +1 |
| Sub-carrier | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| Encoding | +1 | +1 | -1 | -1 | +1 | -1 | +1 |
| Sub-carrier | -21 | -20 | -19 | -18 | -17 | -16 | -15 |
| Encoding | +1 | -1 | +1 | -1 | +1 | +1 | +1 |
| Sub-carrier | -7 | -6 | -5 | -4 | -3 | -2 | -1 |
| Encoding | -1 | +1 | -1 | +1 | +1 | +1 | +1 |
| Sub-carrier | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Encoding | -1 | +1 | -1 | -1 | -1 | -1 | -1 |
| Sub-carrier | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| Encoding | -1 | +1 | +1 | +1 | +1 | -1 | -1. |

which is set to zero, as follows:

41.     One advantage of the patented invention is that it provides an expanded long training sequence of minimum peak-to-average power ratio thereby decreasing power back-off. (*See* '629 patent at 4:15-17.)

42.     Another advantage of the invention is that expanded long training sequence may be used by 802.11a and 802.11g devices for estimating the channel impulse response and by a

receiver for estimating the carrier frequency offset between the transmitter clock and receiver clock.  (*See* '629 patent at 4:17-21.)

**U.S. Patent No. 8,416,862**

43.   Carlos Aldana and Joonsuk Kim are the inventors of U.S. Patent No 8,416,862 ("the '862 patent").  A true and correct copy of the '862 patent is attached as Exhibit D.

44.   The '862 patent resulted from the pioneering efforts of Messrs. Aldana and Kim (hereinafter "the Inventors") in the area of wireless communications systems using beamforming. These efforts resulted in the development of a method and system for the efficient feedback of channel information in a closed loop beamforming wireless communication system.

45.   At the time of these pioneering efforts, the most widely implemented technology used to address reduced beam forming feedback information for wireless communications was to reduce the size of the feedback.  For instance, in a 2x2 MIMO wireless communication, the feedback needs four elements that are all complex Cartesian coordinate values V11 V12;V21 V22.  In general, Vik=aik+j*bik, where aik and bik are values between -1, 1.  Thus, with 1 bit express per each element for each of the real and imaginary components, aik and bik can be either -1/2 or +1/2, which requires 4x2x1=8 bits per tone.  With 4 bit expressions per each element of V(f) in an orthogonal frequency division multiplexing (OFDM) 2x2 MIMO wireless communication, the number of bits required is 1728 per tone (e.g., 42*54*4=1728, 4 elements per tone, 2 bits for real and imaginary components per tone, 54 data tones per frame, and 4 bits per element), which requires overhead for a packet exchange that is too large for practical applications.

46.   The Inventors conceived of the invention claimed in the '862 patent as a way to reduce beam forming feedback information for wireless communications.

47.     For example, the Inventors developed a method for feeding back transmitter beamforming information from a receiving wireless communication device to a transmitting wireless communication device, the method comprising: the receiving wireless communication device receiving a preamble sequence from the transmitting wireless device; the receiving wireless device estimating a channel response based upon the preamble sequence; the receiving wireless device determining an estimated transmitter beamforming unitary matrix (V) based upon the channel response and a receiver beamforming unitary matrix (U); the receiving wireless device decomposing the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information; and the receiving wireless device wirelessly sending the transmitter beamforming information to the transmitting wireless device.

48.     One advantage of the patented invention is a reduction of beamforming feedback information for wireless communications.  (*See* '862 patent at 3:49-51.)

**U.S. Patent No. 7,564,914**

49.     Christopher J. Hansen, Carlos H. Aldana, and Joonsuk Kim are the inventors of U.S. Patent No. 7,564,914 ("the '914 patent").  A true and correct copy of the '914 patent is attached as Exhibit E.

50.     The '914 patent resulted from the pioneering efforts of Messrs. Hansen, Aldana, and Kim (hereinafter "the Inventors") in the general area of wireless networking.

51.     For example, the Inventors developed a method for communicating information in a communication system, the method comprising: transmitting data via a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antennas; receiving feedback information via at least one of said plurality of RF channels; modifying a transmission mode based on said feedback information; receiving said feedback information comprising channel

estimates based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas; and deriving said feedback information from mathematical matrix decomposition of said channel estimates.

52.     One advantage of the '914 patent is the more precise estimation of channel characteristics.  (*See* '914 patent at 18:12-15.)

53.     Another advantage of the patented invention is that it minimizes the quantity of feedback information and in turn reduces overhead.  (*See* '914 patent at 18:35-39.)

54.     Further advantages include higher information transfer rates, and more effective beamforming on transmitted signals.  (*See* '914 patent at 18:40-45.)

**U.S. Patent No. 7,957,450**

55.     Christopher J. Hansen, Carlos H. Aldana, and Joonsuk Kim are the inventors of U.S. Patent No. 7,957,450 ("the '450 patent").  A true and correct copy of the '450 patent is attached as Exhibit F.

56.     The '450 patent resulted from the pioneering efforts of Messrs. Hansen, Aldana, and Kim (hereinafter "the Inventors") in the general area of wireless networking.

57.     For example, the Inventors developed a method for communication, the method comprising: computing a plurality of channel estimate matrices based on signals received by a mobile terminal from a base station, via one or more downlink RF channels, wherein said plurality of channel estimate matrices comprise coefficients derived from performing a singular value matrix decomposition (SVD) on said received signals; and transmitting said coefficients as feedback information to said base station, via one or more uplink RF channels.

58.     As another example, the Inventors developed a system for communication, the system comprising: one or more circuits of a mobile terminal that are operable to compute a

plurality of channel estimate matrices based on signals received by said mobile terminal from a base station, via one or more downlink RF channels, wherein said plurality of channel estimate matrices comprise coefficients derived from performing a singular value matrix decomposition (SVD) on said received signals; and said one or more circuits are operable to transmit said coefficients as feedback information to said base station, via one or more uplink RF channels.

59.     One advantage of the '450 patent is the more precise estimation of channel characteristics.  (*See* '450 patent at 18:1-5.)

60.     Another advantage of the patented invention is that it minimizes the quantity of feedback information and in turn reduces overhead.  (*See* '450 patent at 18:25-30.)

61.     Further advantages include higher information transfer rates, and more effective beamforming on transmitted signals.  (*See* '450 patent at 18:30-35.)

**U.S. Patent No. 6,941,156**

62.     Philip D. Mooney is the inventor of U.S. Patent No. 6,941,156 ("the '156 patent").  A true and correct copy of the '156 patent is attached as Exhibit G.

63.     The '156 patent resulted from the pioneering efforts of Mr. Mooney (hereinafter "the Inventor") in the area of cell phone communication.  These efforts resulted in the development of a method and apparatus for the automatic handoff for wireless piconet multimode cell phones.  At the time of these pioneering efforts, the most widely implemented technology used to address the problem of switching between a first type RF communication mode and a second type RF communication mode at a multimode cell phone required manual switching between the two modes.  In that type of system, the user must first terminate any existing telephone call, and then manually switch the mode of the multimode cell phone.

64.     The Inventor conceived of the invention claimed in the '156 patent as a way to improve multimode cell phones.

65.     For example, the Inventor developed a multimode cell phone, comprising: a cell phone functionality; and an RF communication functionality separate from said cell phone functionality; a module to establish simultaneous communication paths from said multimode cell phone using both said cell phone functionality and said RF communication functionality; and an automatic switch over module, in communication with both said cell phone functionality and said RF communication functionality, operable to switch a communication path established on one of said cell phone functionality and said RF communication functionality, with another communication path later established on the other of said cell phone functionality and said RF communication functionality.

66.     One advantage of the '156 patented invention is that it provides an automatic switch over between two modes of a multimode cell phone.  (*See* '156 patent at 1:51-2:4.)

67.     Another advantage of the patented invention is that it provides a smooth switch over between two modes of a multimode cell phone.  (*See* '156 patent at Abstract; 1:46-49.) Another advantage of the patented invention is that it provides interaction between separate modes of operation of a multimode cell phone.  (*See* '156 patent at 1:46-49.)

**U.S. Patent No. 6,696,941**

68.     Thomas W. Baker is the inventor of U.S. Patent No. 6,696,941 ("the '941 patent").  A true and correct copy of the '941 patent is attached as Exhibit H.

69.     The '941 patent resulted from the pioneering efforts of Mr. Baker (hereinafter "the Inventor") in the area of smart phone technology.  These efforts resulted in the development of an apparatus relating to a theft alarm in a mobile device in the early 2000s.  At the time of

these pioneering efforts, conventionally implemented technology used to address the problem of deterring theft and assisting in locating the mobile phone was to add a lock/unlock personal identification number (PIN) to lock and unlock the device. In that type of system, the device becomes disabled until a lock/unlock PIN is entered that matches a pre-stored lock unlock PIN in memory of the mobile phone.  In that type of system, locking a mobile phone prevents further use, but does not assist a user in finding their mobile phone, nor does it deter thieves from hiding the phone on their person.

70.    The Inventor conceived of the invention claimed in the '941 patent as a way to discourage theft of a mobile phone, or if stolen, assist the owner in locating their stolen mobile phone.

71.    For example, the Inventor developed a method of remotely triggering an alarm within a mobile wireless device, said method comprising: receiving an alarm trigger signal from a service provider to said mobile wireless device based on user authorization; triggering a sensory output from said mobile wireless device based on receipt of said alarm trigger signal from said service provider; and preventing a current holder of said mobile wireless device from stopping said sensory output unless an alarm PIN is manually entered by said holder into said mobile wireless device.

72.    One advantage of the '941 patented invention is that it deters theft of a mobile phone.  (*See* '941 patent at 1:6-10.)

73.    Another advantage of the patented invention is that it assists in locating a mobile phone.  (*See id.*)

**U.S. Patent No. 7,039,435**

74.    Richard I. McDowell and Phillip D. Mooney are the inventors of U.S. Patent No. 7,039,435 ("the '435 patent").  A true and correct copy of the '435 patent is attached as Exhibit I.

75.     The '435 patent resulted from the pioneering efforts of Messrs. MacDowell and Mooney (hereinafter "the Inventors") in the area of mobile telecommunication devices.  These efforts resulted in the development of a proximity regulation system for use with a portable cell phone and a method of operation thereof.  At the time of these pioneering efforts, one attempt to reduce the transmit power level of a portable cell phone when located near a human body was to permanently reduce the power of the transmitter in cell phones or to use cell phones with a base, such as in an automobile.  However, it is a drawback to permanently reduce the power of the transmitter in cell phones because this also reduces the quality of service.  It is also a drawback to use a base, as it does not allow the flexibility demanded by users of a portable cell phone.  The Inventors conceived of the invention claimed in the '435 patent as a way to reduce the transmit power level of a portable cell phone when located near a human body.

76.     For example, the Inventors developed a portable cell phone, comprising: a power circuit that provides a network adjusted transmit power level as a function of a position to a communications tower; and a proximity regulation system, including: a location sensing subsystem that determines a location of said portable cell phone proximate a user; and a power governing subsystem, coupled to said location sensing subsystem, that determines a proximity transmit power level of said portable cell phone based on said location and determines a transmit power level for said portable cell phone based on said network adjusted transmit power level and said proximity transmit power level.

77.     One advantage of the '435 patented invention is that it automatically reduces the transmit power level of a portable cell phone when located near a human body.  (*See* '435 patent at 1:63-65.)

78.     Another advantage of the '435 patented invention is that it does not require a permanent reduction of the power of the transmitter in cell phones.  (*See* '435 patent at 1:52-53.)

79.     Another advantage of the patented invention is that it does not require the use of a cell phone with a base.  (*See* '435 patent at 1:56-57.)

**U.S. Patent No. 6,963,129**

80.     Thomas Evans, Stan Mihelcic, Leah M. Miller, Kumar Nagarajan, and Edwin M. Fulcher are the inventors of U.S. Patent No. 6,963,129 ("the '129 patent").  A true and correct copy of the '129 patent is attached as Exhibit J.

81.     The '129 patent resulted from the pioneering efforts of Messrs. Evans, Mihelcic, Nagarajan, and Fulcher and Ms. Miller (hereinafter "the Inventors") in the area of heat spreader and package design.  The Inventors conceived of the invention claimed in the '129 patent as a way to implement better heat transfer mechanisms in relation to semiconductor packages.

82.     For example, the Inventors developed a heat spreader assembly, comprising: a single, unibody heat spreader configured to extend across substantially the entire first surface of at least two spaced integrated circuits opposite a second surface of the integrated circuits having a bonding pad; adhesive placed between the heat spreader and the first surface for securing the heat spreader to the first surface of the integrated circuits at a spaced distance above at least one passive device arranged in the area between the spaced integrated circuits; and a second heat spreader interposed between the heat spreader and only of the at least two spaced integrated circuits.

83.     Among the advantages of the '129 patented invention is that it provides for heat spreader assemblies having improved thermal characteristics.  (*See* '129 patent at 2:23-26.)

**U.S. Patent No. 6,858,930**

84.     Leah M. Miller and Kishor Desal are the inventors of U.S. Patent No. 6,858,930 ("the '930 patent").  A true and correct copy of the '930 patent is attached as Exhibit K.

85.     The '930 patent resulted from the pioneering efforts of Ms. Miller and Mr. Kishor (hereinafter "the Inventors") in the area of heat spreader and package design.

86.     The Inventors conceived of the invention claimed in the '930 patent as a way to address the problems of heat production and package flexibility that constrain certain aspects of package design.

87.     For example, the Inventors developed a multi chip package, compromising: a package substrate having a first side and an opposing second side, the first side for receiving package electrical connections, integrated circuits each having a first side and an opposing second side, the first side of each of the integrated circuits electrically connected and structurally connected to the second side of the package substrate, heat spreaders each having a first side and an opposing second side, the first side of each of the heat spreaders disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits, a single stiffener having a first side and an opposing second side, the stiffener covering all of the integrated circuits and heat spreaders, the first side of the stiffener disposed adjacent the second side of the heat spreaders, and discrete components electrically connected to the second side of the package substrate and coplanar with the integrated circuits.

88. One advantage of the '930 patented invention is that it provides adequate heat dissipation for a multi chip module.  (*See* '930 patent at 2:15-20.)

89.     Another advantage of the '930 patented invention is that it provides structural support for a multi chip module.  (*See* '930 patent at 2:10-15.)

**U.S. Patent No. 8,396,072**

90.    Harri A. Jokinen, David Navratil, and Simon P. Davis are the inventors of U.S. Patent No. 8,396,072 ("the '072 patent").  A true and correct copy of the '072 patent is attached as Exhibit L.

91.    The '072 patent resulted from the pioneering efforts of Messrs. Jokinen, Navratil, and Davis in the area of cellular communication traffic routing and management.  The Inventors conceived of the invention claimed in the '072 patent as a way to implement better systems for handling and routing cellular communications in congested networks.

92.    For example, the Inventors developed an apparatus for use in controlling congestion in a cell of a communications network, the apparatus comprising: at least one controller and a memory storing a computer program which are configured to: receive and read a series of blocks on a first channel; determine whether there is congestion based on whether said series of blocks comprises a flag indicating that there is congestion, wherein the flag is in at least one of an IMMEDIATE ASSIGNEMENT message or an IMMEDIATE ASSIGNMENT REJECT message; and in the event that the determination is that there is no congestion, initiate an access procedure by transmitting a channel request on a second channel.

93.    One advantage of the '072 patent is that it allows for variable timing of wireless channel access requests based on the mobile device's detection of network congestion because the more congested the device determines the network to be, the longer it waits between making wireless channel access requests in order to avoid making the congestion worse.  (*See* '072 patent at 2:45.)

**U.S. Patent No. 8,792,432**

94.     Brian Martin and Keiichi Kubota are the inventors of U.S. Patent No. 8,792,432 ("the '432 patent").  A true and correct copy of the '432 patent is attached as Exhibit M.

95.     The '432 patent resulted from the pioneering efforts of Messrs. Martin and Kubota (hereinafter "the Inventors") in the general area of wireless communication systems.

96.     For example, the Inventors developed an apparatus comprising: at least one processor; and at least one memory storing a computer program; wherein the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus to at least: broadcast an indication to direct a user equipment whether to prioritize inter-frequency or intra-frequency neighbor cell measurements for inclusion in an uplink connection request message to be sent on a random access channel; in which one value of the indication directs the user equipment to prioritize the inter-frequency over the intra-frequency neighbor cell measurements for inclusion in the uplink connection request message; and the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus to direct the user equipment to prioritize the intra-frequency neighbor cell measurements over the inter-frequency neighbor cell measurements for inclusion in the uplink connection request message by broadcasting the indication having a different value or by not broadcasting the indication, and in which the indication is within an information element of system information sent on a broadcast channel from an access node of a UTRAN or an E-UTRAN wireless system, and the uplink connection request message is a Radio Resource Control Connection Request message.

97.     One advantage of the '072 patent is that it provides for a way to help mobile device handsets better communicate neighbor cell tower measurements to their current cell tower over channels where the message size is extremely limited.  (*See* '072 patent at 3:55–4:10).

## DEFENDANTS' ACTIVITIES

98.     Defendants make, use, sell, import and/or provide or caused to be used mobile phones and tablets, such as the Nokia 9 PureView, 2 V Tella, Nokia 2.4, Nokia 225 4G, Nokia 2720 V Flip, Nokia 3.4, Nokia 5.4, Nokia 6300 4G, Nokia C2 Tava, Nokia G10, Nokia G20, Nokia 9 PureView, Nokia G300 5G, Nokia G50, Nokia XR20, Nokia 8.3 5G, Nokia 8V 5G UW, Nokia 2760 Flip, and the Nokia 9 PureView (collectively the "Accused Instrumentalities").

## COUNT I– INFRINGEMENT OF U.S. PATENT NO. 8,204,554

99.     The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this First Claim for Relief.

100.    On June 19, 2012, the '554 patent was duly and legally issued by the United States Patent and Trademark Office under the title "System and Method for Conserving Battery Power in a Mobile Station."

101.    BNR is the assignee and owner of the right, title and interest in and to the '554 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

102.    Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '554 patent, e.g. claim 1, by selling, offering to sell, making, using, and/or providing and causing to be used Accused Instrumentalities that include a proximity sensor.  The proximity sensor in the Accused Instrumentalities, such as the Nokia 9 PureView mobile phones, detect when a mobile device user (i) is on a call and (ii) has his or her mobile device positioned proximal to their face, ear, or cheek.  When these conditions are

detected, the display screen on the mobile device goes dark, which results in battery power savings and prevents the user from accidently selecting buttons on the screen during an ongoing call.

103.    Upon information and belief and after a reasonable investigation the Accused Instrumentalities infringe the '554 patent.  The Accused Instrumentalities are mobile stations that include a display.  For instance, the Nokia 9 PureView is a mobile device that includes a display. (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

104.    The Accused Instrumentalities also include a proximity sensor adapted to generate a signal indicative of the existence of a first condition, the first condition being that an external object is proximate.  For instance, the Nokia 9 PureView includes a proximity sensor that is adapted to generate a signal indicating whether one's face, ear or cheek is proximate.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

105.    The Accused Instrumentalities also include a microprocessor that is adapted to determine, without using the proximity sensor, the existence of a second condition independent and different from the first condition, the second condition being that a user of the mobile station has performed an action to initiate an outgoing call or to answer an incoming call.  For instance, the Nokia 9 PureView has a microprocessor that is adapted to determine whether a user has performed an action to initiate or receive a call.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

106.    The Accused Instrumentalities' microprocessor is adapted to activate the proximity sensor in response to a determination that the second condition exists.  For instance, the Nokia 9 PureView's microprocessor is adapted to activate the proximity sensor if the user

has performed an action to initiate/receive a call.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

107.    The Accused Instrumentalities' microprocessor is adapted to receive the signal from the proximity sensor.  For instance, the Nokia 9 PureView's microprocessor is adapted to receive a signal from the proximity sensor.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

108.    The Accused Instrumentalities' microprocessor is adapted to reduce power to the display if the signal from the proximity sensor indicates that the first condition exists.  For instance, the Nokia 9 PureView's microprocessor is adapted to reduce power to the display if the signal from the proximity sensor indicates that the Nokia 9 PureView is proximate to the user's face, ear, or cheek.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

109.    HMD has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least one of claim of the '554 patent, e.g. claim 1, in violation of 35 U.S.C. §§ 271, *et seq.*, directly or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

110.    Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Huaqin have infringed and are infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least one claim of the '554 patent, e.g., claim 1, in violation of 35 U.S.C. §§ 271, *et seq.*, directly or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

111.    Upon information and belief, HMD has had knowledge of the '554 patent, at least since receiving a notice letter from BNR dated July 18, 2019.

112.    Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Huaqin have been aware of the '554 patent and its infringement thereof at least as early as the filing of this Complaint.

113.    Upon information and belief, since each Defendant had knowledge of the '554 patent, each Defendant has induced and continues to induce others to infringe at least one claim of the '554 patent, e.g. claim 1, under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each of Defendant's partners, clients, customers, and end users, whose use of the Accused Instrumentalities constitutes direct infringement of at least one claim of the '554 patent.

114.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '554 patent and knowledge that its acts were inducing infringement of the '554 patent since at least the date when each Defendant received notice that such activities infringed the '554 patent.

115.    Upon information and belief, HMD has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because HMD has had actual knowledge of the '554 patent and that its acts were inducing infringement of the '554 patent since each Defendant had knowledge of the '554 patent.

116.   Each Defendant's infringement of the '554 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

117.   Each Defendant's infringement of the '554 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

118.   BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '554 patent, including without limitation and/or not less than a reasonable royalty.

119.   Plaintiff has been harmed by Defendants' infringing activities.

## COUNT II– INFRINGEMENT OF U.S. PATENT NO. 7,319,889

120.   The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Second Claim for Relief.

121.   On January 15, 2008, the '889 patent was duly and legally issued by the United States Patent and Trademark Office under title "System and Method for Conserving Battery Power in a Mobile Station."

122.   BNR is the assignee and owner of the right, title and interest in and to the '889 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

123.   Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '889 patent, e.g. claim 1, by making, using, selling, importing and/or providing and causing to be used Accused Instrumentalities that include a proximity sensor.

124.   Upon information and belief and after a reasonable investigation, at least the Accused Instrumentalities infringe the '889 patent.  The Accused Instrumentalities are mobile

stations that include a display.  For instance, the Nokia 9 PureView is a mobile device that

includes a display.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

125.    The Accused Instrumentalities also include a proximity sensor adapted to generate

a signal indicative of proximity of an external object.  For instance, the Nokia 9 PureView

includes a proximity sensor that detects the presence of one's face, ear, or cheek.  (*See, e.g.*,

https://www.gsmarena.com/nokia_9_pureview-8867.php.)

126.    The Accused Instrumentalities also include a microprocessor that is adapted to

determine whether a telephone call is active, to receive the signal from the proximity sensor, and

reduce power to the display if (i) the microprocessor determines that a telephone call is active

and (ii) the signal indicates the proximity of the external object.  For instance, the Nokia 9

PureView determines whether a user has pressed the call answer button to initiate an active call,

once the call button is pressed and the mobile device is moved closer to the head, the Nokia 9

PureView's display goes dark indicating that a signal has been received from the proximity

sensor, after a user presses the call button to initiate a wireless telephone call and moves the

mobile device closer to his or her head, the display on the Nokia 9 PureView goes dark,

indicating that the display has reduced power.  (*See, e.g.*,

https://www.gsmarena.com/nokia_9_pureview-8867.php.)

127.    The Accused Instrumentalities' proximity sensor begins detecting whether an

external object is proximate substantially concurrently with the mobile station initiating an

outgoing wireless telephone call or receiving an incoming wireless telephone call.  For instance,

the Nokia 9 PureView's proximity sensor will detect whether an external object is proximate

substantially concurrently with initiation of an outgoing call or reception of an incoming call.

(*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

128.    Defendants have infringed and are infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least one of claim of the '889 patent in violation of 35 U.S.C. §§ 271, *et seq.*, directly or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

129.    On information and belief, these Accused Instrumentalities are used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

130.    Upon information and belief, HMD has had knowledge of the '889 patent, at least since receiving a notice letter from BNR dated July 18, 2019.

131.    Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Huaqin have been aware of the '889 patent and its infringement thereof at least as early as the filing of this Complaint.

132.    Upon information and belief, since at least the time each Defendant received notice, each Defendant has induced and continues to induce others to infringe at least one claim of the '889 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each of Defendants' partners, clients, customers, and end users, whose use of the Accused Instrumentalities constitutes direct infringement of at least one of claim of the '889 patent.

133.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such

actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '889 patent and knowledge that its acts were inducing infringement of the '889 patent since at least the date when each Defendant received notice that such activities infringed the '889 patent.

134.     Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '889 patent and that its acts were inducing infringement of the '889 patent since HMD has had knowledge of the '889 patent.

135.     Each Defendant's infringement of the '889 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

136.     Each Defendant's infringement of the '889 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

137.     BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '889 patent, including without limitation and/or not less than a reasonable royalty.

138.     Plaintiff has been harmed by each Defendant's infringing activities.

**COUNT III – INFRINGEMENT OF U.S. PATENT NO. RE 48,629**

139.     The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Third Claim for Relief.

140.     On July 6, 2021, the '629 patent was duly and legally reissued by the United States Patent and Trademark Office under the title "Backward-compatible Long Training Sequences for Wireless Communication Networks."

141.    BNR is the assignee and owner of the right, title and interest in and to the '629

patent, including the right to assert all causes of action arising under the Patent and the right to

any remedies for infringement of it.

142.    Upon information and belief, each Defendant has and continues to directly

infringe one or more claims of the '629 patent, including at least claim 1, making, using, selling,

importing and/or providing and causing to be used the Accused Instrumentalities that operate

according to the 802.11n standard, such as Nokia 9 PureView mobile phones.

143.    The 802.11n standard was introduced on or about October 2009, and provides a

definition for a High Throughput Long Training Field ("HT-LTF").  The first part of the HT-

LTF "consists of one, two, or four HT-LTFs that are necessary for demodulation of the HT-Data

portion of the PPDU" (i.e., Protocol Data Unit).  The 802.11n standard provides a specific HT-

LTF sequence that is transmitted in the case of 20 MHz operation.  (*See* 802.11-2016 at

19.3.9.4.6 or 802.11-2009 at 20.3.9.4.6.)

144.    Upon information and belief after a reasonable investigation, at least the Accused

Instrumentalities infringe the '629 patent.  The Accused Instrumentalities are wireless

communication devices that include a signal generator that generates an extended long training

sequence.  For instance, the Nokia 9 PureView is 802.11n compliant and, therefore, uses a

specific HT-LTF sequence that is transmitted in the case of 20 MHz operation.  (*See* 802.11-

2016 at 19.3.9.4.6 or 802.11-2009 at 20.3.9.4.6; *see, e.g.*,

https://www.gsmarena.com/nokia_9_pureview-8867.php.)  This corresponds to the long training

sequence with minimum peak-to-average power ratio described in the '629 patent.  (*See id.*)

Devices operating in accordance with the 802.11n standard (known as "wireless stations" or

"STAs") must be able to generate the HT-LTF described.

145.    The Accused Instrumentalities include an Inverse Fourier Transformer operatively coupled to the signal generator.  For instance, the Nokia 9 PureView is 802.11n compliant and, therefore, uses an encoding process that requires a reverse Fourier transformer.  (*See* 802.11-2016 and 19.3.4(b) or 802.11-2009 at 20.3.4(b); *see, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

146.    The Accused Instrumentalities include an Inverse Fourier Transformer (as explained above) that processes the extended long training sequence from the signal generator and provides an optimal extended long training sequence with a minimal peak-to-average ratio.  For instance, the Nokia 9 PureView is 802.11n compliant and, therefore, processes the HT-LTF training sequence from the signal generator.  (*See* 802.11-2016 at Figure 19-9 and 19.3.9.4.6; *see, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)  The Nokia 9 PureView also provides an optimal HT-LTF training sequence with a minimal peak-to-average ratio.  (*See* 802.11-2016 at 19.3.9.4.6 at Equation 19-23; *see, e.g.,* https://www.gsmarena.com/nokia_9_pureview-8867.php.)

147.    The Accused Instrumentalities also include an optimal extended long training sequence that is carried by a greater number of subcarriers than a standard wireless networking configuration for an OFDM scheme.  For instance, the Nokia 9 PureView is 802.11n compliant and, therefore, includes an optimal HT-LTF training sequence that is carried by a greater number of subcarriers than is standard for an OFDM scheme.  (*See* 802.11-2016 at 19.3.9.4.6 at Equation 19-23 and additional subcarriers noted therein as compared to L-LT; *see, e.g.,* https://www.gsmarena.com/nokia_9_pureview-8867.php.)

148.    The Accused Instrumentalities also include an optimal extended long training sequence that is carried by exactly 56 active subcarriers.  For instance, the Nokia 9 PureView is

802.11n compliant and, therefore, includes an optimal HT-LTF training sequence that is carried by 56 active subcarriers.  (*See* 802.11-2016 at 19.3.9.4.6; *see, e.g.,* https://www.gsmarena.com/nokia_9_pureview-8867.php.)

149.    The Accused Instrumentalities also include an optimal extended long training sequence (as explained above) that is represented by encodings for indexed subcarriers -28 to +28, excluding indexed subcarrier 0 which is set to zero, as follows:

| Sub-carrier | -28 | -27 | -26 | -25 | -24 | -23 | -22 |
|---|---|---|---|---|---|---|---|
| Encoding | +1 | +1 | +1 | +1 | -1 | -1 | +1 |
| Sub-carrier | -14 | -13 | -12 | -11 | -10 | -9 | -8 |
| Encoding | +1 | +1 | +1 | -1 | -1 | +1 | +1 |
| Sub-carrier | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Encoding | +1 | -1 | -1 | +1 | +1 | -1 | +1 |
| Sub-carrier | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| Encoding | +1 | +1 | -1 | -1 | +1 | -1 | +1 |

| Sub-carrier | -21 | -20 | -19 | -18 | -17 | -16 | -15 |
|---|---|---|---|---|---|---|---|
| Encoding | +1 | -1 | +1 | -1 | +1 | +1 | +1 |
| Sub-carrier | -7 | -6 | -5 | -4 | -3 | -2 | -1 |
| Encoding | -1 | +1 | -1 | +1 | +1 | +1 | +1 |
| Sub-carrier | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Encoding | -1 | +1 | -1 | -1 | -1 | -1 | -1 |
| Sub-carrier | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| Encoding | -1 | +1 | +1 | +1 | +1 | -1 | -1. |

150.    For instance, the Nokia 9 PureView is 802.11n compliant, and therefore includes an optimal HT-LTF training sequence that is represented by encodings for indexed subcarriers -28 to +28, excluding indexed subcarrier 0 according to the chart above.  (*See* 19.3.9.4.6 at Equation 19-23; *see, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

151.    Defendants have infringed and are infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least claim 1 of the '629 patent in violation of 35 U.S.C. §§ 271, *et seq*., directly or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the '629 Accused Instrumentalities.

152.    Upon information and belief, HMD has had knowledge of the '629 patent, at least since September 24, 2021.

153.    Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Huaqin have been aware of the '629 patent and its infringement thereof at least as early as the filing of this Complaint.

154.    Upon information and belief, since each Defendant has had knowledge of the '629 patent, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '629 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each of Defendant's partners, clients, customers, and end users whose use of the Accused Instrumentalities constitutes direct infringement of at least claim 1 of the '629 patent.

155.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '629 patent and knowledge that its acts were inducing infringement of the '629 patent since at least the date each Defendant received notice that such activities infringed the '629 patent.

156.    Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '629 patent and that its acts were inducing infringement of the '629 patent since each Defendant has had knowledge of the '629 patent.

157.   Defendants' infringement of the '629 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

158.   Defendants' infringement of the '629 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

159.   BNR is entitled to recover from  Defendants all damages that BNR has sustained as a result of Defendants' infringement of the '629 patent, including without limitation and/or not less than a reasonable royalty.

**COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 8,416,862**

160.   The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Fourth Claim for Relief.

161.   On April 9, 2013, the '862 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Efficient Feedback of Channel Information in a Closed Loop Beamforming Wireless Communications System."

162.   BNR is the assignee and owner of the right, title and interest in and to the '862 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

163.   Upon information and belief, each Defendant has and continues to directly or indirectly infringe one or more claims of the '862 patent, including at least claim 1, by selling, offering to sell, making, using, and/or providing and causing to be used Accused Instrumentalities that operate according to the 802.11ac standard, such as Nokia 9 PureView mobile phones.

164.   The 802.11ac standard was introduced on or about December 2013, and provides a definition and standardization for channel sounding for beamforming for Multiple Input Multiple Output ("MIMO") RF radio links, including how a receiving wireless device

communicates channel sounding to a base station.  Beamforming requires the use of a steering matrix that improves the reception to the beamformee.  The 802.11ac standard provides a specific way to compress the beamforming feedback matrix by the beamformee, and how to determine and decompose the estimated transmitter beamforming unitary matrix and compressed into angles for efficient transmission to the beamformer, which generates a next steering matrix. (*See* 802.11-2016 at 19.3.12.1.)

165.    Upon information and belief after a reasonable investigation, at least the Accused Instrumentalities infringe the '862 patent that provide a method for feeding back transmitter beamforming information from a receiving wireless communication device to a transmitting wireless communication device.  For instance, the Nokia 9 PureView is 802.11ac compliant and therefore provides a compressed beamforming feedback matrix to a beamformer.  (*See, e.g.*, 802.11-2016 at 19.3.12.1; https://www.gsmarena.com/nokia_9_pureview-8867.php.)

166.    The Accused Instrumentalities, for example, receive a preamble sequence from a transmitting wireless device.  For instance, the Nokia 9 PureView is an 802.11ac compliant receiver and, therefore, receives a PHY preamble with HT-LTFs from a beamformer.  (*See, e.g.*, 802.11-2016 at 19.3.13.1; https://www.gsmarena.com/nokia_9_pureview-8867.php.)

167.    The Accused Instrumentalities include estimating a channel response based upon the preamble sequence.  For instance, the Nokia 9 PureView is an 802.11ac compliant wireless device and, therefore, estimates a channel response as a result of receiving the HT-LTF's which are part of the PHY preamble.  (*See, e.g.*, 802.11-2016 at 19.3.13.1; https://www.gsmarena.com/nokia_9_pureview-8867.php.)

168.    The Accused Instrumentalities include determining an estimated transmitter beamforming unitary matrix (V) based upon the channel response and a receiver beamforming

unitary matrix (U).  For instance, the Nokia 9 PureView is an 802.11ac compliant wireless device, and therefore calculates a beamforming unitary matrix V based on a singular value decomposition of the channel response H=UDV*, where D is a diagonal matrix and U is a receiver unitary matrix.  (*See, e.g.*, 802.11-2016 at 19.3.12.3.6; https://www.gsmarena.com/nokia_9_pureview-8867.php.)

169.    The Accused Instrumentalities include decomposing the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information.  For instance, the Nokia 9 PureView is an 802.11ac compliant wireless device and, therefore, determines beamforming feedback matrices and compresses those into the form of angles.  (*See, e.g.*, 802.11-2016 at 19.3.12.3.6; https://www.gsmarena.com/nokia_9_pureview-8867.php.)

170.    The Accused Instrumentalities include wirelessly sending the transmitter beamforming information to the transmitting wireless device.  For instance, the Nokia 9 PureView is an 802.11ac compliant wireless device and, therefore, wirelessly sends the compressed beamformed matrices to the beamformer.  (*See, e.g.*, 802.11-2016 at 19.3.12.3.6; https://www.gsmarena.com/nokia_9_pureview-8867.php.)

171.    Each Defendant has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least one claim of the '862 patent in violation of 35 U.S.C. §§ 271, *et seq.*, directly and/or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

172.    Upon information and belief, HMD has had knowledge of the '862 patent, at least since receiving a notice letter from BNR dated July 18, 2019.

173.     Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Huaqin have been aware of the '862 patent and its infringement thereof at least as early as the filing of this Complaint.

174.     Upon information and belief, since each Defendant has had knowledge of the '862 patent, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '862 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each Defendant's partners, clients, customers, and end users across the country and in this District, whose use of the Accused Instrumentalities constitutes direct infringement of at least one claim of the '862 patent.

175.     In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '862 patent and knowledge that its acts were inducing infringement of the '862 patent since at least the date each Defendant received notice that such activities infringed the '862 patent.

176.     Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '862 patent and that its acts were inducing infringement of the '862 patent since each Defendant has had knowledge of the '862 patent.

177.    Each Defendant's infringement of the '862 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

178.    Each of Defendant's infringement of the '862 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

179.    BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '862 patent, including without limitation and/or not less than a reasonable royalty.

180.    Plaintiff has been harmed by Defendants' infringing activities.

### COUNT V - INFRINGEMENT OF U.S. PATENT NO. 7,564,914

181.    The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Fifth Claim for Relief.

182.    On July 21, 2009, the '914 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Method and System for Frame Formats for MIMO Channel Measurement Exchange."

183.    BNR is the assignee and owner of the right, title and interest in and to the '914 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

184.    Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '914 patent, including at least claim 1, by selling, offering to sell, making, using, and/or providing and causing to be used instrumentalities that operate according to the 802.11ac standard, including the Accused Instrumentalities.

185.    The 802.11ac standard provides for a "compressed beamforming feedback matrix" and specifies that "[i]n compressed beamforming feedback matrix, the beamformee shall

remove the space-time stream CSD in Table 19-10 from the measured channel before computing

a set of matrices for feedback to the beamformer." (*See* 802.11-2016 at 19.3.12.3.6.)

Furthermore, "[t]he beamforming feedback matrices, V(k), found by the beamformee are

compressed in the form of angles, which are sent to the beamformer." (*Id.*) Devices

implementing the beamforming standardization according to 802.11ac standard must be capable

of providing compressed beamforming feedback matrices as set forth above.

186.    On information and belief after a reasonable investigation, the Accused

Instrumentalities infringe the '914 patent that provide a method for transmitting data via a

plurality of radio frequency (RF) channels utilizing a plurality of transmitting antennas. For

instance, the Nokia 9 PureView is an 802.11ac compliant wireless device that transmits data via

a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antennas. (*See,

e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

187.    The Accused Instrumentalities receive feedback information via at least one of the

plurality of RF channels. For instance, the Nokia 9 PureView is an 802.11ac compliant wireless

device that receives feedback information via at least one of the plurality of RF channels. (*See,

e.g.,* https://www.gsmarena.com/nokia_9_pureview-8867.php.)

188.    The Accused Instrumentalities modify a transmission mode based on the feedback

information. For instance, the Nokia 9 PureView is an 802.11ac compliant wireless device that

modifies a transmission mode based on the feedback information. (*See, e.g.*,

https://www.gsmarena.com/nokia_9_pureview-8867.php.)

189.    The Accused Instrumentalities receive the feedback information comprising

channel estimates based on transmission characteristics of the transmitted data via at least one of

the plurality of transmitting antennas. For instance, the Nokia 9 PureView is an 802.11ac

compliant wireless device that receives the feedback information comprising channel estimates based on transmission characteristics of the transmitted data via at least one of the plurality of transmitting antennas; and deriving the feedback information from mathematical matrix decomposition of channel estimates.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

190.    The Accused Instrumentalities derive the feedback information from mathematical matrix decomposition of channel estimates.  For instance, the Nokia 9 PureView is an 802.11ac compliant wireless device that derives the feedback information from mathematical matrix decomposition of channel estimates.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

191.    HMD has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least claim 1 of the '914 patent in violation of 35 U.S.C. §§ 271, *et seq.*, directly or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

192.    On information and belief, these Accused Instrumentalities are used marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers and end users across the country and in this District.

193.    Each of Defendants was made aware of the '914 patent and its infringement thereof at least as early as the filing of this Complaint.

194.    Upon information and belief, since each Defendant has had knowledge of the '914 patent, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '914 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or

willful blindness, actively aiding and abetting others to infringe, including but not limited to each Defendant's partners, customers, clients, and end users, whose use of the Accused Instrumentalities constitutes direct infringement of at least claim 1 of the '914 patent.

195.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '914 patent and knowledge that its acts were inducing infringement of the '914 patent since at least the date each Defendant received notice that such activities infringed the '914 patent.

196.    Upon information and belief, HMD has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '914 patent and that its acts were inducing infringement of the '914 patent since each Defendant has had knowledge of the '914 patent.

197.    Each Defendant's infringement of the '914 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

198.    BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '914 patent, including without limitation and/or not less than a reasonable royalty.

199.    Plaintiff has been harmed by Defendants' infringing activities.

**COUNT VI – INFRINGEMENT OF U.S. PATENT NO. 7,957,450**

200.    The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Sixth Claim for Relief.

201.    On January 7, 2011, the '450 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Method and System for Frame Formats for MIMO Channel Measurement Exchange."

202.    BNR is the assignee and owner of the right, title and interest in and to the '450 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

203.    Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '450 patent, including at least claim 1, by selling, offering to sell, making, using, and/or providing and causing to be used Accused Instrumentalities that operate according to the 802.11ac standard, such as Nokia 9 PureView mobile phones.

204.    The 802.11ac standard provides for a "compressed beamforming feedback matrix" and specifies that "[i]n compressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 19-10 from the measured channel before computing a set of matrices for feedback to the beamformer." (*See, e.g.,* 802.11-2016 at 19.3.12.3.6.) Furthermore, "[t]he beamforming feedback matrices, V(k), found by the beamformee are compressed in the form of angles, which are sent to the beamformer." (*Id.*) Devices implementing the beamforming standardization according to 802.11ac standard must be capable of providing compressed beamforming feedback matrices as set forth above.

205.    Upon information and belief after a reasonable investigation, at least the Accused Instrumentalities infringe the '450 patent. The Accused Instrumentalities provide a system for communication having one or more circuits of a mobile terminal that are operable to compute a plurality of channel estimate matrices based on signals received by the mobile terminal from a base station, via one or more downlink RF channels, wherein the plurality of channel estimate

matrices comprise coefficients derived from performing a singular value matrix decomposition (SVD) on the received signals and that is 802.11ac compliant.  For instance, the Nokia 9 PureView is an 802.11ac compliant wireless device and has one or more circuits of a mobile terminal that are operable to compute a plurality of channel estimate matrices based on signals received by the mobile terminal from a base station, via one or more downlink RF channels, wherein the plurality of channel estimate matrices comprise coefficients derived from performing a singular value matrix decomposition (SVD) on the received signals.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php).

206.    The Accused Instrumentalities include one or more circuits operable to transmit the coefficients as feedback information to the base station, via one or more uplink RF channels. For instance, the Nokia 9 PureView is an 802.11ac compliant wireless device and, therefore, includes one or more circuits operable to transmit the coefficients as feedback information to the base station, via one or more uplink RF channels.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

207.    Each Defendant has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least claim 1 of the '450 patent in violation of 35 U.S.C. §§ 271, *et seq.*, directly and/or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

208.    Upon information and belief, HMD has had knowledge of the '450 patent, at least since receiving a notice letter from BNR dated July 18, 2019.

209.    Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Huaqin have been aware of the '450 patent and its infringement thereof at least as early as the filing of this Complaint.

210.    Upon information and belief, since each Defendant has had knowledge of the '450 patent, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '450 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each Defendant's partners, customers, clients, and end users, whose use of the Accused Instrumentalities constitutes direct infringement of at least claim 1 of the '450 patent.

211.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '450 patent and knowledge that its acts were inducing infringement of the '450 patent since at least the date each Defendant received notice that such activities infringed the '450 patent.

212.    Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '450 patent and that its acts were inducing infringement of the '450 patent since each Defendant has had knowledge of the '450 patent.

213.    Each Defendant's infringement of the '450 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

214.    Each Defendant's infringement of the '450 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

215.    BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '450 patent, including without limitation and/or not less than a reasonable royalty.

216.    Plaintiff has been harmed by Defendants' infringing activities.

## COUNT VII – INFRINGEMENT OF U.S. PATENT NO. 6,941,156

217.    The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Seventh Claim for Relief.

218.    On September 6, 2005, the '156 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Automatic Handoff for Wireless Piconet Multi Mode Cell Phone."

219.    BNR is the assignee and owner of the right, title and interest in and to the '156 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

220.    Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '156 patent, including at least claim 1 of the '156 patent by selling, offering to sell, making, using, and/or providing and causing to be used Accused Instrumentalities for transferring a communication link between two different modes of a multimode cellphone.  The Accused Instrumentalities, including Nokia 9 PureView mobile phones which include both an RF radio for cellular communications and a separate RF radio for connection to Wi-Fi networks.  Further, those smart phones are designed and able to operate

simultaneous communication paths at different frequencies and automatically switch over communication from either the cellular communication or the Wi-Fi functionality to the other.

221.    Upon information and belief and after a reasonable investigation, at least the Accused Instrumentalities infringe the '156 patent that are multimode cell phones that include a cell phone functionality and an RF communication functionality separate from the cell phone functionality.  For instance, the Nokia 9 PureView is a multimode cell phone that include a cell phone functionality and an RF communication functionality separate from the cell phone functionality.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

222.    The Accused Instrumentalities also include an automatic switch over module, in communication with both the cell phone functionality and the RF communication functionality, operable to switch a communication path established on the other of the cell phone functionality and the RF communication functionality.  For instance, the Nokia 9 PureView includes an automatic switch over module, in communication with both the cell phone functionality and the RF communication functionality, operable to switch a communication path established on the other of the cell phone functionality and the RF communication functionality.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

223.    HMD has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least of claim 1 of the '156 patent in violation of 35 U.S.C. §§ 271, *et seq.*, directly and/or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

224.    Upon information and belief, HMD has had knowledge of the '156 patent, at least since receiving a notice letter from BNR dated July 18, 2019.

225.    Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Huaqin have been aware of the '156 patent and its infringement thereof at least as early as the filing of this Complaint.

226.    Upon information and belief, since each Defendant had knowledge of the '156 patent, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '156 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each Defendant's partners, customers, clients, and end users, whose use of the Accused Instrumentalities constitutes direct infringement of at least claim 1 of the '156 patent.

227.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '156 patent and knowledge that its acts were inducing infringement of the '156 patent since at least the date each Defendant received notice that such activities infringed the '156 patent.

228.    Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '156 patent and that its acts were inducing infringement of the '156 patent since each Defendant has had knowledge of the '156 patent.

229.     Each Defendant's infringement of the '156 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

230.     Each of Defendant's infringement of the '156 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

231.     BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '156 patent, including without limitation and/or not less than a reasonable royalty.

232.     Plaintiff has been harmed by Defendants' infringing activities.

<u>**COUNT VIII – INFRINGEMENT OF U.S. PATENT NO. 6,696,941**</u>

233.     The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Eighth Claim for Relief.

234.     On February 24, 2004, the '941 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Theft Alarm in Mobile Device."

235.     BNR is the assignee and owner of the right, title and interest in and to the '941 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

236.     Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '941 patent, including at least claim 1 of the '941 patent by selling, offering to sell, making, using, and/or providing and causing to be used Accused Instrumentalities for remotely triggering an alarm within a mobile phone.  The Accused Instrumentalities, such as Nokia 9 PureView smart phones, have an alarm capable of being remotely triggered by a remote trigger detection element which responds to an alarm personal identification number (PIN) entered by a remote user to produce an alarm signal that triggers a display within the mobile phone.

237.     Upon information and belief and after a reasonable investigation, at least the Accused Instrumentalities infringe the '941 patent.  The Accused Instrumentalities comprise a remotely triggering means for an alarm within a mobile wireless device.  For instance, the Nokia 9 PureView is a mobile wireless device having a remotely triggering means for an alarm.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

238.     The Accused Instrumentalities also include a means for receiving an alarm trigger signal from a service provider to the mobile wireless device based on user authorization.  For instance, the Nokia 9 PureView includes an antenna for receiving an alarm trigger signal from a service provider based on user authorization.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

239.     The Accused Instrumentalities also include means for triggering a sensory output based on receipt of the alarm trigger signal from the service provider.  For instance, the Nokia 9 PureView includes means for triggering a sensory output based on receipt of the alarm trigger signal from the service provider.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

240.     The Accused Instrumentalities also include means for preventing a current holder of the mobile wireless device from stopping the sensory output unless an alarm PIN is manually entered by the holder into the mobile wireless device.  For instance, the Nokia 9 PureView includes means for preventing a current holder of the mobile wireless device from stopping the sensory output unless an alarm PIN is manually entered by the holder into the mobile wireless device.  (*See, e.g.,* https://www.gsmarena.com/nokia_9_pureview-8867.php.)

241.     The Accused Instrumentalities also include means for preventing a current holder of the mobile wireless device from stopping the sensory output unless an alarm PIN is manually

entered by the holder into the mobile wireless device.  For instance, the Nokia 9 PureView includes means for preventing a current holder of the mobile wireless device from stopping the sensory output unless an alarm PIN is manually entered by the holder into the mobile wireless device.  (*See, e.g.*, https://www.nokia.com/phones/en_us/support/nokia-x100-user-guide.)

242.    Each Defendant has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least claim 1 of the '941 patent in violation of 35 U.S.C. §§ 271, *et seq.*, directly and/or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

243.    Upon information and belief, HMD has had knowledge of the '941 patent, at least since receiving a notice letter from BNR dated July 18, 2019.

244.    Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Hauqin was made aware of the '941 patent and its infringement thereof at least as early as the filing of this Complaint.

245.    Upon information and belief, since each Defendant had knowledge of the '941 patent, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '941 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each Defendant's partners, customers, clients, and end-users, whose use of the Accused Instrumentalities constitutes direct infringement of at least claim 1.

246.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding

the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '941 patent and knowledge that its acts were inducing infringement of the '941 patent since at least the date each Defendant received notice that such activities infringed the '941 patent.

247.    Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '941 patent and that its acts were inducing infringement of the '941 patent since Defendant has had knowledge of the '941 patent.

248.    Each Defendant's infringement of the '941 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

249.    Each Defendant's infringement of the '941 Patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

250.    BNR is entitled to recover from HMD all damages that BNR has sustained as a result of HMD's infringement of the '941 patent, including without limitation and/or not less than a reasonable royalty.

251.    Plaintiff has been harmed by Defendants' infringing activities.

### COUNT IX – INFRINGEMENT OF U.S. PATENT NO. 7,039,435

252.    The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Ninth Claim for Relief.

253.    On May 2, 2006, the '435 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Proximity Regulation System for Use with a Portable Cell Phone and a Method of Operation Thereof."

254.    BNR is the assignee and owner of the right, title and interest in and to the '435 patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

255.    Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '435 patent, including at least claim 1 of the '435 patent by selling, offering to sell, making, using, and/or providing and causing to be used Accused Instrumentalities having proximity regulation systems, such as Nokia 9 PureView mobile phones, having systems to detect the location of the mobile device proximate to the user and adjusts the transmit power level of the mobile device based on its location proximate to the user.

256.    On information and belief after a reasonable investigation, the Accused Instrumentalities infringe the '435 patent. The Accused Instrumentalities include a power circuit that provides a network adjusted transmit power level as a function of a position to a communications tower.  For instance, the Nokia 9 PureView includes a power circuit that provides a network adjusted transmit power level as a function of a position to a communications tower (*e.g.*, the circuitry coupled to the antenna).  The claimed power signal is part of the Long-Term Evolution ("LTE") standard, which is utilized by the Nokia 9 PureView.

257.    More specifically, section 5.1.1 of the LTE standard addresses the "UE behaviour" and states:

If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for PUSCH transmission in subframe $i$ for the serving cell $c$ is given by

$$P_{\text{PUSCH,c}}(i) = \min\left\{\begin{array}{l} P_{\text{CMAX},c}(i), \\ 10\log_{10}(M_{\text{PUSCH,c}}(i)) + P_{\text{O\_PUSCH,c}}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\text{TF,c}}(i) + f_c(i) \end{array}\right\} \quad [\text{dBm}]$$

(*See* https://www.etsi.org/deliver/etsi_ts/136200_136299/136213/10.04.00_60/ts_136213v100 400p.pdf at 5.1.1.)

258.     The Accused Instrumentalities have a proximity regulation system, including: a location sensing subsystem that determines a location of said portable cell phone proximate a user; and a power governing subsystem, coupled to said location sensing subsystem that determines a proximity transmit power level of said portable cell phone based on said location and determines a transmit power level for said portable cell phone based on said network adjusted transmit power level and said proximity transmit power level.  (*See, e.g.,* https://www.gsmarena.com/nokia_9_pureview-8867.php.)

259.     The Accused Instrumentalities also have a proximity regulation system, including: a location sensing subsystem that determines a location of said portable cell phone proximate a user; and a power governing subsystem, coupled to said location sensing subsystem that determines a proximity transmit power level of said portable cell phone based on said location and determines a transmit power level for said portable cell phone based on said network adjusted transmit power level and said proximity transmit power level.  (*See, e.g.,* https://www.gsmarena.com/nokia_9_pureview-8867.php.)

260.     Each Defendant has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least claim 1 of the '435 patent in violation of 35 U.S.C. §§ 271, et seq., directly or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

261.     On information and belief, these Accused Instrumentalities are used marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers and end users across the country and in this District.

262.    Each Defendant was made aware of the '435 patent and its infringement thereof at least as early as the filing of this Complaint.

263.    Upon information and belief, since each Defendant had knowledge of the '435 patent, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '435 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to HMD partners, customers, clients, and end users, whose use of the Accused Instrumentalities constitutes direct infringement of at least claim 1 of the '435 patent.

264.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '435 patent and knowledge that its acts were inducing infringement of the '435 patent since at least the date each Defendant received notice that such activities infringed the '435 patent.

265.    Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '435 patent and that its acts were inducing infringement of the '435 patent since each Defendant has had knowledge of the '435 patent.

266.    Each Defendant's infringement of the '435 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

267.    Each Defendant's infringement of the '435 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

268.    BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '435 Patent, including without limitation and/or not less than a reasonable royalty.

269.    Plaintiff has been harmed by Defendants' infringing activities.

**COUNT X – INFRINGEMENT OF U.S. PATENT NO. 6,963,129**

270.    The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Tenth Claim for Relief.

271.    On November 8, 2005, the '129 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Multi-chip Package Having a Contiguous Heat Spreader Assembly."

272.    BNR is the assignee and owner of the right, title and interest in and to the '129 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

273.    Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '129 patent, including at least claim 1, by selling, offering to sell, making, using, and/or providing and causing to be used instrumentalities that include a heat spreader.  The heat spreader in the Accused Instrumentalities, including Nokia 9 PureView mobile phones have heat spreader assembly that includes a single, unibody heat spreader.  The single, unibody heat spreader is configured to extend across substantially the entire first surface of at least two spaced integrated circuits opposite a second surface of the integrated circuits having (1) a single, unibody heat spreader configured to extend across substantially the entire

first surface of at least two spaced integrated circuits opposite a second surface of the integrated

circuits that have a bonding pad; (2) adhesive placed between the heat spreader and the first

surface for securing the heat spreader to the first surface of the integrated circuits at a spaced

distance above at least one passive device arranged in the area between the spaced integrated

circuits; and (3) a second heat spreader interposed between the heat spreader and only one of the

at least two spaced integrated circuits.

274.    Upon information and belief after a reasonable investigation, at least the Accused

Instrumentalities infringe the '129 patent.  The Accused Instrumentalities include a heat spreader

assembly.  For instance, the Nokia 9 PureView contains a heat spreader assembly that includes a

single, unibody heat spreader configured to extend across substantially the entire first surface of

at least two spaced integrated circuits opposite a second surface of the integrated circuits having

a bonding pad.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

275.    The Accused Instrumentalities' heat spreader assembly also includes adhesive placed

between the heat spreader and the first surface for securing the heat spreader to the first surface

of the integrated circuits at a spaced distance above at least one passive device arranged in the

area between the spaced integrated circuits.  For instance, the Nokia 9 PureView's heat spreader

assembly includes adhesive placed between the heat spreader and the first surface for securing

the heat spreader to the first surface of the integrated circuits.  (*See, e.g.*,

https://www.gsmarena.com/nokia_9_pureview-8867.php.)

276.    More specifically, a transparent adhesive is placed between the heat spreader and the

first surface in order to secure the Accused Instrumentalities' heat spreader to the first surface of

the integrated circuits.  When assembled, the heat spreader is spaced at a distance above at least

one passive device and arranged in the area between the spaced integrated circuits.

277.    The '129 Accused Instrumentalities' heat spreader assembly also includes a second heat spreader interposed between the heat spreader and only one of the at least two spaced integrated circuits.  For instance, the Nokia 9 PureView heat spreader assembly includes a second heat spreader, which is interposed between the heat spreader and only one of the at least two spaced integrated circuits.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

278.    Each Defendant has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least claim 1 of the '129 patent in violation of 35 U.S.C. §§ 271, *et seq.*, directly or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the '129 Accused Instrumentalities.

279.    On information and belief, these Accused Instrumentalities are used marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers and end users across the country and in this District.

280.    Each of Defendants was made aware of the '129 patent and its infringement thereof at least as early as the filing of this Complaint.

281.    Upon information and belief, since each Defendant had knowledge of the '129 patent, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '129 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each Defendant's partners, customers, clients, and end users whose use of the '129 Accused Instrumentalities constitutes direct infringement of at least claim 1 of the '129 patent.

282.     In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '129 patent and knowledge that its acts were inducing infringement of the '129 patent since at least the date each Defendant received notice that such activities infringed the '129 patent.

283.     Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '129 patent and that its acts were inducing infringement of the '129 patent since each Defendant has had knowledge of the '129 patent.

284.     Each Defendant's infringement of the '129 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

285.     BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '129 patent, including without limitation and/or not less than a reasonable royalty.

286.     Plaintiff has been harmed by Defendants' infringing activities.

**COUNT XI – INFRINGEMENT OF U.S. PATENT NO. 6,858,930**

287.     The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Eleventh Claim for Relief.

288.     On February 22, 2005, the '930 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Multi Chip Module."

289.    BNR is the assignee and owner of the right, title and interest in and to the '930 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

290.    Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '930 patent, including at least claim 1 by selling, offering to sell, making, using, and/or providing and causing to be used instrumentalities having a multi chip package, Nokia 9 PureView mobile phones having, in part, heat spreaders each having a first side and an opposing second side, the first side of each of the heat spreaders disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits, a single stiffener having a first side and an opposing second side, the stiffener covering all of the integrated circuits and heat spreaders, the first side of the stiffener disposed adjacent the second side of the heat spreaders.

291.    Upon information and belief and after a reasonable investigation, at least the Accused Instrumentalities infringe the '930 patent.  The '930 Accused Instrumentalities include a package substrate having a first side and an opposing second side, the first side for receiving package electrical connections.  For instance, the Nokia 9 PureView includes a package substrate having a first side and an opposing second side, the first side for receiving package electrical connections.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

292.    The Accused Instrumentalities also include integrated circuits each having a first side and an opposing second side, the first side of each of the integrated circuits electrically connected and structurally connected to the second side of the package substrate.  For instance, the Nokia 9 PureView includes integrated circuits each having a first side and an opposing second side, the first side of each of the integrated circuits electrically connected and structurally

connected to the second side of the package substrate.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

293.    The Accused Instrumentalities also include heat spreaders each having a first side and an opposing second side, the first side of each of the heat spreaders disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits.  For instance, the Nokia 9 PureView includes heat spreaders each having a first side and an opposing second side, the first side of each of the heat spreaders disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

294.    The Accused Instrumentalities also include a single stiffener having a first side and an opposing second side, the stiffener covering all of the integrated circuits and heat spreaders, the first side of the stiffener disposed adjacent the second side of the heat spreaders.  For instance, the Nokia 9 PureView includes a single stiffener having a first side and an opposing second side, the stiffener covering all of the integrated circuits and heat spreaders, the first side of the stiffener disposed adjacent the second side of the heat spreaders.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

295.    The Accused Instrumentalities also include discrete components electrically connected to the second side of the package substrate and coplanar with the integrated circuits.  For instance, the Nokia 9 PureView includes discrete components electrically connected to the second side of the package substrate and coplanar with the integrated circuits.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

296.    HMD has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least claim 1 of the '930 patent in violation of 35 U.S.C. §§ 271, *et seq.*, directly and/or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the Accused Instrumentalities.

297.    On information and belief, these Accused Instrumentalities are used marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers and end users across the country and in this District.

298.    Each Defendant was made aware of the '930 patent and its infringement thereof at least as early as the filing of this Complaint.

299.    Upon information and belief, since each Defendant had knowledge of the '930 patent, each Defendant has induced and continues to induce others to infringe the '930 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each Defendant's partners, customers, clients, and end users whose use of the Accused Instrumentalities constitutes direct infringement.

300.    In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '930 patent and

knowledge that its acts were inducing infringement of the '930 patent since at least the date each Defendant received notice that such activities infringed the '930 patent.

301.    Upon information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '930 patent and that its acts were inducing infringement of the '930 patent since each Defendant has had knowledge of the '930 patent.

302.    Each Defendant's infringement of the '930 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

303.    BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of Defendant's infringement of the '930 patent, including without limitation and/or not less than a reasonable royalty.

304.    Plaintiff has been harmed by Defendants' infringing activities.

**COUNT XII – INFRINGEMENT OF U.S. PATENT NO. 8,396,072**

305.    The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Twelfth Claim for Relief.

306.    On March 12, 2013, the '072 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Method and Apparatus for Channel Traffic Congestion Avoidance in a Mobile Communication System."

307.    BNR is the assignee and owner of the right, title and interest in and to the '072 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

308.     Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '072 patent, including at least claim 1 by selling, offering to sell, making, using, and/or providing and causing to be used instrumentalities that operate according to the GSM/EDGE standard, including its Nokia 9 PureView mobile phones.

309.     The GSM standard, which was introduced in 1991, establishes protocols for 2G digital cellular networks. By the mid-2010s, GSM was the global standard for mobile communications and accounted for more than 90% of cellular networks worldwide.  The '072 Patent reads on version 10.4.0 of the GSM standard, which was published in October 2010.  (*See* https://www.etsi.org/deliver/etsi_ts/144000_144099/144018/10.04.00_60/ts_144018v100400p.p df.)  The GSM standard sets forth a protocol for channeling traffic congestion detection and management in a mobile communication system.  (*See id.* at 3.3.1.1.1a.)

310.     Upon information and belief and after a reasonable investigation, at least the Accused Instrumentalities infringe the '072 patent.  The Accused Instrumentalities include controlling congestion in a cell of a communications network.  For instance, the Nokia 9 PureView is GSM compliant and utilizes the implicit reject indication described in 3.3.1.1.11. *See id.* at 3.3.1.1.1a; https://www.gsmarena.com/nokia_9_pureview-8867.php.  The implicit reject indication from the network corresponds to the channel traffic congestion detection described in the '072 Patent.  (*See* https://www.etsi.org/deliver/etsi_ts/144000_144099/144018/10.04.00_60/ts_144018v100400p.p df at 3.3.1.1.1a ("The network may at any time include an implicit reject indication for the PS domain or the CS domain within an IMMEDIATE ASSIGNMENT message using the *IA Rest Octets* IE (see sub-clause 10.5.2.16) or within an IMMEDIATE ASSIGNMENT REJECT or an IMMEDIATE ASSIGNMENT EXTENDED message using the *Feature Indicator* IE (see sub-

clause 10.5.2.76)[.]")  Devices operating in accordance with the GSM standard are apparatuses embodying the described traffic congestion detection.

311.    The Accused Instrumentalities include at least one controller and a memory storing a computer program.  For instance, the Nokia 9 PureView is GSM/EDGE compliant, and therefore includes at least one controller and a memory storing a computer program.  (*See, e.g.,* https://www.gsmarena.com/nokia_9_pureview-8867.php.)

312.    The Accused Instrumentalities are configured to receive and read a series of blocks on a first channel.  For instance, the Nokia 9 PureView is GSM/EDGE compliant, and therefore is configured to receive and read a series of blocks on a first channel.  (*See, e.g.,* https://www.etsi.org/deliver/etsi_ts/144000_144099/144018/10.04.00_60/ts_144018v100400p.p df at 3.3.1.1.2 (noting that "[t]he RR [(Radio Resource)] entity of a mobile state is configured for 'low access priority'…[and] initiates the immediate assignment procedure by leaving idle mode and listening to the downlink CCCH [(Common Control Channel),]" which indicates receipt of the first channel.).

313.    The Accused Instrumentalities are configured to determine whether there is congestion based on whether said series of blocks comprises a flag indicating that there is congestion, wherein the flag is in at least one of an IMMEDIATE ASSIGNMENT message or an IMMEDIATE ASSIGNMENT REJECT message.  For instance, the Nokia 9 PureView is GSM/EDGE compliant and therefore is configured to determine whether there is congestion based on whether said series of blocks comprises a flag indicating that there is congestion.  (*See id.* at 3.3.1.1.2 (noting that "[i]f the RR message indicates an implicit reject for the CS [(Circuit Switched)] domain (see sub-clause 3.3.1.1.1a) the mobile station shall abort the immediate assignment procedure and initiate the Implicit Reject procedure (*see* sub-clause 3.3.1.1.3.2a).")

Since the Nokia 9 PureView is GSM/EDGE compliant, the flag is in at least one of an IMMEDIATE ASSIGNMENT message or an IMMEDIATE ASSIGNMENT REJECT message. *See id.* at 3.3.1.1.1a (noting that "[t]he network may at any time include an implicit reject indication for the PS domain or the CS domain within an IMMEDIATE ASSIGNMENT message…or within an IMMEDIATE ASSIGNMENT REJECT.").

314.    In the event that the determination is that there is no congestion, the Accused Instrumentalities are configured to initiate an access procedure by transmitting a channel request on a second channel.  For instance, the Nokia 9 PureView is GSM/EDGE compliant and therefore in the event that there is a determination that there is no congestion, the device initiates an access procedure by transmitting a channel request on a second channel.  (*See id.* at 3.3.1.1.2.) The GSM standard specifies the following in the event that a determination is reached that there is no congestion: "the RR entity of the mobile station schedules the sending of CHANNEL REQUEST (or EGPRS PACKET CHANNEL REQUEST) messages on the RACH and proceeds according to the remainder of this subclause."  (*Id.*)  The RACH (Random Access Channel) constitutes the claimed second channel.  (*See id.*)

315.    Each Defendant has infringed and is infringing, individually and/or jointly, either literally or under the doctrine of equivalents, at least claim 1 of the '072 Patent in violation of 35 U.S.C. §§ 271, et *seq.*, directly and/or indirectly, by making, using, offering for sale, selling, offering for lease, leasing in the United States, and/or importing into the United States without authority or license, the '072 Infringing Products.

316.    On information and belief, these Accused Instrumentalities are used marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers and end users across the country and in this District.

317.     Upon information and belief, HMD has had knowledge of the '072 patent, at least since receiving a notice letter from BNR dated July 18, 2019.

318.     Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Hauqin was made aware of the '072 patent and its infringement thereof at least as early as the filing of this Complaint.

319.     Upon information and belief, since at least the time each Defendant received notice, each Defendant has induced and continues to induce others to infringe at least claim 1 of the '072 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each of Defendant's partners, clients, customers, and end users, whose use of the Accused Instrumentalities constitutes direct infringement of at least one claim of the '072 patent.

320.     In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '072 patent and knowledge that its acts were inducing infringement of the '072 patent since at least the date each Defendant received notice that such activities infringed the '072 patent.

321.     Each Defendant's infringement of the '072 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

322.     Each Defendant's infringement of the '072 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

323.     BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '072 Patent, including without limitation and/or not less than a reasonable royalty.

324.     Plaintiff has been harmed by Defendants' infringing activities.

### COUNT XIII – INFRINGEMENT OF U.S. PATENT NO. 8,792,432

325.     The allegations set forth in the foregoing paragraphs 1 through 98 are incorporated into this Thirteenth Claim for Relief.

326.     On July 29, 2014 the '432 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Prioritizing RACH Message Contents."

327.     BNR is the assignee and owner of the right, title and interest in and to the '072 patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it.

328.     Upon information and belief, each Defendant has and continues to directly infringe one or more claims of the '432 patent, including at least claim 1 by selling, offering to sell, making, using, and/or providing and causing to be used instrumentalities that operate according to the GSM/EDGE standard, including its Nokia 9 PureView mobile phones.

329.     Upon information and belief and after a reasonable investigation, at least the Accused Instrumentalities infringe the '072 patent.  The Accused Instrumentalities include the Nokia 9 PureView that complies with the 3GPP TS 25.331 standard, Version 11.4.0 Release 11 (the "TS 25.331 v.11.4.0 Standard") or later.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

330.     The TS 25.331 v.11.4.0 Standard was introduced on or about February 2013.  The TS 25.331 v.11.4.0 Standard provides a protocol specification for Universal Mobile

Telecommunications System ("UTMS") Radio Resource Control ("RRC") standards.  This includes the function of and informational elements to be included in RRC Connection Request messages.

331.    The Accused Instrumentalities include compliance with the TS 25.331 v.11.4.0 Standard that requires that compliant devices be capable of receiving the network's RACH reporting priority, indicating the order of limiting intra/inter neighbor cell measurements and other information.  (*See* TS 25.331 v.11.4.0 at 10.3.7.136.)  For instance, the Nokia 9 PureView, can receive a broadcast indication indicating whether to prioritize inter-frequency or intra-frequency neighbor cell measurements for inclusion in an uplink connection request message to be sent on a random access channel.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

332.    The Accused Instrumentalities operate in accordance with the TS 25.331 v.11.4.0 Standard for transmitting an uplink RRC message, which includes the measured RACH characteristics, including neighbor cell characteristics in accordance with the prioritization noted above, and does not exceed the maximum allowed message size. *See* TS 25.331 v.11.4.0 at 8.5.23.  For instance, the Nokia 9 PureView constructs the uplink connection request message, which includes measurements that are prioritized in accordance with the broadcast indication so as not to exceed a maximum size of the uplink connection request message.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

333.    The Accused Instrumentalities operate in accordance with the TS 25.331 v.11.4.0 Standard that sets forth protocols for transmitting the uplink RRC message and limiting the number of included neighboring cells according to the priority indicated by the network—e.g., an "InterEUTRAIntra," indication limits the number of intrafrequency cells reported first, and an

"IntraEUTRAInter" indication limits the number of interfrequency cells reported first.  (*See* TS 25.331 v.11.4.0 at 8.5.23.)  Therefore, the broadcast indication discussed above is one in which one value of the indication directs that the interfrequency neighbor cell measurements are prioritized over the intra-frequency neighbor cell measurement results for inclusion in the uplink connection request message; and a different value of the indication or omission of the indication directs that the intra-frequency neighbor cell measurements are prioritized over the inter-frequency neighbor cell measurements for inclusion in the uplink connection request message.

334.    The TS 25.331 v.11.4.0 Standard requires the broadcast indication discussed above to be an information element of system information received on a broadcast channel from an access node of a Universal Terrestrial Radio Access Network or an Evolved Universal Terrestrial Radio Access Network (e.g., a cell network), and, as discussed above, the uplink connection request message is a Radio Resource Control Connection Request Message.  *See* TS 25.331 v.11.4.0 at 8.5.23, 10.2.39, 10.2.48, 10.2.48.8.22.  For instance, the Nokia 9 PureView is a receiving wireless device (cellular phone) that is advertised as containing features that comply with the TS 25.331 v.11.4.0 Standard or later, including an LTE Category that complies with that version of the standard or later.  For example, HMD's Nokia 9 PureView is advertised as containing the Qualcomm SDM845 Snapdragon 845 processor, which is advertised as supporting LTE Category 12.  LTE Category 12 was added in TS 25.331 Release 11; therefore, the HMD Nokia 9 PureView supports TS 25.331 v.11.4.0 or later.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

335.    Because HMD's Nokia 9 PureView complies with the TS 25.331 v.11.4.0 Standard or later, it therefore implements the mandatory portions of that standard described above.  (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

336.    Because of its compliance with the TS 25.331 v.11.4.0 Standard or later, the Nokia 9 PureView receives a broadcast indication indicating whether to prioritize inter-frequency or intra-frequency neighbor cell measurements for inclusion in an uplink connection request message to be sent on a random access channel, and constructs the uplink connection request message which includes measurements that are prioritized in accordance with the broadcast indication so as not to exceed a maximum size of the uplink connection request message, in which one value of the indication directs that the inter-frequency neighbor cell measurements are prioritized over the intra-frequency neighbor cell measurement results for inclusion in the uplink connection request message, and a different value of the indication or omission of the indication directs that the intra-frequency neighbor cell measurements are prioritized over the interfrequency neighbor cell measurements for inclusion in the uplink connection request message, and in which the indication is within an information element of system information received on a broadcast channel from an access node of a UTRAN or an E-UTRAN wireless system, and the uplink connection request message is a Radio Resource Control Connection Request message. (*See, e.g.*, https://www.gsmarena.com/nokia_9_pureview-8867.php.)

337.    On information and belief, these Accused Instrumentalities are used marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers and end users across the country and in this District.

338.    Upon information and belief, HMD has had knowledge of the '432 patent, at least since receiving a notice letter from BNR dated July 18, 2019.

339.     Upon information and belief, each of Chino-E, Hon Hai, Tinno, Unisoc, Wingtech, and Hauqin was made aware of the '432 patent and its infringement thereof at least as early as the filing of this Complaint.

340.     Upon information and belief, since at least the time each Defendant received notice, each Defendant has induced and continues to induce others to infringe at least one claim of the '432 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to each of Defendant's partners, clients, customers, and end users, whose use of the Accused Instrumentalities constitutes direct infringement of at least one claim of the '432 patent.

341.     In particular, each Defendant's actions that aid and abet others such as its partners, customers, clients, and end users to infringe include advertising and distributing the Accused Instrumentalities and providing instruction materials, training, and services regarding the Accused Instrumentalities.  On information and belief, each Defendant has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because each Defendant has had actual knowledge of the '432 patent and knowledge that its acts were inducing infringement of the '432 patent since at least the date each Defendant received notice that such activities infringed the '432 patent.

342.     Each Defendant's infringement of the '432 patent is willful and deliberate, entitling BNR to enhanced damages and attorneys' fees.

343.     Each Defendant's infringement of the '432 patent is exceptional and entitles BNR to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

344. BNR is entitled to recover from each Defendant all damages that BNR has sustained as a result of each Defendant's infringement of the '432 patent, including without limitation and/or not less than a reasonable royalty.

345. Plaintiff has been harmed by Defendants' infringing activities.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, BNR demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff BNR demands judgment for itself and against each Defendant as follows:

A. An adjudication that each Defendant has infringed U.S. Patent Nos. 8,204,554, 7,319,889, RE 48,629, 8,416,862, 7,564,914, 7,957,450, 6,941,156, 6,696,941, 7,039,435, 6,963,129, 6,858,930, 8,396,072, and 8,792,432;

B. An award of damages to be paid by Defendants adequate to compensate BNR for Defendants' past infringement of U.S. Patent Nos. 8,204,554, 7,319,889, RE 48,629, 8,416,862, 7,564,914, 7,957,450, 6,941,156, 6,696,941, 7,039,435, 6,963,129, 6,858,930, 8,396,072, and 8,792,432 and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses, and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C. Enhanced damages for willful infringement;

D. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of BNR's reasonable attorneys' fees; and

E. An award to BNR of such further relief at law or in equity as the Court deems just and proper.

Dated:  April 6, 2022                    Respectfully submitted,

                                         */s/ Jorge Espinosa*
                                         Jorge Espinosa, Esq.
                                         Florida Bar No. 779032
                                         jorge.espinosa@gray-robinson.com
                                         Francesca Russo
                                         Florida Bar No.:  174912
                                         francesca.russo@gray-robinson.com
                                         **GrayRobinson, P.A.**
                                         333 S.E. 2nd Avenue, Suite 3200
                                         Miami, Florida 33131
                                         Tel: 305-416-6880
                                         Fax: 305-416-6887
                                         *Attorneys for Plaintiff*

JS 44 (Rev. 10/20) FLSD Revised 02/22/2021

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

## II. BASIS OF JURISDICTION  *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excl. Veterans) | | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act (TCPA) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN  *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed **(See VI below)**  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district *(specify)*  ☐ 6 Multidistrict Litigation Transfer  ☐ 7 Appeal to District Judge from Magistrate Judgment  ☐ 8 Multidistrict Litigation – Direct File  ☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)

(See instructions):  a) Re-filed Case ☐YES ☐ NO    b) Related Cases ☐YES ☐ NO

JUDGE:                                    DOCKET NUMBER:

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE

April 6, 2022

SIGNATURE OF ATTORNEY OF RECORD

/Jorge Espinosa/

FOR OFFICE USE ONLY : RECEIPT #          AMOUNT          IFP          JUDGE          MAG JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**      (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

     (b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

     (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**      **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**      **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**      **Nature of Suit**. Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**      **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

**VI.**      **Related/Refiled Cases**. This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

**VII.**      **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
                 Brief Description: Unauthorized reception of cable service

**VIII.**      **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |

_____
*Plaintiff(s)*

v.                                                    Civil Action No.

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

US008204554B2

(12) **United States Patent**
Goris et al.

(10) Patent No.: **US 8,204,554 B2**
(45) Date of Patent: *Jun. 19, 2012

(54) **SYSTEM AND METHOD FOR CONSERVING BATTERY POWER IN A MOBILE STATION**

(75) Inventors: **Norman Goris**, Dortmund (DE);
**Wolfgang Scheit**, Rothenbach (DE)

(73) Assignee: **Agere Systems Inc.**, Allentown, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 448 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/945,505**

(22) Filed: **Nov. 27, 2007**

(65) **Prior Publication Data**

US 2008/0070639 A1     Mar. 20, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 11/516,316, filed on Sep. 6, 2006, now Pat. No. 7,319,889, which is a continuation of application No. 10/463,630, filed on Jun. 17, 2003, now Pat. No. 7,113,811.

(51) **Int. Cl.**
*H04M 1/00*          (2006.01)

(52) **U.S. Cl.** ....... **455/574**; 455/566; 455/41.2; 455/572; 455/556.1

(58) **Field of Classification Search** ............... 455/550.1, 455/41.2, 566, 572–574, 575.1, 343.1–343.5, 455/418; 345/211, 156, 166, 169; 713/230; 340/7.32, 539.23, 539.26, 539.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,224,151 A | | 6/1993 | Bowen et al. | .................... 379/58 |
| 5,586,182 A | * | 12/1996 | Miyashita | .................... 455/566 |
| 5,684,294 A | | 11/1997 | Kouhi | |
| 5,712,911 A | * | 1/1998 | Her | ..................... 379/388.01 |
| 5,881,377 A | | 3/1999 | Giel et al. | .................. 455/343 |
| 5,884,156 A | | 3/1999 | Gordon | .................. 455/350 |
| 6,246,862 B1 | | 6/2001 | Grivas et al. | ................ 455/90 |
| 6,265,833 B1 | | 7/2001 | Kim et al. | ................ 315/169.3 |
| 6,278,887 B1 | | 8/2001 | Son et al. | .................. 455/566 |
| 6,330,457 B1 | | 12/2001 | Yoon | .................. 455/550 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE          195 37 224 A1     4/1997

(Continued)

OTHER PUBLICATIONS

Office Action received in JP 2004-179016 (Mailing date: Apr. 1, 2009).

(Continued)

*Primary Examiner* — Kamran Afshar
*Assistant Examiner* — Kathy Wang-Hurst
(74) *Attorney, Agent, or Firm* — Mendelsohn, Drucker & Associates, P.C.; Kevin M. Drucker; Steve Mendelsohn

(57)          **ABSTRACT**

In one embodiment, a mobile station including a chassis having a display, a power reducer, a proximity sensor, and a microprocessor. The power reducer controls power consumption of the display. The proximity sensor is coupled to the chassis and causes the power consumption to be reduced when the display is within a predetermined range of an external object. The microprocessor is coupled to the proximity sensor and to the display and automatically activates the proximity sensor based on the mobile station receiving an incoming wireless telephone call.

**14 Claims, 4 Drawing Sheets**



**US 8,204,554 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,631,192 | B1 | 10/2003 | Fukiharu |
| 6,665,803 | B2 | 12/2003 | Osborn et al. ............... 713/320 |
| 6,684,294 | B1 | 1/2004 | Huffman ...................... 711/112 |
| 6,726,099 | B2 | 4/2004 | Becker et al. ................. 235/380 |
| D493,451 | S | 7/2004 | Wada ......................... D14/247 |
| 6,836,212 | B2 | 12/2004 | Sawinski ................. 340/539.23 |
| 6,853,850 | B2 | 2/2005 | Shim et al. ................. 455/550.1 |
| 7,076,675 | B2 * | 7/2006 | Martinez Perez et al. .... 455/566 |
| 7,113,811 | B2 * | 9/2006 | Goris et al. .................. 455/574 |
| 7,248,899 | B2 | 7/2007 | Ozaki et al. |
| 7,319,889 | B2 * | 1/2008 | Goris et al. .................. 455/574 |
| 2002/0084998 | A1 | 7/2002 | Sawada ....................... 345/211 |
| 2002/0177475 | A1 | 11/2002 | Park ........................... 455/574 |
| 2003/0036412 | A1 | 2/2003 | Chong ......................... 455/566 |
| 2003/0162570 | A1* | 8/2003 | Suzuki et al. ................. 455/566 |
| 2003/0197597 | A1 | 10/2003 | Bahl et al. ................... 340/7.58 |
| 2004/0097261 | A1 | 5/2004 | Ujii ........................... 455/556.1 |
| 2004/0198458 | A1 | 10/2004 | Kawamura .................. 455/566 |
| 2004/0225904 | A1 | 11/2004 | Perez et al. .................. 713/320 |
| 2004/0252115 | A1 | 12/2004 | Boireau ....................... 345/211 |
| 2006/0019724 | A1 | 1/2006 | Bahl et al. ................... 455/574 |
| 2006/0284848 | A1 | 12/2006 | Lin ............................. 345/169 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2000106598 | A | 4/2000 |
| JP | 2000307719 | A | 11/2000 |
| JP | 2000341376 | A | 12/2000 |
| JP | 2001352395 | A | 12/2001 |
| JP | 2002111801 | A | 4/2002 |
| JP | 2003032357 | A | 1/2003 |

### OTHER PUBLICATIONS

Response to Rule 312 Communication received in U.S. Appl. No. 10/463,630, filed Jun. 17, 2003 dated, Jul. 27, 2006.

Notice of Allowance and Fee(s) Due received in U.S. Appl. No. 10/463,630, filed Jun. 17, 2003 dated Apr. 21, 2006.

Office Action received in U.S. Appl. No. 10/463,630, filed Jun. 17, 2003 dated Nov. 17, 2005.

Final Office Action received in U.S. Appl. No. 10/463,630, filed Jun. 17, 2003 dated Jul. 11, 2005.

Office Action received in U.S. Appl. No. 10/463,630, filed Jun. 17, 2003 dated Feb. 23, 2005.

Notice of Allowance and Fee(s) Due received in U.S. Appl. No. 11/516,316, filed Sep. 6, 2006 dated Oct. 11, 2007.

Final Office Action received in U.S. Appl. No. 11/516,316, filed Sep. 6, 2006 dated Jul. 19, 2007.

Office Action recieved in U.S. Appl. No. 11/516,316, filed Sep. 6, 2006 dated Jan. 29, 2007.

German Office Action; Mailed Mar. 6, 2012 for corresponding DE Application No. 10 2004 028 259.

* cited by examiner

FIGURE 1



FIGURE 2



FIGURE 3

**U.S. Patent**        Jun. 19, 2012        Sheet 4 of 4        US 8,204,554 B2



FIGURE 4

US 8,204,554 B2

**1**

# SYSTEM AND METHOD FOR CONSERVING BATTERY POWER IN A MOBILE STATION

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 11/516,316, filed on Sep. 6, 2007, which is a continuation of U.S. application Ser. No. 10/463,630, filed on Jun. 17, 2003, the teachings of both of which are incorporated herein by reference.

## TECHNICAL FIELD OF THE INVENTION

The present invention is directed, in general, to mobile stations and, more specifically, to a mobile station of mobile radio system having a reduced power consumption under certain operating conditions.

## BACKGROUND OF THE INVENTION

Mobile stations have found many uses in today's world. When paired with a single base station located at a user's own premises, they are called "cordless telephones." When they interact with various, geographically distributed cellular base stations, they are called "cellular telephones" or simply "cell phones."

Usually the stand-by time, as well as the talk-time, of a mobile station depend on the lifetime of a (rechargeable) battery inserted within the mobile station and hence, on the load and/or on the capacity of the battery.

Increasing the capacity of the battery would increase the lifetime of the mobile station, but batteries having increased capacities are often larger, heavier or more expensive, none of which are desirable attributes for a portable, affordable mobile station. Accordingly, what is needed in the art is a way to prolong the lifetime of a mobile station without having to use a battery with an increased capacity.

## SUMMARY OF THE INVENTION

To address the above-discussed deficiencies of the prior art, the present invention provides a mobile station, including: (1) a chassis having a display and (2) a proximity sensor coupled to the chassis and adapted to cause a power consumption of the display to be reduced when the display is within a predetermined range of an external object.

Thus, by reducing the power consumption of the display of an activated telephone set in case the display is not needed, i.e., in particular during a telephone call, current is saved instead of needlessly consumed from the (rechargeable) battery. Accordingly, the spared available battery power may be significant, especially for color displays, resulting in an overall increasement of the stand-by and/or talk time of the telephone set.

According to preferred embodiments the means are adapted to switch-off the display in response to a detection that the set, preferably the display of the set, is attached near to an object, in particular to the ear.

As a consequence, if a call for example is incoming for example, possibly the user wants to see by means of the display the number and/or the stored name of the calling party. However, if the user wants to accept the call and hence is attaching the telephone set to the ear, the invention enables that the display is switched off. In a similar way, in case the user is trying to call a third party he may want to have a look at the display for verifying the entered number, but when the call is established he is likewise attaching the set and accordingly the display to his ear for performing the call. On the other hand, as long as the telephone set is inside a pocket, for example, it is not necessary to keep the display in an on-condition or to indicate the number and/or the name of a calling party.

Moreover, the means may be further adapted to switch-on the display in response to a detection that the set, preferably the display of the set, is moved away from any object, in particular from the ear.

As an alternative or in addition, the triggering event for current saving purposes may also be selectable by the user, for example via a menu list. According to further preferred refinements, the proximity sensor is proposed to be a heat flow or temperature sensor, an optical or infrared sensor, or a load sensor. However, as a further advantage, basically any kind of proximity sensor which is capable of observing a close range or small distance may be used.

Correspondingly, the invention proposes a method for saving available battery power of a mobile station, in particular of a mobile station comprising the steps of detecting an attachment of the set, in particular of the display of said set near to an object, in particular to the ear, and switching off the display in response to such a detection in case the display is in an on-condition.

The foregoing has outlined, rather broadly, preferred and alternative features of the present invention so that those skilled in the art may better understand the detailed description of the invention that follows. Additional features of the invention will be described hereinafter that form the subject of the claims of the invention. Those skilled in the art should appreciate that they can readily use the disclosed conception and specific embodiment as a basis for designing or modifying other structures for carrying out the same purposes of the present invention. Those skilled in the art should also realize that such equivalent constructions do not depart from the spirit and scope of the invention in its broadest form.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, reference is now made to the following descriptions taken in conjunction with the accompanying drawings, in which:

FIG. **1** schematically depicts a preferred embodiment of a mobile station having the inventive detection functionality;

FIG. **2** schematically depicts a block diagram showing essential components of the invention;

FIG. **3** is a flow diagram of exemplary steps for reducing power to a display; and

FIG. **4** is a flow diagram of exemplary steps for automatically answering an incoming call.

## DETAILED DESCRIPTION

FIG. **1** illustrates a mobile station **110** of a mobile radio telecommunication system having a loudspeaker **120** and a microphone **130**. A proximity sensor **140** is located near a display **150** toward a side of the loudspeaker **120**. A keypad **160** allows a user (not shown) to establish an outgoing call, accept an incoming call and/or terminate an active call. However, it should be apparent to one skilled in the pertinent art, that these functionalities can be also performed by other control means, for example by speech control. The proximity sensor **140** is integrated within the mobile station **110** to enable a functionality as described in more detail with regard to FIG. **2**.

US 8,204,554 B2

**3**

As can be seen from FIG. **2**, an incoming call may be managed by a central processing unit **220**, for example for further specific processing. For example, the number or the name of the calling party stored within a storage (not referenced) implemented within the mobile station **110** can be depicted at the display **150**.

If the user of the mobile station **110** wants to accept the incoming call **210**, he may press a key on the keypad **160** or issue a voice command. Alternatively, an incoming call may directly activate the proximity sensor **140** without the necessity of pressing a key on the keypad **160** to accept the call.

In response to the acceptance of the incoming call **210** or automatically, the proximity sensor **140** is activated to monitor a proximity **230** to an external object (not shown), for example a range of about five centimeters. This is preferably done by a standard low-cost proximity sensor, for example a thermal sensor. However, other proximity sensors, such as conventional mechanical proximity (load) sensors, optical sensors or range detecting sensors, fall within the broad scope of the present invention. If the proximity sensor **140** detects an external object (such as the user's ear) within the monitored range, the power consumption of the display **150** is reduced, most preferably by switching the display **150** completely off, as indicated by an arrow **240**, to spare battery power during the telephone call.

When the telephone call **210** is finished, the user of the mobile station **110** typically moves the mobile station **110** away from his ear. This causes the proximity sensor **140** to move out of range of the external object (in this case the user's ear). Accordingly, in response thereto, the display **150** is switched back on, enabling the user to look at information on the display **150**.

Correspondingly, for an outgoing call, the proximity sensor **140** is activated by pressing a key on the keypad **160** to establish the outgoing call to a third party. As long as the outgoing call remains in effect and the proximity sensor **140** detects proximity to an external object, e.g., the ear of the user, the display **150** remains in a state of reduced power consumption, or off, as the case may be.

The function of switching the display off or on or otherwise reducing the amount of power the display consumes may comprise hardware and/or software components. For example, electronically readable instructions executable in the central processing unit **220** may be stored on a memory chip located in the mobile station **110** and adapted to cooperate with the proximity sensor **140** to perform the function.

Moreover, if the proximity sensor **140** is directly activated by an incoming call or automatically activated, the display can be kept in a switched-off condition as long as the mobile station **110** is, for example, within a pocket (not referenced) or the like and is only switched on when the user retrieves the mobile station **110** from the pocket to enable the user to look on the display **150** for an information about the calling party. If the user then wants to accept the call and thence places his mobile station **110** proximate an external object, such as his ear, the proximity sensor **140** again detects an object, causing the display again to be switched off.

FIG. **3** illustrates exemplary steps for reducing power to a display, as described above, and FIG. **4** illustrates exemplary steps for automatically answering an incoming call, as described above.

Although the present invention has been described in detail, those skilled in the art should understand that they can make various changes, substitutions and alterations herein without departing from the spirit and scope of the invention in its broadest form.

**4**

What is claimed is:

**1**. A mobile station, comprising:

a display;

a proximity sensor adapted to generate a signal indicative of the existence of a first condition, the first condition being that an external object is proximate; and

a microprocessor adapted to:

(a) determine, without using the proximity sensor, the existence of a second condition independent and different from the first condition, the second condition being that a user of the mobile station has performed an action to initiate an outgoing call or to answer an incoming call;

(b) in response to a determination in step (a) that the second condition exists, activate the proximity sensor;

(c) receive the signal from the activated proximity sensor; and

(d) reduce power to the display if the signal from the activated proximity sensor indicates that the first condition exists.

**2**. The mobile station of claim **1**, further comprising increasing power to the display if the signal from the activated proximity sensor indicates that the first condition no longer exists.

**3**. The mobile station of claim **1**, wherein, if (i) the microprocessor determines that an incoming telephone call arrives at the mobile station and (ii) the signal indicates the proximity of the external object, then the incoming telephone call is automatically answered.

**4**. The mobile station as recited in claim **1**, wherein the microprocessor reduces power to the display by turning off the display.

**5**. The mobile station as recited in claim **1**, wherein the proximity sensor is a mechanical proximity sensor, an optical sensor, or a range-detecting sensor.

**6**. The mobile station as recited in claim **1**, wherein the proximity sensor is located proximate to the display.

**7**. The mobile station as recited in claim **1**, wherein the proximity sensor begins detecting whether an external object is proximate substantially concurrently with the mobile station initiating an outgoing telephone call.

**8**. A method of conserving battery power in a mobile station, the mobile station adapted to detect the existence of a proximity condition, the proximity condition being that an external object is proximate, the method comprising:

the mobile station detecting the existence of an initiated-call condition or an answered-call condition independent and different from the proximity condition, the initiated-call condition being that a user of the mobile station has performed an action to initiate a call, and the answered-call condition being that a user of the mobile station has performed an action to answer a call;

the mobile station activating the proximity sensor in response to a determination that an answered-call condition or initiated-call condition exists; and

the mobile station reducing power consumption of a display of the mobile station if the activated proximity sensor indicates that the proximity condition exists.

**9**. The method of claim **8**, further comprising the mobile station increasing power consumption of the display if the signal from the activated proximity sensor indicates that the proximity condition no longer exists.

**10**. The method of claim **8**, further comprising:

if (i) an incoming telephone call is determined to arrive at the mobile station and (ii) the proximity of the external

US 8,204,554 B2

**5**

object is detected, then the mobile station automatically answering the incoming telephone call.

**11**. The method as recited in claim **8**, wherein reducing power consumption of the display comprises turning off the display.

**12**. The method as recited in claim **8**, wherein the detecting of the proximity of the external object is performed by a mechanical proximity sensor, an optical sensor, or a range-detecting sensor.

**13**. The method as recited in claim **8**, wherein detecting whether an external object is proximate begins substantially concurrently with the mobile station initiating an outgoing telephone call.

**14**. A mobile station, comprising:

a display;

a proximity sensor adapted to generate a signal indicative of the existence of a first condition, the first condition being that an external object is proximate; and

**6**

a microprocessor adapted to:

(a) determine, independently of the determination whether the external object is proximate, the existence of a second condition different from the first condition, the second condition being that a user of the mobile station has performed an action to initiate an outgoing call or to answer an incoming call;

(b) in response to a determination in step (a) that the second condition exists, activate the proximity sensor;

(c) receive the signal from the activated proximity sensor; and

(d) reduce power to the display if the signal from the activated proximity sensor indicates that the first condition exists.

\*  \*  \*  \*  \*

# EXHIBIT B

US007319889B2

(12) **United States Patent**

Goris et al.

(10) Patent No.: **US 7,319,889 B2**

(45) Date of Patent: **\*Jan. 15, 2008**

(54) **SYSTEM AND METHOD FOR CONSERVING BATTERY POWER IN A MOBILE STATION**

(75) Inventors: **Norman Goris**, Dortmund (DE); **Wolfgang Scheit**, Rothenbach (DE)

(73) Assignee: **Agere Systems Inc.**, Allentown, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/516,316**

(22) Filed: **Sep. 6, 2006**

(65) **Prior Publication Data**

US 2007/0004470 A1    Jan. 4, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 10/463,630, filed on Jun. 17, 2003, now Pat. No. 7,113,811.

(51) **Int. Cl.**
**H04M 1/00**       (2006.01)

(52) **U.S. Cl.** .................... **455/574**; 455/566; 455/41.2; 455/343.1; 455/550.1

(58) **Field of Classification Search** ............ 455/550.1, 455/41.2, 566, 572–574, 343.1–343.6, 90.1–90.3, 455/69, 522; 315/169.3, 160; 345/211, 345/156, 166, 169; 713/230, 300–340; 340/7.32, 539.23, 539.26, 539.3; 379/55.1, 379/56.1–56.3, 370–376.02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,712,911 | A | 1/1998 | Her ........................ 379/388.01 |
| 5,881,377 | A | 3/1999 | Giel et al. ............... 455/343.1 |
| 5,884,156 | A | 3/1999 | Gordon ................... 455/552.1 |
| 6,246,862 | B1 | 6/2001 | Grivas et al. ................... 3/566 |
| 6,265,833 | B1 | 7/2001 | Kim et al. ............... 315/169.3 |
| 6,278,887 | B1 | 8/2001 | Son et al. ................... 455/566 |
| 6,330,457 | B1 | 12/2001 | Yoon ....................... 455/550.1 |
| 6,665,803 | B2 * | 12/2003 | Lunsford et al. .......... 713/320 |
| 6,684,294 | B1 | 1/2004 | Huffman ................... 711/112 |
| 6,726,099 | B2 | 4/2004 | Becker et al. ............. 235/380 |
| D493,451 | S | 7/2004 | Wada ........................ D14/247 |
| 6,836,212 | B2 | 12/2004 | Sawinski ............... 340/539.23 |
| 6,853,850 | B2 | 2/2005 | Shim et al. ............... 455/560.1 |
| 2002/0084998 | A1 | 7/2002 | Sawada ..................... 345/211 |
| 2002/0177475 | A1 | 11/2002 | Park .......................... 455/574 |
| 2003/0036412 | A1 | 2/2003 | Chong ...................... 455/566 |
| 2003/0197597 | A1* | 10/2003 | Bahl et al. ................. 340/7.32 |
| 2004/0097261 | A1 | 5/2004 | Ujii ........................ 455/575.1 |
| 2004/0198458 | A1 | 10/2004 | Kawamura ................. 455/566 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 195 37 224 A1 | 8/1995 |

*Primary Examiner*—George Eng
*Assistant Examiner*—Kamran Afshar

(57) **ABSTRACT**

In one embodiment, a mobile station including a chassis having a display, a power reducer, a proximity sensor, and a microprocessor. The power reducer controls power consumption of the display. The proximity sensor is coupled to the chassis and causes the power consumption to be reduced when the display is within a predetermined range of an external object. The microprocessor is coupled to the proximity sensor and to the display and automatically activates the proximity sensor based on the mobile station receiving an incoming wireless telephone call.

**13 Claims, 4 Drawing Sheets**



**US 7,319,889 B2**

Page 2

U.S. PATENT DOCUMENTS

2004/0225904 A1    11/2004  Perez et al. ................. 713/320
2004/0252115 A1*  12/2004  Boireau ....................... 345/211
2006/0019724 A1*   1/2006  Bahl et al. .................. 455/574
2003/0284848        *  12/2006  Lin ............................ 345/169

* cited by examiner

FIGURE 1



## FIGURE 2



U.S. Patent          Jan. 15, 2008          Sheet 3 of 4          US 7,319,889 B2



FIGURE 3



<u>FIGURE 4</u>

US 7,319,889 B2

**1**

## SYSTEM AND METHOD FOR CONSERVING BATTERY POWER IN A MOBILE STATION

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 10/463,630, filed on Jun. 17, 2003, now U.S. Pat. No. 7,113,811 the teachings of which are incorporated herein by reference.

### TECHNICAL FIELD OF THE INVENTION

The present invention is directed, in general, to mobile stations and, more specifically, to a mobile station of mobile radio system having a reduced power consumption under certain operating conditions.

### BACKGROUND OF THE INVENTION

Mobile stations have found many uses in today's world. When paired with a single base station located at a user's own premises, they are called "cordless telephones." When they interact with various, geographically distributed cellular base stations, they are called "cellular telephones" or simply "cell phones."

Usually the stand-by time, as well as the talk-time, of a mobile station depend on the lifetime of a (rechargeable) battery inserted within the mobile station and hence, on the load and/or on the capacity of the battery.

Increasing of the capacity of the battery would increase the lifetime of the mobile station, but batteries having increased capacities are often larger, heavier or more expensive, none of which are desirable attributes for a portable, affordable mobile station. Accordingly, what is needed in the art is a way to prolong the lifetime of a mobile station without having to use a battery with an increased capacity.

### SUMMARY OF THE INVENTION

To address the above-discussed deficiencies of the prior art, the present invention provides a mobile station, including: (1) a chassis having a display and (2) a proximity sensor coupled to the chassis and adapted to cause a power consumption of the display to be reduced when the display is within a predetermined range of an external object.

Thus, by reducing the power consumption of the display of an activated telephone set in case the display is not needed, i.e., in particular during a telephone call, current is saved instead of needlessly consumed from the (rechargeable) battery. Accordingly, the spared available battery power may be significant, especially for color displays, resulting in an overall increasement of the stand-by and/or talk time of the telephone set.

According to preferred embodiments the means are adapted to switch-off the display in response to a detection that the set, preferably the display of the set, is attached near to an object, in particular to the ear.

As a consequence, if a call for example is incoming for example, possibly the user wants to see by means of the display the number and/or the stored name of the calling party. However, if the user wants to accept the call and hence is attaching the telephone set to the ear, the invention enables that the display is switched off. In a similar way, in case the user is trying to call a third party he may want to have a look at the display for verifying the entered number, but when the call is established he is likewise attaching the set and accordingly the display to his ear for performing the call. On the other hand, as long as the telephone set is inside a pocket, for example, it is not necessary to keep the display in an on-condition or to indicate the number and/or the name of a calling party.

Moreover, the means may be further adapted to switch-on the display in response to a detection that the set, preferably the display of the set, is moved away from any object, in particular from the ear.

As an alternative or in addition, the triggering event for current saving purposes may also be selectable by the user, for example via a menu list. According to further preferred refinements, the proximity sensor is proposed to be a heat flow or temperature sensor, an optical or infrared sensor, or a load sensor. However, as a further advantage, basically any kind of proximity sensor which is capable of observing a close range or small distance may be used.

Correspondingly, the invention proposes a method for saving available battery power of a mobile station, in particular of a mobile station comprising the steps of detecting an attachment of the set, in particular of the display of said set near to an object, in particular to the ear, and switching off the display in response to such a detection in case the display is in an on-condition.

The foregoing has outlined, rather broadly, preferred and alternative features of the present invention so that those skilled in the art may better understand the detailed description of the invention that follows. Additional features of the invention will be described hereinafter that form the subject of the claims of the invention. Those skilled in the art should appreciate that they can readily use the disclosed conception and specific embodiment as a basis for designing or modifying other structures for carrying out the same purposes of the present invention. Those skilled in the art should also realize that such equivalent constructions do not depart from the spirit and scope of the invention in its broadest form.

### BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, reference is now made to the following descriptions taken in conjunction with the accompanying drawings, in which:

FIG. **1** schematically depicts a preferred embodiment of a mobile station having the inventive detection functionality; and

FIG. **2** schematically depicts a block diagram showing essential components of the invention;

FIG. **3** is a flow diagram of exemplary steps for reducing power to a display; and

FIG. **4** is a flow diagram of exemplary steps for automatically answering an incoming call.

### DETAILED DESCRIPTION

FIG. **1** illustrates a mobile station **110** of a mobile radio telecommunication system having a loudspeaker **120** and a microphone **130**. A proximity sensor **140** is located near a display **150** toward a side of the loudspeaker **120**. A keypad **160** allows a user (not shown) to establish an outgoing call, accept an incoming call and/or terminate an active call. However, it should be apparent to one skilled in the pertinent art, that these functionalities can be also performed by other control means, for example by speech control. The proximity sensor **140** is integrated within the mobile station **110** to enable a functionality as described in more detail with regard to FIG. **2**.

US 7,319,889 B2

**3**

As can be seen from FIG. **2**, an incoming call may be managed by a central processing unit **220**, for example for further specific processing. For example, the number or the name of the calling party stored within a storage (not referenced) implemented within the mobile station **110** can be depicted at the display **150**.

If the user of the mobile station **110** wants to accept the incoming call **210**, he may press a key on the keypad **160** or issue a voice command. Alternatively, an incoming call may directly activate the proximity sensor **140** without the necessity of pressing a key on the keypad **160** to accept the call.

In response to the acceptance of the incoming call **210** or automatically, the proximity sensor **140** is activated to monitor a proximity **230** to an external object (not shown), for example a range of about five centimeters. This is preferably done by a standard low-cost proximity sensor, for example a thermal sensor. However, other proximity sensors, such as conventional mechanical proximity (load) sensors, optical sensors or range detecting sensors, fall within the broad scope of the present invention. If the proximity sensor **140** detects an external object (such as the user's ear) within the monitored range, the power consumption of the display **150** is reduced, most preferably by switching the display **150** completely off, as indicated by an arrow **240**, to spare battery power during the telephone call.

When the telephone call **210** is finished, the user of the mobile station **110** typically moves the mobile station **110** away from his ear. This causes the proximity sensor **140** to move out of range of the external object (in this case the user's ear). Accordingly, in response thereto, the display **150** is switched back on, enabling the user to look at information on the display **150**.

Correspondingly, for an outgoing call, the proximity sensor **140** is activated by pressing a key on the keypad **160** to establish the outgoing call to a third party. As long as the outgoing call remains in effect and the proximity sensor **140** detects proximity to an external object, e.g., the ear of the user, the display **150** remains in a state of reduced power consumption, or off, as the case may be.

The function of switching the display off or on or otherwise reducing the amount of power the display consumes may comprise hardware and/or software components. For example, electronically readable instructions executable in the central processing unit **220** may be stored on a memory chip located in the mobile station **110** and adapted to cooperate with the proximity sensor **140** to perform the function.

Moreover, if the proximity sensor **140** is directly activated by an incoming call or automatically activated, the display can be kept in a switched-off condition as long as the mobile station **110** is, for example, within a pocket (not referenced) or the like and is only switched on when the user retrieves the mobile station **110** from the pocket to enable the user to look on the display **150** for an information about the calling party. If the user then wants to accept the call and thence places the mobile station **110** proximate an external object, such as his ear, the proximity sensor **140** again detects an object, causing the display again to be switched off.

FIG. **3** illustrates exemplary steps for reducing power to a display, as described above, and FIG. **4** illustrates exemplary steps for automatically answering an incoming call, as described above.

Although the present invention has been described in detail, those skilled in the art should understand that they can make various changes, substitutions and alterations herein without departing from the spirit and scope of the invention in its broadest form.

**4**

What is claimed is:

**1**. A mobile station, comprising:

a display;

a proximity sensor adapted to generate a signal indicative of proximity of an external object; and

a microprocessor adapted to:

(a) determine whether a telephone call is active;

(b) receive the signal from the proximity sensor; and

(c) reduce power to the display if (i) the microprocessor determines that a telephone call is active and (ii) the signal indicates the proximity of the external object; wherein:

the telephone call is a wireless telephone call;

the microprocessor reduces power to the display while the signal indicates the proximity of the external object only if the microprocessor determines that the wireless telephone call is active; and

the proximity sensor begins detecting whether an external object is proximate substantially concurrently with the mobile station initiating an outgoing wireless telephone call or receiving an incoming wireless telephone call.

**2**. The mobile station of claim **1**, wherein the microprocessor reduces power to the display only if (i) the microprocessor determines that a telephone call is active and (ii) the signal indicates the proximity of the external object.

**3**. The mobile station of claim **1**, wherein, if (i) the microprocessor determines that an incoming telephone call arrives at the mobile station and (ii) the signal indicates the proximity of the external object, then the incoming telephone call is automatically answered.

**4**. The mobile station as recited in claim **1**, wherein the microprocessor reduces power to the display by turning off the display.

**5**. The mobile station as recited in claim **1**, wherein the proximity sensor is a mechanical proximity sensor, an optical sensor, or a range-detecting sensor.

**6**. The mobile station as recited in claim **1**, wherein the proximity sensor is located proximate to the display.

**7**. The invention of claim **1**, wherein, if (i) the microprocessor determines that the incoming wireless telephone call arrives at the mobile station and (ii) the signal indicates the proximity of the external object, then the incoming wireless telephone call is automatically answered without any further action by the user.

**8**. A method of conserving battery power in a mobile station, comprising:

detecting whether an external object is proximate;

determining whether a telephone call is active; and

reducing power consumption of a display of the mobile station if (i) a telephone call is determined to be active and (ii) the proximity of the external object is detected; wherein:

the telephone call is a wireless telephone call;

the power consumption of the display is reduced while the proximity of the external object is detected only if the wireless telephone call is determined to be active; and

detecting whether an external object is proximate begins substantially concurrently with the mobile station initiating an outgoing wireless telephone call or receiving an incoming wireless telephone call.

US 7,319,889 B2

5

**9**. The method of claim **8**, wherein the power consumption of the display is reduced only if (i) a telephone call is determined to be active and (ii) the proximity of the external object is detected.

**10**. The method of claim **8**, further comprising:

if (i) an incoming telephone call is determined to arrive at the mobile station and (ii) the proximity of the external object is detected, then automatically answering the incoming telephone call.

**11**. The method as recited in claim **8**, wherein reducing power consumption of the display comprises turning off the display.

6

**12**. The method as recited in claim **8**, wherein the detecting of the proximity of the external object is performed by a mechanical proximity sensor, an optical sensor, or a range-detecting sensor.

**13**. The method of claim **8**, further comprising:

if (i) the incoming wireless telephone call is determined to arrive at the mobile station and (ii) the proximity of the external object is detected, then automatically answering the incoming wireless telephone call without any further action by the user.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,319,889 B2                                    Page 1 of  1
APPLICATION NO. : 11/516316
DATED                  : January 15, 2008
INVENTOR(S)       : Norman Goris and Wolfgang Scheit

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Title page item 56

On page 2, U.S. PATENT DOCUMENTS, replace "2003/0284848" with --2006/0284848--.

Signed and Sealed this

Third Day of June, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT C

US00RE48629E

(19) **United States**
(12) **Reissued Patent**
Trachewsky et al.

(10) Patent Number: **US RE48,629 E**
(45) Date of Reissued Patent: **Jul. 6, 2021**

(54) **BACKWARD-COMPATIBLE LONG TRAINING SEQUENCES FOR WIRELESS COMMUNICATION NETWORKS**

(71) Applicant: **Bell Northern Research, LLC**, Chicago, IL (US)

(72) Inventors: **Jason Alexander Trachewsky**, Menlo Park, CA (US); **Rajendra T. Moorti**, Mountain View, CA (US)

(73) Assignee: **Bell Northern Research, LLC**, Chicago, IL (US)

(21) Appl. No.: **16/686,468**

(22) Filed: **Nov. 18, 2019**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **7,990,842**
    Issued: **Aug. 2, 2011**
    Appl. No.: **12/684,650**
    Filed: **Jan. 8, 2010**

U.S. Applications:
(63) Continuation of application No. 11/188,771, filed on Jul. 26, 2005, now Pat. No. 7,646,703.

(60) Provisional application No. 60/634,102, filed on Dec. 8, 2004, provisional application No. 60/591,104, filed on Jul. 27, 2004.

(51) **Int. Cl.**
    *H04L 27/26*     (2006.01)
    *H04L 5/00*      (2006.01)
    *H04L 25/02*     (2006.01)

(52) **U.S. Cl.**
    CPC ........ *H04L 27/2613* (2013.01); *H04L 27/262* (2013.01); *H04B 2201/70701* (2013.01); *H04B 2201/70706* (2013.01); *H04L 5/0048* (2013.01); *H04L 25/0226* (2013.01)

(58) **Field of Classification Search**
    CPC . H04L 27/2613; H04L 27/262; H04L 5/0048; H04L 25/0226; H04B 2201/70701; H04B 2201/70706
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,479,444 A    12/1995   Malkamaki et al.
5,914,933 A    6/1999    Cimini et al.
(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO2004030265 A1    4/2004

OTHER PUBLICATIONS

"Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) specifications: High-speed Physical Layer in the 5 GHZ Band," IEEE Std 802. 11a-1999 (Supplement to IEEE Std 802.11-1999), Dec. 30, 1999, pp. 1-90, IEEE, United States.
(Continued)

*Primary Examiner* — Mark Sager
(74) *Attorney, Agent, or Firm* — Mendelsohn Dunleavy, P.C.; Steve Mendelsohn

(57)    **ABSTRACT**

A network device for generating an expanded long training sequence with a minimal peak-to-average ratio. The network device includes a signal generating circuit for generating the expanded long training sequence. The network device also includes an Inverse Fourier Transform for processing the expanded long training sequence from the signal generating circuit and producing an optimal expanded long training sequence with a minimal peak-to-average ratio. The expanded long training sequence and the optimal expanded long training sequence are stored on more than 52 sub-carriers.

**25 Claims, 5 Drawing Sheets**



# US RE48,629 E

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,438,173 | B1 | 8/2002 | Stantchev |
| 6,941,156 | B2 | 9/2005 | Mooney |
| 7,203,245 | B1 | 4/2007 | Murphy |
| 7,254,171 | B2 | 8/2007 | Hudson |
| 7,318,185 | B2 | 1/2008 | Khandani et al. |
| 7,319,889 | B2 | 1/2008 | Goris et al. |
| 7,324,605 | B2 | 1/2008 | Maltsev et al. |
| 7,349,436 | B2 | 3/2008 | Maltsev et al. |
| 7,392,015 | B1 | 6/2008 | Farlow et al. |
| 7,394,865 | B2 | 7/2008 | Borran et al. |
| 7,433,418 | B1 | 10/2008 | Dogan et al. |
| 7,444,134 | B2 | 10/2008 | Hansen et al. |
| 7,453,793 | B1 | 11/2008 | Jones, IV et al. |
| 7,539,260 | B2 | 5/2009 | van Zelst et al. |
| 7,599,332 | B2 | 10/2009 | Zelst et al. |
| 7,646,703 | B2 | 1/2010 | Trachewsky et al. |
| 7,742,388 | B2 | 6/2010 | Shearer et al. |
| 8,204,554 | B2 | 6/2012 | Goris et al. |
| 8,416,862 | B2 | 4/2013 | Aldana et al. |
| 8,457,232 | B2 | 6/2013 | van Zelst et al. |
| 8,477,594 | B2 | 7/2013 | Trachewsky et al. |
| 8,792,432 | B2 | 7/2014 | Martin et al. |
| 2003/0043887 | A1 | 3/2003 | Hudson |
| 2004/0008803 | A1 | 1/2004 | Aldrovandi et al. |
| 2004/0093545 | A1 | 5/2004 | Khandani et al. |
| 2004/0264585 | A1 | 12/2004 | Borran et al. |
| 2005/0233709 | A1 | 10/2005 | Gardner et al. |
| 2005/0265219 | A1 | 12/2005 | Murphy et al. |
| 2005/0286474 | A1 | 12/2005 | van Zelst et al. |
| 2006/0002361 | A1 | 1/2006 | Webster et al. |
| 2006/0120447 | A1 | 6/2006 | Trachewsky et al. |
| 2006/0209890 | A1 | 9/2006 | MacMullan et al. |
| 2006/0209892 | A1 | 9/2006 | MacMullan et al. |
| 2007/0002749 | A1 | 1/2007 | Sondur et al. |
| 2007/0047671 | A1 | 3/2007 | Chen |
| 2007/0060073 | A1 | 3/2007 | Boer et al. |
| 2010/0110876 | A1 | 5/2010 | Trachewsky et al. |

OTHER PUBLICATIONS

Ogawa, Yasutaka et al. "A MIMO-OFDM System for High-Speed Transmission," 2003 IEEE 58th Vehicular Technology Conference, Oct. 9, 2003, pp. 493-497, IEEE, Orland, United States.

Abhayawardhana, V. S. et al., "Frequency Scaled Time Domain Equalization for OFDM in Broadband Fixed Wireless Access Channels," 2002 IEEE Wireless Communications and Networking Conference Record, Mar. 21, 2002, pp. 67-72, IEEE, Orland, United States.

Liebetreu, John et al., "Modifications to OFDM FFT-256 mode for supporting mobile operation," IEEE C802.16e-03/12, Mar. 3, 2003, pp. 0-8, IEEE.

Decision: Settlement Prior to Institution of Trial; IPR 2019-01174; dated Dec. 11, 2019.

Decision: Settlement Prior to Institution of Trial; IPR 2019-01345; dated Dec. 11, 2019.

Decision: Settlement Prior to Institution of Trial; IPR 2019-01437; dated Dec. 11, 2019.

Order Granting Joint Motion for Dismissal as to Counts III and IV of BNR's Complaint and Partial Dismissal of Counts I and II of Coolpad's Counterclaims; C.A. No. 3:18-cv-1783-CAB-BLM; dated Oct. 7, 2019.

Order Granting Joint Morion to Dismiss; Case No. 18-CV-1785-CAB-BLM; dated Aug. 5, 2019.

Order Granting Joint Motion for Dismissal as to Counts 3 and 6 of BNR's Amended Complaint and Counts VI, VII, X, and XI of ZTE Corporation, ZTE (TX), Inc., and ZTE (USA) Inc.'s Counterclaims; C.A. No. 3:18-cv-1786-CAB-BLM; dated Oct. 4, 2019.

Order Granting Joint Motion for Dismissal as to Counts III and VI of BNR's Second Amended Complaint; C.A. No. 3:18-cv-1784-CAB-BLM; dated Oct. 21, 2019.



Figure 1



Figure 2



Figure 3

| Sub-carrier index | -28 | -27 | -26 | -25 | -24 | -23 | -22 | -21 | -20 | -19 | -18 | -17 | -16 | -15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | +1 | +1 | 1 | 1 | -1 | -1 | 1 | 1 | -1 | 1 | -1 | 1 | 1 | 1 |

| Sub-carrier index | -14 | -13 | -12 | -11 | -10 | -9 | -8 | -7 | -6 | -5 | -4 | -3 | -2 | -1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | 1 | -1 | -1 | 1 | 1 | -1 | 1 | -1 | 1 | 1 | 1 | 1 |

| Sub-carrier index | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | +1 | -1 | -1 | 1 | 1 | -1 | 1 | -1 | 1 | -1 | -1 | -1 | -1 | -1 |

| Sub-carrier index | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | -1 | -1 | 1 | -1 | 1 | -1 | 1 | 1 | 1 | 1 | -1 | -1 |

LONG TRAINING SEQUENCE FOR 56 ACTIVE

FIGURE 4

| Sub-carrier index | -32 | -31 | -30 | -29 | -28 | -27 | -26 | -25 | -24 | -23 | -22 | -21 | -20 | -19 | -18 | -17 | -16 | -15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | -1 | -1 | +1 | +1 | +1 | +1 | 1 | 1 | -1 | -1 | 1 | 1 | 1 | 1 | -1 | 1 | 1 | 1 |

| Sub-carrier index | -14 | -13 | -12 | -11 | -10 | -9 | -8 | -7 | -6 | -5 | -4 | -3 | -2 | -1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | -1 | -1 | -1 | 1 | 1 | -1 | -1 | -1 | 1 | 1 | 1 | -1 | 0 |

| Sub-carrier index | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | +1 | 1 | -1 | 1 | 1 | -1 | 1 | -1 | 1 | 1 | -1 | -1 | -1 | -1 |

| Sub-carrier index | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | -1 | -1 | 1 | -1 | -1 | -1 | 1 | 1 | 1 | 1 | -1 | -1 | -1 | +1 | -1 |

LONG TRAINING SEQUENCE FOR 63 ACTIVE

FIGURE 5

US RE48,629 E

**1**

## BACKWARD-COMPATIBLE LONG TRAINING SEQUENCES FOR WIRELESS COMMUNICATION NETWORKS

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue; a claim printed with strikethrough indicates that the claim was canceled, disclaimed, or held invalid by a prior post-patent action or proceeding.**

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is *a reissue application for U.S. Pat. No. 7,990,842, which was a* CONTINUATION of U.S. application Ser. No. 11/188,771, filed Jul. 26, 2005 *and issued as U.S. Pat. No. 7,646,703*. Said U.S. application Ser. No. 11/188,771 makes reference to, claims priority to and claims benefit from U.S. Application No. 60/591,104, filed Jul. 27, 2004; and U.S. Application No. 60/634,102, filed Dec. 8, 2004. The above-identified applications are hereby incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to wireless communication systems and more particularly to long training sequences of minimum peak-to-average power ratio which may be used by legacy systems.

2. Description of the Related Art

Each wireless communication device participating in wireless communications includes a built-in radio transceiver (i.e., receiver and transmitter) or is coupled to an associated radio transceiver. As is known to those skilled in the art, the transmitter typically includes a data modulation stage, one or more intermediate frequency stages, and a power amplifier. The data modulation stage converts raw data into baseband signals in accordance with a particular wireless communication standard. The intermediate frequency stages mix the baseband signals with one or more local oscillations to produce RF signals. The power amplifier amplifies the RF signals prior to transmission via an antenna.

The receiver is typically coupled to the antenna and includes a low noise amplifier, one or more intermediate frequency stages, a filtering stage, and a data recovery stage. The low noise amplifier receives, via the antenna, inbound RF signals and amplifies the inbound RF signals. The intermediate frequency stages mix the amplified RF signals with one or more local oscillations to convert the amplified RF signal into baseband signals or intermediate frequency (IF) signals. The filtering stage filters the baseband signals or the IF signals to attenuate unwanted out of band signals to produce filtered signals. The data recovery stage recovers raw data from the filtered signals in accordance with a particular wireless communication standard.

Different wireless devices in a wireless communication system may be compliant with different standards or different variations of the same standard. For example, 802.11a an extension of the 802.11 standard, provides up to 54 Mbps in the 5 GHz band. 802.11b, another extension of the 802.11 standard, provides 11 Mbps transmission (with a fallback to 5.5, 2 and 1 Mbps) in the 2.4 GHz band. 802.11g, another extension of the 802.11 standard, provides 20+ Mbps in the 2.4 GHz band. 802.11n, a new extension of 802.11, is being

**2**

developed to address, among other thins, higher throughput and compatibility issues. An 802.11a communications device may reside in the same WLAN as a device that is compliant with another 802.11 standard. When devices that are compliant with multiple versions of the 802.11 standard are in the same WLAN, the devices that are compliant with older versions are considered to be legacy devices. To ensure backward compatibility with legacy devices, specific mechanisms must be employed to insure that the legacy devices know when a device that is compliant with a newer version of the standard is using a wireless channel to avoid a collision. New implementations of wireless communication protocol enable higher speed throughput, while also enabling legacy devices which might be only compliant with 802.11a or 802.11g to communicate in systems which are operating at higher speeds.

Devices implementing both the 802.11a and 802.11g standards use an orthogonal frequency division multiplexing (OFDM) encoding scheme. OFDM is a frequency division multiplexing modulation technique for transmitting large amounts of digital data over a radio wave. OFDM works by spreading a single data stream over a band of sub-carriers, each of which is transmitted in parallel. In 802.11a and 802.11g compliant devices, only 52 of the 64 active sub-carriers are used. Four of the active sub-carriers are pilot sub-carriers that the system uses as a reference to disregard frequency or phase shifts of the signal during transmission. The remaining 48 sub-carriers provide separate wireless pathways for sending information in a parallel fashion. The 52 sub-carriers are modulated using binary or quadrature phase shift keying (BPSK/QPSK), 16 Quadrature Amplitude Modulation (QAM), or 64 QAM. Therefore, 802.11a and 802.11g compliant devices use sub-carriers −26 to +26, with the 0-index sub-carrier set to 0 and 0-index sub-carrier being the carrier frequency. As such, only part of the 20 Mhz bandwidth supported by 802.11a and 802.11g is use.

In 802.11a/802.11g, each data packet starts with a preamble which includes a short training sequence followed by a long training sequence. The short and long training sequences are used for synchronization between the sender and the receiver. The long training sequence of 802.11a and 802.11g is defined such that each of sub-carriers −26 to +26, *except for the sub-carrier 0 which is set to 0,* has one BPSK [constellation] *constellation* point, either +1 or −1.

There exists a need to create a long training sequence of minimum peak-to-average ratio that uses more sub-carriers without interfering with adjacent channels. The inventive long [trains] *training* sequence with a minimum peak-to-average power ratio should be usable by legacy devices in order to estimate channel impulse response and to estimate carrier frequency offset between a transmitter and a receiver.

### SUMMARY OF THE INVENTION

According to one aspect of the invention, there is provided a network device for generating an expanded long training sequence with a minimal peak-to-average ratio. The network device includes a signal generating circuit for generating the expanded long training sequence. The network device also includes an Inverse Fourier Transform for processing the expanded long training sequence from the signal generating circuit and producing an optimal expanded long training sequence with a minimal peak-to-average ratio. The expanded long training sequence and the optimal expanded long training sequence are stored on more than 52 sub-carriers.

US RE48,629 E

3

According to another aspect of the invention, there is provided a network device for generating an expanded long training sequence with a minimal peak-to-average ratio. The network device includes a signal generating circuit for generating the expanded long training sequence. The network device also includes an Inverse Fourier Transform for processing the expanded long training sequence from the signal generating circuit and producing an optimal expanded long training sequence with a minimal peak-to-average ratio. The expanded long training sequence and the optimal expanded long training sequence are stored on more than 56 sub-carriers.

According to another aspect of the invention, there is provided a network device for generating an expanded long training sequence with a minimal peak-to-average ratio. The network device includes a signal generating circuit for generating the expanded long training sequence. The network device also includes an Inverse Fourier Transform for processing the expanded long training sequence from the signal generating circuit and producing an optimal expanded long training sequence with a minimal peak-to-average ratio. The expanded long training sequence and the optimal expanded long training sequence are stored on more than 63 sub-carriers.

According to another aspect of the invention, there is provided a method for generating an expanded long training sequence with a minimal peak-to-average ratio. The method includes the steps of generating the expanded long training sequence and producing an optimal expanded long training sequence with a minimal peak-to-average ratio. The method also includes the step of storing the expanded long training sequence and the optimal expanded long training sequence on more than 52 sub-carriers.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention that together with the description serve to explain the principles of the invention, wherein:

FIG. 1 illustrates a communication system that includes a plurality of base stations, a plurality of wireless communication devices and a network hardware component;

FIG. 2 illustrates a schematic block diagram of a processor that is configured to generate an expanded long training sequence;

FIG. 3 is a schematic block diagram of a processor that is configured to process an expanded long training sequence;

FIG. 4 illustrates the long training sequence that is used in 56 active sub-carriers; and

FIG. 5 illustrates the long training sequence that is used in 63 active sub-carriers.

DETAILED DESCRIPTION OF THE INVENTION

Reference will now be made to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIG. 1 illustrates a communication system 10 that includes a plurality of base stations and/or access points 12-16, a plurality of wireless communication devices 18-32 and a network hardware component 34. Wireless communication devices 18-32 may be laptop computers 18 and 26, personal digital assistant hosts 20 and 30, personal computer 24 and 32 and/or cellular telephone 22 and 28. Base stations

4

or access points 12-16 are operably coupled to network hardware 34 via local area network connections 36, 38 and 40. Network hardware 34, for example a router, a switch, a bridge, a modem, or a system controller, provides a wide area network connection for communication system 10. Each of base stations or access points 12-16 has an associated antenna or antenna array to communicate with the wireless communication devices in its area. Typically, the wireless communication devices register with a particular base station or access point 12-14 to receive services from communication system 10. Each wireless communication device includes a built-in radio or is coupled to an associated radio. The radio includes at least one radio frequency (RF) transmitter and at least one RF receiver.

The present invention provides an expanded long training sequence of minimum peak-to-average power ratio and thereby decreases power back-off. The inventive expanded long training sequence may be used by 802.11a or 802.11g devices for estimating the channel impulse response and by a receiver for estimating the carrier frequency offset between the transmitter clock and receiver clock. The inventive expanded long training sequence is usable by 802.11a or 802.11g systems only if the values at sub-carriers −26 to +26 are identical to those of the current long training sequence used in 802.11a and 802.11g systems. As such, the invention [utilized] *utilizes* the same +1 or −1 binary phase shift key (BPSK) encoding for each new sub-carrier and the long training sequence of 802.11a or 802.11g systems is maintained in the present invention.

In a first embodiment of the invention, the expanded long training sequence is implemented in 56 active sub-carriers including sub-carriers −28 to +28 *except the 0-index sub-carrier which is set to 0*. In another embodiment, an expanded long training sequence is implemented using 63 active sub-carriers, i.e., all of the active sub-carriers (−32 to +31) except the 0-index sub-carrier which is set to 0. In both embodiments of the invention, orthogonality is not affected, since a 64-point orthogonal transform is used to generate the time-domain sequence. Additionally, the output of an auto-correlator for computing the carrier frequency offset is not affected by the extra sub-carriers.

FIG. 2 illustrates a schematic block diagram of a processor that is configured to generate an expanded long training sequence. Processor 200 includes a symbol mapper 202, a frequency domain window 204, a signal generating circuit 205, an inverse [fast] Fourier transform [(IFFT)] module 206, a [serial to] parallel *to serial* module 208, a digital transmit filter and/or time domain window module 210, and digital to analog converters (D/A) 212. For an expanded long training sequence, symbol mapper 202 generates symbols from the coded bits for each of the 64 subcarriers of an OFDM sequence. Frequency domain window 204 applies a weighting factor on each subcarrier. Signal generating circuit 205 generates the expanded long training sequence and if 56 active sub-carriers are being used, signal generating circuit generates the expanded long training sequence and stores the expanded long training sequence in sub-carriers −28 to +28 *except the 0-index sub-carrier which is set to 0*. If 63 active sub-carriers are being used, signal generating circuit generates the expanded long training sequence and stores the expanded long training sequence in sub-carriers −32 to +32 i.e., all of the active sub-carriers (−32 to +31) except the 0-index sub-carrier which is set to 0. The inventive long training sequence is inputted into an Inverse Fourier Transform 206. The invention uses the same +1 or −1 BPSK encoding for each new sub-carrier. Inverse Fourier Transform 206 may be an inverse Fast Fourier Transform

US RE48,629 E

**5**

(IFFT) or Inverse Discrete Fourier Transform [(IDFT)] (*IDFT*). Inverse Fourier Transform **206** processes the long training sequence from signal generating circuit **205** and thereafter produces an optimal expanded long training sequence with a minimal peak-to-average power ratio. The optimal expanded long training sequence may be used in either 56 active sub-carriers or 63 active subscribers. [Serial to parallel] *Parallel to serial* module **208** converts the [serial] *parallel* time domain signals *from the Inverse Fourier Transform 206* into [parallel] *serial* time domain signals that are subsequently filtered and converted to analog signals via the D/A.

FIG. **3** is a schematic block diagram of a processor that is configured to process an expanded long training sequence. Processor **300** includes a symbol demapper **302**, a frequency domain window **304**, a fast Fourier transform (FFT) module **306**, a [parallel to] serial *to parallel* module **308**, a digital receiver filter and/or time domain window module **310**, and analog to digital converters (A/D) **312**. A/D converters **312** convert the sequence into digital signals that are filtered via digital receiver filter **310**. [Parallel to] *Serial to parallel* serial module **308** converts the digital time domain signals into a plurality of [serial] time domain signals. FFT module **306** converts the [serial] time domain signals into frequency domain signals. Frequency domain window **304** applies a weighting factor on each frequency domain signal. Symbol demapper **302** generates the coded bits from each of the 64 subcarriers of an OFDM sequence received from the frequency domain window.

FIG. **4** illustrates the long training sequence with a minimum peak-to-average power ratio that is used in 56 active sub-carriers. Out of the 16 possibilities for the four new sub-carrier positions, the sequence illustrated in FIG. **4** has the minimum peak-to-average power ratio, i.e., a peak-to-average power ratio of 3.6 dB.

FIG. **5** illustrates the long training sequence with a minimum peak-to-average power ratio that is used in 63 active sub-carriers. Out of the 2048 possibilities for the eleven new sub-carrier positions, the sequence illustrated in FIG. **5** has the minimum peak-to-average power ratio, i.e., a peak-to-average power ratio of 3.6 dB.

It should be appreciated by one skilled in art, that the present invention may be utilized in any device that implements the OFDM encoding scheme. The foregoing description has been directed to specific embodiments of this invention. It will be apparent, however, that other variations and modifications may be made to the described embodiments, with the attainment of some or all of their advantages. Therefore, it is the object of the appended claims to cover all such variations and modifications as come within the true spirit and scope of the invention.

What is claimed:

**1**. A wireless communications device, comprising:

a signal generator that generates an extended long training sequence; and

an Inverse Fourier Transformer operatively coupled to the signal generator,

wherein the Inverse Fourier Transformer processes the extended long training sequence from the signal generator and provides an optimal extended long training sequence with a minimal peak-to-average ratio, and

wherein at least the optimal extended long training sequence is carried by a greater number of subcarriers than a standard wireless networking configuration for an Orthogonal Frequency Division Multiplexing scheme,

**6**

wherein the optimal extended long training sequence is carried by exactly 56 active sub-carriers, and

wherein the optimal extended long training sequence is represented by encodings for indexed sub-carriers −28 to +28, excluding indexed sub-carrier 0 which is set to zero, as follows:

| Sub-carrier | −28 | −27 | −26 | −25 | −24 | −23 | −22 |
|---|---|---|---|---|---|---|---|
| Encoding | +1 | +1 | +1 | +1 | −1 | −1 | +1 |
| Sub-carrier | −14 | −13 | −12 | −11 | −10 | −9 | −8 |
| Encoding | +1 | +1 | +1 | −1 | −1 | +1 | +1 |
| Sub-carrier | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Encoding | +1 | −1 | −1 | +1 | +1 | −1 | +1 |
| Sub-carrier | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| Encoding | +1 | +1 | −1 | −1 | +1 | −1 | +1 |

| Sub-carrier | −21 | −20 | −19 | −18 | −17 | −16 | −15 |
|---|---|---|---|---|---|---|---|
| Encoding | +1 | −1 | +1 | +1 | −1 | +1 | +1 |
| Sub-carrier | −7 | −6 | −5 | −4 | −3 | −2 | −1 |
| Encoding | −1 | +1 | −1 | +1 | +1 | +1 | +1 |
| Sub-carrier | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Encoding | −1 | +1 | −1 | −1 | −1 | −1 | −1 |
| Sub-carrier | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| Encoding | −1 | +1 | +1 | +1 | +1 | +1 | −1. |

[**2**. The wireless communications device according to claim **1**, wherein at least the optimal extended long training sequence is carried by at least 56 active sub-carriers.]

[**3**. The wireless communications device according to claim **2**, wherein the at least 56 active sub-carriers correspond to at least indexed sub-carriers −28 to +28. ]

**4**. The wireless communications device according to claim [**2**] *1*, wherein the optimal extended long training sequence has a minimum peak-to-average power ratio of 3.6 dB.

[**5**. The wireless communications device according to claim **1**, wherein at least the optimal extended long training sequence is carried by at least 63 active sub-carriers.]

[**6**. The wireless communications device according to claim **5**, wherein the at least 63 active sub-carriers correspond to at least indexed sub-carriers −32 to +31.]

[**7**. The wireless communications device according to claim **5**, wherein the optimal extended long training sequence has a minimum peak-to-average power ratio of 3.6 dB.]

**8**. The wireless communications device according to claim **1**, wherein a binary phase shift key encoding is used for each sub-carrier above the +26 indexed sub-carrier and below the −26 indexed sub-carrier.

**9**. The wireless communications device according to claim **1**, wherein the Inverse Fourier Transformer comprises [at least one of the following:] an Inverse Fast Fourier Transformer [and] *or* an Inverse Discrete Fourier Transformer.

**10**. The wireless communications device according to claim **1**, wherein the wireless communications device comprises one or more of the following: a personal digital assistant, a laptop computer, a personal computer, *a processor,* and a cellular phone.

**11**. The wireless communications device according to claim **1**, wherein the wireless communications device comprises a wireless mobile communications device.

**12**. The wireless communications device according to claim **1**, wherein the wireless communications device comprises one or more of the following: an access point and a base station.

**13**. The wireless communications device according to claim **1**, wherein the wireless communications device is backwards compatible with legacy wireless local area network devices.

US RE48,629 E

7

**14.** The wireless communications device according to claim **1**, wherein the optimal extended long training sequence is longer than a long training sequence used by a legacy wireless local area network device in accordance with a legacy wireless networking protocol standard.

**15.** The wireless communications device according to claim **14**, wherein the legacy wireless local area network device uses the optimal extended long training sequence to estimate a carrier frequency offset even though the optimal extended long training sequence is longer than the long training sequence that is specified by the legacy wireless networking protocol standard.

**16.** The wireless communications device according to claim **15**, wherein the long training sequence that is specified by the legacy wireless networking protocol standard is maintained in the extended long training sequence or the optimal extended long training sequence.

**17.** The wireless communications device according to claim **1**, wherein the wireless communications device decreases power back-off.

**18.** The wireless communications device according to claim **1**, wherein the wireless communications device registers with one or more of the following: an access point and a base station.

**19.** The wireless communications device according to claim **1**, wherein the extended long training sequence or the optimal extended long training sequence is encoded using binary phase shift key encoding on each of the *56 active* subcarriers.

**20.** The wireless communications device according to claim **1**, comprising:

a symbol mapper operatively coupled to the signal generator, wherein the symbol mapper receives coded bits and generates symbols for each of 64 subcarriers of an Orthogonal Frequency Division Multiplexing sequence.

*21. The wireless communications device according to claim 14, wherein the legacy wireless networking protocol standard for the Orthogonal Frequency Division Multiplexing scheme corresponds to exactly 52 active subcarriers.*

*22. The wireless communications device according to claim 21, wherein, for a long training sequence of the legacy wireless networking protocol standard, the indexed subcarrier 0 is set to zero and encodings for the indexed sub-carriers −26 to +26 excluding the indexed sub-carrier 0 are:*

| Sub-carrier | −26 | −25 | −24 | −23 | −22 | −21 | −20 |
|---|---|---|---|---|---|---|---|
| Encoding | +1 | +1 | −1 | −1 | +1 | +1 | −1 |
| Sub-carrier | −13 | −12 | −11 | −10 | −9 | −8 | −7 |
| Encoding | +1 | +1 | −1 | −1 | +1 | +1 | −1 |
| Sub-carrier | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Encoding | +1 | −1 | −1 | +1 | +1 | −1 | +1 |
| Sub-carrier | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| Encoding | −1 | +1 | +1 | +1 | −1 | −1 | +1 |

| Sub-carrier | −19 | −18 | −17 | −16 | −15 | −14 |
|---|---|---|---|---|---|---|
| Encoding | +1 | −1 | +1 | +1 | +1 | −1 |
| Sub-carrier | −6 | −5 | −4 | −3 | −2 | −1 |
| Encoding | +1 | −1 | +1 | +1 | +1 | +1 |
| Sub-carrier | 8 | 9 | 10 | 11 | 12 | 13 |
| Encoding | −1 | +1 | −1 | −1 | −1 | −1 |

8

-continued

| Sub-carrier | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|
| Encoding | +1 | −1 | +1 | +1 | +1 | +1. |

*23. The wireless communications device according to claim 22, wherein:*

*the Inverse Fourier Transformer comprises an Inverse Fast Fourier Transformer or an Inverse Discrete Fourier Transformer;*

*the wireless communications device comprises one or more of the following: a personal digital assistant, a laptop computer, a personal computer, a cellular phone, an access point, a processor, and a base station;*

*the wireless communications device is backwards compatible with the legacy wireless local area network device;*

*the legacy wireless local area network device uses the optimal extended long training sequence to estimate a carrier frequency offset even though the optimal extended long training sequence is longer than the long training sequence that is specified by the legacy wireless networking protocol standard;*

*the wireless communications device decreases power back-off;*

*the extended long training sequence or the optimal extended long training sequence is encoded using binary phase shift key encoding on each of the 56 active subcarriers; and*

*the wireless communications device further comprises a symbol mapper operatively coupled to the signal generator, wherein the symbol mapper receives coded bits and generates symbols for each of 64 subcarriers of an Orthogonal Frequency Division Multiplexing sequence.*

*24. The wireless communications device according to claim 1, wherein at least one output of the Inverse Fourier Transformer is operatively coupled to at least one digital-to-analog converter.*

*25. The wireless communications device according to claim 1, wherein at least one output of the Inverse Fourier Transformer is operatively coupled to multiple digital-to-analog converters.*

*26. The wireless communications device according to claim 1, wherein an input of the signal generator is operatively coupled to a frequency-domain windower.*

*27. The wireless communications device according to claim 1, wherein an output of the Inverse Fourier Transformer is operatively coupled to a time-domain windower.*

*28. The wireless communications device according to claim 27, wherein an output of the time-domain windower is operatively coupled to at least one digital-to-analog converter.*

*29. The wireless communication device according to claim 1, wherein an output of the Inverse Fourier Transformer is operatively coupled to a digital transmit filter.*

*30. The wireless communications device according to claim 1, wherein an output of the Inverse Fourier Transformer is operatively coupled to a parallel-to-serial convertor.*

* * * * *

# EXHIBIT D

US008416862B2

(12) **United States Patent**

Aldana et al.

(10) **Patent No.:** **US 8,416,862 B2**

(45) **Date of Patent:** **Apr. 9, 2013**

(54) **EFFICIENT FEEDBACK OF CHANNEL INFORMATION IN A CLOSED LOOP BEAMFORMING WIRELESS COMMUNICATION SYSTEM**

(75) Inventors: **Carlos Aldana**, San Francisco, CA (US); **Joonsuk Kim**, San Jose, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2247 days.

(21) Appl. No.: **11/237,341**

(22) Filed: **Sep. 28, 2005**

(65) **Prior Publication Data**

US 2006/0239374 A1     Oct. 26, 2006

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/168,793, filed on Jun. 28, 2005.

(60) Provisional application No. 60/673,451, filed on Apr. 21, 2005, provisional application No. 60/698,686, filed on Jul. 13, 2005.

(51) **Int. Cl.**
*H04K 1/10* (2006.01)

(52) **U.S. Cl.** ........................ **375/260**; 375/267; 375/350

(58) **Field of Classification Search** ................... 375/267
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,541,607 A * 7/1996 Reinhardt ..................... 342/372
2002/0187753 A1* 12/2002 Kim et al. ..................... 455/69

2003/0139196 A1* 7/2003 Medvedev et al. ........... 455/522
2004/0042558 A1* 3/2004 Hwang et al. ................. 375/267
2005/0286663 A1* 12/2005 Poon ............................. 375/347

OTHER PUBLICATIONS

A unified algebraic transformation approach for parallel recursive and adaptive filtering and SVD algorithms Jun Ma; Parhi, K.K.; Deprettere, E.F.; Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on] vol. 49, Issue 2, Feb. 2001 pp. 424-437.*

* cited by examiner

*Primary Examiner* — Shuwang Liu
*Assistant Examiner* — Michael Neff
(74) *Attorney, Agent, or Firm* — Garlick & Markison; Holly L. Rudnick

(57) **ABSTRACT**

A method for feeding back transmitter beamforming information from a receiving wireless communication device to a transmitting wireless communication device includes a receiving wireless communication device receiving a preamble sequence from the transmitting wireless device. The receiving wireless device estimates a channel response based upon the preamble sequence and then determines an estimated transmitter beamforming unitary matrix based upon the channel response and a receiver beamforming unitary matrix. The receiving wireless device then decomposes the estimated transmitter beamforming unitary matrix to produce the transmitter beamforming information and then wirelessly sends the transmitter beamforming information to the transmitting wireless device. The receiving wireless device may transform the estimated transmitter beamforming unitary matrix using a QR decomposition operation such as a Givens Rotation operation to produce the transformer beamforming information.

**20 Claims, 8 Drawing Sheets**





**FIG. 1**

U.S. Patent    Apr. 9, 2013    Sheet 2 of 8    US 8,416,862 B2



FIG. 2

U.S. Patent

Apr. 9, 2013

Sheet 3 of 8

US 8,416,862 B2



FIG. 3

U.S. Patent        Apr. 9, 2013        Sheet 4 of 8        US 8,416,862 B2



U.S. Patent Apr. 9, 2013 Sheet 5 of 8 US 8,416,862 B2



FIG. 5



**FIG. 6**



*FIG. 7*



**802** Start

**Receive preamble/estimate channel response (H) at receiver**

**804**

**Decompose channel response H = UDV* based upon receiver beamforming unitary matrix (U) to yield Estimate transmitter beamforming unitary matrix (V) at receiver**

**806**

**Decompose estimated beamforming unitary matrix (V) using Givens Rotation to yield feedback components (transmitter beamforming information)**

**808**

**Transmit feedback components from receiver to transmitter**

**810**

**Transmitter uses feedback components to alter its transmitter beamforming matrix**

End

**800**

**FIG. 8**

US 8,416,862 B2

**1**

# EFFICIENT FEEDBACK OF CHANNEL INFORMATION IN A CLOSED LOOP BEAMFORMING WIRELESS COMMUNICATION SYSTEM

## CROSS REFERENCES TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Utility application Ser. No. 11/168,793, filed Jun. 28, 2005 which claims priority to U.S. Provisional Patent Application Ser. No. 60/673,451, filed Apr. 21, 2005, and this application also claims priority to U.S. Provisional Patent Application Ser. No. 60/698,686, filed Jul. 13, 2005, all of which are incorporated herein by reference for all purposes.

## BACKGROUND OF THE INVENTION

1. Technical Field of the Invention

This invention relates generally to wireless communication systems and more particularly to wireless communications using beamforming.

2. Description of Related Art

Communication systems are known to support wireless and wire lined communications between wireless and/or wire lined communication devices. Such communication systems range from national and/or international cellular telephone systems to the Internet to point-to-point in-home wireless networks. Each type of communication system is constructed, and hence operates, in accordance with one or more communication standards. For instance, wireless communication systems may operate in accordance with one or more standards including, but not limited to, IEEE 802.11, Bluetooth, advanced mobile phone services (AMPS), digital AMPS, global system for mobile communications (GSM), code division multiple access (CDMA), local multi-point distribution systems (LMDS), multi-channel-multi-point distribution systems (MMDS), and/or variations thereof.

Depending on the type of wireless communication system, a wireless communication device, such as a cellular telephone, two-way radio, personal digital assistant (PDA), personal computer (PC), laptop computer, home entertainment equipment, et cetera communicates directly or indirectly with other wireless communication devices. For direct communications (also known as point-to-point communications), the participating wireless communication devices tune their receivers and transmitters to the same channel or channels (e.g., one of the plurality of radio frequency (RF) carriers of the wireless communication system) and communicate over that channel(s). For indirect wireless communications, each wireless communication device communicates directly with an associated base station (e.g., for cellular services) and/or an associated access point (e.g., for an in-home or in-building wireless network) via an assigned channel. To complete a communication connection between the wireless communication devices, the associated base stations and/or associated access points communicate with each other directly, via a system controller, via the public switch telephone network, via the Internet, and/or via some other wide area network.

For each wireless communication device to participate in wireless communications, it includes a built-in radio transceiver (i.e., receiver and transmitter) or is coupled to an associated radio transceiver (e.g., a station for in-home and/or in-building wireless communication networks, RF modem, etc.). As is known, the receiver is coupled to the antenna and includes a low noise amplifier, one or more intermediate frequency stages, a filtering stage, and a data recovery stage.

**2**

The low noise amplifier receives inbound RF signals via the antenna and amplifies then. The one or more intermediate frequency stages mix the amplified RF signals with one or more local oscillations to convert the amplified RF signal into baseband signals or intermediate frequency (IF) signals. The filtering stage filters the baseband signals or the IF signals to attenuate unwanted out of band signals to produce filtered signals. The data recovery stage recovers raw data from the filtered signals in accordance with the particular wireless communication standard.

As is also known, the transmitter includes a data modulation stage, one or more intermediate frequency stages, and a power amplifier. The data modulation stage converts raw data into baseband signals in accordance with a particular wireless communication standard. The one or more intermediate frequency stages mix the baseband signals with one or more local oscillations to produce RF signals. The power amplifier amplifies the RF signals prior to transmission via an antenna.

In many systems, the transmitter will include one antenna for transmitting the RF signals, which are received by a single antenna, or multiple antennas, of a receiver. When the receiver includes two or more antennas, the receiver will select one of them to receive the incoming RF signals. In this instance, the wireless communication between the transmitter and receiver is a single-output-single-input (SISO) communication, even if the receiver includes multiple antennas that are used as diversity antennas (i.e., selecting one of them to receive the incoming RF signals). For SISO wireless communications, a transceiver includes one transmitter and one receiver. Currently, most wireless local area networks (WLAN) that are IEEE 802.11, 802.11a, 802.11b, or 802.11g employ SISO wireless communications.

Other types of wireless communications include single-input-multiple-output (SIMO), multiple-input-single-output (MISO), and multiple-input-multiple-output (MIMO). In a SIMO wireless communication, a single transmitter processes data into radio frequency signals that are transmitted to a receiver. The receiver includes two or more antennas and two or more receiver paths. Each of the antennas receives the RF signals and provides them to a corresponding receiver path (e.g., LNA, down conversion module, filters, and ADCs). Each of the receiver paths processes the received RF signals to produce digital signals, which are combined and then processed to recapture the transmitted data.

For a multiple-input-single-output (MISO) wireless communication, the transmitter includes two or more transmission paths (e.g., digital to analog converter, filters, up-conversion module, and a power amplifier) that each converts a corresponding portion of baseband signals into RF signals, which are transmitted via corresponding antennas to a receiver. The receiver includes a single receiver path that receives the multiple RF signals from the transmitter. In this instance, the receiver uses beam forming to combine the multiple RF signals into one signal for processing.

For a multiple-input-multiple-output (MIMO) wireless communication, the transmitter and receiver each include multiple paths. In such a communication, the transmitter parallel processes data using a spatial and time encoding function to produce two or more streams of data. The transmitter includes multiple transmission paths to convert each stream of data into multiple RF signals. The receiver receives the multiple RF signals via multiple receiver paths that recapture the streams of data utilizing a spatial and time decoding function. The recaptured streams of data are combined and subsequently processed to recover the original data.

To further improve wireless communications, transceivers may incorporate beamforming. In general, beamforming is a

US 8,416,862 B2

3

processing technique to create a focused antenna beam by shifting a signal in time or in phase to provide gain of the signal in a desired direction and to attenuate the signal in other directions. Prior art papers (1) Digital beamforming basics (antennas) by Steyskal, Hans, Journal of Electronic Defense, Jul. 1, 1996; (2) Utilizing Digital Down converters for Efficient Digital Beamforming, by Clint Schreiner, Red River Engineering, no publication date; and (3) Interpolation Based Transmit Beamforming for MIMO-OFMD with Partial Feedback, by Jihoon Choi and Robert W. Heath, University of Texas, Department of Electrical and Computer Engineering, Wireless Networking and Communications Group, Sep. 13, 2003 discuss beamforming concepts.

In order for a transmitter to properly implement beamforming (i.e., determine the beamforming matrix [V]), it needs to know properties of the channel over which the wireless communication is conveyed. Accordingly, the receiver must provide feedback information for the transmitter to determine the properties of the channel. One approach for sending feedback from the receiver to the transmitter is for the receiver to determine the channel response (H) and to provide it as the feedback information. An issue with this approach is the size of the feedback packet, which may be so large that, during the time it takes to send it to the transmitter, the response of the channel has changed.

To reduce the size of the feedback, the receiver may decompose the channel using singular value decomposition (SVD) and send information relating only to a calculated value of the transmitter's beamforming matrix (V) as the feedback information. In this approach, the receiver calculates (V) based on H=UDV*, where H is the channel response, D is a diagonal matrix, and U is a receiver unitary matrix. While this approach reduces the size of the feedback information, its size is still an issue for a MIMO wireless communication. For instance, in a 2×2 MIMO wireless communication, the feedback needs four elements that are all complex Cartesian coordinate values [V11 V12; V21 V22]. In general, Vik=aik+j*bik, where aik and bik are values between [−1, 1]. Thus, with 1 bit express per each element for each of the real and imaginary components, aik and bik can be either −½ or ½, which requires 4×2×1=8 bits per tone. With 4 bit expressions per each element of V(f) in an orthogonal frequency division multiplexing (OFDM) 2×2 MIMO wireless communication, the number of bits required is 1728 per tone (e.g., 4*2*54*4=1728, 4 elements per tone, 2 bits for real and imaginary components per tone, 54 data tones per frame, and 4 bits per element), which requires overhead for a packet exchange that is too large for practical applications.

Therefore, a need exists for a method and apparatus for reducing beamforming feedback information for wireless communications.

BRIEF SUMMARY OF THE INVENTION

The present invention is directed to apparatus and methods of operation that are further described in the following Brief Description of the Drawings, the Detailed Description of the Invention, and the claims. Other features and advantages of the present invention will become apparent from the following detailed description of the invention made with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a wireless communication system in accordance with the present invention;

4

FIG. 2 is a schematic block diagram illustrating an embodiment of a wireless communication device in accordance with the present invention;

FIG. 3 is a schematic block diagram illustrating another embodiment of another wireless communication device in accordance with the present invention;

FIG. 4 is a schematic block diagram of baseband transmit processing in accordance with the present invention;

FIG. 5 is a schematic block diagram of baseband receive processing in accordance with the present invention;

FIG. 6 is a schematic block diagram of a beamforming wireless communication in accordance with the present invention;

FIG. 7 is a flow chart illustrating another embodiment of the present invention for providing beamforming feedback information from a receiver to a transmitter; and

FIG. 8 is a flow chart illustrating another embodiment of the present invention for providing beamforming feedback information from a receiver to a transmitter

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a schematic block diagram illustrating a communication system 10 that includes a plurality of base stations and/or access points 12, 16, a plurality of wireless communication devices 18-32 and a network hardware component 34. Note that the network hardware 34, which may be a router, switch, bridge, modem, system controller, et cetera provides a wide area network connection 42 for the communication system 10. Further note that the wireless communication devices 18-32 may be laptop host computers 18 and 26, personal digital assistant hosts 20 and 30, personal computer hosts 24 and 32 and/or cellular telephone hosts 22 and 28. The details of the wireless communication devices will be described in greater detail with reference to FIG. 2.

Wireless communication devices 22, 23, and 24 are located within an independent basic service set (IBSS) area and communicate directly (i.e., point to point). In this configuration, these devices 22, 23, and 24 may only communicate with each other. To communicate with other wireless communication devices within the system 10 or to communicate outside of the system 10, the devices 22, 23, and/or 24 need to affiliate with one of the base stations or access points 12 or 16.

The base stations or access points 12, 16 are located within basic service set (BSS) areas 11 and 13, respectively, and are operably coupled to the network hardware 34 via local area network connections 36, 38. Such a connection provides the base station or access point 12, 16 with connectivity to other devices within the system 10 and provides connectivity to other networks via the WAN connection 42. To communicate with the wireless communication devices within its BSS 11 or 13, each of the base stations or access points 12-16 has an associated antenna or antenna array. For instance, base station or access point 12 wirelessly communicates with wireless communication devices 18 and 20 while base station or access point 16 wirelessly communicates with wireless communication devices 26-32. Typically, the wireless communication devices register with a particular base station or access point 12, 16 to receive services from the communication system 10.

Typically, base stations are used for cellular telephone systems and like-type systems, while access points are used for in-home or in-building wireless networks (e.g., IEEE 802.11 and versions thereof, Bluetooth, and/or any other type of radio frequency based network protocol). Regardless of the

US 8,416,862 B2

5

particular type of communication system, each wireless communication device includes a built-in radio and/or is coupled to a radio.

FIG. 2 is a schematic block diagram illustrating an embodiment of a wireless communication device that includes the host device 18-32 and an associated radio 60. For cellular telephone hosts, the radio 60 is a built-in component. For personal digital assistants hosts, laptop hosts, and/or personal computer hosts, the radio 60 may be built-in or an externally coupled component.

As illustrated, the host device 18-32 includes a processing module 50, memory 52, a radio interface 54, an input interface 58, and an output interface 56. The processing module 50 and memory 52 execute the corresponding instructions that are typically done by the host device. For example, for a cellular telephone host device, the processing module 50 performs the corresponding communication functions in accordance with a particular cellular telephone standard.

The radio interface 54 allows data to be received from and sent to the radio 60. For data received from the radio 60 (e.g., inbound data), the radio interface 54 provides the data to the processing module 50 for further processing and/or routing to the output interface 56. The output interface 56 provides connectivity to an output display device such as a display, monitor, speakers, et cetera such that the received data may be displayed. The radio interface 54 also provides data from the processing module 50 to the radio 60. The processing module 50 may receive the outbound data from an input device such as a keyboard, keypad, microphone, et cetera via the input interface 58 or generate the data itself. For data received via the input interface 58, the processing module 50 may perform a corresponding host function on the data and/or route it to the radio 60 via the radio interface 54.

Radio 60 includes a host interface 62, digital receiver processing module 64, an analog-to-digital converter 66, a high pass and low pass filter module 68, an IF mixing down conversion stage 70, a receiver filter 71, a low noise amplifier 72, a transmitter/receiver switch 73, a local oscillation module 74, memory 75, a digital transmitter processing module 76, a digital-to-analog converter 78, a filtering/gain module 80, an IF mixing up conversion stage 82, a power amplifier 84, a transmitter filter module 85, a channel bandwidth adjust module 87, and an antenna 86. The antenna 86 may be a single antenna that is shared by transmit and receive paths as regulated by the TxRx switch 73, or may include separate antennas for the transmit path and receive path. The antenna implementation will depend on the particular standard to which the wireless communication device is compliant.

The digital receiver processing module 64 and the digital transmitter processing module 76, in combination with operational instructions stored in memory 75, execute digital receiver functions and digital transmitter functions, respectively. The digital receiver functions include, but are not limited to, digital intermediate frequency to baseband conversion, demodulation, constellation demapping, descrambling, and/or decoding. The digital transmitter functions include, but are not limited to, encoding, scrambling, constellation mapping, modulation, and/or digital baseband to IF conversion. The digital receiver and transmitter processing modules 64 and 76 may be implemented using a shared processing device, individual processing devices, or a plurality of processing devices. Such a processing device may be a microprocessor, micro-controller, digital signal processor, microcomputer, central processing unit, field programmable gate array, programmable logic device, state machine, logic circuitry, analog circuitry, digital circuitry, and/or any device that manipulates signals (analog and/or digital) based on

6

operational instructions. The memory 75 may be a single memory device or a plurality of memory devices. Such a memory device may be a read-only memory, random access memory, volatile memory, non-volatile memory, static memory, dynamic memory, flash memory, and/or any device that stores digital information. Note that when the processing module 64 and/or 76 implements one or more of its functions via a state machine, analog circuitry, digital circuitry, and/or logic circuitry, the memory storing the corresponding operational instructions is embedded with the circuitry comprising the state machine, analog circuitry, digital circuitry, and/or logic circuitry.

In operation, the radio 60 receives outbound data 94 from the host device via the host interface 62. The host interface 62 routes the outbound data 94 to the digital transmitter processing module 76, which processes the outbound data 94 in accordance with a particular wireless communication standard (e.g., IEEE 802.11, Bluetooth, et cetera) to produce digital transmission formatted data 96. The digital transmission formatted data 96 will be digital base-band signals (e.g., have a zero IF) or a digital low IF signals, where the low IF typically will be in the frequency range of one hundred kilohertz to a few megahertz.

The digital-to-analog converter 78 converts the digital transmission formatted data 96 from the digital domain to the analog domain. The filtering/gain module 80 filters and/or adjusts the gain of the analog signals prior to providing it to the IF mixing stage 82. The IF mixing stage 82 converts the analog baseband or low IF signals into RF signals based on a transmitter local oscillation 83 provided by local oscillation module 74. The power amplifier 84 amplifies the RF signals to produce outbound RF signals 98, which are filtered by the transmitter filter module 85. The antenna 86 transmits the outbound RF signals 98 to a targeted device such as a base station, an access point and/or another wireless communication device.

The radio 60 also receives inbound RF signals 88 via the antenna 86, which were transmitted by a base station, an access point, or another wireless communication device. The antenna 86 provides the inbound RF signals 88 to the receiver filter module 71 via the TxRx switch 73, where the Rx filter 71 bandpass filters the inbound RF signals 88. The Rx filter 71 provides the filtered RF signals to low noise amplifier 72, which amplifies the signals 88 to produce an amplified inbound RF signals. The low noise amplifier 72 provides the amplified inbound RF signals to the IF mixing module 70, which directly converts the amplified inbound RF signals into an inbound low IF signals or baseband signals based on a receiver local oscillation 81 provided by local oscillation module 74. The down conversion module 70 provides the inbound low IF signals or baseband signals to the filtering/gain module 68. The high pass and low pass filter module 68 filters, based on settings provided by the channel bandwidth adjust module 87, the inbound low IF signals or the digital reception formatted data to produce filtered inbound signals.

The analog-to-digital converter 66 converts the filtered inbound signals from the analog domain to the digital domain to produce digital reception formatted data 90, where the digital reception formatted data 90 will be digital base-band signals or digital low IF signals, where the low IF typically will be in the frequency range of one hundred kilohertz to a few megahertz. The digital receiver processing module 64, based on settings provided by the channel bandwidth adjust module 87, decodes, descrambles, demaps, and/or demodulates the digital reception formatted data 90 to recapture inbound data 92 in accordance with the particular wireless communication standard being implemented by radio 60. The

US 8,416,862 B2

7

host interface 62 provides the recaptured inbound data 92 to the host device 18-32 via the radio interface 54.

As one of average skill in the art will appreciate, the wireless communication device of FIG. 2 may be implemented using one or more integrated circuits. For example, the host device may be implemented on one integrated circuit, the digital receiver processing module 64, the digital transmitter processing module 76 and memory 75 may be implemented on a second integrated circuit, and the remaining components of the radio 60, less the antenna 86, may be implemented on a third integrated circuit. As an alternate example, the radio 60 may be implemented on a single integrated circuit. As yet another example, the processing module 50 of the host device and the digital receiver and transmitter processing modules 64 and 76 may be a common processing device implemented on a single integrated circuit. Further, the memory 52 and memory 75 may be implemented on a single integrated circuit and/or on the same integrated circuit as the common processing modules of processing module 50 and the digital receiver and transmitter processing module 64 and 76.

FIG. 3 is a schematic block diagram illustrating another embodiment of a wireless communication device that includes the host device 18-32 and an associated radio 60. For cellular telephone hosts, the radio 60 is a built-in component. For personal digital assistants hosts, laptop hosts, and/or personal computer hosts, the radio 60 may be built-in or an externally coupled component.

As illustrated, the host device 18-32 includes a processing module 50, memory 52, radio interface 54, input interface 58 and output interface 56. The processing module 50 and memory 52 execute the corresponding instructions that are typically done by the host device. For example, for a cellular telephone host device, the processing module 50 performs the corresponding communication functions in accordance with a particular cellular telephone standard.

The radio interface 54 allows data to be received from and sent to the radio 60. For data received from the radio 60 (e.g., inbound data), the radio interface 54 provides the data to the processing module 50 for further processing and/or routing to the output interface 56. The output interface 56 provides connectivity to an output display device such as a display, monitor, speakers, et cetera such that the received data may be displayed. The radio interface 54 also provides data from the processing module 50 to the radio 60. The processing module 50 may receive the outbound data from an input device such as a keyboard, keypad, microphone, et cetera via the input interface 58 or generate the data itself. For data received via the input interface 58, the processing module 50 may perform a corresponding host function on the data and/or route it to the radio 60 via the radio interface 54.

Radio 60 includes a host interface 62, a baseband processing module 100, memory 65, a plurality of radio frequency (RF) transmitters 106-110, a transmit/receive (T/R) module 114, a plurality of antennas 81-85, a plurality of RF receivers 118-120, a channel bandwidth adjust module 87, and a local oscillation module 74. The baseband processing module 100, in combination with operational instructions stored in memory 65, executes digital receiver functions and digital transmitter functions, respectively. The digital receiver functions include, but are not limited to, digital intermediate frequency to baseband conversion, demodulation, constellation demapping, decoding, de-interleaving, fast Fourier transform, cyclic prefix removal, space and time decoding, and/or descrambling. The digital transmitter functions include, but are not limited to, encoding, scrambling, interleaving, constellation mapping, modulation, inverse fast Fourier transform, cyclic prefix addition, space and time encoding, and

8

digital baseband to IF conversion. The baseband processing modules 100 may be implemented using one or more processing devices. Such a processing device may be a microprocessor, micro-controller, digital signal processor, microcomputer, central processing unit, field programmable gate array, programmable logic device, state machine, logic circuitry, analog circuitry, digital circuitry, and/or any device that manipulates signals (analog and/or digital) based on operational instructions. The memory 65 may be a single memory device or a plurality of memory devices. Such a memory device may be a read-only memory, random access memory, volatile memory, non-volatile memory, static memory, dynamic memory, flash memory, and/or any device that stores digital information. Note that when the processing module 100 implements one or more of its functions via a state machine, analog circuitry, digital circuitry, and/or logic circuitry, the memory storing the corresponding operational instructions is embedded with the circuitry comprising the state machine, analog circuitry, digital circuitry, and/or logic circuitry.

In operation, the radio 60 receives outbound data 94 from the host device via the host interface 62. The baseband processing module 64 receives the outbound data 94 and, based on a mode selection signal 102, produces one or more outbound symbol streams 104. The mode selection signal 102 will indicate a particular mode of operation that is compliant with one or more specific modes of the various IEEE 802.11 standards. For example, the mode selection signal 102 may indicate a frequency band of 2.4 GHz, a channel bandwidth of 20 or 22 MHz and a maximum bit rate of 54 megabits-per-second. In this general category, the mode selection signal will further indicate a particular rate ranging from 1 megabit-per-second to 54 megabits-per-second. In addition, the mode selection signal will indicate a particular type of modulation, which includes, but is not limited to, Barker Code Modulation, BPSK, QPSK, CCK, 16 QAM and/or 64 QAM. The mode select signal 102 may also include a code rate, a number of coded bits per subcarrier (NBPSC), coded bits per OFDM symbol (NCBPS), and/or data bits per OFDM symbol (NDBPS). The mode selection signal 102 may also indicate a particular channelization for the corresponding mode that provides a channel number and corresponding center frequency. The mode select signal 102 may further indicate a power spectral density mask value and a number of antennas to be initially used for a MIMO communication.

The baseband processing module 100, based on the mode selection signal 102 produces one or more outbound symbol streams 104 from the outbound data 94. For example, if the mode selection signal 102 indicates that a single transmit antenna is being utilized for the particular mode that has been selected, the baseband processing module 100 will produce a single outbound symbol stream 104. Alternatively, if the mode select signal 102 indicates 2, 3 or 4 antennas, the baseband processing module 100 will produce 2, 3 or 4 outbound symbol streams 104 from the outbound data 94.

Depending on the number of outbound streams 104 produced by the baseband module 10, a corresponding number of the RF transmitters 106-110 will be enabled to up convert the outbound symbol streams 104 into outbound RF signals 112. In general, each of the RF transmitters 106-110 includes a digital filter and upsampling module, a digital to analog conversion module, an analog filter module, a frequency up conversion module, a power amplifier, and a radio frequency bandpass filter. The RF transmitters 106-110 provide the outbound RF signals 112 to the transmit/receive module 114, which provides each outbound RF signal to a corresponding antenna 81-85.

US 8,416,862 B2

9

When the radio **60** is in the receive mode, the transmit/receive module **114** receives one or more inbound RF signals **116** via the antennas **81-85** and provides them to one or more RF receivers **118-122**. The RF receiver **118-122**, based on settings provided by the channel bandwidth adjust module **87**, down converts the inbound RF signals **116** into a corresponding number of inbound symbol streams **124**. The number of inbound symbol streams **124** will correspond to the particular mode in which the data was received. The baseband processing module **100** converts the inbound symbol streams **124** into inbound data **92**, which is provided to the host device **18-32** via the host interface **62**.

As one of average skill in the art will appreciate, the wireless communication device of FIG. **3** may be implemented using one or more integrated circuits. For example, the host device may be implemented on one integrated circuit, the baseband processing module **100** and memory **65** may be implemented on a second integrated circuit, and the remaining components of the radio **60**, less the antennas **81-85**, may be implemented on a third integrated circuit. As an alternate example, the radio **60** may be implemented on a single integrated circuit. As yet another example, the processing module **50** of the host device and the baseband processing module **100** may be a common processing device implemented on a single integrated circuit. Further, the memory **52** and memory **65** may be implemented on a single integrated circuit and/or on the same integrated circuit as the common processing modules of processing module **50** and the baseband processing module **100**.

FIG. **4** is a schematic block diagram of baseband transmit processing 100-TX within the baseband processing module **100**, which includes an encoding module **121**, a puncture module **123**, a switch, a plurality of interleaving modules **125**, **126**, a plurality of constellation encoding modules **128**, **130**, a beamforming module (V) **132**, and a plurality of inverse fast Fourier transform (IFFT) modules **134**, **136** for converting the outbound data **94** into the outbound symbol stream(s) **104**. As one of ordinary skill in the art will appreciate, the baseband transmit processing may include two or more of each of the interleaving modules **125**, **126**, the constellation mapping modules **128**, **130**, and the IFFT modules **134**, **136**. In addition, one of ordinary skill in art will further appreciate that the encoding module **121**, puncture module **123**, the interleaving modules **124**, **126**, the constellation mapping modules **128**, **130**, and the IFFT modules **134**, **136** may function in accordance with one or more wireless communication standards including, but not limited to, IEEE 802.11a, b, g, n.

In one embodiment, the encoding module **121** is operably coupled to convert outbound data **94** into encoded data in accordance with one or more wireless communication standards. The puncture module **123** punctures the encoded data to produce punctured encoded data. The plurality of interleaving modules **125**, **126** is operably coupled to interleave the punctured encoded data into a plurality of interleaved streams of data. The plurality of constellation mapping modules **128**, **130** is operably coupled to map the plurality of interleaved streams of data into a plurality of streams of data symbols. The beamforming module **132** is operably coupled to beamform, using a unitary matrix having polar coordinates, the plurality of streams of data symbols into a plurality of streams of beamformed symbols. The plurality of IFFT modules **134**, **136** is operably coupled to convert the plurality of streams of beamformed symbols into a plurality of outbound symbol streams.

The beamforming module **132** is operably coupled to multiply a beamforming unitary matrix (V) with baseband signals

10

provided by the plurality of constellation mapping modules **128**, **130**. The beamforming module **132** determines the beamforming unitary matrix V from feedback information from the receiver, wherein the feedback information includes a calculated expression of the beamforming matrix V having polar coordinates. The beamforming module **132** generates the beamforming unitary matrix V to satisfy the conditions of "V*V=VV*=''I", where "I" is an identity matrix of [1 0; 0 1] for 2×2 MIMO wireless communication, is [1 0 0; 0 1 0; 0 0 1] for 3×3 MIMO wireless communication, or is [1 0 0 0; 0 1 0 0; 0 0 1 0; 0 0 0 1] for 4×4 MIMO wireless communication. In this equation, V*V means "conjugate (V) times V" and VV* means "V times conjugate (V)". Note that V may be a 2×2 unitary matrix for a 2×2 MIMO wireless communication, a 3×3 unitary matrix for a 3×3 MIMO wireless communication, and a 4×4 unitary matrix for a 4×4 MIMO wireless communication. Further note that for each column of V, a first row of polar coordinates including real values as references and a second row of polar coordinates including phase shift values.

In one embodiment, the constellation mapping modules **128**, **130** function in accordance with one of the IEEE 802.11x standards to provide an OFDM (Orthogonal Frequency Domain Multiplexing) frequency domain baseband signals that includes a plurality of tones, or subcarriers, for carrying data. Each of the data carrying tones represents a symbol mapped to a point on a modulation dependent constellation map. For instance, a 16 QAM (Quadrature Amplitude Modulation) includes 16 constellation points, each corresponding to a different symbol. For an OFDM signal, the beamforming module **132** may regenerate the beamforming unitary matrix V for each tone from each constellation mapping module **128**, **130**, use the same beamforming unitary matrix for each tone from each constellation mapping module **128**, **130**, or a combination thereof.

The beamforming unitary matrix varies depending on the number of transmit paths (i.e., transmit antennas–M) and the number of receive paths (i.e., receiver antennas–N) for an M×N MIMO communication. For instance, for a 2×2 MIMO communication, the beamforming unitary matrix may be:

$$V = (V)\ddot{y} = \begin{bmatrix} \cos\psi_1 & \cos\psi_2 \\ \sin\psi_1 e^{j\phi_1} & \sin\psi_2 e^{j\phi_2} \end{bmatrix}$$

In order to satisfy V*V=I, it needs to satisfy followings.

$$\cos\psi_1 \cos\psi_2 + \sin\psi_1 \sin\psi_2 e^{j(\phi_1 - \phi_2)} = 0$$

$$\cos\psi_1 \cos\psi_2 + \sin\psi_1 \sin\psi_2 e^{j(\phi_2 - 100_2)} = 0$$

Where i, j=1, 2; $\psi_1$, $\Phi_1$, $\psi_2$, and $\Phi_2$ represent angles of the unit circle, wherein absolute value of $\psi_1 - \psi_2 = \pi/2$ and $\Phi_1 = \Phi_2$ or $\Phi_1 = \Phi_2 + \pi$ and $\psi_1 + \psi_2 = \pi/2$.

Therefore, with $\Phi_1$ and $\psi_1$, the beamforming module **132** may regenerate V per each tone. For example, With 4-bits expression for angle $\Phi_1$ and 3-bits for angle $\psi_1$, and 1-bit for the index for #1 or #2 in 54 tones, (i.e., 8-bits per tone) total feedback information may be 8×54/8=54 bytes. ($\psi$ in [0, π]Φ in [−π,π]).

For a 3×3 MIMO communication, the beamforming unitary matrix may be:

US 8,416,862 B2

11

$$V = (V)ij = \begin{bmatrix} \cos\psi_1 & \cos\psi_2 & \cos\psi_3 \\ \sin\psi_1\cos\theta_1 e^{j\Phi_{21}} & \sin\psi_2\cos\theta_2 e^{j\Phi_{22}} & \sin\psi_3\cos\theta_3 e^{j\Phi_{23}} \\ \sin\psi_1\sin\theta_1 e^{j\Phi_{31}} & \sin\psi_2\sin\theta_2 e^{j\Phi_{32}} & \sin\psi_3\sin\theta_3 e^{j\Phi_{33}} \end{bmatrix}$$

where i, j=1, 2, 3; $\psi_1$, $\psi_2$, $\psi_3$, $\theta_1$, $\theta_2$, $\theta_3$, $\Phi_{21}$, $\Phi_{22}$, $\Phi_{23}$, $\Phi_{32}$, $\Phi_{33}$ represent angles of the unit circle, wherein Diagonal (V*V)=1s, and wherein:

$$\psi_i = \cos^{-1} V_{1i}, \theta_i = \cos^{-1}\left|\frac{V_{2i}}{\sin\psi_i}\right|$$

$$\phi_{2i} = \angle(V_{2i}), \phi_{3i} = \angle(V_{3i})$$

In this example, with 12 angles, the beamforming module 132 may regenerate V as a 3×3 matrix per tone. With 4-bits for expression for the angles, a 54 tone signal may have feedback information of 324 bytes (e.g., 4×12×54/8).

For a 4×4 MIMO communication, the beamforming unitary matrix may be:

$$V = (V)ij = \begin{bmatrix} \cos\psi_1\cos\varphi_1 & \cos\psi_2\cos\varphi_2 & \cos\psi_3\cos\varphi_3 & \cos\psi_4\cos\varphi_4 \\ \cos\psi_1\sin\varphi_1 e^{j\Phi_{11}} & \cos\psi_2\sin\varphi_2 e^{j\Phi_{12}} & \cos\psi_3\sin\varphi_3 e^{j\Phi_{13}} & \cos\psi_4\sin\varphi_4 e^{j\Phi_{14}} \\ \sin\psi_1\cos\theta_1 e^{j\Phi_{21}} & \sin\psi_2\cos\theta_2 e^{j\Phi_{22}} & \sin\psi_3\cos\theta_3 e^{j\Phi_{23}} & \sin\psi_4\cos\theta_4 e^{j\Phi_{24}} \\ \sin\psi_1\sin\theta_1 e^{j\Phi_{31}} & \sin\psi_2\sin\theta_2 e^{j\Phi_{32}} & \sin\psi_3\sin\theta_3 e^{j\Phi_{33}} & \sin\psi_4\sin\theta_4 e^{j\Phi_{34}} \end{bmatrix} =$$

$[\cos(\psi_1)\cos(\Phi_2); \sin(\psi_1)*e^{j\Phi_1}\sin(\psi_2)*e^{j\Phi_2}]$, where i,j=1, 2, 3, 4; wherein $\psi_1$, $\psi_2$, $\psi_3$, $\psi_4$, $\theta_1$, $\theta_2$, $\theta_3$, $\theta_4$, $\varphi_1$, $\varphi_2$, $\varphi_3$, $\varphi_4$, $\Phi_{21}$, $\Phi_{22}$, $\Phi_{23}$, $\Phi_{24}$, $\Phi_{31}$, $\Phi_{32}$, $\Phi_{33}$, $\Phi_{33}$, $\Phi_{41}$, $\Phi_{42}$, $\Phi_{43}$, $\Phi_{43}$ represent angles of the unit circle, wherein Diagonal (V*V)=1s, and wherein:

$$\psi_i = \cos^{-1}\left(\sqrt{|V_{1i}|^2 + |V_{2i}|^2}\right),$$

$$\varphi_i = \cos^{-1}\left(\frac{V_{1i}}{\cos\psi_i}\right),$$

$$\theta_i = \cos^{-1}\left|\frac{V_{3i}}{\sin\psi_i}\right|$$

$$\phi_{1i} = \angle(V_{2i}),$$

$$\phi_{2i} = \angle(V_{3i}),$$

$$\phi_{3i} = \angle(V_{4i})$$

In this example, with 24 angles, the beamforming module 132 may regenerate V as a 4×4 matrix per tone. With 4-bits for expression for the angles, a 54 tone signal may have feedback information of 648 bytes (e.g., 4×24×54/8).

The baseband transmit processing 100-TX receives the polar coordinates $\Phi$ and $\psi$ V from the receiver as feedback information as will described in greater detail with reference to FIG. 6.

FIG. 5 is a schematic block diagram of baseband receive processing 100-RX that includes a plurality of fast Fourier transform (FFT) modules 140, 142, a beamforming (U) module 144, a plurality of constellation demapping modules 146, 148, a plurality of deinterleaving modules 150, 152, a switch, a depuncture module 154, and a decoding module 156 for converting a plurality of inbound symbol streams 124 into inbound data 92. As one of ordinary skill in the art will

12

appreciate, the baseband receive processing 100-RX may include two or more of each of the deinterleaving modules 150, 152, the constellation demapping modules 146, 148, and the FFT modules 140, 142. In addition, one of ordinary skill in art will further appreciate that the decoding module 156, depuncture module 154, the deinterleaving modules 150, 152, the constellation decoding modules 146, 148, and the FFT modules 140, 142 may be function in accordance with one or more wireless communication standards including, but not limited to, IEEE 802.11a, b, g, n.

In one embodiment, a plurality of FFT modules 140, 142 is operably coupled to convert a plurality of inbound symbol streams 124 into a plurality of streams of beamformed symbols. The inverse beamforming module 144 is operably coupled to inverse beamform, using a unitary matrix having polar coordinates, the plurality of streams of beamformed symbols into a plurality of streams of data symbols. The plurality of constellation demapping modules is operably coupled to demap the plurality of streams of data symbols into a plurality of interleaved streams of data. The plurality of deinterleaving modules is operably coupled to deinterleave the plurality of interleaved streams of data into encoded data.

The decoding module is operably coupled to convert the encoded data into inbound data 92.

The beamforming module 144 is operably coupled to multiply a beamforming unitary matrix (U) with baseband signals provided by the plurality of FFT modules 140, 142. The FFT modules 140, 142 function in accordance with one of the IEEE 802.11x standards to provide an OFDM (Orthogonal Frequency Domain Multiplexing) frequency domain baseband signals that includes a plurality of tones, or subcarriers, for carrying data. Each of the data carrying tones represents a symbol mapped to a point on a modulation dependent constellation map. The baseband receive processing 100-RX is further functional to produce feedback information for the transmitter as further described with reference to FIG. 6.

FIG. 6 is a schematic block diagram of a beamforming wireless communication where H=UDV* (H—represents the channel, U is the receiver beamforming unitary matrix, and V* is the conjugate of the transmitter beamforming unitary matrix. With H=UDV*, y (the received signal)=Hx+N, where x represents the transmitted signals and N represents noise. If z=Vx, then U*y=U*UDV*Vz+U*n=Dz+N.

From this expression, the baseband receive processing 100-RX may readily determine the feedback of V, where V includes polar coordinates. For instance, the receiver may decompose the channel using singular value decomposition (SVD) and send information relating only to a calculated value of the transmitter's beamforming matrix (V) as the feedback information. In this approach, the receiver calculates (V) based on H=UDV*, where H is the channel response, D is a diagonal matrix, and U is a receiver unitary matrix. This approach reduces the size of the feedback information with respect to SVD using Cartesian coordinates. For example, in a 2×2 MIMO wireless communication, the feedback needs four elements that are all complex values [V11 V12; V21 V22] with two angles ($\psi$ and $\Phi$). In general,

US 8,416,862 B2

13

14

Vik=aik+j*bik, where aik and bik are values between [−1, 1]. To cover [−1, 1], ψ is in [0, π] and Φ is in [0, 2π]. With π/2 resolutions for angles, ψ needs to be π/4 or 3π/4, i.e., cos(ψ)= 0.707 or −0.707, which requires 1 bit, where Φ needs to be either π/4, 3π/4, 5π/4, 7π/4, i.e., exp(j Φ)=0.707(1+j), 0.707 (1−j), 0.707(−1+j) or 0.707(−1−j), which requires 2 bits. With π/4 resolutions for angles, ψ needs to be π/8, 3π/8, 5π/8, or 7π/8, which requires 2 bits, where Φ needs to be either π/8, 3π/8, 5π8, 7π/8, 9π8, 11π/8, 13π/8 or 15π/8, which requires 4 bits. So, for an example of 2×2 system to use 4 bits per tone, it may have 1 bit for ψ, 2 bits for 4) and 1 index bit to determine the relationship between ψ and Φ, such as either ψ1=ψ2+π and Φ1+Φ2=π/2, or ψ1=ψ2 and Φ1−Φ2=π/2.

For the same resolution in Cartesian expression of 4 bits per each element for each of the real and imaginary components, aik and bik, can be within [−½, ½], it requires 4*2*4=32 bits per tone. For OFDM MIMO wireless communications, the number of bits required is 1728 bits for the Cartesian expression. While an angle expression in accordance with the present invention requires 8 bits per tone, which for the same OFDM MIMO wireless communications would require 432 bits. This represents a significant reduction in the overhead needed for packet exchange.

FIG. 7 is a flow chart illustrating another embodiment of the present invention for providing beamforming feedback information from a receiving wireless communication device to a transmitter. The method 700 in particular addresses the feed back of observed transmitter beamforming information from a receiving wireless communication device to a transmitting wireless communication device. The method 700 of FIG. 7 relates to MIMO wireless communication systems, among others. Most of the operations 700 of FIG. 7 are typically performed by a baseband processing module, e.g., 100 of FIG. 3 of a receiving wireless device.

The method 700 commences with the receiving wireless communication device receiving a preamble sequence from the transmitting wireless device and estimating a channel response from the preamble sequence (step 702). Estimating the channel response includes comparing received training symbols of the preamble to corresponding expected training symbols using any of a number of techniques that are known in the art. The receiving wireless device then determines an estimated transmitter beamforming unitary matrix (V) based upon the channel response and a known receiver beamforming unitary matrix (U) (step 704). The channel response (H), estimated transmitter beamforming unitary matrix (V), and the known receiver beamforming unitary matrix (U) are related by the equation H=UDV*, where, D is a diagonal matrix. Singular Value Decomposition (SVD) operations may be employed to produce the estimated transmitter beamforming unitary matrix (V) according to this equation.

According to the embodiment of FIG. 7, the receiving wireless device produces the estimated transmitter beamforming unitary matrix (V) in Cartesian coordinates and then converts the estimated transmitter beamforming unitary matrix (V) to polar coordinates (step 706). With the estimated transmitter beamforming unitary matrix (V) determined, the receiving wireless device then decomposes the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information (step 708).

According to one embodiment of this operation, the decomposition operations of step 708 employ a Givens Rotation operation. The Givens Rotation relies upon the observation that, with the condition of V*V=VV*=I, some angles of the Givens Rotation are redundant. With a decomposed

matrix form for the estimated transmitter beamforming matrix (V), the set of angles fed back to the transmitting wireless device are reduced.

Operation continues with the receiving wireless device wirelessly sending the transmitter beamforming information to the transmitting wireless device (step 710). This operation occurs with the receiving wireless device shifting to a transmit mode and sending the information back to the transmitting wireless device. The transmitting wireless device then uses the feedback components to generate a new beamforming matrix (V), which it uses for subsequent transmissions (step 712).

FIG. 8 is a flow chart illustrating another embodiment of the present invention for providing beamforming feedback information from a receiver to a transmitter. The operations 800 of FIG. 8 are similar to the operations 700 of FIG. 7 and would typically be performed by a baseband processing module, e.g., 100 of FIG. 3 of a receiving wireless device.

The method 800 commences with the receiving wireless communication device receiving a preamble sequence from the transmitting wireless device and estimating a channel response (H) from the preamble sequence (step 802). Techniques similar/same as those described with reference to step 702 of FIG. 7 may be employed.

The receiving wireless device then decomposes the channel response (H) based upon the receiver beamforming unitary matrix (U) to produce an estimated transmitter beamforming unitary matrix (V) (step 804). With the estimated transmitter beamforming unitary matrix (V) determined, the receiving wireless device then decomposes the estimated transmitter beamforming unitary matrix (V) using a Givens Rotation to produce the transmitter beamforming information (step 806). The products of this Givens Rotation are the transmitter beamforming information.

Operation continues with the receiving wireless device wirelessly sending the transmitter beamforming information to the transmitting wireless device (step 808). This operation occurs with the receiving wireless device shifting to a transmit mode and sending the transmitter beamforming information to the transmitting wireless device. The transmitting wireless device then uses the feedback components to generate a new beamforming matrix (V), which it uses for subsequent transmissions (step 810).

One example of a Givens Rotation matrix that may be used for the decomposition operations of step 806 (and step 708) is:

$$G_i(\psi) = \begin{bmatrix} I_{i-1} & 0 & 0 & 0 \\ 0 & \cos\psi & \sin\psi & 0 \\ 0 & -\sin\psi & \cos\psi & 0 \\ 0 & 0 & 0 & I_{N-i-1} \end{bmatrix}$$

With this form, the Givens Rotation matrix rotates M [I,j], [I,j] to make (i,j−1)th component zero, where M [I,j],[I,j] is 2×2 block matrix at ith, jth row and ith, jth column.

Applying the Givens Rotation to the 2×2 estimated transmitter beamforming matrix (V) described above, for a particular form of the Givens Rotation, ψ in [0, π/2], φ in [−π, π] the 2×2 estimated transmitter beamforming matrix (V) can be rewritten as:

US 8,416,862 B2

15

$$V = \begin{bmatrix} \cos\psi_1 & \cos(\frac{\pi}{2} - \psi_1) \\ \sin\psi_1 e^{j(\pi+\phi_2)} & \sin(\frac{\pi}{2} - \psi_1) e^{j\phi_2} \end{bmatrix}$$

$$= \begin{bmatrix} 1 & 0 \\ 0 & e^{j\phi} \end{bmatrix} \begin{bmatrix} \cos\psi & \sin\psi \\ -\sin\psi & \cos\psi \end{bmatrix}$$

With angle resolution of $\pi/2^a$, where a=# of bits per angle, the total number of bits per tone is (a−1)+(a+1)=2a. With the 2×2 estimated transmitter beamforming matrix (V), $\psi$ needs (a−1) bits to cover [0, $\pi$/2] and $\phi$ needs (a+1) bits to cover [−$\pi$, $\pi$]. With this notation: 'a=1' means quantized angle is either [$\pi$/4, 3$\pi$/4] to cover [0, $\pi$] angle resolution of $\pi$/2; and 'a=2' means quantized angle is either [$\pi$/8, 3$\pi$/8, 5$\pi$/8, 7$\pi$/8] to cover [0, $\pi$] with angle resolution of $\pi$/4.

By using all combinations of the Givens Rotation, these concepts may be extended to an N×M matrix. Because the Givens Rotation needs real values, a phase matrix Di is applied before the Givens Rotation to yield:

$$V = \prod_{i=1}^{M} \left[ D_i (1_{i-1} e^{j\theta_{ii}} \; \cdots \; e^{j\theta_{iN}}) \prod_{j=i}^{N-1} G_j(\psi_{i,j}) \right] \times \tilde{I}_{N\times M}$$

Where:

$D_i$ is an N×N diagonal matrix with diagonal components in arguments.

$I_{N\times M}$ is an N×M identity matrix, where $(I)_{ii}$=1 for i=1, ..., min(M,N).

As the reader will appreciate, the coefficients of the Givens Rotation and the phase matrix coefficients serve as the transmitter beamforming information that is sent from the receiving wireless communication device to the transmitting wireless communication device. For a 3×3 estimated transmitter beamforming matrix (V), from Givens Rotation, six angles in total ($\phi_{22}$, $\phi_{23}$, $\phi_{33}$, $\psi_{12}$, $\psi_{13}$, $\psi_{23}$) are required. With angle resolution of $\pi/2^a$, where a=# of bits per angle, the total number of bits per tone is 3(a−1)+3(a+1)=6a. In such case, $\psi$ needs (a−1) bits to cover [0, $\pi$/2] and $\phi$ needs (a+1) bits to cover [−$\pi$, $\pi$]. Using this polar coordinates embodiment, 24 bits per sub carrier are required to achieve equivalent full resolution performance to a Cartesian coordinates solution, which requires 72 bits per sub carrier.

For a 4×4 estimated transmitter beamforming matrix (V), from Givens Rotation, twelve angles in total ($\phi_{22}$, $\phi_{23}$, $\phi_{24}$, $\phi_{33}$, $\phi_{34}$, $\phi_{44}$, $\psi_{12}$, $\psi_{13}$, $\psi_{23}$, $\psi_{23}$, $\psi_{24}$, $\psi_{33}$) are required. With angle resolution of $\pi/2^a$, where a=# of bits per angle, the total number of bits per tone is 6(a−1)+6(a+1)=12a. In such case, $\psi$ needs (a−1) bits to cover [0, $\pi$/2] and $\phi$ needs (a+1) bits to cover [−$\pi$, $\pi$]. Using this polar coordinates embodiment, 48 bits per sub carrier are required to achieve equivalent full resolution performance to a Cartesian coordinates solution, which requires 128 bits per sub carrier.

Using these techniques, for a simple case of 2×2 system with 20 MHz BW, the feedback of transmitter beamforming information requires 10*52/8=65 bytes. For the worst case of 4×4 system with 40 MHz BW (108 tones), the feedback requires 48*108/8=648 bytes. Efficiencies can be further obtained by using the correlation property of adjacent tones. (e.g., sending one information per every three tones). However, with a slowly fading channel, frequent channel feedback is not required.

16

The preceding discussion has presented a method and apparatus for reducing feedback information for beamforming in a wireless communication by using polar coordinates. As one of average skill in the art will appreciate, other embodiments may be derived from the present teachings without deviating from the scope of the claims.

What is claimed is:

**1.** A method for feeding back transmitter beamforming information from a receiving wireless communication device to a transmitting wireless communication device, the method comprising:

the receiving wireless communication device receiving a preamble sequence from the transmitting wireless device;

the receiving wireless device estimating a channel response based upon the preamble sequence;

the receiving wireless device determining an estimated transmitter beamforming unitary matrix (V) based upon the channel response and a receiver beamforming unitary matrix (U);

the receiving wireless device decomposing the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information; and

the receiving wireless device wirelessly sending the transmitter beamforming information to the transmitting wireless device.

**2.** The method of claim **1** wherein the receiving wireless device determining an estimated transmitter beamforming unitary matrix (V) based upon the channel response and a receiver beamforming unitary matrix (U) comprises:

the receiving wireless device producing the estimated transmitter beamforming unitary matrix (V) in Cartesian coordinates; and

the receiving wireless device converting the estimated transmitter beamforming unitary matrix (V) to polar coordinates.

**3.** The method of claim **1** wherein the channel response (H), estimated transmitter beamforming unitary matrix (V), and the receiver beamforming unitary matrix (U) are related by the equation:

$$H = UDV^*$$

where, D is a diagonal matrix.

**4.** The method of claim **3**, wherein the receiving wireless device determining an estimated transmitter beamforming unitary matrix (V) based upon the channel response and a receiver beamforming unitary matrix (U) comprises performing a Singular Value Decomposition (SVD) operation.

**5.** The method of claim **1**, wherein the receiving wireless device decomposing the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information comprises the receiving wireless device decomposing the estimated transmitter beamforming unitary matrix (V) using a QR decomposition technique.

**6.** The method of claim **5**, wherein the QR decomposition technique comprises a Givens Rotation operation performed according to the equation:

$$V = \prod_{i=1}^{M} \left[ D_i (1_{i-1} e^{j\theta_{ii}} \; \cdots \; e^{j\theta_{iN}}) \prod_{j=i}^{N-1} G_j(\psi_{i,j}) \right] \times \tilde{I}_{N\times M}$$

Where:

$D_i$ is an N×N diagonal matrix with diagonal components in arguments;

US 8,416,862 B2

17

$I_{N \times M}$ is an N×M identity matrix, where $(I)_{ii}$=1 for i=1, ..., min(M,N); and

wherein the transmitter beamforming information includes angles corresponding to elements of the diagonal matrix D and elements of the Givens Rotation, wherein N is a number of transmit antennas, M is a number of receive antennas, and wherein i and j are each integers.

**7**. The method of claim **1**, wherein:

the transmitting wireless device transmits on N antennas; and

the receiving wireless device receives on M antennas.

**8**. The method of claim **1**, wherein at least one of the transmitting wireless device and the receiving wireless device supports Multiple Input Multiple Output (MIMO) operations.

**9**. A wireless communication device comprising:

a plurality of Radio Frequency (RF) components operable to receive an RF signal and to convert the RF signal to a baseband signal; and

a baseband processing module operable to:

receive a preamble sequence carried by the baseband signal;

estimate a channel response based upon the preamble sequence;

determine an estimated transmitter beamforming unitary matrix (V) based upon the channel response and a receiver beamforming unitary matrix (U);

decompose the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information; and

form a baseband signal employed by the plurality of RF components to wirelessly send the transmitter beamforming information to the transmitting wireless device.

**10**. The wireless communication device of claim **9**, wherein in determining an estimated transmitter beamforming unitary matrix (V) based upon the channel response and a receiver beamforming unitary matrix (U), the baseband processing module is operable to:

produce the estimated transmitter beamforming unitary matrix (V) in Cartesian coordinates; and

convert the estimated transmitter beamforming unitary matrix (V) to polar coordinates.

**11**. The wireless communication device of claim **9**, wherein the channel response (H), estimated transmitter beamforming unitary matrix (V), and the receiver beamforming unitary matrix (U) are related by the equation:

$$H=UDV^*$$

where, D is a diagonal matrix.

**12**. The wireless communication device of claim **9**, wherein in determining the estimated transmitter beamforming unitary matrix (V) based upon the channel response and the receiver beamforming unitary matrix (U), the baseband processing module performs Singular Value Decomposition (SVD) operations.

**13**. The wireless communication device of claim **9**, wherein in decomposing the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information, the baseband processing module decomposes the estimated transmitter beamforming unitary matrix (V) using a QR decomposition technique.

**14**. The wireless communication device of claim **13**, wherein the QR decomposition technique comprises a Givens Rotation operation performed according to the equation:

18

$$V = \prod_{i=1}^{M} \left[ D_i(1_{i-1} e^{j\phi_{ii}} \ \ldots \ e^{j\phi_{iN}}) \prod_{j=i}^{N-1} G_j(\psi_{i,j}) \right] \times I_{N \times M}$$

Where:

$D_i$ is an N×N diagonal matrix with diagonal components in arguments;

$I_{N \times M}$ is an N×M identity matrix, where $(I)_{ii}$=1 for i=1, ..., min(M,N); and

wherein the transmitter beamforming information includes angles corresponding to elements of the diagonal matrix D and elements of the Givens Rotation, wherein N is a number of transmit antennas, M is a number of receive antennas, and wherein i and j are each integers.

**15**. The wireless communication device of claim **10**, wherein:

the transmitting wireless device transmits on N antennas; and

the wireless communication device includes M antennas.

**16**. The wireless communication device of claim **10**, wherein the wireless communication device supports Multiple Input Multiple Output (MIMO) operations.

**17**. A method for feeding back transmitter beamforming information from a receiving wireless communication device to a transmitting wireless communication device, the method comprising:

the receiving wireless communication device receiving a preamble sequence from the transmitting wireless device;

the receiving wireless device estimating a channel response based upon the preamble sequence;

the receiving wireless device decomposing the channel response based upon the channel response and a receiver beamforming unitary matrix (U) to produce an estimated transmitter beamforming unitary matrix (V);

the receiving wireless device decomposing the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information; and

the receiving wireless device wirelessly sending the transmitter beamforming information to the transmitting wireless device.

**18**. The method of claim **17**, wherein the receiving wireless device decomposing the channel response based upon the channel response and a receiver beamforming unitary matrix (U) to produce an estimated transmitter beamforming unitary matrix (V) includes performing a Singular Value Decomposition (SVD) operation.

**19**. The method of claim **17**, wherein the receiving wireless device decomposing the estimated transmitter beamforming unitary matrix (V) to produce the transmitter beamforming information comprises the receiving wireless device decomposing the estimated transmitter beamforming unitary matrix (V) using a Givens Rotation operation performed according to the equation:

$$V = \prod_{i=1}^{M} \left[ D_i(1_{i-1} e^{j\phi_{ii}} \ \ldots \ e^{j\phi_{iN}}) \prod_{j=i}^{N-1} G_j(\psi_{i,j}) \right] \times I_{N \times M}$$

Where:

$D_i$ is an N×N diagonal matrix with diagonal components in arguments;

US 8,416,862 B2

**19**

**20**

$I_{N \times M}$ is an N×M identity matrix, where $(I)_{ii}=1$ for i=1, . . . , min(M,N); and

wherein the transmitter beamforming information includes angles corresponding to elements of the diagonal matrix D and elements of the Givens Rotation, wherein N is a number of transmit antennas, M is a number of receive antennas, and wherein i and j are each integers.

**20**. The method of claim **19**, wherein the transmitter beamforming information comprises element values of the diagonal matrix D and element values of the Givens Rotation matrix.

\*   \*   \*   \*   \*

# EXHIBIT E

US007564914B2

(12) **United States Patent**
Hansen et al.

(10) Patent No.: **US 7,564,914 B2**
(45) **Date of Patent:** **Jul. 21, 2009**

(54) **METHOD AND SYSTEM FOR FRAME FORMATS FOR MIMO CHANNEL MEASUREMENT EXCHANGE**

(75) Inventors: **Christopher J. Hansen**, Sunnyvale, CA (US); **Carlos H. Aldana**, Mountain View, CA (US); **Joonsuk Kim**, San Jose, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 747 days.

(21) Appl. No.: **11/052,353**

(22) Filed: **Feb. 7, 2005**

(65) **Prior Publication Data**

US 2006/0126752 A1    Jun. 15, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/636,255, filed on Dec. 14, 2004.

(51) **Int. Cl.**
*H04B 7/02* (2006.01)
*H04B 7/216* (2006.01)

(52) **U.S. Cl.** ...................................... **375/267**; 370/342

(58) **Field of Classification Search** ................. 375/267, 375/260, 295, 299, 346, 347; 455/69, 115.1, 455/424, 562.1; 370/342, 352, 329
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,754,475 B1 * | 6/2004 | Harrison et al. | .......... 455/115.1 |
| 7,123,887 B2 * | 10/2006 | Kim et al. | ................... 455/103 |
| 2005/0099975 A1 * | 5/2005 | Catreux et al. | .............. 370/329 |

OTHER PUBLICATIONS

Christopher J. Hansen, IEEE 802.11 Wireless LANs WWiSE Proposal: High Throughput Extension to the 802.11 Standard, Dec. 20, 2004.
Syed AON Mujtaba, IEEE 802.11 Wireless LANs TGn Sync Proposal Technical Specification, Jan. 18, 2005.

* cited by examiner

*Primary Examiner*—Khai Tran
(74) *Attorney, Agent, or Firm*—McAndrews, Held & Malloy

(57) **ABSTRACT**

A method and system for frame formats for MIMO channel measurement exchange is provided. Aspects of a method for communicating information in a communication system may comprise transmitting data via a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antenna, receiving feedback information via at least one of a plurality of RF channels, and modifying a transmission mode based on the feedback information. Aspects of a method for communicating information in a communication system may also comprise receiving data via a plurality of receiving antenna, transmitting feedback information via at least one of the plurality of RF channels, and requesting modification of a transmission mode for the received data in transmitted response messages comprising the feedback information.

**36 Claims, 9 Drawing Sheets**





FIG. 1



**FIG. 2**



**FIG. 3**



FIG. 4



**FIG. 5**



FIG. 6a





**FIG. 7**

702 — Transmitting Mobile Terminal Sends MIMO Mode Request Frame to Receiving Mobile Terminal

704 — Receiving Mobile Terminal Receives MIMO Mode Request Frame from Transmitting Mobile Terminal

706 — Receiving Mobile Terminal Determines Transmitting Mode?

Yes

710 — Receiving Mobile Terminal Transmits MIMO Mode Response Frame to Transmitting Mobile Terminal Containing Feedback Information on Desired Transmitting Mode

No

708 — Receiving Mobile Terminal Transmits MIMO Mode Response Frame to Transmitting Mobile Terminal Containing No Feedback Information on Desired Transmitting Mode



FIG. 8

US 7,564,914 B2

**1**

# METHOD AND SYSTEM FOR FRAME FORMATS FOR MIMO CHANNEL MEASUREMENT EXCHANGE

## CROSS-REFERENCE TO RELATED APPLICATIONS/INCORPORATION BY REFERENCE

This application makes reference to, claims priority to, and claims the benefit of U.S. Provisional Application Ser. No. 60/636255 filed Dec. 14, 2004.

This application also makes reference to U.S. patent application Ser. No. 11/052,389 filed Feb. 7, 2005.

All of the above stated applications are hereby incorporated herein in their entirety.

## FIELD OF THE INVENTION

Certain embodiments of the invention relate to wireless networking. More specifically, certain embodiments of the invention relate to a method and system for frame formats for MIMO channel measurement exchange.

## BACKGROUND OF THE INVENTION

The Institute for Electrical and Electronics Engineers (IEEE), in resolution IEEE 802.11, also referred as "802.11", has defined a plurality of specifications which are related to wireless networking. Among them are specifications for "closed loop" feedback mechanisms by which a receiving mobile terminal may feed back information to a transmitting mobile terminal to assist the transmitting mobile terminal in adapting signals which are sent to the receiving mobile terminal.

Smart antenna systems combine multiple antenna elements with a signal processing capability to optimize the pattern of transmitted signal radiation and/or reception in response to the communications medium environment. The process of optimizing the pattern of radiation is sometimes referred to as "beamforming," which may utilize linear array mathematical operations to increase the average signal to noise ratio (SNR) by focusing energy in desired directions. In conventional smart antenna systems, only the transmitter or the receiver may be equipped with more than one antenna, and may typically be located in the base transceiver station (BTS) where the cost and space associated with smart antenna systems have been perceived as more easily affordable than on mobile terminals such as cellular telephones. Such systems are also known as multiple input single output (MISO) when a multiple antenna transmitter is transmitting signals to a single antenna receiver, or single input multiple output (SIMO) when a multiple antenna receiver is receiving signals that have been transmitted from a single antenna transmitter. With advances in digital signal processing (DSP) integrated circuits (ICs) in recent years, multiple antenna multiple output (MIMO) systems have emerged in which mobile terminals incorporate smart antenna systems comprising multiple transmit antenna and multiple receive antenna. One area of early adoption of MIMO systems has been in the field of wireless networking, particularly as applied to wireless local area networks (WLANs) where transmitting mobile terminals communicate with receiving mobile terminals. IEEE resolution 802.11 comprises specifications for communications between mobile terminals in WLAN systems.

Signal fading is a significant problem in wireless communications systems, often leading to temporary loss of communications at mobile terminals. One of the most pervasive

**2**

forms of fading is known as multipath fading, in which dispersion of transmitted signals due to incident reflections from buildings and other obstacles, results in multiple versions of the transmitted signals arriving at a receiving mobile terminal. The multiple versions of the transmitted signal may interfere with each other and may result in a reduced signal level detected at the receiving mobile terminal. When versions of the transmitted signal are 180° out of phase they may cancel each other such that a signal level of 0 is detected. Locations where this occurs may correspond to "dead zones" in which communication to the wireless terminal is temporarily lost. This type of fading is also known as "Rayleigh" or "flat" fading.

A transmitting mobile terminal may transmit data signals in which data is arranged as "symbols". The transmission of symbols may be constrained such that after a symbol is transmitted, a minimum period of time, $T_s$, must transpire before another symbol may be transmitted. After transmission of a symbol from a transmitting mobile terminal, some period of dispersion time, $T_d$, may transpire which may be the time over which the receiving mobile terminal is able to receive the symbol, including multipath reflections. The time $T_d$ may not need to account for the arrival of all multipath reflections because interference from later arriving reflected signals may be negligible. If the period $T_s$ is less than $T_d$ there is a possibility that the receiving mobile terminal will start receiving a second symbol from the transmitting mobile terminal while it is still receiving the first symbol. This may result in inter-symbol interference (ISI), producing distortion in received signals, and possibility resulting in a loss of information. The quantity $1/T_d$ is also referred to as the "coherence bandwidth" which may indicate the maximum rate at which symbols, and correspondingly information, may be transmitted via a given communications medium. One method to compensate for ISI in signals may entail utilizing DSP algorithms which perform adaptive equalization.

Another important type of fading is related to motion. When a transmitting mobile terminal, or a receiving mobile terminal is in motion, the Doppler phenomenon may affect the frequency of the received signal. The frequency of the received signal may be changed by an amount which is a function of the velocity at which a mobile terminal is moving. Because of the Doppler effect, ISI may result when a mobile terminal is in motion, particularly when the mobile terminal is moving at a high velocity. Intuitively, if a receiving mobile terminal is in motion and nearing a transmitting mobile terminal, the distance between the two mobile terminals will change as a function of time. As the distance is reduced, the propagation delay time, $T_p$, which is the time between when a transmitter first transmits a signal and when it first arrives at a receiver, is also reduced. As the mobile terminals become closer it is also possible that $T_d$ may be increased if, for example, the transmitting mobile terminal does not reduce the radiated power of transmitted signals. If $T_p$ becomes less than $T_d$, there may be ISI due to the Doppler effect. This case, which illustrates why data rates may be reduced for mobile terminals that are in motion, is referred to as "fast fading". Because fast fading may distort signals at some frequencies while not distorting signals at other frequencies, fast fading may also be referred to as "frequency selective" fading.

Smart antenna systems may transmit multiple versions of a signal in what is known as "spatial diversity". A key concept in spatial diversity is that the propagation of multiple versions of a signal, or "spatial stream", from different antenna may significantly reduce the probability of flat fading at the receiving mobile terminal since not all of the transmitted signals would have the same dead zone.

US 7,564,914 B2

3

Current transmission schemes in MIMO systems typically fall into two categories: data rate maximization, and diversity maximization. Data rate maximization focuses on increasing the aggregate data transfer rate between a transmitting mobile terminal and a receiving mobile terminal by transmitting different spatial streams from different antenna. One method for increasing the data rate from a transmitting mobile terminal would be to decompose a high bit rate data stream into a plurality of lower bit rate data streams such that the aggregate bit rates among the plurality of lower bit rate data streams is equal to that of the high bit rate data stream. Next, each of the lower bit rate data streams may be mapped to at least one of the transmitting antenna for transmission. In addition, each signal comprising one of the lower bit rate data streams is multiplicatively scaled by a weighting factor prior to transmission. The plurality of multiplicative scale factors applied to the plurality of signals comprising the lower bit rate data streams may be utilized to form the transmitted "beam" in the beamforming technique. An example of a data rate maximization scheme is orthogonal frequency division multiplexing (OFDM), in which each of the plurality of signals is modulated by a different frequency carrier signal prior to mapping and multiplicative scaling. OFDM transmission may be resistant to multipath fading in that a portion, but most likely not all, of the data transmitted may be lost at any instant in time due to multipath fading.

Diversity maximization focuses on increasing the probability that a signal transmitted by a transmitting mobile terminal will be received at a receiving mobile terminal, and on increasing the SNR of received signals. In diversity maximization, multiple versions of the same signal may be transmitted by a plurality of antenna. The case in which a transmitting mobile terminal is transmitting the same signal via all of its transmitting antenna may be the pure spatial diversity case in which the aggregate data transfer rate may be equal to that of a single antenna mobile terminal. There is a plurality of hybrid adaptations of the data rate and spatial diversity maximization schemes which achieve varying data rates and spatial diversities.

MIMO systems employing beamforming may enable the simultaneous transmission of multiple signals occupying a shared frequency band, similar to what may be achieved in code division multiple access (CDMA) systems. For example, the multiplicative scaling of signals prior to transmission, and a similar multiplicative scaling of signals after reception, may enable a specific antenna at a receiving mobile terminal to receive a signal which had been transmitted by a specific antenna at the transmitting mobile terminal to the exclusion of signals which had been transmitted from other antenna. However, MIMO systems may not require the frequency spreading techniques used in CDMA transmission systems. Thus, MIMO systems may make more efficient utilization of frequency spectrum.

One of the challenges in beamforming is that the multiplicative scale factors which are applied to transmitted and received signals may be dependent upon the characteristics of the communications medium between the transmitting mobile terminal and the receiving mobile terminal. A communications medium, such as a radio frequency (RF) channel between a transmitting mobile terminal and a receiving mobile terminal, may be represented by a transfer system function, H. The relationship between a time varying transmitted signal, x(t), a time varying received signal, y(t), and the systems function may be represented as shown in equation [1]:

$$y(t)=H \cdot x(t)+n(t), \text{ where} \qquad \text{equation}[1]$$

4

n(t) represents noise which may be introduced as the signal travels through the communications medium and the receiver itself. In MIMO systems, the elements in equation[1] may be represented as vectors and matrices. If a transmitting mobile terminal comprises M transmitting antenna, and a receiving mobile terminal comprises N receiving antenna, then y(t) may be represented by a vector of dimensions N×1, x(t) may be represented by a vector of dimensions M×1, n(t) by a vector of dimensions N×1, and H may be represented by a matrix of dimensions N×M. In the case of fast fading, the transfer function, H, may itself become time varying and may thus also become a function of time, H(t). Therefore, individual coefficients, $h_{ij}(t)$, in the transfer function H(t) may become time varying in nature.

In MIMO systems which communicate according to specifications in IEEE resolution 802.11, the receiving mobile terminal may compute H(t) each time a frame of information is received from a transmitting mobile terminal based upon the contents of a preamble field in each frame. The computations which are performed at the receiving mobile terminal may constitute an estimate of the "true" values of H(t) and may be known as "channel estimates". For a frequency selective channel there may be a set of H(t) coefficients for each tone that is transmitted via the RF channel. To the extent that H(t), which may be referred to as the "channel estimate matrix", changes with time and to the extent that the transmitting mobile terminal fails to adapt to those changes, information loss between the transmitting mobile terminal and the receiving mobile terminal may result.

Higher layer communications protocols, such as the transmission control protocol (TCP) may attempt to adapt to detected information losses, but such adaptations may be less than optimal and may result in slower information transfer rates. In the case of fast fading, the problem may actually reside at lower protocol layers, such as the physical (PHY) layer, and the media access control (MAC) layer. These protocol layers may be specified under IEEE 802.11 for WLAN systems. The method by which adaptations may be made at the PHY and MAC layers, however, may comprise a mechanism by which a receiving mobile terminal may provide feedback information to a transmitting mobile terminal based upon channel estimates which are computed at the receiving mobile terminal.

Existing closed loop receiver to transmitter mechanisms, also referred as "RX to TX feedback mechanisms", that exist under IEEE 802.11 include acknowledgement (ACK) frames, and transmit power control (TPC) requests and reports. The TPC mechanisms may allow a receiving mobile terminal to communicate information to a transmitting mobile terminal about the transmit power level that should be used, and the link margin at the receiving mobile terminal. The link margin may represent the amount of signal power that is being received, which is in excess of a minimum power required by the receiving mobile terminal to decode message information, or frames, that it receives.

A plurality of proposals is emerging for new feedback mechanisms as candidates for incorporation in IEEE resolution 802.11. Among the proposals for new feedback mechanisms are proposals from TGn (task group N) sync, which is a multi-industry group that is working to define proposals for next generation wireless networks which are to be submitted for inclusion in IEEE 802.11, and Qualcomm. The proposals may be based upon what may be referred as a "sounding frame". The sounding frame method may comprise the transmitting of a plurality of long training sequences (LTSs) that match the number of transmitting antenna at the receiving mobile terminal. The sounding frame method may not utilize

**5**

beamforming or cyclic delay diversity (CDD). In the sounding frame method, each antenna may transmit independent information.

The receiving mobile terminal may estimate a complete reverse channel estimate matrix, $H_{up}$, for the channel defined in an uplink direction from the receiving mobile terminal to the transmitting mobile terminal. This may require calibration with the transmitting mobile terminal where the transmitting mobile terminal determines the forward channel estimate matrix, $H_{down}$, for the channel defined in a downlink direction from the transmitting mobile terminal to the receiving mobile terminal. To compensate for possible differences between $H_{up}$ and $H_{down}$ the receiving mobile terminal may be required to receive $H_{down}$ from the transmitting mobile terminal, and to report $H_{up}-H_{down}$ as feedback information. The TGn sync proposal may not currently define a calibration response. A channel estimate matrix may utilize 24 or more bits for each channel and for each tone, comprising 12 or more bits in an in-phase (I) component and 12 or more bits in a quadrature (Q) component.

According to the principle of channel reciprocity, the characteristics of the RF channel in the direction from the transmitting mobile terminal to the receiving mobile terminal may be the same as the characteristics of the RF channel in the direction from the receiving mobile terminal to the transmitting mobile terminal $H_{up}=H_{down}$. In actual practice, however, there may be differences in the electronic circuitry between the respective transmitting mobile terminal and receiving mobile terminal such that, in some cases, there may not be channel reciprocity. This may require that a calibration process be performed in which $H_{up}$ and $H_{down}$ are compared to reconcile differences between the channel estimate matrices. However, there may be limitations inherent in some calibration processes. For example, some proposals for new IEEE 802.11 feedback mechanisms may be limited to performing "diagonal calibrations". These methods may not be able to account for conditions in which there are differences in nondiagonal coefficients between $H_{up}$ and $Hd_{down}$. These nondiagonal coefficient differences may be the result of complicated antenna couplings at the respective transmitting mobile terminal and/or receiving mobile terminal. Accordingly, it may be very difficult for a calibration process to correct for these couplings. The ability of a calibration technique to accurately characterize the RF channel at any instant in time may be dependent upon a plurality of dynamic factors such as, for example, temperature variations. Another limitation of calibration procedures is that it is not known for how long a calibration renders an accurate characterization of the RF channel. Thus, the required frequency at which the calibration technique must be performed may not be known.

Further limitations and disadvantages of conventional and traditional approaches will become apparent to one of skill in the art, through comparison of such systems with some aspects of the present invention as set forth in the remainder of the present application with reference to the drawings.

## BRIEF SUMMARY OF THE INVENTION

Certain embodiments of the invention may be found in a method and system for MIMO channel measurement exchange. Aspects of a method for communicating information in a communication system may comprise transmitting data via a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antenna, receiving feedback information via at least one of the plurality of RF channels, and modifying a transmission mode based on the feedback information. Feedback information may be requested utilizing at

**6**

least one of the plurality of transmitting antenna via at least one of the plurality of RF channels. The number of transmitting antenna utilized during the transmitting of data may be modified based on the feedback information. The transmission characteristics of data transmitted via at least one of the plurality of transmitting antenna may be modified based on the feedback information. Specific feedback information may be requested in request messages.

The method may further comprise negotiating a transmission mode for the transmitting of data via at least one of the plurality of RF channels. Aspects of the method may further comprise receiving feedback information comprising channel estimates based on the transmission characteristics of the data transmitted by at least one of the plurality of transmitting antenna. Feedback information may be derived from mathematical matrix decomposition of the channel estimates. Furthermore, feedback information may be derived from mathematical averaging of the result of mathematical matrix decomposition of the channel estimates. Feedback information may also be derived from a calibration of the channel estimates for communication in at least one direction via at least one of the plurality of RF channels.

In another embodiment of the invention a method for communicating information in a communication system may comprise receiving data via a plurality of RF channels utilizing a plurality of receiving antenna, transmitting feedback information via at least one of the plurality of RF channels, and requesting modification of the transmission mode for received data in transmitted response messages comprising the feedback information. Requests for feedback information may be received utilizing at least one of the plurality of receiving antenna via at least one of the plurality of RF channels. There may be requests for modification in the number of transmitting antenna utilized during transmission of received data in the transmitted response messages comprising the feedback information. There may be requests for modification in the transmission characteristics of data received via at least one of the plurality of receiving antenna in the transmitted response messages comprising the feedback information. The response messages may comprise the feedback information requested in the request messages.

The method may further comprise negotiating the transmission mode for the data received via at least one of the plurality of RF channels. Aspects of the method may further comprise transmitting feedback information comprising channel estimates based on the transmission characteristics of the data received via at least one of the plurality of receiving antenna. Feedback information may be derived from mathematical matrix decomposition of the channel estimates. Furthermore, feedback information may be derived from mathematical averaging of the result of mathematical matrix decomposition of the channel estimates. Feedback information may also be derived from a calibration of the channel estimates for communication in at least one direction via at least one of the plurality of RF channels.

Certain aspects of a system for communicating information in a communication system may comprise a transmitter that transmits data via a plurality of RF channels utilizing a plurality of transmitting antenna, with the transmitter receiving feedback information via at least one of the plurality of RF channels, and with the transmitter modifying a transmission mode based on the feedback information. The transmitter may request feedback information utilizing at least one of the plurality of transmitting antenna via at least one of the plurality of RF channels. The number of transmitting antenna utilized during the transmitting of data may be modified based on the feedback information. The transmission charac-

US 7,564,914 B2

7

teristics of data transmitted via at least one of the plurality of transmitting antenna may be modified based on the feedback information. The transmitter may request specific feedback information in request messages.

The system may further comprise the transmitter negotiating a transmission mode for the transmitting of data via at least one of the plurality of RF channels. Aspects of the system may further comprise receiving feedback information comprising channel estimates based on the transmission characteristics of the data transmitted by at least one of the plurality of transmitting antenna. Feedback information may be derived from mathematical matrix decomposition of the channel estimates. Furthermore, feedback information may be derived from mathematical averaging of the result of mathematical matrix decomposition of the channel estimates. Feedback information may also be derived from a calibration of the channel estimates for communication in at least one direction via at least one of the plurality of RF channels.

These and other advantages, aspects and novel features of the present invention, as well as details of an illustrated embodiment thereof, will be more fully understood from the following description and drawings.

BRIEF DESCRIPTION OF SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** is an exemplary diagram illustrating wireless communication between two mobile terminals in accordance with an embodiment of the invention.

FIG. **2** is an exemplary diagram illustrating Eigen beamforming in accordance with an embodiment of the invention.

FIG. **3** is an exemplary diagram illustrating the MIMO mode request frame in accordance with an embodiment of the invention.

FIG. **4** is an exemplary diagram illustrating the MIMO mode response frame in accordance with an embodiment of the invention.

FIG. **5** is an exemplary diagram illustrating the MIMO channel request frame in accordance with an embodiment of the invention.

FIG. **6***a* is an exemplary diagram illustrating the MIMO channel response frame in accordance with an embodiment of the invention.

FIG. **6***b* is an exemplary diagram illustrating the MIMO channel response field for type="Complete Channel" in accordance with an embodiment of the invention.

FIG. **6***c* is an exemplary diagram illustrating the MIMO channel response field for type="SVD Reduced Channel" in accordance with an embodiment of the invention.

FIG. **6***d* is an exemplary diagram illustrating the MIMO channel response field for type="Null" in accordance with an embodiment of the invention.

FIG. **7** is an exemplary flowchart illustrating steps in the exchange of RX/TX feedback information utilizing MIMO mode request and MIMO mode response frames in accordance with an embodiment of the invention.

FIG. **8** is an exemplary flowchart illustrating steps in the exchange of RX/TX feedback information utilizing MIMO channel request and MIMO channel response frames in accordance with an embodiment of the invention.

DETAILED DESCRIPTION OF THE INVENTION

Certain embodiments of the invention may be found in a method and system for MIMO channel measurement exchange. There are options to conventional methods of RX/TX feedback mechanisms and to other proposals for new

8

RX/TX feedback mechanisms. In one embodiment of the invention, a receiving mobile terminal may periodically transmit feedback information, comprising a channel estimate matrix, $H_{up}$, to a transmitting mobile terminal. In another embodiment of the invention, a receiving mobile terminal may perform a singular value decomposition (SVD) on the channel estimate matrix, and subsequently transmit SVD-derived feedback information to the transmitting mobile terminal. Utilizing SVD may increase the amount of computation required at the receiving mobile terminal but may reduce the quantity of information which is transmitted to the transmitting mobile terminal via the RF channel in comparison to transmitting the entire channel estimate matrix. Yet another embodiment of the invention may expand upon the method utilizing sounding frames to incorporate calibration. In this aspect of the invention, a receiving mobile terminal, after transmitting a sounding frame, may subsequently receive a channel estimate matrix, $H_{down}$, from the transmitting mobile terminal. The receiving mobile terminal may then transmit feedback information which is based upon the difference $H_{up}-H_{down}$, to the transmitting mobile terminal.

One embodiment of the invention may comprise a MIMO channel probe and response method, which may provide a flexible solution for RX/TX feedback because it may support a plurality of feedback mechanisms. In this regard, a transmitting mobile terminal may query a receiving mobile terminal to provide feedback information about the transmit mode configuration to use. The transmitting mobile terminal may receive feedback information comprising a full channel estimate matrix as computed by a receiving mobile terminal. Alternatively, the transmitting mobile terminal may receive feedback information comprising decomposition matrices that were derived from a full channel estimate matrix, or the transmitting mobile terminal may receive feedback information comprising matrices which contain averaged values derived from the decomposition matrices. Furthermore, the transmitting mobile terminal may receive feedback information which may be utilized in a calibration procedure.

RX/TX feedback mechanisms may be required to achieve high information transfer rates even in fast fading RF channels. In fast fading RF channels, however, the channel estimate matrix H(t) may change rapidly. Thus, the amount of feedback information that is required may also increase. Transmission of a large quantity of RT/TX feedback information may create excessive overhead on the RF channel and may reduce the available rate at which other information transfer may occur via the RF channel.

SVD is a method which may reduce the quantity of channel feedback information which is transmitted between a receiving mobile terminal and a transmitting mobile terminal. U.S. application Ser. No. 11/052,389 describes SVD and is hereby incorporated by reference herein in its entirety. When computing the SVD a plurality of techniques may be utilized in performing SVD reduction on the full channel estimate matrix. In one embodiment of the invention, a full channel estimate matrix which is computed by a receiving mobile terminal, $H_{est}$, may be represented by its SVD:

$$H_{est}=USV^H, \text{ where} \qquad \text{equation[2]}$$

$H_{est}$ may be a complex matrix of dimensions $N_{rx}xN_{tx}$, where $N_{rx}$ may be equal to the number of receive antenna at the receiving mobile terminal, and $N_{tx}$ may be equal to the number of transmit antenna at the transmitting mobile terminal, U may be an orthonormal complex matrix of dimensions $N_{rx}x-N_{rx}$, S may be a diagonal real matrix of dimensions $N_{rx}xN_{tx}$,

US 7,564,914 B2

**9**

and V may be an orthonormal complex matrix of dimensions $N_{rx} \times N_{rx}$ with $V^H$ being the Hermitian transform of the matrix V. The singular values in the matrix S may represent the square roots of the Eigenvalues for the matrix $H_{est}$, U may represent the left singular vectors for the matrix $H_{est}$ where the columns of U may be the Eigenvectors of the matrix product $H_{est}H_{est}^H$, and $V^H$ may represent the right singular vectors for the matrix $H_{est}$ where the columns of V may be the Eigenvectors of the matrix product $H_{est}^H H_{est}$.

If we define a square $N_{rx} \times N_{rx}$ matrix, $W = H_{est}^H H_{est}$, then for any given Eigenvalue of $H_{est}$, $\lambda$, the following relationship may exist for a nonzero vector, R:

$$WR = \lambda R \qquad \text{equation[3]}$$

From which it follows:

$$(H_{est}^H H_{est} - \lambda I)R = 0, \text{ where} \qquad \text{equation[4]}$$

I may be the identity matrix.

Solving equation[4], which may also be known as a "characteristic equation", may produce a set of Eigenvalues. By using each of these Eigenvalues iteratively in equation[4], a series of Eigenvectors, R, may be derived. The series of Eigenvectors, R, may form the columns of the matrix V.

Since $H_{est}H_{est}^H = VS^2V^H$, given a matrix of Eigenvectors, V, and a diagonal matrix of Eigenvalues, S, a matrix $H_{est}$ may be derived. Therefore, the channel estimate matrix $H_{est}$ from the SVD in equation[2] may be reconstructed by a transmitting mobile terminal from feedback information which contains $V^H$ and S only. Since $N_{rx}$ may be greater than $N_{tx}$, the quantity of information contained in matrices $V^H$ and S may be less than that contained in the matrix $H_{est}$. In an embodiment of the invention, each of the complex coefficients of the $V^H$ matrix may be encoded utilizing, for example, a signed 12-bit integer for an I component, and a signed 12-bit integer for a Q component. Each of the nonzero diagonal real coefficients of the S matrix may be encoded as, for example, IEEE 32-bit floating point numbers.

For an RF channel, $H_{est}$ may be different for tones of different frequencies that are transmitted via the RF channel. Thus, a plurality of channel estimate matrices, $H_{est}$, may be computed to account for each tone which may be transmitted via the RF channel. In another embodiment of the invention, a further reduction in the quantity of information that is transmitted in feedback information may be achieved by computing a plurality of SVD on $H_{est}$ as in equation[2], and averaging the coefficient values in matrices $V^H$ and S over a plurality of tones. In one aspect of the invention, if M tones are transmitted via the RF channel, an adaptive modulation technique may be utilized, for example, and a diagonal matrix D derived based upon an average of the individual matrices $S_i$ that are derived from each of the tones:

$$D = 1/M \times \sum_{i=1}^{M} S_i \qquad \text{equation[5]}$$

Adaptive modulation may limit the representation of each nonzero coefficient in the diagonal matrix, $d_{ii}$, to 8 bits per averaged tone. Thus by replacing the plurality of matrices $S_i$ with the matrix D, the quantity of singular value matrix information which is transmitted in feedback information may be reduced by a factor of 4M.

A plurality of L matrices, $Avg_k(V^H)$, may be derived by averaging the coefficients from the matrices $V^H$ in groups of

**10**

6 tones. Furthermore, the matrix of complex coefficient average values may be represented in the form:

$$Avg_k(V(f)^H) = |Avg_k(V(f)^H)| e^{j\phi}, \text{ where} \qquad \text{equation[6]}$$

$V(f)^H$ expresses $V^H$ as a function of frequency, $|Avg_k(V(f)^H)|$ may represent the magnitude of the average of the I and Q components among the plurality of 6 $V(f)^H$ matrices whose coefficients are averaged in a group, and $\phi$ may represent the phase of the corresponding I and Q components, the index k may indicate an individual matrix of averaged values of $V^H$, and L may equal M/6. In an exemplary embodiment of the invention, the magnitude $|Avg_k(V(f)^H)|$ may be represented as a 6-bit integer, and the phase $\phi$ may be represented as a 4-bit integer. By replacing the plurality of M matrices, $V^H$, with a plurality of L matrices $Avg(V(f)^H)$, the quantity of singular vector information which is transmitted in feedback information may be reduced by a factor of $6 \times (24/10)$.

The invention is not limited to an average of singular values as expressed in equation[5] and the invention is not limited to expressing the average as an 8-bit binary data entity. Similarly, the invention as expressed in equation[6] is not limited to computing averages in groups of 6 tones, and the invention is not limited to expressing the magnitudes of the averages as 6-bit integers and the phases of the averages as 4-bit integers. Other possibilities exist and are contemplated as falling within the scope of the present invention.

In another embodiment of the invention, a calibration procedure may be performed between the transmitting mobile terminal and the receiving mobile terminal. In this case, the transmitting mobile terminal may compute a full channel estimate matrix, $H_{down}$. The transmitting mobile terminal may transmit $H_{down}$ to the receiving mobile terminal. The receiving mobile terminal may then perform an SVD on $H_{down}$ to derive matrices, $S_{down}$, and $V_{down}^H$ based on the setting of $U_{down}$ equal to the value of U that is derived from $H_{est}$ in equation[2]. Furthermore, the receiving mobile terminal may derive $D_{down}$ and $Avg_k(V_{down}(f)^H)$. The receiving mobile terminal may perform calibration by comparing the matrix $D_{down}$ to the matrix D as derived in equation[5]:

$$D_\Delta = D_{down} - D \qquad \text{equation[7]}$$

and by comparing the plurality of matrices $Avg_k(V_{down}(f)^H)$ to the plurality of matrices $Avg_k(V(f)^H)$ as derived in equation [6]:

$$Avg_k(V_\Delta) = Avg_k(V_{down}(f)^H) - Avg_k(V(f)^H) \qquad \text{equation[8]}$$

If $Avg_k(V_\Delta)$ is equal to 0 for all values k=1, . . . L., then the SVD from equation[2] may be reconstructed at the transmitting mobile terminal by sending the matrix $D_\Delta$ only. If $Avg_k(V_\Delta)$ is not equal to 0 for all values k=1, . . . L, then the SVD from equation[2] may be reconstructed at the transmitting mobile terminal by sending the matrix $D_\Delta$ and the plurality of nonzero coefficients from the matrices $Avg_k(V_\Delta)$.

FIG. 1 is an exemplary diagram illustrating wireless communication between two mobile terminals in accordance with an embodiment of the invention. Referring to FIG. 1 there is shown a first mobile terminal **102**, a second mobile terminal **122** and a radio frequency (RF) communication channel **150**. An example of a standard method by which a first mobile terminal **102** and a second mobile terminal **122** may communicate via an RF channel **150** may be defined in IEEE resolution 802.11n. A plurality of different frequencies may be utilized to communicate via the RF channel **150** and one or more frequencies may be utilized to communicate information between the first mobile terminal **102** and a second mobile terminal **122**.

US 7,564,914 B2

11 12

The first mobile terminal **102** may further comprise a coding processor **104**, a modulation block **106**, a mapping block **108**, a weighing block **110**, and one or more antenna such as the plurality of antenna **112**, . . . **114**. The second mobile terminal **122** may further comprise one or more antenna such as the plurality of antenna **124**, . . . **126**, a weighing block **128**, a demapping block **130**, a demodulation block **132**, and a decoding processor **134**.

The coding processor **104** may comprise suitable logic, circuitry and/or code that may be adapted to perform coding on information which is to be transmitted by the transmitting mobile terminal such as, for example, binary convolutional coding (BCC). The modulation block **106** may comprise suitable logic, circuitry and/or code that may be adapted to modulate baseband information into one or more RF signals. The mapping block **108** may comprise suitable logic, circuitry and/or code that may be adapted to assign an RF signal for transmission via one or more antenna **112**, . . . **114**. The weighing block **110** may comprise suitable logic, circuitry and/or code that may be adapted to assign scale factors, or weights, to individual RF signals for transmission via one or more antenna **112**, . . . **114**.

In the second mobile terminal **122**, one or more antenna **124**, . . . **126** may receive information from the first mobile terminal **102** via one or more frequencies over the RF communication channel **150**. The weighing block **128** may comprise suitable logic, circuitry and/or code that may be utilized to assign weights to individual RF signals received via one or more antenna **124**, . . . **126**. The demapping block **130** may comprise suitable logic, circuitry and/or code that may be utilized to reconcile a set of RF signals received from one or more antenna **124**, . . . **126** into another set of one or more RF signals. The demodulation block **132** may comprise suitable logic, circuitry and/or code that may be adapted to demodulate one or more RF signals into one or more baseband signals. The decoding processor **134** may comprise suitable logic, circuitry and/or code that may be adapted to perform decoding of information received from one or more antenna **124**, . . . **126** into, for example, binary information.

FIG. **2** is an exemplary diagram illustrating Eigen beamforming in accordance with an embodiment of the invention. Referring to FIG. **2** there is shown a transmitting mobile terminal **202**, a receiving mobile terminal **222**, and a plurality of RF channels **242**. The transmitting mobile terminal **202** comprises a transmit filter coefficient block V **204**, a first source signal $s_1$ **206**, a second source signal $S_2$ **208**, a third source signal $S_3$ **210**, and a plurality of transmitting antenna **212**, **214**, and **216**.

In operation, the transmitting antenna **212** may be adapted to transmit a signal $x_1$, the transmitting antenna **214** may transmit a signal $x_2$, and the transmitting antenna **216** may transmit a signal $X_3$. In beamforming each transmitted signal $x_1$, $x_2$, and $X_3$ may be a function of a weighted summation of at least one of the plurality of the source signals $s_1$, $s_2$, and $s_3$. The weights may be determined by the transmit filter coefficient block V such that:

$$X=VS, \text{ where} \qquad \text{equation[9]}$$

S may be represented by, for example, a 3×1 matrix {$s_1$, $s_2$, $s_3$}, and X may be represented by, for example, a 3×1 matrix {$x_1$, $x_2$, $x_3$}. Accordingly, V may be represented as a 3×3 matrix {{$v_{11}$, $v_{12}$, $v_{13}$}{$v_{21}$, $v_{22}$, $v_{23}$}{$v_{31}$, $v_{32}$, $v_{33}$}}.

The receiving mobile terminal **222** comprises a receive filter coefficient block U\* **224**, a first destination signal $\tilde{y}_1$ **226**, a second destination signal $\tilde{y}_2$ **228**, a third destination signal $\tilde{y}_3$ **230**, and a plurality of receiving antenna **232**, **234**,

and **236**. The receiving antenna **232** may be adapted to receive a signal $y_1$, the receiving antenna **234** may receive a signal $Y_2$, and the receiving antenna **236** may receive a signal $y_3$. The characteristics of the plurality of RF channels **242** utilized for communication between the transmitting mobile terminal **202**, and the receiving mobile terminal **222** may be represented mathematically by a transfer coefficient matrix H.

FIG. **3** is an exemplary diagram illustrating the MIMO mode request frame in accordance with an embodiment of the invention. Referring to FIG. **3** there is shown a MIMO mode request frame **300**, which comprises a category field **302**, an action field **304**, a dialog token field **306**, and a mode request field **308**. The category field **302** may comprise 1 octet of binary data, for example, which may identify the general category of the frame within the wider context of all frames which are defined in IEEE 802.11. The category field **302** may be set to a specific value to identify the category which is defined for the MIMO mode request frame. The action field **304** may comprise 1 octet of binary data, for example, which may identify the frame type. The action field **304** may be set to a specific value to identify a MIMO mode request frame. The dialog token field **306** may comprise 1 octet of binary data, for example, which may identify a particular MIMO mode request frame. This field may be utilized to identify a specific MIMO mode request frame in the event that a transmitting mobile terminal **202** has transmitted a plurality of MIMO mode request frames, such as may be the case if a transmitting mobile terminal **202** were communicating with a plurality of receiving mobile terminals **222**.

The mode request field **308** may comprise 1 octet of binary data, for example, which may identify the function which is to be performed by the mobile terminal that receives the MIMO mode request frame. The mode request field **308** may be set to a specific value to indicate that feedback information about the transmit mode to be utilized when transmitting to a receiving mobile terminal **222** is being requested by the transmitting mobile terminal **202**. The mode request field **308** may also comprise information which indicates capabilities of the transmitting mobile terminal **202**. A receiving mobile terminal **222** that receives the MIMO mode request frame may use information about capabilities of the transmitting mobile terminal **202** in providing feedback information to the transmitting mobile terminal **202** in response to the MIMO mode request frame.

The MIMO mode request frame **300** may be transmitted by a transmitting mobile terminal **202** to a receiving mobile terminal **222** via an RF channel **242** to request that the receiving mobile terminal **222** provide feedback information about the transmit mode that the transmitting mobile terminal **202** should use when transmitting information to the receiving mobile terminal **222** via the RF channel **242**.

FIG. **4** is an exemplary diagram illustrating the MIMO mode response frame in accordance with an embodiment of the invention. Referring to FIG. **4** there is shown a MIMO mode response frame **400**, which comprises a category field **402**, an action field **404**, a dialog token field **406**, and a mode response field **408**. The category field **402** may comprise 1 octet of binary data, for example, which may identify the general category of the frame within the wider context of all frames which are defined in IEEE 802.11. The category field **402** may be set to a specific value to identify the category which is defined for the MIMO mode response frame. The action field **404** may comprise 1 octet of binary data, for example, which may identify the frame type. The action field **404** may be set to a specific value to identify a MIMO mode response frame. The dialog token field **406** may comprise 1 octet of binary data, for example, which may identify a par-

US 7,564,914 B2

13

ticular MIMO mode response frame. This field may be utilized to identify a specific MIMO mode response frame to a transmitting mobile terminal **202**.

The mode response field **408** may comprise feedback information, which may be fed back in response to a previous MIMO mode request frame. The mode response field **408** may comprise 4 octets of binary data, for example. The mode response field **408** may comprise feedback information pertaining to a number of spatial streams that a transmitting mobile terminal **202** may utilize when transmitting to a receiving mobile terminal **222**, a number of transmit antenna that a transmitting mobile terminal **202** may utilize, and bandwidth that may be utilized by a transmitting mobile terminal **202**. In addition, the mode response field **408** may comprise feedback information about a code rate to use for information transmitted by a transmitting mobile terminal **202**, an error correcting code type to use, and a type of modulation to use for information transmitted by a transmitting mobile terminal **202** to a receiving mobile terminal **222**. A receiving mobile terminal **222** may indicate a null response in the mode request field **408** to indicate, for example, that the receiving mobile terminal **222** is unable to determine a requested transmit mode in response to a MIMO mode request frame **300**.

The MIMO mode response frame **400** may be transmitted by a receiving mobile terminal **222** to a transmitting mobile terminal **202** in response to a previous MIMO mode request frame **300** to provide feedback information about the transmit mode that the transmitting mobile terminal **202** should use when transmitting information to the receiving mobile terminal **222** via the RF channel **242**.

In an embodiment of the invention with reference to FIGS. **2-4**, the transmitting mobile terminal **202** may transmit a MIMO mode request frame **300** to a receiving mobile terminal **222**. In the MIMO mode request frame **300** an integer value, seq, may be contained in the dialog token field **306** of the MIMO mode request frame **300**. If the receiving mobile terminal **222** incorporates the value, seq, in the dialog token field **406** in the MIMO mode response frame **400**, the transmitting mobile terminal **202** which receives the MIMO mode response frame **400** may be able to identify the frame as being the response to the MIMO mode request frame **300** that had been sent previously by the transmitting mobile terminal **202** to the receiving mobile terminal **222**.

In another embodiment of the invention, the transmitting mobile terminal **202** may transmit a first MIMO mode request frame **300** to a first receiving mobile terminal **222**. The transmitting mobile terminal **202** may then transmit a second MIMO mode request frame to a second receiving mobile terminal. In the first MIMO mode request frame an integer value, seq1, may be contained in the dialog token field **306** of the MIMO mode request frame **300**. In the second MIMO mode request frame an integer value, seq2, may be contained in the dialog token field **306** of the MIMO mode request frame **300**. If the first receiving mobile terminal **222** incorporates the value, seq1, in the dialog token field **406** in the MIMO mode response frame **400**, the transmitting mobile terminal **202** which receives the MIMO mode response frame **400** may be able to identify the frame as being the response to the first MIMO mode request frame **300** that had been sent previously by the transmitting mobile terminal **202** to the first receiving mobile terminal **222**. If the second receiving mobile terminal **222** incorporates the value, seq2, in the dialog token field **406** in the MIMO mode response frame **400**, the transmitting mobile terminal **202** which receives the MIMO mode response frame **400** may be able to identify the frame as being the response that corresponds to the second MIMO mode

14

request frame **300** that had been sent previously by the transmitting mobile terminal **202** to the second receiving mobile terminal.

Any individual field in either the MIMO mode request frame **300** or the MIMO mode response frame **400** may comprise a plurality of octets of binary data. The MIMO mode request frame **300**, the MIMO mode response frame **400**, and any individual field in either the MIMO mode request frame **300** or the MIMO mode response frame **400** may be of variable length. The MIMO mode request frame **300** or the MIMO mode response frame **400** may comprise information which indicates the length of the respective frame. The MIMO mode request frame **300** or the MIMO mode response frame **400** may comprise information which indicates the length of any fields contained within the respective frame. The MIMO mode request frame **300** and the MIMO mode response frame **400** may comprise other information which enable a receiving mobile terminal **222** and a transmitting mobile terminal **202** to negotiate a transmission mode for a common RF channel.

FIG. **5** is an exemplary diagram illustrating the MIMO channel request frame in accordance with an embodiment of the invention. Referring to FIG. **5** there is shown a MIMO channel request frame **500**, which comprises a category field **502**, an action field **504**, a dialog token field **506**, and a MIMO channel request field **508**. The category field **502** may comprise 1 octet of binary data, for example, which may identify the general category of the frame within the wider context of all frames which are defined in IEEE 802.11. The category field **502** may be set to a specific value to identify the category which is defined for the MIMO channel request frame. The action field **504** may comprise 1 octet of binary data, for example, which may identify the frame type. The action field **504** may be set to a specific value to identify a MIMO channel request frame. The dialog token field **506** may comprise 1 octet of binary data, for example, which may identify a particular MIMO channel request frame. This field may be utilized to identify a specific MIMO channel request frame in the event that a transmitting mobile terminal **202** has transmitted a plurality of MIMO channel request frames, such as may be the case if a transmitting mobile terminal **202** were communicating with a plurality of receiving mobile terminals **222**.

The MIMO channel request frame **500** may be transmitted by a transmitting mobile terminal **202** to a receiving mobile terminal **222** via an RF channel **242** to request that the receiving mobile terminal **222** provide feedback information about the channel estimates that the receiving mobile terminal **222** has computed for the RF channel **242**.

The MIMO channel request field **508** may comprise 1 octet of binary data, for example, which may identify the function which is to be performed by the mobile terminal that receives the MIMO channel request frame. The channel request field **508** may be set to a specific value to indicate that feedback information about the channel estimates that the receiving mobile terminal **222** has computed for the RF channel **242** is being requested by the transmitting mobile terminal **202**. The MIMO channel request field **508** may also comprise information from the channel estimation matrix, $H_{down}$, which is computed at the transmitting mobile terminal **202**. A receiving mobile terminal **222** that receives the MIMO channel request frame may use $H_{down}$ information from the transmitting mobile terminal **202** to perform calibration.

FIG. **6a** is an exemplary diagram illustrating the MIMO channel response frame in accordance with an embodiment of the invention. Referring to FIG. **6a** there is shown a MIMO channel response frame **600**, which comprises a category field **602**, an action field **604**, a dialog token field **606**, and a

US 7,564,914 B2

15

MIMO channel response field **608**. The category field **602** may comprise 1 octet of binary data, for example, which may identify the general category of the frame within the wider context of all frames which are defined in IEEE 802.11. The category field **602** may be set to a specific value to identify the category which is defined for the MIMO channel response frame. The action field **604** may comprise 1 octet of binary data, for example, which may identify the frame type. The action field **604** may be set to a specific value to identify a MIMO channel response frame. The dialog token field **606** may comprise 1 octet of binary data, for example, which may identify a particular MIMO channel response frame. This field may be utilized to identify a specific MIMO channel response frame to a transmitting mobile terminal **202**.

The MIMO channel response field **608** may comprise a variable number of octets of binary data, for example, which may comprise feedback information in response to a previous MIMO channel request frame. FIG. **6**b is an exemplary diagram illustrating the MIMO channel response field for type="complete channel" in accordance with an embodiment of the invention. The length subfield **612** within the MIMO channel response field **608** may comprise 2 octets of binary data, for example, which may comprise information which indicates the length of the MIMO channel response field **608**. The type subfield **614** within the MIMO channel response field may comprise 1 octet of binary data, for example, which may comprise information that indicates the feedback information which is contained the MIMO channel response field **608**. In FIG. **6**b the feedback information type is shown to indicate "complete channel". Subfield **616** within the MIMO channel response field **608** may comprise 1 octet of binary data, for example, which may comprise an indication of the number of rows in the matrix of feedback information which is contained in the MIMO channel response field **608**. Subfield **618** within the MIMO channel response field **608** may comprise 1 octet of binary data, for example, which may comprise an indication of the number of columns in the matrix of feedback information which is contained in the MIMO channel response field **608**. Subfield **620** within the MIMO channel response field **608** may comprise a variable number of octets based upon the contents of subfields **616** and **618**, for example, which may comprise the complete channel estimate matrix which was computed during processing of the preceding MIMO channel request frame **500**.

FIG. **6**c is an exemplary diagram illustrating the MIMO channel response field for type="SVD Reduced Channel" in accordance with an embodiment of the invention. The length subfield **632** within the MIMO channel response field **608** may comprise 2 octets of binary data, for example, which may comprise information which indicates the length of the MIMO channel response field **608**. The type subfield **634** within the MIMO channel response field may comprise 1 octet of binary data, for example, which may comprise information that indicates the feedback information which is contained the MIMO channel response field **608**. In FIG. **6**c the feedback information type is shown to indicate "SVD reduced channel". Subfield **636** within the MIMO channel response field **608** may comprise 1 octet of binary data, for example, which may comprise an indication of the number of rows in the matrix of feedback information which is contained in the MIMO channel response field **608**. Subfield **638** within the MIMO channel response field **608** may comprise 1 octet of binary data, for example, which may comprise an indication of the number of columns in the matrix of feedback information which is contained in the MIMO channel response field **608**. Subfield **640** within the MIMO channel response field **608** may comprise a variable number of octets

16

based upon the contents of subfields **636** and **638**, for example, which may comprise the right singular vector matrix, V. Subfield **642** within the MIMO channel response field **608** may comprise a variable number of octets based upon the contents of subfields **636** and **638**, for example, which may comprise the diagonal matrix of singular values, S. The matrices V and S may be derived from the complete channel estimate matrix which was computed during the processing of the preceding MIMO channel request frame **500**.

FIG. **6**d is an exemplary diagram illustrating the MIMO channel response field for type="Null" in accordance with an embodiment of the invention. The length subfield **652** within the MIMO channel response field **608** may comprise 2 octets of binary data, for example, which may comprise information which indicates the length of the MIMO channel response field **608**. The type subfield **654** within the MIMO channel response field may comprise 1 octet of binary data, for example, which may comprise information that indicates the feedback information which is contained the MIMO channel response field **608**. In FIG. **6**d the feedback information type is shown to indicate "Null". If the feedback information type is "null", the receiving mobile terminal **222** may not have been able to compute a channel estimate, in which case the MIMO channel response field **608** may not comprise feedback information.

The MIMO channel response frame **600** may be transmitted by a receiving mobile terminal **222** to a transmitting mobile terminal **202** in response to a previous MIMO channel request frame **500** to provide feedback information about the channel estimates that the receiving mobile terminal **222** has computed for the RF channel **242**.

If the quantity of data from SVD derived matrices are further reduced by averaging, the MIMO channel response field **608** may comprise an indication of the number of rows in the matrices which are contained in the MIMO channel response field **608**, an indication of the number of columns in the matrices which are contained in the MIMO channel response field, the matrix D as derived in equation[5], and the plurality of matrices $\text{Avg}_g(V(f)^H)$ as derived in equation[6]. If the calibration procedure is used, the MIMO channel response field **608** may comprise an indication of the number of rows in the matrices which are contained in the MIMO channel response field **608**, an indication of the number of columns in the matrices which are contained in the MIMO channel response field **608**, the matrix $D_A$ as derived in equation[7], and the matrix $\text{Avg}_g(V_A)$ as derived in equation[8].

The initial MIMO channel request frame **500** may be sent by the transmitting mobile terminal **202** to the receiving mobile terminal **222** without beamforming, and utilizing a number of spatial streams may equal the number of antenna. For each spatial stream, the lowest data rate may be used when transmitting the MIMO channel request frame **500** to enable the transfer of information between the transmitting mobile terminal **202** and receiving mobile terminal **222** to be as robust as possible. For example, with reference to FIG. **2**, without beamforming antenna **212** may transmit a signal which is proportional to signal $s_1$ **206** only, while antenna **214** may transmit a signal which is proportional to signal $s_2$ **208** only, and antenna **216** may transmit a signal which is proportional to signal $s_3$ **210** only such that:

$$X = cS, \text{ where} \qquad \text{equation[10]}$$

S may be represented by a 3×1 matrix $\{s_1, s_2, s_3\}$, X may be represented by a 3×1 matrix $\{x_1, x_2, x_3\}$, and c may be a scalar entity.

US 7,564,914 B2

**17**

Any individual field in either the MIMO channel request frame **500** or the MIMO channel response frame **600** may comprise a plurality of octets of binary data. The MIMO channel request frame **500**, the MIMO channel response frame **600**, and any individual field in either the MIMO channel request frame **500** or the MIMO channel response frame **600** may be of variable length. The MIMO channel request frame **500** or the MIMO channel response frame **600** may comprise information which indicates the length of the respective frame. The MIMO channel request frame **500** or the MIMO channel response frame **600** may comprise information which indicates the length of any fields contained within the respective frame. The MIMO channel request frame **500** and the MIMO channel response frame **600** may comprise other information which enable a receiving mobile terminal **222** to communicate feedback information about the channel estimates that the receiving mobile terminal **222** has computed for the RF channel **242** to a transmitting mobile terminal **202**.

FIG. **7** is an exemplary flowchart illustrating steps in the exchange of RX/TX feedback information utilizing MIMO mode request and MIMO mode response frames in accordance with an embodiment of the invention. Referring to FIG. **7**, in step **702** a transmitting mobile terminal **202** may send a MIMO mode request frame to a receiving mobile terminal **222**. In step **704** the receiving mobile terminal **222** may receive the MIMO mode request frame from the transmitting mobile terminal **202**. In step **706** the receiving mobile terminal **222** may determine the transmitting mode. If the receiving mobile terminal **222** determines the transmitting mode, in step **710**, the receiving mobile terminal **222** may transmit a MIMO mode response frame to the transmitting mobile terminal **202** containing information about the desired transmitting mode. If the receiving mobile terminal **222** does not determine the transmitting mode, in step **708**, the receiving mobile terminal **222** may transmit a MIMO mode response frame to the transmitting mobile terminal **202** which contains no feedback information on the desired transmitting mode.

FIG. **8** is an exemplary flowchart illustrating steps in the exchange of RX/TX feedback information utilizing MIMO channel request and MIMO channel response frames in accordance with an embodiment of the invention. Referring to FIG. **8**, in step **802** a transmitting mobile terminal **202** may send a MIMO channel request frame to a receiving mobile terminal **222**. In step **804** the receiving mobile terminal **222** may receive the MIMO channel request frame from the transmitting mobile terminal **202**. In step **806** the receiving mobile terminal **222** may determine whether a null response is to be returned to the transmitting mobile terminal **202**. If a null response is to be returned, in step **808**, the receiving mobile terminal **222** may transmit a MIMO channel response frame to the transmitting mobile terminal **202** containing null channel information.

If a null response is not to be sent, in step **810** the receiving mobile terminal may determine whether to send a complete channel response. If a complete channel response is to be sent, in step **812** the receiving mobile terminal **222** may transmit a MIMO channel response frame to the transmitting mobile terminal **202** containing the number of transmit antenna, the number of receive antenna, and a complete channel estimate matrix computed during the processing of the preamble field in the preceding MIMO channel request frame.

If a complete channel response is not to be sent, in step **814**, the receiving mobile terminal **222** may compute a complete channel estimate matrix based on the preamble field in the preceding MIMO channel request frame. In step **816**, the receiving mobile terminal **222** may compute the matrix

**18**

decomposition on the complete channel estimate matrix. In step **816**, matrix decomposition on the complete channel estimate matrix may be performed by a plurality of methods comprising SVD, QR decomposition, lower diagonal, diagonal, upper diagonal (LDU) decomposition, and Cholesky decomposition. In step **818**, the receiving mobile terminal **222** may transmit a MIMO channel response frame to the transmitting mobile terminal **202** containing the number of transmit antenna, the number of receive antenna, the right singular vector matrix, and the diagonal matrix of singular values.

The channel feedback method may enable more precise estimation of RF channel characteristics than is possible with conventional IEEE 802.11 systems, or when utilizing other proposals for new RX/TX feedback mechanisms. In conventional IEEE 802.11 specifications, there may be no feedback mechanism by which the receiving mobile terminal **222** may indicate a specific transmitting mode to be utilized by a transmitting mobile terminal **202**. Consequently, in conventional systems based upon IEEE 802.11, the transmitting mobile terminal **202** may independently select a transmitting mode with no mechanism by which the transmitting mode may be adapted to the requirements of the receiving mobile terminal **222**. The MIMO mode response mechanism may enable a receiving mobile terminal **222** to suggest a particular transmitting mode to the transmitting mobile terminal **202**.

The channel feedback method described may enable the receiving mobile terminal **222** to efficiently communicate feedback information, to the transmitting mobile terminal **202**, about the characteristics of the RF channel **242** as detected at the receiving mobile terminal **222**. In response, the transmitting mobile terminal **202** may adapt the RF signals that are transmitted to the receiving mobile terminal **222** based upon the channel feedback information received from the receiving mobile terminal **222**. Embodiments of the invention which have been described may minimize the quantity of feedback information and thereby reduce the amount of overhead imposed on the RF channel as a result of RX/TX feedback. This may enable the channel feedback mechanism to be utilized effectively in fast fading RF channels. As a result, the channel feedback method may enable the transmitting mobile terminal to achieve higher information transfer rates, and more effective beamforming on signals that are transmitted to the receiving mobile terminal via an RF channel.

The invention may not be limited to the SVD method to reduce the amount of feedback information which is sent via an RF channel. A plurality of methods may be utilized for reducing the quantity of feedback information when compared to the amount of information that is contained in a full channel estimate matrix. These methods may comprise, for example, SVD, LDU decomposition, Eigenvalue decomposition, QR decomposition, and Cholesky decomposition.

Accordingly, the present invention may be realized in hardware, software, or a combination of hardware and software. The present invention may be realized in a centralized fashion in at least one computer system, or in a distributed fashion where different elements are spread across several interconnected computer systems. Any kind of computer system or other apparatus adapted for carrying out the methods described herein is suited. A typical combination of hardware and software may be a general-purpose computer system with a computer program that, when being loaded and executed, controls the computer system such that it carries out the methods described herein.

The present invention may also be embedded in a computer program product, which comprises all the features enabling

US 7,564,914 B2

**19**

the implementation of the methods described herein, and which when loaded in a computer system is able to carry out these methods. Computer program in the present context means any expression, in any language, code or notation, of a set of instructions intended to cause a system having an information processing capability to perform a particular function either directly or after either or both of the following: a) conversion to another language, code or notation; b) reproduction in a different material form.

While the present invention has been described with reference to certain embodiments, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted without departing from the scope of the present invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the present invention without departing from its scope. Therefore, it is intended that the present invention not be limited to the particular embodiment disclosed, but that the present invention will include all embodiments falling within the scope of the appended claims.

What is claimed is:

**1**. A method for communicating information in a communication system, the method comprising:

transmitting data via a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antennas;

receiving feedback information via at least one of said plurality of RF channels;

modifying a transmission mode based on said feedback information;

receiving said feedback information comprising channel estimates based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas; and

deriving said feedback information from mathematical matrix decomposition of said channel estimates.

**2**. The method according to claim **1**, comprising requesting said feedback information utilizing at least one of said plurality of transmitting antennas via said at least one of said plurality of RF channels.

**3**. The method according to claim **1**, comprising modifying a number of said plurality of transmitting antennas utilized during said transmitting data based on said feedback information.

**4**. The method according to claim **1**, comprising modifying transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas based on said feedback information.

**5**. A method for communicating information in a communication system, the method comprising:

transmitting data via a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antennas;

receiving feedback information via at least one of said plurality of RF channels;

modifying a transmission mode based on said feedback information;

receiving said feedback information comprising channel estimates based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas; and

deriving said feedback information from mathematical averaging of a result of mathematical matrix decomposition of said channel estimates.

**6**. The method according to claim **5**, comprising requesting specific said feedback information in request messages.

**7**. The method according to claim **5**, comprising negotiating said transmission mode for said transmitted data via at least one of said plurality of RF channels.

**8**. The method according to claim **5**, comprising receiving said feedback information comprising channel estimates

**20**

based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas.

**9**. A method for communicating information in a communication system, the method comprising:

transmitting data via a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antennas;

receiving feedback information via at least one of said plurality of RF channels;

modifying a transmission mode based on said feedback information;

receiving said feedback information comprising channel estimates based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas; and

deriving said feedback information from calibration of said channel estimates for communication in at least one direction via said at least one of said plurality of RF channels.

**10**. The method according to claim **9**, comprising requesting said feedback information utilizing at least one of said plurality of transmitting antennas via said at least one of said plurality of RF channels.

**11**. The method according to claim **9**, comprising modifying a number of said plurality of transmitting antennas utilized during said transmitting data based on said feedback information.

**12**. The method according to claim **9**, comprising modifying transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas based on said feedback information.

**13**. A method for communicating information in a communication system, the method comprising:

receiving data via a plurality of RF channels utilizing a plurality of receiving antennas;

transmitting feedback information via at least one of said plurality of RF channels;

requesting modification of a transmission mode for subsequent received data in transmitted response messages comprising said feedback information;

transmitting said feedback information comprising channel estimates based on transmission characteristics of said received data via at least one of said plurality of receiving antennas; and

deriving said feedback information from mathematical matrix decomposition of said channel estimates.

**14**. The method according to claim **13**, comprising receiving requests for said feedback information utilizing at least one of said plurality of receiving antennas via said at least one of said plurality of RF channels.

**15**. The method according to claim **13**, comprising requesting modification in a number of transmitting antennas utilized during transmission of said subsequently received data in said transmitted response messages comprising said feedback information.

**16**. The method according to claim **13**, comprising requesting modification in transmission characteristics of said subsequently received data via at least one of said plurality of receiving antennas in said transmitted response messages comprising said feedback information.

**17**. A method for communicating information in a communication system, the method comprising:

receiving data via a plurality of RF channels utilizing a plurality of receiving antennas;

transmitting feedback information via at least one of said plurality of RF channels;

requesting modification of a transmission mode for subsequent received data in transmitted response messages comprising said feedback information;

US 7,564,914 B2

**21**

transmitting said feedback information comprising channel estimates based on transmission characteristics of said received data via at least one of said plurality of receiving antennas; and

deriving said feedback information from mathematical averaging of a result of mathematical matrix decomposition of said channel estimates.

**18**. The method according to claim **17**, wherein said response messages comprise said feedback information requested in request messages.

**19**. The method according to claim **17**, comprising negotiating said transmission mode for said received data via said at least one of said plurality of RF channels.

**20**. The method according to claim **17**, comprising transmitting said feedback information comprising channel estimates based on transmission characteristics of said received data via at least one of said plurality of receiving antennas.

**21**. A method for communicating information in a communication system, the method comprising:

receiving data via a plurality of RF channels utilizing a plurality of receiving antennas;

transmitting feedback information via at least one of said plurality of RF channels;

requesting modification of a transmission mode for subsequent received data in transmitted response messages comprising said feedback information;

transmitting said feedback information comprising channel estimates based on transmission characteristics of said received data via at least one of said plurality of receiving antennas; and

deriving said feedback information from calibration of said channel estimates for communication in at least one direction via said at least one of said plurality of RF channels.

**22**. The method according to claim **21**, comprising receiving requests for said feedback information utilizing at least one of said plurality of receiving antennas via said at least one of said plurality of RF channels.

**23**. The method according to claim **21**, comprising requesting modification in a number of transmitting antennas utilized during transmission of said subsequently received data in said transmitted response messages comprising said feedback information.

**24**. The method according to claim **21**, comprising requesting modification in transmission characteristics of said subsequently received data via at least one of said plurality of receiving antennas in said transmitted response messages comprising said feedback information.

**25**. A system for communicating information in a communication system, the system comprising:

a transmitter that is operable to transmit data via a plurality of RF channels utilizing a plurality of transmitting antennas;

said transmitter is operable to receive feedback information via at least one of said plurality of RF channels;

said transmitter is operable to modify a transmission mode based on said feedback information;

said transmitter is operable to receive said feedback information comprising channel estimates based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas; and

said transmitter is operable to derive said feedback information from mathematical matrix decomposition of said channel estimates.

**26**. The system according to claim **25**, wherein said transmitter is operable to request said feedback information utilizing at least one of said plurality of transmitting antennas via said at least one of said plurality of RF channels.

**22**

**27**. The system according to claim **25**, wherein said transmitter is operable to modify a number of said plurality of transmitting antennas utilized during said transmitting data based on said feedback information.

**28**. The system according to claim **25**, wherein said transmitter is operable to modify transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas based on said feedback information.

**29**. A system for communicating information in a communication system, the system comprising:

a transmitter that is operable to transmit data via a plurality of RF channels utilizing a plurality of transmitting antennas;

said transmitter is operable to receive feedback information via at least one of said plurality of RF channels;

said transmitter is operable to modify a transmission mode based on said feedback information;

said transmitter is operable to receive said feedback information comprising channel estimates based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas; and

said transmitter is operable to derive said feedback information from mathematical averaging of a result of mathematical matrix decomposition of said channel estimates.

**30**. The system according to claim **29**, wherein said transmitter is operable to request specific said feedback information in request messages.

**31**. The system according to claim **29**, wherein said transmitter is operable to negotiate said transmission mode for said transmitted data via said at least one of said plurality of RF channels.

**32**. The system according to claim **29**, wherein said transmitter is operable to receive said feedback information comprising channel estimates based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas.

**33**. A system for communicating information in a communication system, the system comprising:

a transmitter that is operable to transmit data via a plurality of RF channels utilizing a plurality of transmitting antennas;

said transmitter is operable to receive feedback information via at least one of said plurality of RF channels;

said transmitter is operable to modify a transmission mode based on said feedback information;

said transmitter is operable to receive said feedback information comprising channel estimates based on transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas; and

said transmitter is operable to derive said feedback information from calibration of said channel estimates for communication in at least one direction via said at least one of said plurality of RF channels.

**34**. The system according to claim **33**, wherein said transmitter is operable to request said feedback information utilizing at least one of said plurality of transmitting antennas via said at least one of said plurality of RF channels.

**35**. The system according to claim **33**, wherein said transmitter is operable to modify a number of said plurality of transmitting antennas utilized during said transmitting data based on said feedback information.

**36**. The system according to claim **33**, wherein said transmitter is operable to modify transmission characteristics of said transmitted data via at least one of said plurality of transmitting antennas based on said feedback information.

\* \* \* \* \*

# EXHIBIT F

US007957450B2

(12) **United States Patent**
Hansen et al.

(10) **Patent No.:** **US 7,957,450 B2**
(45) **Date of Patent:** **Jun. 7, 2011**

(54) **METHOD AND SYSTEM FOR FRAME FORMATS FOR MIMO CHANNEL MEASUREMENT EXCHANGE**

(75) Inventors: **Christopher J. Hansen**, Sunnyvale, CA (US); **Carlos H. Aldana**, Mountain View, CA (US); **Joonsuk Kim**, San Jose, CA (US)

(73) Assignee: **Broadcom Corporation**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/506,053**

(22) Filed: **Jul. 20, 2009**

(65) **Prior Publication Data**

US 2010/0008411 A1      Jan. 14, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/052,353, filed on Feb. 7, 2005, now Pat. No. 7,564,914.

(60) Provisional application No. 60/636,255, filed on Dec. 14, 2004.

(51) **Int. Cl.**
*H04B 1/00*            (2006.01)
(52) **U.S. Cl.** ...................................................... **375/130**
(58) **Field of Classification Search** .................. 375/267, 375/316, 340, 347, 349, 299; 370/338, 401; 455/101, 132, 296
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,676,007 | B1* | 3/2010 | Choi et al. ..................... | 375/347 |
| 2004/0085939 | A1 | 5/2004 | Wallace et al. | |
| 2006/0193298 | A1* | 8/2006 | Kishigami et al. ........... | 370/338 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 03/085876 | 10/2003 |

OTHER PUBLICATIONS

Christopher J. Hansen, IEEE 802.11 Wireless LANs WWiSE Proposal: High Throughput Extension to the 802.11 Standard, Dec. 20, 2004.
Syed Aon Mujtaba, IEEE 802.11 Wireless LANs TGn Sync Proposal Technical Specification, Jan. 18, 2005.

* cited by examiner

*Primary Examiner* — Khai Tran
(74) *Attorney, Agent, or Firm* — McAndrews, Held & Malloy, Ltd.

(57) **ABSTRACT**

A method and system for frame formats for MIMO channel measurement exchange is provided. Aspects of a method for communicating information in a communication system may comprise transmitting data via a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antenna, receiving feedback information via at least one of a plurality of RF channels, and modifying a transmission mode based on the feedback information. Aspects of a method for communicating information in a communication system may also comprise receiving data via a plurality of receiving antenna, transmitting feedback information via at least one of the plurality of RF channels, and requesting modification of a transmission mode for the received data in transmitted response messages comprising the feedback information.

**22 Claims, 9 Drawing Sheets**





**FIG. 1**



FIG. 2



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6a**



FIG. 6b

FIG. 6c

FIG. 6d



**FIG. 7**



**FIG. 8**

US 7,957,450 B2

**1**

## METHOD AND SYSTEM FOR FRAME FORMATS FOR MIMO CHANNEL MEASUREMENT EXCHANGE

### CROSS-REFERENCE TO RELATED APPLICATIONS/INCORPORATION BY REFERENCE

This application is a continuation of U.S. application Ser. No. 11/052,353 filed Feb. 7, 2005, which claims the benefit of 60/636,255 filed Dec. 14, 2004.

This application makes reference to:

U.S. patent application Ser. No. 11/052,389 filed Feb. 7, 2005.

All of the above stated applications are hereby incorporated herein in their entirety.

### FIELD OF THE INVENTION

Certain embodiments of the invention relate to wireless networking. More specifically, certain embodiments of the invention relate to a method and system for frame formats for MIMO channel measurement exchange.

### BACKGROUND OF THE INVENTION

The Institute for Electrical and Electronics Engineers (IEEE), in resolution IEEE 802.11, also referred as "802.11", has defined a plurality of specifications which are related to wireless networking. Among them are specifications for "closed loop" feedback mechanisms by which a receiving mobile terminal may feed back information to a transmitting mobile terminal to assist the transmitting mobile terminal in adapting signals which are sent to the receiving mobile terminal.

Smart antenna systems combine multiple antenna elements with a signal processing capability to optimize the pattern of transmitted signal radiation and/or reception in response to the communications medium environment. The process of optimizing the pattern of radiation is sometimes referred to as "beamforming," which may utilize linear array mathematical operations to increase the average signal to noise ratio (SNR) by focusing energy in desired directions. In conventional smart antenna systems, only the transmitter or the receiver may be equipped with more than one antenna, and may typically be located in the base transceiver station (BTS) where the cost and space associated with smart antenna systems have been perceived as more easily affordable than on mobile terminals such as cellular telephones. Such systems are also known as multiple input single output (MISO) when a multiple antenna transmitter is transmitting signals to a single antenna receiver, or single input multiple output (SIMO) when a multiple antenna receiver is receiving signals that have been transmitted from a single antenna transmitter. With advances in digital signal processing (DSP) integrated circuits (ICs) in recent years, multiple antenna multiple output (MIMO) systems have emerged in which mobile terminals incorporate smart antenna systems comprising multiple transmit antenna and multiple receive antenna. One area of early adoption of MIMO systems has been in the field of wireless networking, particularly as applied to wireless local area networks (WLANs) where transmitting mobile terminals communicate with receiving mobile terminals. IEEE resolution 802.11 comprises specifications for communications between mobile terminals in WLAN systems.

Signal fading is a significant problem in wireless communications systems, often leading to temporary loss of communications at mobile terminals. One of the most pervasive forms of fading is known as multipath fading, in which dispersion of transmitted signals due to incident reflections from

**2**

buildings and other obstacles, results in multiple versions of the transmitted signals arriving at a receiving mobile terminal. The multiple versions of the transmitted signal may interfere with each other and may result in a reduced signal level detected at the receiving mobile terminal. When versions of the transmitted signal are 180° out of phase they may cancel each other such that a signal level of 0 is detected. Locations where this occurs may correspond to "dead zones" in which communication to the wireless terminal is temporarily lost. This type of fading is also known as "Rayleigh" or "flat" fading.

A transmitting mobile terminal may transmit data signals in which data is arranged as "symbols". The transmission of symbols may be constrained such that after a symbol is transmitted, a minimum period of time, $T_s$, must transpire before another symbol may be transmitted. After transmission of a symbol from a transmitting mobile terminal, some period of dispersion time, $T_d$, may transpire which may be the time over which the receiving mobile terminal is able to receive the symbol, including multipath reflections. The time $T_d$ may not need to account for the arrival of all multipath reflections because interference from later arriving reflected signals may be negligible. If the period $T_s$ is less than $T_d$ there is a possibility that the receiving mobile terminal will start receiving a second symbol from the transmitting mobile terminal while it is still receiving the first symbol. This may result in inter-symbol interference (ISI), producing distortion in received signals, and possibility resulting in a loss of information. The quantity $1/T_d$ is also referred to as the "coherence bandwidth" which may indicate the maximum rate at which symbols, and correspondingly information, may be transmitted via a given communications medium. One method to compensate for ISI in signals may entail utilizing DSP algorithms which perform adaptive equalization.

Another important type of fading is related to motion. When a transmitting mobile terminal, or a receiving mobile terminal is in motion, the Doppler phenomenon may affect the frequency of the received signal. The frequency of the received signal may be changed by an amount which is a function of the velocity at which a mobile terminal is moving. Because of the Doppler effect, ISI may result when a mobile terminal is in motion, particularly when the mobile terminal is moving at a high velocity. Intuitively, if a receiving mobile terminal is in motion and nearing a transmitting mobile terminal, the distance between the two mobile terminals will change as a function of time. As the distance is reduced, the propagation delay time, $T_p$, which is the time between when a transmitter first transmits a signal and when it first arrives at a receiver, is also reduced. As the mobile terminals become closer it is also possible that $T_d$ may be increased if, for example, the transmitting mobile terminal does not reduce the radiated power of transmitted signals. If $T_p$ becomes less than $T_d$, there may be ISI due to the Doppler effect. This case, which illustrates why data rates may be reduced for mobile terminals that are in motion, is referred to as "fast fading". Because fast fading may distort signals at some frequencies while not distorting signals at other frequencies, fast fading may also be referred to as "frequency selective" fading.

Smart antenna systems may transmit multiple versions of a signal in what is known as "spatial diversity". A key concept in spatial diversity is that the propagation of multiple versions of a signal, or "spatial stream", from different antenna may significantly reduce the probability of flat fading at the receiving mobile terminal since not all of the transmitted signals would have the same dead zone.

Current transmission schemes in MIMO systems typically fall into two categories: data rate maximization, and diversity maximization. Data rate maximization focuses on increasing the aggregate data transfer rate between a transmitting mobile terminal and a receiving mobile terminal by transmitting

US 7,957,450 B2

3

different spatial streams from different antenna. One method for increasing the data rate from a transmitting mobile terminal would be to decompose a high bit rate data stream into a plurality of lower bit rate data streams such that the aggregate bit rates among the plurality of lower bit rate data streams is equal to that of the high bit rate data stream. Next, each of the lower bit rate data streams may be mapped to at least one of the transmitting antenna for transmission. In addition, each signal comprising one of the lower bit rate data streams is multiplicatively scaled by a weighting factor prior to transmission. The plurality of multiplicative scale factors applied to the plurality of signals comprising the lower bit rate data streams may be utilized to form the transmitted "beam" in the beamforming technique. An example of a data rate maximization scheme is orthogonal frequency division multiplexing (OFDM), in which each of the plurality of signals is modulated by a different frequency carrier signal prior to mapping and multiplicative scaling. OFDM transmission may be resistant to multipath fading in that a portion, but most likely not all, of the data transmitted may be lost at any instant in time due to multipath fading.

Diversity maximization focuses on increasing the probability that a signal transmitted by a transmitting mobile terminal will be received at a receiving mobile terminal, and on increasing the SNR of received signals. In diversity maximization, multiple versions of the same signal may be transmitted by a plurality of antenna. The case in which a transmitting mobile terminal is transmitting the same signal via all of its transmitting antenna may be the pure spatial diversity case in which the aggregate data transfer rate may be equal to that of a single antenna mobile terminal. There is a plurality of hybrid adaptations of the data rate and spatial diversity maximization schemes which achieve varying data rates and spatial diversities.

MIMO systems employing beamforming may enable the simultaneous transmission of multiple signals occupying a shared frequency band, similar to what may be achieved in code division multiple access (CDMA) systems. For example, the multiplicative scaling of signals prior to transmission, and a similar multiplicative scaling of signals after reception, may enable a specific antenna at a receiving mobile terminal to receive a signal which had been transmitted by a specific antenna at the transmitting mobile terminal to the exclusion of signals which had been transmitted from other antenna. However, MIMO systems may not require the frequency spreading techniques used in CDMA transmission systems. Thus, MIMO systems may make more efficient utilization of frequency spectrum.

One of the challenges in beamforming is that the multiplicative scale factors which are applied to transmitted and received signals may be dependent upon the characteristics of the communications medium between the transmitting mobile terminal and the receiving mobile terminal. A communications medium, such as a radio frequency (RF) channel between a transmitting mobile terminal and a receiving mobile terminal, may be represented by a transfer function, H. The relationship between a time varying transmitted signal, x(t), a time varying received signal, y(t), and the systems function may be represented as shown in equation [1]:

$$y(t) = H \times x(t) + n(t), \text{ where} \qquad \text{equation[1]}$$

n(t) represents noise which may be introduced as the signal travels through the communications medium and the receiver itself. In MIMO systems, the elements in equation[1] may be represented as vectors and matrices. If a transmitting mobile terminal comprises M transmitting antenna, and a receiving

4

mobile terminal comprises N receiving antenna, then y(t) may be represented by a vector of dimensions N×**1**, x(t) may be represented by a vector of dimensions M×**1**, n(t) by a vector of dimensions N×**1**, and H may be represented by a matrix of dimensions N×M. In the case of fast fading, the transfer function, H, may itself become time varying and may thus also become a function of time, H(t). Therefore, individual coefficients, $h_{ij}(t)$, in the transfer function H(t) may become time varying in nature.

In MIMO systems which communicate according to specifications in IEEE resolution 802.11, the receiving mobile terminal may compute H(t) each time a frame of information is received from a transmitting mobile terminal based upon the contents of a preamble field in each frame. The computations which are performed at the receiving mobile terminal may constitute an estimate of the "true" values of H(t) and may be known as "channel estimates". For a frequency selective channel there may be a set of H(t) coefficients for each tone that is transmitted via the RF channel. To the extent that H(t), which may be referred to as the "channel estimate matrix", changes with time and to the extent that the transmitting mobile terminal fails to adapt to those changes, information loss between the transmitting mobile terminal and the receiving mobile terminal may result.

Higher layer communications protocols, such as the transmission control protocol (TCP) may attempt to adapt to detected information losses, but such adaptations may be less than optimal and may result in slower information transfer rates. In the case of fast fading, the problem may actually reside at lower protocol layers, such as the physical (PHY) layer, and the media access control (MAC) layer. These protocol layers may be specified under IEEE 802.11 for WLAN systems. The method by which adaptations may be made at the PHY and MAC layers, however, may comprise a mechanism by which a receiving mobile terminal may provide feedback information to a transmitting mobile terminal based upon channel estimates which are computed at the receiving mobile terminal.

Existing closed loop receiver to transmitter mechanisms, also referred as "RX to TX feedback mechanisms", that exist under IEEE 802.11 include acknowledgement (ACK) frames, and transmit power control (TPC) requests and reports. The TPC mechanisms may allow a receiving mobile terminal to communicate information to a transmitting mobile terminal about the transmit power level that should be used, and the link margin at the receiving mobile terminal. The link margin may represent the amount of signal power that is being received, which is in excess of a minimum power required by the receiving mobile terminal to decode message information, or frames, that it receives.

A plurality of proposals is emerging for new feedback mechanisms as candidates for incorporation in IEEE resolution 802.11. Among the proposals for new feedback mechanisms are proposals from TGn (task group N) sync, which is a multi-industry group that is working to define proposals for next generation wireless networks which are to be submitted for inclusion in IEEE 802.11, and Qualcomm. The proposals may be based upon what may be referred as a "sounding frame". The sounding frame method may comprise the transmitting of a plurality of long training sequences (LTSs) that match the number of transmitting antenna at the receiving mobile terminal. The sounding frame method may not utilize beamforming or cyclic delay diversity (CDD). In the sounding frame method, each antenna may transmit independent information.

The receiving mobile terminal may estimate a complete reverse channel estimate matrix, $H_{up}$, for the channel defined

US 7,957,450 B2

5                                                                                       6

in an uplink direction from the receiving mobile terminal to the transmitting mobile terminal. This may require calibration with the transmitting mobile terminal where the transmitting mobile terminal determines the forward channel estimate matrix, $H_{down}$, for the channel defined in a downlink direction from the transmitting mobile terminal to the receiving mobile terminal. To compensate for possible differences between $H_{up}$ and $H_{down}$ the receiving mobile terminal may be required to receive $H_{down}$ from the transmitting mobile terminal, and to report $H_{up}-H_{down}$ as feedback information. The TGn sync proposal may not currently define a calibration response. A channel estimate matrix may utilize 24 or more bits for each channel and for each tone, comprising 12 or more bits in an in-phase (I) component and 12 or more bits in a quadrature (Q) component.

According to the principle of channel reciprocity, the characteristics of the RF channel in the direction from the transmitting mobile terminal to the receiving mobile terminal may be the same as the characteristics of the RF channel in the direction from the receiving mobile terminal to the transmitting mobile terminal $H_{up}=H_{down}$. In actual practice, however, there may be differences in the electronic circuitry between the respective transmitting mobile terminal and receiving mobile terminal such that, in some cases, there may not be channel reciprocity. This may require that a calibration process be performed in which $H_{up}$ and $H_{down}$ are compared to reconcile differences between the channel estimate matrices. However, there may be limitations inherent in some calibration processes. For example, some proposals for new IEEE 802.11 feedback mechanisms may be limited to performing "diagonal calibrations". These methods may not be able to account for conditions in which there are differences in non-diagonal coefficients between $H_{up}$ and $H_{down}$. These non-diagonal coefficient differences may be the result of complicated antenna couplings at the respective transmitting mobile terminal and/or receiving mobile terminal. Accordingly, it may be very difficult for a calibration process to correct for these couplings. The ability of a calibration technique to accurately characterize the RF channel at any instant in time may be dependent upon a plurality of dynamic factors such as, for example, temperature variations. Another limitation of calibration procedures is that it is not known for how long a calibration renders an accurate characterization of the RF channel. Thus, the required frequency at which the calibration technique must be performed may not be known.

Further limitations and disadvantages of conventional and traditional approaches will become apparent to one of skill in the art, through comparison of such systems with some aspects of the present invention as set forth in the remainder of the present application with reference to the drawings.

BRIEF SUMMARY OF THE INVENTION

Certain embodiments of the invention may be found in a method and system for MIMO channel measurement exchange. Aspects of a method for communicating information in a communication system may comprise transmitting data via a plurality of radio frequency (RF) channels utilizing a plurality of transmitting antenna, receiving feedback information via at least one of the plurality of RF channels, and modifying a transmission mode based on the feedback information. Feedback information may be requested utilizing at least one of the plurality of transmitting antenna via at least one of the plurality of RF channels. The number of transmitting antenna utilized during the transmitting of data may be modified based on the feedback information. The transmission characteristics of data transmitted via at least one of the

plurality of transmitting antenna may be modified based on the feedback information. Specific feedback information may be requested in request messages.

The method may further comprise negotiating a transmission mode for the transmitting of data via at least one of the plurality of RF channels. Aspects of the method may further comprise receiving feedback information comprising channel estimates based on the transmission characteristics of the data transmitted by at least one of the plurality of transmitting antenna. Feedback information may be derived from mathematical matrix decomposition of the channel estimates. Furthermore, feedback information may be derived from mathematical averaging of the result of mathematical matrix decomposition of the channel estimates. Feedback information may also be derived from a calibration of the channel estimates for communication in at least one direction via at least one of the plurality of RF channels.

In another embodiment of the invention a method for communicating information in a communication system may comprise receiving data via a plurality of RF channels utilizing a plurality of receiving antenna, transmitting feedback information via at least one of the plurality of RF channels, and requesting modification of the transmission mode for received data in transmitted response messages comprising the feedback information. Requests for feedback information may be received utilizing at least one of the plurality of receiving antenna via at least one of the plurality of RF channels. There may be requests for modification in the number of transmitting antenna utilized during transmission of received data in the transmitted response messages comprising the feedback information. There may be requests for modification in the transmission characteristics of data received via at least one of the plurality of receiving antenna in the transmitted response messages comprising the feedback information. The response messages may comprise the feedback information requested in the request messages.

The method may further comprise negotiating the transmission mode for the data received via at least one of the plurality of RF channels. Aspects of the method may further comprise transmitting feedback information comprising channel estimates based on the transmission characteristics of the data received via at least one of the plurality of receiving antenna. Feedback information may be derived from mathematical matrix decomposition of the channel estimates. Furthermore, feedback information may be derived from mathematical averaging of the result of mathematical matrix decomposition of the channel estimates. Feedback information may also be derived from a calibration of the channel estimates for communication in at least one direction via at least one of the plurality of RF channels.

Certain aspects of a system for communicating information in a communication system may comprise a transmitter that transmits data via a plurality of RF channels utilizing a plurality of transmitting antenna, with the transmitter receiving feedback information via at least one of the plurality of RF channels, and with the transmitter modifying a transmission mode based on the feedback information. The transmitter may request feedback information utilizing at least one of the plurality of transmitting antenna via at least one of the plurality of RF channels. The number of transmitting antenna utilized during the transmitting of data may be modified based on the feedback information. The transmission characteristics of data transmitted via at least one of the plurality of transmitting antenna may be modified based on the feedback information. The transmitter may request specific feedback information in request messages.

US 7,957,450 B2

7

The system may further comprise the transmitter negotiating a transmission mode for the transmitting of data via at least one of the plurality of RF channels. Aspects of the system may further comprise receiving feedback information comprising channel estimates based on the transmission characteristics of the data transmitted by at least one of the plurality of transmitting antenna. Feedback information may be derived from mathematical matrix decomposition of the channel estimates. Furthermore, feedback information may be derived from mathematical averaging of the result of mathematical matrix decomposition of the channel estimates. Feedback information may also be derived from a calibration of the channel estimates for communication in at least one direction via at least one of the plurality of RF channels.

These and other advantages, aspects and novel features of the present invention, as well as details of an illustrated embodiment thereof, will be more fully understood from the following description and drawings.

BRIEF DESCRIPTION OF SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** is an exemplary diagram illustrating wireless communication between two mobile terminals in accordance with an embodiment of the invention.

FIG. **2** is an exemplary diagram illustrating Eigen beamforming in accordance with an embodiment of the invention.

FIG. **3** is an exemplary diagram illustrating the MIMO mode request frame in accordance with an embodiment of the invention.

FIG. **4** is an exemplary diagram illustrating the MIMO mode response frame in accordance with an embodiment of the invention.

FIG. **5** is an exemplary diagram illustrating the MIMO channel request frame in accordance with an embodiment of the invention.

FIG. **6a** is an exemplary diagram illustrating MIMO channel response frame in accordance with an embodiment of the invention.

FIG. **6b** is an exemplary diagram illustrating the MIMO channel response field for type="Complete Channel" in accordance with an embodiment of the invention.

FIG. **6c** is an exemplary diagram illustrating the MIMO channel response field for type="SVD Reduced Channel" in accordance with an embodiment of the invention.

FIG. **6d** is an exemplary diagram illustrating the MIMO channel response field for type="Null" in accordance with an embodiment of the invention.

FIG. **7** is an exemplary flowchart illustrating steps in the exchange of RX/TX feedback information utilizing MIMO mode request and MIMO mode response frames in accordance with an embodiment of the invention.

FIG. **8** is an exemplary flowchart illustrating steps in the exchange of RX/TX feedback information utilizing MIMO channel request and MIMO channel response frames in accordance with an embodiment of the invention.

DETAILED DESCRIPTION OF THE INVENTION

Certain embodiments of the invention may be found in a method and system for MIMO channel measurement exchange. There are options to conventional methods of RX/TX feedback mechanisms and to other proposals for new RX/TX feedback mechanisms. In one embodiment of the invention, a receiving mobile terminal may periodically transmit feedback information, comprising a channel estimate matrix, $H_{up}$, to a transmitting mobile terminal. In

8

another embodiment of the invention, a receiving mobile terminal may perform a singular value decomposition (SVD) on the channel estimate matrix, and subsequently transmit SVD-derived feedback information to the transmitting mobile terminal. Utilizing SVD may increase the amount of computation required at the receiving mobile terminal but may reduce the quantity of information which is transmitted to the transmitting mobile terminal via the RF channel in comparison to transmitting the entire channel estimate matrix. Yet another embodiment of the invention may expand upon the method utilizing sounding frames to incorporate calibration. In this aspect of the invention, a receiving mobile terminal, after transmitting a sounding frame, may subsequently receive a channel estimate matrix, $H_{down}$, from the transmitting mobile terminal. The receiving mobile terminal may then transmit feedback information which is based upon the difference $H_{up}-H_{down}$, to the transmitting mobile terminal.

One embodiment of the invention may comprise a MIMO channel probe and response method, which may provide a flexible solution for RX/TX feedback because it may support a plurality of feedback mechanisms. In this regard, a transmitting mobile terminal may query a receiving mobile terminal to provide feedback information about the transmit mode configuration to use. The transmitting mobile terminal may receive feedback information comprising a full channel estimate matrix as computed by a receiving mobile terminal. Alternatively, the transmitting mobile terminal may receive feedback information comprising decomposition matrices that were derived from a full channel estimate matrix, or the transmitting mobile terminal may receive feedback information comprising matrices which contain averaged values derived from the decomposition matrices. Furthermore, the transmitting mobile terminal may receive feedback information which may be utilized in a calibration procedure.

RX/TX feedback mechanisms may be required to achieve high information transfer rates even in fast fading RF channels. In fast fading RF channels, however, the channel estimate matrix H(t) may change rapidly. Thus, the amount of feedback information that is required may also increase. Transmission of a large quantity of RT/TX feedback information may create excessive overhead on the RF channel and may reduce the available rate at which other information transfer may occur via the RF channel.

SVD is a method which may reduce the quantity of channel feedback information which is transmitted between a receiving mobile terminal and a transmitting mobile terminal. U.S. application Ser. No. 11/052,389 describes SVD and is hereby incorporated by reference herein in its entirety. When computing the SVD a plurality of techniques may be utilized in performing SVD reduction on the full channel estimate matrix. In one embodiment of the invention, a full channel estimate matrix which is computed by a receiving mobile terminal, $H_{est}$, may be represented by its SVD:

$$H_{est}=USV^H, \text{where} \qquad \text{equation[2]}$$

$H_{est}$ may be a complex matrix of dimensions $N_{rx} \times N_{tx}$, where $N_{rx}$ may be equal to the number of receive antenna at the receiving mobile terminal, and $N_{tx}$ may be equal to the number of transmit antenna at the transmitting mobile terminal, U may be an orthonormal complex matrix of dimensions $N_{rx} \times N_{rx}$, S may be a diagonal real matrix of dimensions $N_{rx} \times N_{tx}$, and V may be an orthonormal complex matrix of dimensions $N_{rx} \times N_{rx}$ with $V^H$ being the Hermitian transform of the matrix V. The singular values in the matrix S may represent the square roots of the Eigenvalues for the matrix $H_{est}$, U may represent the left singular vectors for the matrix $H_{est}$, where

US 7,957,450 B2

9 10

the columns of U may be the Eigenvectors of the matrix product $H_{est}H_{est}^H$, and $V^H$ may represent the right singular vectors for the matrix $H_{est}$ where the columns of V may be the Eigenvectors of the matrix product $H_{est}^H H_{est}$.

If we define a square $N_{rx} \times N_{rx}$ matrix, $W = H_{est}^H H_{est}$, then for any given Eigenvalue of $H_{est}$, $\lambda$, the following relationship may exist for a nonzero vector, R:

$$WR = \lambda R \qquad \text{equation[3]}$$

From which it follows:

$$(H_{est}^H H_{est} - \lambda I)R = 0, \text{ where} \qquad \text{equation[4]}$$

I may be the identity matrix.

Solving equation[4], which may also be known as a "characteristic equation", may produce a set of Eigenvalues. By using each of these Eigenvalues iteratively in equation[4], a series of Eigenvectors, R, may be derived. The series of Eigenvectors, R, may form the columns of the matrix V.

Since $H_{est}^H H_{est} = VS^2V^H$, given a matrix of Eigenvectors, V, and a diagonal matrix of Eigenvalues, S, a matrix $H_{est}$ may be derived. Therefore, the channel estimate matrix $H_{est}$ from the SVD in equation[2] may be reconstructed by a transmitting mobile terminal from feedback information which contains $V^H$ and S only. Since $N_{rx}$ may be greater than $N_{tx}$, the quantity of information contained in matrices $V^H$ and S may be less than that contained in the matrix $H_{est}$. In an embodiment of the invention, each of the complex coefficients of the $V^H$ matrix may be encoded utilizing, for example, a signed 12-bit integer for an I component, and a signed 12-bit integer for a Q component. Each of the nonzero diagonal real coefficients of the S matrix may be encoded as, for example, IEEE 32-bit floating point numbers.

For an RF channel, $H_{est}$ may be different for tones of different frequencies that are transmitted via the RF channel. Thus, a plurality of channel estimate matrices, $H_{est}$, may be computed to account for each tone which may be transmitted via the RF channel. In another embodiment of the invention, a further reduction in the quantity of information that is transmitted in feedback information may be achieved by computing a plurality of SVD on $H_{est}$ as in equation[2], and averaging the coefficient values in matrices $V^H$ and S over a plurality of tones. In one aspect of the invention, if M tones are transmitted via the RF channel, an adaptive modulation technique may be utilized, for example, and a diagonal matrix D derived based upon an average of the individual matrices $S_i$ that are derived from each of the tones:

$$D = \frac{1}{M} \times \sum_{i=1}^{M} S_i \qquad \text{equation[5]}$$

Adaptive modulation may limit the representation of each nonzero coefficient in the diagonal matrix, $d_{ii}$ to 8 bits per averaged tone. Thus by replacing the plurality of matrices $S_i$ with the matrix D, the quantity of singular value matrix information which is transmitted in feedback information may be reduced by a factor of 4M.

A plurality of L matrices, $Avg_k(V^H)$, may be derived by averaging the coefficients from the matrices $V^H$ in groups of 6 tones. Furthermore, the matrix of complex coefficient average values may be represented in the form:

$$Avg^k(V(f)^H) = |Avg^k(V(f)^H)| e^{j\phi k}, \text{ where} \qquad \text{equation[6]}$$

$V(f)^H$ expresses $V^H$ as a function of frequency, $|Avg^k(V(f)^H)|$ may represent the magnitude of the average of the I and Q components among the plurality of 6 $V(f)^H$ matrices whose coefficients are averaged in a group, and $\phi$ may represent the phase of the corresponding I and Q components, the index k may indicate an individual matrix of averaged values of $V^H$, and L may equal M/6. In an exemplary embodiment of the invention, the magnitude $|Avg^k(V(f)^H)|$ may be represented as a 6-bit integer, and the phase $\phi$ may be represented as a 4-bit integer. By replacing the plurality of M matrices, $V^H$, with a plurality of L matrices $Avg(V(f)^H)$, the quantity of singular vector information which is transmitted in feedback information may be reduced by a factor of $6 \times (2^4/_{10})$.

The invention is not limited to an average of singular values as expressed in equation[5] and the invention is not limited to expressing the average as an 8-bit binary data entity. Similarly, the invention as expressed in equation[6] is not limited to computing averages in groups of 6 tones, and the invention is not limited to expressing the magnitudes of the averages as 6-bit integers and the phases of the averages as 4-bit integers. Other possibilities exist and are contemplated as falling within the scope of the present invention.

In another embodiment of the invention, a calibration procedure may be performed between the transmitting mobile terminal and the receiving mobile terminal. In this case, the transmitting mobile terminal may compute a full channel estimate matrix, $H_{down}$. The transmitting mobile terminal may transmit $H_{down}$ to the receiving mobile terminal. The receiving mobile terminal may then perform an SVD on $H_{down}$ to derive matrices, $S_{down}$, and $V_{down}^H$ based on the setting of $U_{down}$ equal to the value of U that is derived from $H_{est}$ in equation[2]. Furthermore, the receiving mobile terminal may derive $D_{down}$ and $Avg^k(V_{down}(f)^H)$. The receiving mobile terminal may perform calibration by comparing the matrix $D_{down}$ to the matrix D as derived in equation[5]:

$$D_\Delta = D_{down} - D \qquad \text{equation[7]}$$

and by comparing the plurality of matrices $Avg^k(V_{down}(f)^H)$ to the plurality of matrices $Avg^k(V(f)^H)$ as derived in equation [6]:

$$Avg^k(V_\Delta) = Avg^k(V_{down}(f)^H) - Avg^k(V(f)^H) \qquad \text{equation[8]}$$

If $Avg^k(V_\Delta)$ is equal to 0 for all values k=1, . . . L, then the SVD from equation[2] may be reconstructed at the transmitting mobile terminal by sending the matrix $D_\Delta$ only. If $Avg^k(V_\Delta)$ is not equal to 0 for all values k=1, . . . L, then the SVD from equation[2] may be reconstructed at the transmitting mobile terminal by sending the matrix $D_\Delta$ and the plurality of nonzero coefficients from the matrices $Avg^k(V_\Delta)$.

FIG. 1 is an exemplary diagram illustrating wireless communication between two mobile terminals in accordance with an embodiment of the invention. Referring to FIG. 1 there is shown a first mobile terminal 102, a second mobile terminal 122 and a radio frequency (RF) communication channel 150. An example of a standard method by which a first mobile terminal 102 and a second mobile terminal 122 may communicate via an RF channel 150 may be defined in IEEE resolution 802.11n. A plurality of different frequencies may be utilized to communicate via the RF channel 150 and one or more frequencies may be utilized to communicate information between the first mobile terminal 102 and a second mobile terminal 122.

The first mobile terminal 102 may further comprise a coding processor 104, a modulation block 106, a mapping block 108, a weighing block 110, and one or more antenna such as the plurality of antenna 112, . . . 114. The second mobile terminal 122 may further comprise one or more antenna such as the plurality of antenna 124, . . . 126, a weighing block 128, a demapping block 130, a demodulation block 132, and a decoding processor 134.

US 7,957,450 B2

11

12

The coding processor **104** may comprise suitable logic, circuitry and/or code that may be adapted to perform coding on information which is to be transmitted by the transmitting mobile terminal such as, for example, binary convolutional coding (BCC). The modulation block **106** may comprise suitable logic, circuitry and/or code that may be adapted to modulate baseband information into one or more RF signals. The mapping block **108** may comprise suitable logic, circuitry and/or code that may be adapted to assign an RF signal for transmission via one or more antenna **112**, . . . **114**. The weighing block **110** may comprise suitable logic, circuitry and/or code that may be adapted to assign scale factors, or weights, to individual RF signals for transmission via one or more antenna **112**, . . . **114**.

In the second mobile terminal **122**, one or more antenna **124**, . . . **126** may receive information from the first mobile terminal **102** via one or more frequencies over the RF communication channel **150**. The weighing block **128** may comprise suitable logic, circuitry and/or code that may be utilized to assign weights to individual RF signals received via one or more antenna **124**, . . . **126**. The demapping block **130** may comprise suitable logic, circuitry and/or code that may be utilized to reconcile a set of RF signals received from one or more antenna **124**, . . . **126** into another set of one or more RF signals. The demodulation block **132** may comprise suitable logic, circuitry and/or code that may be adapted to demodulate one or more RF signals into one or more baseband signals. The decoding processor **134** may comprise suitable logic, circuitry and/or code that may be adapted to perform decoding of information received from one or more antenna **124**, . . . **126** into, for example, binary information.

FIG. 2 is an exemplary diagram illustrating Eigen beamforming in accordance with an embodiment of the invention. Referring to FIG. 2 there is shown a transmitting mobile terminal **202**, a receiving mobile terminal **222**, and a plurality of RF channels **242**. The transmitting mobile terminal **202** comprises a transmit filter coefficient block V **204**, a first source signal s₁ **206**, a second source signal s₂ **208**, a third source signal s₃ **210**, and a plurality of transmitting antenna **212**, **214**, and **216**.

In operation, the transmitting antenna **212** may be adapted to transmit a signal $x_1$, the transmitting antenna **214** may transmit a signal $x_2$, and the transmitting antenna **216** may transmit a signal $x_3$. In beamforming each transmitted signal $x_1$, $x_2$, and $x_3$ may be a function of a weighted summation of at least one of the plurality of the source signals $s_1$, $s_2$, and $s_3$. The weights may be determined by the transmit filter coefficient block V such that:

$$X=VS, \text{ where} \qquad \text{equation}[9]$$

S may be represented by, for example, a 3×1 matrix {s₁, s₂, s₃}, and X may be represented by, for example, a 3×1 matrix {x₁, x₂, x₃}. Accordingly, V may be represented as a 3×3 matrix {{v₁₁,v₁₂,v₁₃}{v₂₁,v₂₂,v₂₃}{v₃₁,v₃₂,v₃₃}}.

The receiving mobile terminal **222** comprises a receive filter coefficient block U* **224**, a first destination signal ỹ₁ **226**, a second destination signal ỹ₂ **228**, a third destination signal ỹ₃ **230**, and a plurality of receiving antenna **232**, **234**, and **236**. The receiving antenna **232** may be adapted to receive a signal y₁, the receiving antenna **234** may receive a signal y₂, and the receiving antenna **236** may receive a signal y₃. The characteristics of the plurality of RF channels **242** utilized for communication between the transmitting mobile terminal **202**, and the receiving mobile terminal **222** may be represented mathematically by a transfer coefficient matrix H.

FIG. 3 is an exemplary diagram illustrating the MIMO mode request frame in accordance with an embodiment of the invention. Referring to FIG. 3 there is shown a MIMO mode request frame **300**, which comprises a category field **302**, an action field **304**, a dialog token field **306**, and a mode request field **308**. The category field **302** may comprise 1 octet of binary data, for example, which may identify the general category of the frame within the wider context of all frames which are defined in IEEE 802.11. The category field **302** may be set to a specific value to identify the category which is defined for the MIMO mode request frame. The action field **304** may comprise 1 octet of binary data, for example, which may identify the frame type. The action field **304** may be set to a specific value to identify a MIMO mode request frame. The dialog token field **306** may comprise 1 octet of binary data, for example, which may identify a particular MIMO mode request frame. This field may be utilized to identify a specific MIMO mode request frame in the event that a transmitting mobile terminal **202** has transmitted a plurality of MIMO mode request frames, such as may be the case if a transmitting mobile terminal **202** were communicating with a plurality of receiving mobile terminals **222**.

The mode request field **308** may comprise 1 octet of binary data, for example, which may identify the function which is to be performed by the mobile terminal that receives the MIMO mode request frame. The mode request field **308** may be set to a specific value to indicate that feedback information about the transmit mode to be utilized when transmitting to a receiving mobile terminal **222** is being requested by the transmitting mobile terminal **202**. The mode request field **308** may also comprise information which indicates capabilities of the transmitting mobile terminal **202**. A receiving mobile terminal **222** that receives the MIMO mode request frame may use information about capabilities of the transmitting mobile terminal **202** in providing feedback information to the transmitting mobile terminal **202** in response to the MIMO mode request frame.

The MIMO mode request frame **300** may be transmitted by a transmitting mobile terminal **202** to a receiving mobile terminal **222** via an RF channel **242** to request that the receiving mobile terminal **222** provide feedback information about the transmit mode that the transmitting mobile terminal **202** should use when transmitting information to the receiving mobile terminal **222** via the RF channel **242**.

FIG. 4 is an exemplary diagram illustrating the MIMO mode response frame in accordance with an embodiment of the invention. Referring to FIG. 4 there is shown a MIMO mode response frame **400**, which comprises a category field **402**, an action field **404**, a dialog token field **406**, and a mode response field **408**. The category field **402** may comprise 1 octet of binary data, for example, which may identify the general category of the frame within the wider context of all frames which are defined in IEEE 802.11. The category field **402** may be set to a specific value to identify the category which is defined for the MIMO mode response frame. The action field **404** may comprise 1 octet of binary data, for example, which may identify the frame type. The action field **404** may be set to a specific value to identify a MIMO mode response frame. The dialog token field **406** may comprise 1 octet of binary data, for example, which may identify a particular MIMO mode response frame. This field may be utilized to identify a specific MIMO mode response frame to a transmitting mobile terminal **202**.

The mode response field **408** may comprise feedback information, which may be fed back in response to a previous MIMO mode request frame. The mode response field **408** may comprise 4 octets of binary data, for example. The mode response field **408** may comprise feedback information pertaining to a number of spatial streams that a transmitting

US 7,957,450 B2

**13**

mobile terminal **202** may utilize when transmitting to a receiving mobile terminal **222**, a number of transmit antenna that a transmitting mobile terminal **202** may utilize, and bandwidth that may be utilized by a transmitting mobile terminal **202**. In addition, the mode response field **408** may comprise feedback information about a code rate to use for information transmitted by a transmitting mobile terminal **202**, an error correcting code type to use, and a type of modulation to use for information transmitted by a transmitting mobile terminal **202** to a receiving mobile terminal **222**. A receiving mobile terminal **222** may indicate a null response in the mode request field **408** to indicate, for example, that the receiving mobile terminal **222** is unable to determine a requested transmit mode in response to a MIMO mode request frame **300**.

The MIMO mode response frame **400** may be transmitted by a receiving mobile terminal **222** to a transmitting mobile terminal **202** in response to a previous MIMO mode request frame **300** to provide feedback information about the transmit mode that the transmitting mobile terminal **202** should use when transmitting information to the receiving mobile terminal **222** via the RF channel **242**.

In an embodiment of the invention with reference to FIGS. **2-4**, the transmitting mobile terminal **202** may transmit a MIMO mode request frame **300** to a receiving mobile terminal **222**. In the MIMO mode request frame **300** an integer value, seq, may be contained in the dialog token field **306** of the MIMO mode request frame **300**. If the receiving mobile terminal **222** incorporates the value, seq, in the dialog token field **406** in the MIMO mode response frame **400**, the transmitting mobile terminal **202** which receives the MIMO mode response frame **400** may be able to identify the frame as being the response to the MIMO mode request frame **300** that had been sent previously by the transmitting mobile terminal **202** to the receiving mobile terminal **222**.

In another embodiment of the invention, the transmitting mobile terminal **202** may transmit a first MIMO mode request frame **300** to a first receiving mobile terminal **222**. The transmitting mobile terminal **202** may then transmit a second MIMO mode request frame to a second receiving mobile terminal. In the first MIMO mode request frame an integer value, seq1, may be contained in the dialog token field **306** of the MIMO mode request frame **300**. In the second MIMO mode request frame an integer value, seq2, may be contained in the dialog token field **306** of the MIMO mode request frame **300**. If the first receiving mobile terminal **222** incorporates the value, seq1, in the dialog token field **406** in the MIMO mode response frame **400**, the transmitting mobile terminal **202** which receives the MIMO mode response frame **400** may be able to identify the frame as being the response to the first MIMO mode request frame **300** that had been sent previously by the transmitting mobile terminal **202** to the first receiving mobile terminal **222**. If the second receiving mobile terminal **222** incorporates the value, seq2, in the dialog token field **406** in the MIMO mode response frame **400**, the transmitting mobile terminal **202** which receives the MIMO mode response frame **400** may be able to identify the frame as being the response that corresponds to the second MIMO mode request frame **300** that had been sent previously by the transmitting mobile terminal **202** to the second receiving mobile terminal.

Any individual field in either the MIMO mode request frame **300** or the MIMO mode response frame **400** may comprise a plurality of octets of binary data. The MIMO mode request frame **300**, the MIMO mode response frame **400**, and any individual field in either the MIMO mode request frame **300** or the MIMO mode response frame **400** may be of variable length. The MIMO mode request frame

**14**

**300** or the MIMO mode response frame **400** may comprise information which indicates the length of the respective frame. The MIMO mode request frame **300** or the MIMO mode response frame **400** may comprise information which indicates the length of any fields contained within the respective frame. The MIMO mode request frame **300** and the MIMO mode response frame **400** may comprise other information which enable a receiving mobile terminal **222** and a transmitting mobile terminal **202** to negotiate a transmission mode for a common RF channel.

FIG. **5** is an exemplary diagram illustrating the MIMO channel request frame in accordance with an embodiment of the invention. Referring to FIG. **5** there is shown a MIMO channel request frame **500**, which comprises a category field **502**, an action field **504**, a dialog token field **506**, and a MIMO channel request field **508**. The category field **502** may comprise 1 octet of binary data, for example, which may identify the general category of the frame within the wider context of all frames which are defined in IEEE 802.11. The category field **502** may be set to a specific value to identify the category which is defined for the MIMO channel request frame. The action field **504** may comprise 1 octet of binary data, for example, which may identify the frame type. The action field **504** may be set to a specific value to identify a MIMO channel request frame. The dialog token field **506** may comprise 1 octet of binary data, for example, which may identify a particular MIMO channel request frame. This field may be utilized to identify a specific MIMO channel request frame in the event that a transmitting mobile terminal **202** has transmitted a plurality of MIMO channel request frames, such as may be the case if a transmitting mobile terminal **202** were communicating with a plurality of receiving mobile terminals **222**.

The MIMO channel request frame **500** may be transmitted by a transmitting mobile terminal **202** to a receiving mobile terminal **222** via an RF channel **242** to request that the receiving mobile terminal **222** provide feedback information about the channel estimates that the receiving mobile terminal **222** has computed for the RF channel **242**.

The MIMO channel request field **508** may comprise 1 octet of binary data, for example, which may identify the function which is to be performed by the mobile terminal that receives the MIMO channel request frame. The channel request field **508** may be set to a specific value to indicate that feedback information about the channel estimates that the receiving mobile terminal **222** has computed for the RF channel **242** is being requested by the transmitting mobile terminal **202**. The MIMO channel request field **508** may also comprise information from the channel estimation matrix, $H_{down}$, which is computed at the transmitting mobile terminal **202**. A receiving mobile terminal **222** that receives the MIMO channel request frame may use $H_{down}$ information from the transmitting mobile terminal **202** to perform calibration.

FIG. **6a** is an exemplary diagram illustrating the MIMO channel response frame in accordance with an embodiment of the invention. Referring to FIG. **6a** there is shown a MIMO channel response frame **600**, which comprises a category field **602**, an action field **604**, a dialog token field **606**, and a MIMO channel response field **608**. The category field **602** may comprise 1 octet of binary data, for example, which may identify the general category of the frame within the wider context of all frames which are defined in IEEE 802.11. The category field **602** may be set to a specific value to identify the category which is defined for the MIMO channel response frame. The action field **604** may comprise 1 octet of binary data, for example, which may identify the frame type. The action field **604** may be set to a specific value to identify a MIMO channel response frame. The dialog token field **606**

US 7,957,450 B2

15

may comprise 1 octet of binary data, for example, which may identify a particular MIMO channel response frame. This field may be utilized to identify a specific MIMO channel response frame to a transmitting mobile terminal **202**.

The MIMO channel response field **608** may comprise a variable number of octets of binary data, for example, which may comprise feedback information in response to a previous MIMO channel request frame. FIG. **6**b is an exemplary diagram illustrating the MIMO channel response field for type="complete channel" in accordance with an embodiment of the invention. The length subfield **612** within the MIMO channel response field **608** may comprise 2 octets of binary data, for example, which may comprise information which indicates the length of the MIMO channel response field **608**. The type subfield **614** within the MIMO channel response field may comprise 1 octet of binary data, for example, which may comprise information that indicates the feedback information which is contained the MIMO channel response field **608**. In FIG. **6**b the feedback information type is shown to indicate "complete channel". Subfield **616** within the MIMO channel response field **608** may comprise 1 octet of binary data, for example, which may comprise an indication of the number of rows in the matrix of feedback information which is contained in the MIMO channel response field **608**. Subfield **618** within the MIMO channel response field **608** may comprise 1 octet of binary data, for example, which may comprise an indication of the number of columns in the matrix of feedback information which is contained in the MIMO channel response field **608**. Subfield **620** within the MIMO channel response field **608** may comprise a variable number of octets based upon the contents of subfields **616** and **618**, for example, which may comprise the complete channel estimate matrix which was computed during processing of the preceding MIMO channel request frame **500**.

FIG. **6**c is an exemplary diagram illustrating the MIMO channel response field for type="SVD Reduced Channel" in accordance with an embodiment of the invention. The length subfield **632** within the MIMO channel response field **608** may comprise 2 octets of binary data, for example, which may comprise information which indicates the length of the MIMO channel response field **608**. The type subfield **634** within the MIMO channel response field may comprise 1 octet of binary data, for example, which may comprise information that indicates the feedback information which is contained the MIMO channel response field **608**. In FIG. **6**c the feedback information type is shown to indicate "SVD reduced channel". Subfield **636** within the MIMO channel response field **608** may comprise 1 octet of binary data, for example, which may comprise an indication of the number of rows in the matrix of feedback information which is contained in the MIMO channel response field **608**. Subfield **638** within the MIMO channel response field **608** may comprise 1 octet of binary data, for example, which may comprise an indication of the number of columns in the matrix of feedback information which is contained in the MIMO channel response field **608**. Subfield **640** within the MIMO channel response field **608** may comprise a variable number of octets based upon the contents of subfields **636** and **638**, for example, which may comprise the right singular vector matrix, V. Subfield **642** within the MIMO channel response field **608** may comprise a variable number of octets based upon the contents of subfields **636** and **638**, for example, which may comprise the diagonal matrix of singular values, S. The matrices V and S may be derived from the complete channel estimate matrix which was computed during the processing of the preceding MIMO channel request frame **500**.

16

FIG. **6**d is an exemplary diagram illustrating the MIMO channel response field for type="Null" in accordance with an embodiment of the invention. The length subfield **652** within the MIMO channel response field **608** may comprise 2 octets of binary data, for example, which may comprise information which indicates the length of the MIMO channel response field **608**. The type subfield **654** within the MIMO channel response field may comprise 1 octet of binary data, for example, which may comprise information that indicates the feedback information which is contained the MIMO channel response field **608**. In FIG. **6**d the feedback information type is shown to indicate "Null". If the feedback information type is "null", the receiving mobile terminal **222** may not have been able to compute a channel estimate, in which case the MIMO channel response field **608** may not comprise feedback information.

The MIMO channel response frame **600** may be transmitted by a receiving mobile terminal **222** to a transmitting mobile terminal **202** in response to a previous MIMO channel request frame **500** to provide feedback information about the channel estimates that the receiving mobile terminal **222** has computed for the RF channel **242**.

If the quantity of data from SVD derived matrices are further reduced by averaging, the MIMO channel response field **608** may comprise an indication of the number of rows in the matrices which are contained in the MIMO channel response field **608**, an indication of the number of columns in the matrices which are contained in the MIMO channel response field, the matrix D as derived in equation[5], and the plurality of matrices $\mathrm{Avg}^k(\mathrm{V}(\mathrm{f})^H)$ as derived in equation[6]. If the calibration procedure is used, the MIMO channel response field **608** may comprise an indication of the number of rows in the matrices which are contained in the MIMO channel response field **608**, an indication of the number of columns in the matrices which are contained in the MIMO channel response field **608**, the matrix $\mathrm{D}_A$ as derived in equation[7], and the matrix $\mathrm{Avg}^k(\mathrm{V}_A)$ as derived in equation[8].

The initial MIMO channel request frame **500** may be sent by the transmitting mobile terminal **202** to the receiving mobile terminal **222** without beamforming, and utilizing a number of spatial streams may equal the number of antenna. For each spatial stream, the lowest data rate may be used when transmitting the MIMO channel request frame **500** to enable the transfer of information between the transmitting mobile terminal **202** and receiving mobile terminal **222** to be as robust as possible. For example, with reference to FIG. **2**, without beamforming antenna **212** may transmit a signal which is proportional to signal $s_1$ **206** only, while antenna **214** may transmit a signal which is proportional to signal $s_2$ **208** only, and antenna **216** may transmit a signal which is proportional to signal $s_3$ **210** only such that:

$$X=cS, \text{ where} \qquad\qquad \text{equation[10]}$$

S may be represented by a 3×1 matrix $\{s_1, s_2, s_3\}$, X may be represented by a 3×1 matrix $\{x_1, x_2, x_3\}$, and c may be a scalar entity.

Any individual field in either the MIMO channel request frame **500** or the MIMO channel response frame **600** may comprise a plurality of octets of binary data. The MIMO channel request frame **500**, the MIMO channel response frame **600**, and any individual field in either the MIMO channel request frame **500** or the MIMO channel response frame **600** may be of variable length. The MIMO channel request frame **500** or the MIMO channel response frame **600** may comprise information which indicates the length of the respective frame. The MIMO channel request frame **500** or the MIMO channel response frame **600** may comprise infor-

US 7,957,450 B2

17

mation which indicates the length of any fields contained within the respective frame. The MIMO channel request frame **500** and the MIMO channel response frame **600** may comprise other information which enable a receiving mobile terminal **222** to communicate feedback information about the channel estimates that the receiving mobile terminal **222** has computed for the RF channel **242** to a transmitting mobile terminal **202**.

FIG. **7** is an exemplary flowchart illustrating steps in the exchange of RX/TX feedback information utilizing MIMO mode request and MIMO mode response frames in accordance with an embodiment of the invention. Referring to FIG. **7**, in step **702** a transmitting mobile terminal **202** may send a MIMO mode request frame to a receiving mobile terminal **222**. In step **704** the receiving mobile terminal **222** may receive the MIMO mode request frame from the transmitting mobile terminal **202**. In step **706** the receiving mobile terminal **222** may determine the transmitting mode. If the receiving mobile terminal **222** determines the transmitting mode, in step **710**, the receiving mobile terminal **222** may transmit a MIMO mode response frame to the transmitting mobile terminal **202** containing information about the desired transmitting mode. If the receiving mobile terminal **222** does not determine the transmitting mode, in step **708**, the receiving mobile terminal **222** may transmit a MIMO mode response frame to the transmitting mobile terminal **202** which contains no feedback information on the desired transmitting mode.

FIG. **8** is an exemplary flowchart illustrating steps in the exchange of RX/TX feedback information utilizing MIMO channel request and MIMO channel response frames in accordance with an embodiment of the invention. Referring to FIG. **8**, in step **802** a transmitting mobile terminal **202** may send a MIMO channel request frame to a receiving mobile terminal **222**. In step **804** the receiving mobile terminal **222** may receive the MIMO channel request frame from the transmitting mobile terminal **202**. In step **806** the receiving mobile terminal **222** may determine whether a null response is to be returned to the transmitting mobile terminal **202**. If a null response is to be returned, in step **808**, the receiving mobile terminal **222** may transmit a MIMO channel response frame to the transmitting mobile terminal **202** containing null channel information.

If a null response is not to be sent, in step **810** the receiving mobile terminal may determine whether to send a complete channel response. If a complete channel response is to be sent, in step **812** the receiving mobile terminal **222** may transmit a MIMO channel response frame to the transmitting mobile terminal **202** containing the number of transmit antenna, the number of receive antenna, and a complete channel estimate matrix computed during the processing of the preamble field in the preceding MIMO channel request frame.

If a complete channel response is not to be sent, in step **814**, the receiving mobile terminal **222** may compute a complete channel estimate matrix based on the preamble field in the preceding MIMO channel request frame. In step **816**, the receiving mobile terminal **222** may compute the matrix decomposition on the complete channel estimate matrix. In step **816**, matrix decomposition on the complete channel estimate matrix may be performed by a plurality of methods comprising SVD, QR decomposition, lower diagonal, diagonal, upper diagonal (LDU) decomposition, and Cholesky decomposition. In step **818**, the receiving mobile terminal **222** may transmit a MIMO channel response frame to the transmitting mobile terminal **202** containing the number of transmit antenna, the number of receive antenna, the right singular vector matrix, and the diagonal matrix of singular values.

18

The channel feedback method may enable more precise estimation of RF channel characteristics than is possible with conventional IEEE 802.11 systems, or when utilizing other proposals for new RX/TX feedback mechanisms. In conventional IEEE 802.11 specifications, there may be no feedback mechanism by which the receiving mobile terminal **222** may indicate a specific transmitting mode to be utilized by a transmitting mobile terminal **202**. Consequently, in conventional systems based upon IEEE 802.11, the transmitting mobile terminal **202** may independently select a transmitting mode with no mechanism by which the transmitting mode may be adapted to the requirements of the receiving mobile terminal **222**. The MIMO mode response mechanism may enable a receiving mobile terminal **222** to suggest a particular transmitting mode to the transmitting mobile terminal **202**.

The channel feedback method described may enable the receiving mobile terminal **222** to efficiently communicate feedback information, to the transmitting mobile terminal **202**, about the characteristics of the RF channel **242** as detected at the receiving mobile terminal **222**. In response, the transmitting mobile terminal **202** may adapt the RF signals that are transmitted to the receiving mobile terminal **222** based upon the channel feedback information received from the receiving mobile terminal **222**. Embodiments of the invention which have been described may minimize the quantity of feedback information and thereby reduce the amount of overhead imposed on the RF channel as a result of RX/TX feedback. This may enable the channel feedback mechanism to be utilized effectively in fast fading RF channels. As a result, the channel feedback method may enable the transmitting mobile terminal to achieve higher information transfer rates, and more effective beamforming on signals that are transmitted to the receiving mobile terminal via an RF channel.

The invention may not be limited to the SVD method to reduce the amount of feedback information which is sent via an RF channel. A plurality of methods may be utilized for reducing the quantity of feedback information when compared to the amount of information that is contained in a full channel estimate matrix. These methods may comprise, for example, SVD, LDU decomposition, Eigenvalue decomposition, QR decomposition, and Cholesky decomposition.

Accordingly, the present invention may be realized in hardware, software, or a combination of hardware and software. The present invention may be realized in a centralized fashion in at least one computer system, or in a distributed fashion where different elements are spread across several interconnected computer systems. Any kind of computer system or other apparatus adapted for carrying out the methods described herein is suited. A typical combination of hardware and software may be a general-purpose computer system with a computer program that, when being loaded and executed, controls the computer system such that it carries out the methods described herein.

The present invention may also be embedded in a computer program product, which comprises all the features enabling the implementation of the methods described herein, and which when loaded in a computer system is able to carry out these methods. Computer program in the present context means any expression, in any language, code or notation, of a set of instructions intended to cause a system having an information processing capability to perform a particular function either directly or after either or both of the following: a) conversion to another language, code or notation; b) reproduction in a different material form.

US 7,957,450 B2

**19**

While the present invention has been described with reference to certain embodiments, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted without departing from the scope of the present invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the present invention without departing from its scope. Therefore, it is intended that the present invention not be limited to the particular embodiment disclosed, but that the present invention will include all embodiments falling within the scope of the appended claims.

What is claimed is:

**1**. A method for communication, the method comprising:
computing a plurality of channel estimate matrices based on signals received by a mobile terminal from a base station, via one or more downlink RF channels, wherein said plurality of channel estimate matrices comprise coefficients derived from performing a singular value matrix decomposition (SVD) on said received signals; and

transmitting said coefficients as feedback information to said base station, via one or more uplink RF channels.

**2**. The method according to claim **1**, comprising computing each of said plurality of channel estimate matrices for a corresponding one of a plurality of tones, wherein each of said plurality of tones corresponds to one or more distinct frequencies.

**3**. The method according to claim **2**, comprising computing one or both of, a right singular vector matrix and a singular value matrix, corresponding to each of said plurality of channel estimate matrices.

**4**. The method according to claim **3**, comprising computing an average singular value matrix based on an average of a plurality of said computed singular value matrices, wherein said average of said plurality of said computed singular value matrices is computed based on said plurality of tones.

**5**. The method according to claim **4**, comprising communicating said computed average singular value matrix via said transmitted feedback information.

**6**. The method according to claim **5**, wherein said computed average singular value matrix comprises a matrix rank, which is equal to the number of nonzero singular values in said computed average singular value matrix.

**7**. The method according to claim **6**, wherein each of said nonzero singular values in said computed average singular value matrix comprises a determined number of bits.

**8**. The method according to claim **3**, comprising computing said coefficients based on an average of a plurality of said computed right singular vector matrices, wherein each of said coefficients is computed based on a corresponding distinct at least a portion of said plurality of tones.

**9**. The method according to claim **8**, wherein each value in said coefficients comprises a corresponding magnitude value and phase value.

**10**. The method according to claim **9**, wherein each of said corresponding magnitude value comprises a determined number of bits, and each of said corresponding phase value comprises a separately determined number of bits.

**11**. A system for communication, the system comprising:
one or more circuits of a mobile terminal that are operable to compute a plurality of channel estimate matrices based on signals received by said mobile terminal from a base station, via one or more downlink RF channels, wherein said plurality of channel estimate matrices comprise coefficients derived from performing a singular value matrix decomposition (SVD) on said received signals; and

**20**

said one or more circuits are operable to transmit said coefficients as feedback information to said base station, via one or more uplink RF channels.

**12**. The system according to claim **11**, wherein said one or more circuits are operable to compute each of said plurality of channel estimate matrices for a corresponding one of a plurality of tones, wherein each of said plurality of tones corresponds to one or more distinct frequencies.

**13**. The system according to claim **12**, wherein said one or more circuits are operable to compute one or both of, a right singular vector matrix and a singular value matrix, corresponding to each of said plurality of channel estimate matrices.

**14**. The system according to claim **13**, wherein said one or more circuits are operable to compute an average singular value matrix based on an average of a plurality of said computed singular value matrices, wherein said average of said plurality of said computed singular value matrices is computed based on said plurality of tones.

**15**. The system according to claim **14**, wherein said one or more circuits are operable to communicate said computed average singular value matrix via said transmitted feedback information.

**16**. The system according to claim **15**, wherein said computed average singular value matrix comprises a matrix rank, which is equal to the number of nonzero singular values in said computed average singular value matrix.

**17**. The system according to claim **16**, wherein each of said nonzero singular values in said computed average singular value matrix comprises a determined number of bits.

**18**. The system according to claim **13**, wherein said one or more circuits are operable to compute said coefficients based on an average of a plurality of said computed right singular vector matrices, wherein each of said coefficients is computed based on a corresponding distinct at least a portion of said plurality of tones.

**19**. The system according to claim **18**, wherein each value in said coefficients comprises a corresponding magnitude value and phase value.

**20**. The system according to claim **19**, wherein each of said corresponding magnitude value comprises a determined number of bits, and each of said corresponding phase value comprises a separately determined number of bits.

**21**. A method for communication, the method comprising:
computing a plurality of channel estimates based on signals received by a mobile terminal from a base station, via one or more downlink RF channels;

deriving a matrix based on the plurality of channel estimates, wherein the matrix comprises coefficients from performing a singular value matrix decomposition (SVD) on said plurality of channel estimates; and

transmitting the coefficients as feedback information to said base station, via one or more uplink RF channels.

**22**. A system for communication, the system comprising:
one or more circuits of a mobile terminal that are operable to compute a plurality of channel estimates based on signals received by said mobile terminal from a base station, via one or more downlink RF channels;

said one or more circuits are operable to derive a matrix based on said plurality of channel estimates, wherein said matrix comprises coefficients derived from performing a singular value matrix decomposition (SVD) on said plurality of channel estimates; and

said one or more circuits are operable to transmit said coefficients as feedback information to said base station, via one or more uplink RF channels.

\* \* \* \* \*

# EXHIBIT G

US006941156B2

(12) **United States Patent**  (10) Patent No.: **US 6,941,156 B2**
Mooney  (45) Date of Patent: **Sep. 6, 2005**

(54) **AUTOMATIC HANDOFF FOR WIRELESS PICONET MULTIMODE CELL PHONE**

(75) Inventor: **Philip D. Mooney**, Sellersville, PA (US)

(73) Assignee: **Agere Systems Inc.**, Allentown, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 835 days.

(21) Appl. No.: **09/888,493**

(22) Filed: **Jun. 26, 2001**

(65) **Prior Publication Data**

US 2002/0198020 A1 Dec. 26, 2002

(51) Int. Cl.⁷ ............................................. **H04M 1/00**
(52) U.S. Cl. ................................. **455/553.1**; 455/552.1
(58) **Field of Search** ............................. 455/403, 426.1, 455/552.1, 553.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,675,629 A  * 10/1997  Raffel et al. ............. 455/552.1

| | | | | |
|---|---|---|---|---|
| 5,774,805 A | * | 6/1998 | Zicker | 455/426.1 |
| 5,794,141 A | * | 8/1998 | Zicker | 455/418 |
| 5,842,122 A | * | 11/1998 | Schellinger et al. | 455/403 |
| 6,167,278 A | * | 12/2000 | Nilssen | 455/462 |
| 6,167,285 A | * | 12/2000 | Howe | 455/552.1 |
| 6,317,582 B1 | * | 11/2001 | Yoshinaga | 455/11.1 |
| 6,363,246 B1 | * | 3/2002 | Williams et al. | 455/403 |
| 6,415,158 B1 | * | 7/2002 | King et al. | 455/552.1 |

* cited by examiner

*Primary Examiner*—Bing Q. Bui

(57) **ABSTRACT**

A technique and apparatus for transferring a communication link between two different modes of a multimode cell phone. For instance, an active telephone call using a cordless telephone RF communication link may be automatically switched (with user prompt if desired) to a cell phone call when desired (e.g., when the cordless telephone goes out of range of its base unit), and vice versa. CallerID Type 2 and Call Waiting may be used to switch the far end telephone from one line to the other with minimal (or even unnoticeable) disruption to the participants or content of the telephone connection.

**19 Claims, 6 Drawing Sheets**



CORDLESS TO CELL PHONE HAND OVER



FIG. 1

CORDLESS TO CELL PHONE HAND OVER

**U.S. Patent**     Sep. 6, 2005     Sheet 2 of 6     US 6,941,156 B2

*FIG. 2*

CORDLESS TO CELL PHONE HAND OVER





*FIG. 3*

WALKIE-TALKIE TO CELL PHONE HAND OVER

*FIG. 4*

WALKIE-TALKIE TO CELL PHONE HAND OVER





*FIG. 5*

WALKIE-TALKIE TO CORDLESS HAND OVER

*FIG. 6*

WALKIE-TALKIE TO CORDLESS HAND OVER



US 6,941,156 B2

**1**

# AUTOMATIC HANDOFF FOR WIRELESS PICONET MULTIMODE CELL PHONE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to piconet wireless networks. More particularly, it relates to the use of a combination 3-in-1 cell phone/cordless telephone/walkie-talkie device.

2. Background of Related Art

One of the new and useful ideas coming out of BLUE-TOOTH technology is the 3-in-1 cell phone, where a cell phone has advanced and additional capabilities to operate as a cordless telephone when near a matching cordless telephone base station, or to work as a walkie-talkie when near another similarly capable handset. This provides a cell phone that has advantages over competitors' cell phones which are not similarly capable, including the ability and convenience of storing all phone book data, calling history and user preferences.

Using such systems, a cell phone user has the ability and convenience of accessing a cordless telephone base station when, e.g., arriving home. Having such access, a cordless telephone user might make telephone calls using their cell phone handset accessing their cordless telephone base unit at times when they might not otherwise use their cell phone handset, e.g., when at home in the vicinity of a cordless telephone.

Convenience aside, a 3-in-1 cell phone conventionally provides establishment of a telephone call with a wireless cell phone network, or with a local cordless telephone, depending upon which mode the phone is in. To operate the 3-in-1 cell phone in a cordless telephone mode, the 3-in-1 cell phone is manually switched to a cordless telephone mode by the user, and then a telephone call is made from the base unit. Similarly, to operate a 3-in-1 cell phone in a cellular mode, the 3-in-1 phone is manually switched to a cellular mode, and then a cellular telephone call is established from the handset. To switch between cordless and cellular modes, the user must first terminate any existing telephone call, and then manually switch the mode of the 3-1 telephone.

There is a need in a 3-in-1 cell phone which provides smooth switchover and interaction between separate modes of operation.

## SUMMARY OF THE INVENTION

In accordance with the principles of the present invention, a multimode cell phone comprises a cell phone functionality, and an RF communication functionality separate from the cell phone functionality. An automatic switch over module is in communication with both the cell phone functionality and the RF communication functionality. The automatic switch over module operates to switch a communication path established on either the cell phone functionality or the RF communication functionality, with another communication path established on the other of the cell phone functionality and the RF communication functionality.

A method of automatically switching between a first type RF communication link and a second type RF communication link different from the first type RF communication link, comprising participating in the first type RF communication link. An availability of the second type RF communication link is sensed, and if available, the second type RF com-

**2**

munication link is established while the first type RF communication link remains active. The parties participating in the first type RF communication link are switched to active utilization of the second type RF communication link.

## BRIEF DESCRIPTION OF THE DRAWINGS

Features and advantages of the present invention will become apparent to those skilled in the art from the following description with reference to the drawings, in which:

FIG. **1** shows a multimode cell phone handing over a telephone call from a cordless mode to a cellular mode, in accordance with the principles of the present invention.

FIG. **2** shows an exemplary process for handing over a telephone call from the cordless mode of a multimode cell phone to a cellular mode of the multimode cell phone, in accordance with the principles of the present invention.

FIG. **3** shows a multimode cell phone handing over a walkie-talkie conversation to a cellular telephone call, in accordance with the principles of the present invention.

FIG. **4** shows an exemplary process for handing over a walkie-talkie conversation to a cellular telephone call handled by a cellular mode of a multimode cell phone, in accordance with the principles of the present invention.

FIG. **5** shows a multimode cell phone handing over a walkie-talkie conversation to a cordless telephone call, in accordance with the principles of the present invention.

FIG. **6** shows an exemplary process for handing over a walkie-talkie conversation to a cordless telephone call handled by a cordless telephone mode of a multimode cell phone, in accordance with the principles of the present invention.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

More and more home and office devices are designed to form piconets, or small wireless networks. One popular piconet standard is commonly referred to as a BLUE-TOOTH™ piconet. Piconet technology in general, and BLUETOOTH™ technology in particular, provides peer-to-peer communications over short distances.

The wireless frequency of piconets may be 2.4 GHz as per BLUETOOTH™ standards, and/or typically have a 20 to 100 foot range. The piconet RF transmitter may operate in common frequencies that do not necessarily require a license from the regulating government authorities, e.g., the Federal Communications Commission (FCC) in the United States. Alternatively, the wireless communication can be accomplished with infrared (IR) transmitters and receivers, but this is less preferable because of the directional and visual problems often associated with IR systems.

A plurality of piconet networks may be interconnected through a scatternet connection, in accordance with BLUE-TOOTH™ protocols. BLUETOOTH™ network technology may be utilized to implement a wireless piconet network connection (including scatternet). The BLUETOOTH™ standard for wireless piconet networks is well known, described in the BLUETOOTH™ specification, version 1.1, publicly available from the web site www.bluetooth.com. The entire BLUETOOTH™ specification (core and profiles), version 1.1, in particular the Cordless Telephony Profile portion of version 1.1 of the Profiles, is explicitly incorporated herein by reference,.

The BLUETOOTH™ specification defines a Cordless Telephony Profile. In particular, Part K:3 of the BLUE-TOOTH™ specification version 1.1, Profiles, pages 99–144,

US 6,941,156 B2

3

defines the features and procedures that are required for interoperability between different cordless telephones, e.g., between remote handsets and corresponding base units.

The '3-in-1' phone is a solution for providing an extra mode of operation to cellular phones, using BLUE-TOOTH™ as a short-range bearer for accessing fixed network telephony services via a base station. The 3 functions include making telephone calls via a base station (i.e., cordless telephone mode), making direct intercom calls between two terminals (e.g., between two cellular telephone handsets), and, of course, making an otherwise conventional cellular phone call.

The Cordless Telephony Profile defines two roles: Gateway (GW) and Terminal (TL). The Gateway acts as a terminal endpoint from the external network point of view and handles all Interworking towards that network. The Gateway is the central point with respect to external calls, which means that it handles all call set-up requests to/from the external network. The Terminal is the wireless user terminal (e.g., the remote handset of a cordless telephone). The Cordless Telephony profile supports a small number (i.e., less than 7) of terminals, or 3 active voice terminals. In accordance with the principles of the present invention, the multimode 3-in-1 cell phone includes the Cordless Telephony Profile of BLUETOOTH™ capability.

The present invention provides a technique for transferring an active telephone call from cordless telephone mode to cell phone mode (and vice versa) in a 3-in-1 cell phone. In particular, in accordance with the principles of the present invention, CallerID Type2 and Call Waiting are used to switch the far end telephone from one line to the other with minimal (or even unnoticeable) disruption to the participants or content of the telephone connection.

Using conventional 3-in-1 phones, there is no provision for automatically transferring a call from a cordless handset mode to a cell phone mode (e.g., when a user is leaving a household where a matching cordless telephone base unit). Similarly, there is conventionally no automatic way to transfer a telephone call from a cell phone to a cordless telephone base unit when the user returns home. Certainly, a user could manually hang up the 3-in-1 cell phone in one mode (e.g., cordless telephone mode) and initiate a new telephone call using a new mode (e.g., cell phone mode). However, this would require manual operations performed by the user, being a bit of a nuisance to the user prone to error, and also a significant and potentially lengthy disruption to the underlying telephone call.

FIG. 1 shows a multimode cell phone handing over a telephone call from a cordless mode to a cellular mode, in accordance with the principles of the present invention.

In particular, as shown in FIG. 1, a multimode cell phone 100 includes multiple functional modes, e.g., a cell phone mode 100a, a piconet cordless telephone 100b, and a walkie-talkie mode 100c.

Importantly, an automatic switch over module 101 is in communication with each communication path functionality, e.g., with the cell phone functionality 100a, the piconet cordless telephone functionality 100b, and the walkie-talkie functionality 100c. The desired mode of the multimode cell phone 100 may be controlled through suitable communications with each communication path functionality 100a–100c.

Preferably, more than one mode of the multimode cell phone 100 may operate simultaneously, allowing the establishment of a secondary communication path in the background, allowing easy and quick switch over as desired

4

or required. For instance, while operating in a cell phone mode, the automatic switch over module 101 of the multimode cell phone 100 may detect walkie-talkie communication activity from the far party's multimode cell phone 100, and establish a communication link therebetween even while the two parties remain in a cell phone conversation.

In the cordless telephone mode, the multimode cell phone 100 communicates between handset unit 100 and a matching piconet cordless telephone base unit 110 using a suitable piconet front end 114 in the base unit 110 and a matching piconet front end within the multimode cell phone 100.

For explanation purposes, FIG. 1 depicts an established telephone call between the multimode cell phone 100 and a far end telephone 150 (which in the example is a landline telephone accessed through a cellular network). Of course, the far end telephone can be any telephonic device, multimode or single mode.

Once the multimode cell phone 100 extends beyond its acceptable range, the telephone call would ordinarily be dropped, perhaps involuntarily. However, in accordance with the principles of the present invention, the telephone call between the multimode cell phone 100 and the far end telephone 150 is automatically re-established using the cellular network 120. By automatically changing the mode of the multimode cell phone 100 (preferably subsequent to a prompt to the user for permission to transfer), the conversation or other communication between the parties is transferred to the newly established cell phone call.

While FIGS. 1 and 2 depict the transfer of a telephone call from a cordless telephone call to a cellular telephone call, the converse is preferably also possible. For example, a person using a cell phone having 3-in-1 capability is on their way home while talking on their 3-in-1 cell phone in cellular (or other wireless network) mode. Assume that that person then arrives at their home and becomes within range of the cordless telephone base station that is matched to the cordless telephone mode of the 3-in-1 cell phone.

In accordance with the principles of the present invention, an automated procedure may be initiated by the user of the multimode cell phone 100 at the press of a designated button. The user may be prompted about impending loss of signal or otherwise loss of the established telephone call, and may be prompted to permit establishment of and ultimately transfer to an alternative type communication path (e.g., a cellular phone call). In response, the user preferably activates a suitable button, e.g., a dedicated button called, e.g., "Switch to Cell Network", or simply "Switch Communication Path". Of course, the transfer may be entirely automated without requiring input from the user, within the scope of the invention.

FIG. 2 shows an exemplary process for handing over a telephone call from the cordless mode of a multimode cell phone to a cellular mode of the multimode cell phone, in accordance with the principles of the present invention.

In particular, as shown in step 202 of FIG. 2, a cordless telephone call is established using a cordless telephone mode of the multimode cell phone 100.

In step 204, the need (or desire) to change communication modes to a cellular mode is determined.

In step 206, the telephone number of the far end telephone 150 (or another suitable phone accessible to the far end party) is determined, e.g., using a call related information service such as a CallerID type service provided by the PSTN 130 (FIG. 1).

In step 208, the determined telephone number of the far end telephone 150 is dialed, and passes through to the far end telephone 150 using, e.g., a Call Waiting type service 140.

US 6,941,156 B2

| 5 | 6 |

In step **210**, the user of the far end telephone **150** accepts the newly incoming telephone call in response to their Call Waiting and/or Type 2 CallerID service.

In step **212**, the old communication path (in this case the cordless telephone call) is dropped, perhaps after a desirable delay (e.g., after 5 seconds).

The converse of the example of FIGS. **1** and **2** is also possible. For instance, the multimode cell phone **150** may move from a cell phone call to a cordless telephone call, e.g., once the multimode cell phone **100** becomes within range of its matching base unit **110**. In this case, the multimode cell phone **100** automatically establishes a wireless connection with the cordless telephone base station **110** using, e.g., a wireless piconet protocol conforming to the BLUE-TOOTH™ standard. Using the wireless cordless telephone communication path established between the multimode cell phone **150** and its base unit **110**, a suitable telephone number relating to the far end party may be determined and passed to the cordless telephone functionality of the multimode cell phone **100**.

Preferably, the initial caller in the first telephone call controls the re-establishment of an alternative mode communication path. For instance, in the disclosed embodiment, the far end party's telephone number is obtained by the multimode cell phone **150** that initiated the first telephone call (i.e., who called whom).

Telephone numbers for the far end party may be recalled from a last number dialed functionality of the multimode cell phone **150**. However, call related information such as CallerID information may be used to allow a far end party to themselves initiate a communication path mode transfer.

In the event that both parties attempt to initiate a communication mode change (e.g., from cordless to cellular), conventional collision detect and variously delayed retry schemes may be utilized.

The far end party's telephone number may be obtained for transfer between cordless and cellular telephone modes, e.g., from last number dialed memory (if the user initiated the call), or from the last number received in Caller ID memory (if the current call was incoming from the far end party).

In the given example, the cordless telephone base station **110** then goes off hook and dials the telephone number of the far end party, whether or not the far end party initiated the transferred telephone call. In this example, from the far-end user's perspective, the far end user hears that there is a call coming in (e.g., using a Call Waiting service) and may or may not review CallerID information such as the telephone number and/or name of the calling party, before they accept the new call. Using Call Waiting type service, the far end party would accept the new communication mode by simply activating a FLASH button and abandoning the first telephone call (which will eventually be dropped either by the base unit **110** of the calling party such as is shown in step **212** of FIG. **1**, or by the telephone company if the telephone company senses a lack of activity on the abandoned telephone call. To this end, the cordless telephone base unit **110** may notify the handset that the new communication path has been established and accepted, allowing the base unit **110** to finally switch the audio path from the cell phone link to the BLUETOOTH™ cordless telephone link and then disconnect the cell phone call.

In a more automated embodiment of a 3-in-1 phone having automatic handoff capability between modes in accordance with the principles of the present invention, the far end phone **150** includes a capability to sense when a switch between communication path modes is occuring on the near end, and if so to automatically activate a flash signal on the telephone line.

The automatic handoff capability may be implemented using a lookup table including entries relating to alternate telephone numbers, e.g., associated cell phone numbers, land line numbers, etc. However, care should be taken to avoid the vulnerability to erroneous communication path switching.

A safer, alternative approach implements a predetermined signaling tone (e.g. a DTMF tone sent from the near end (switching) phone and a detector on the far end phone **150** recognizing it and preparing to flash when the new call comes in. Of course, there could be a combination of both. Let's look at this example.

A person on their way home is talking to a co-worker on their multimode cell phone **100** (in cell phone mode). That person then arrives home and sits down near their cordless base station **110**. Preferably, the multimode cell phone **100** maintains a configuration such that when a cordless telephone link (e.g., a piconet BLUETOOTH™ link of good quality) has been established with the cordless base for a given length of time (e.g., for at least two minutes), then the multimode cell phone handset **100** will allow switch over to the cordless telephone call and ultimately drop or terminate the original cell phone call.

To accomplish this, the multimode cell phone **100** may send, e.g., a quick DTMF "7" followed by a DTMF "9" (i.e., representing the characters "SW") notifying the near end user and the far end phone **150** (and user) that a switch is about to happen. The far end phone **150** would remain ready for a switch over for a given length of time, e.g., for 20 seconds. The multimode cell phone **100** makes the alternate phone call as described above. After the far end phone receives the new call, it checks the call related information (e.g., CallerID data) against entries in a suitable lookup table, and if it finds a match, then automatically flashes the telephone line on the original telephone call. The near end phone, as in the first example, is then notified that the second call has gone through, allowing the conversation to continue on a switched over communication path.

In the unlikely event that the switchover does not succeed, the switchover is preferably delayed (e.g., for 10 seconds or more) to allow the users to switch back to the initial telephone call or communication path.

Similar to the above examples, the multimode cell phone **100** may switch from cordless mode to cell phone mode when the user wishes to leave the proximity of the cordless telephone base unit **110**. For instance, manual activation of a suitable button, or automatic detection of the quality of the RF link (e.g., the BLUETOOTH™ piconet link) below a preset level may initiate this feature.

The present invention is equally applicable to a 2-in-1 phone as it is to a 3-in-1 or more mode phone. For instance, automatic switching from a walkie-talkie mode can be performed without the need to control a telephone network.

For instance, FIG. **3** shows a multimode cell phone **100** handing over a walkie-talkie conversation to a cellular telephone call, in accordance with the principles of the present invention.

In particular, as shown in FIG. **3**, a multimode cell phone **100** is initially operating in a walkie-talkie mode over a 1st communication path to another multimode cell phone **100**. Thereafter, at a desired point (e.g., when the walkie-talkies reach the limit of their range) switchover to the cellular network **120** is initiated, either manually by the user, or automatically but preferably with a prompt to the user before completion.

US 6,941,156 B2

7

FIG. 4 shows an exemplary process for handing over the walkie-talkie conversation to the cellular telephone call handled by the cellular mode of the multimode cell phones 100 (or by a separate cell phone at the far end), in accordance with the principles of the present invention.

In particular, as shown in step 402 of FIG. 4, the walkie-talkie modes 100c of the multimode cell phones 100 are utilized.

In step 404, the need to initiate, establish and switch over to another mode (e.g., to a cellular phone call) is determined, either automatically or manually, by an appropriate processor in the multimode cell phone 100.

In step 406, the telephone number of the far end phone is determined.

In step 408, the far end phone is dialed.

In step 410, the far end phone receives and accepts the cell phone call using its cell phone functionality 100a. Call related information such as CallerID may be used by the far end party to assist in their acceptance of the incoming call while conversing using the walkie-talkie modes 100c.

In step 412, after the cell phone call has been established and accepted by the far end party, switchover to the cell phone call can be accomplished, and walkie-talkie communications between the two multimode cell phones 100 can be terminated.

FIG. 5 shows a multimode cell phone 100 handing over a walkie-talkie conversation to a piconet cordless telephone call, in accordance with the principles of the present invention.

In particular, as shown in FIG. 5, a multimode cell phone 100 is initially operating in a walkie-talkie mode over a 1st communication path to another multimode cell phone 100. Thereafter, at a desired point (e.g., when the walkie-talkies reach the limit of their range) switchover to the cellular network 120 is initiated, either manually by the user, or automatically but preferably with a prompt to the user before completion.

The particular frequency band of operation of the walkie-talkie functionality 100c may be any suitable range, digital or analog. One preferred frequency band and protocol is the Family Radio System (FRS) band, having an operable range of over 1 mile.

FIG. 6 shows an exemplary process for handing over the walkie-talkie conversation to the cellular telephone call handled by the cellular mode of the multimode cell phones 100 (or by a separate cell phone at the far end), in accordance with the principles of the present invention.

In particular, as shown in step 602 of FIG. 6, the walkie-talkie modes 100c of the multimode cell phones 100 are utilized.

In step 604, the need to initiate, establish and switch over to another mode (e.g., to a cordless telephone call using a piconet cordless telephone) is determined, either automatically or manually, by an appropriate processor in the multimode cell phone 100.

In step 606, the telephone number of the far end phone is determined.

In step 608, the far end cordless telephone is dialed.

In step 610, the far end phone receives and accepts the cordless telephone call using its piconet cordless phone functionality 100b. Call related information such as CallerID may be used by the far end party to assist in their acceptance of the incoming call while conversing using the walkie-talkie modes 100c.

8

In step 612, after the cordless telephone call has been established and accepted by the far end party, switchover to the cordless telephone call can be accomplished, and walkie-talkie communications between the two multimode cell phones 100 can be terminated.

The present invention has application in any piconet device, including cell phones, laptop computers, cordless telephones, etc.

While the invention has been described with reference to the exemplary preferred embodiments thereof, those skilled in the art will be able to make various modifications to the described embodiments of the invention without departing from the true spirit and scope of the invention.

What is claimed is:

1. A multimode cell phone, comprising:

a cell phone functionality; and

an RF communication functionality separate from said cell phone functionality;

a module to establish simultaneous communication paths from said multimode cell phone using both said cell phone functionality and said RF communication functionality; and

an automatic switch over module, in communication with both said cell phone functionality and said RF communication functionality, operable to switch a communication path established on one of said cell phone functionality and said RF communication functionality, with another communication path later established on the other of said cell phone functionality and said RF communication functionality.

2. The multimode cell phone according to claim 1, wherein:

said RF communication functionality is a cordless telephone.

3. The multiphone cell phone according to claim 2, wherein:

said cordless telephone utilizes a piconet to communicate between a base unit and a matching remote handset.

4. A method of automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link, comprising:

participating in said first type RF communication link;

sensing an availability of said second type RF communication link;

establishing from said multimode cell phone said second type RF communication link while said first type RF communication link remains active at said multimode cell phone; and

switching parties participating in said first type RF communication link to active utilization of said second type RF communication link.

5. The method of automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim 4, further comprising, after said switching parties step:

terminating said first type RF communication link.

6. The method of automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim 4, further comprising:

US 6,941,156 B2

9 | 10

prompting a user of said availability of said second type RF communication link.

**7**. The method of automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **4**, wherein:

at least one of said RF communication links is a telephone call.

**8**. The method of automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **4**, wherein:

said first type RF communication link is a cell phone call.

**9**. The method of automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **8**, wherein:

said second type RF communication link is a cordless telephone call.

**10**. The method of automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at a multimode cell phone different from said first type RF communication link according to claim **9**, wherein:

a cordless telephone used to participate in said cordless telephone call utilizes a piconet to communicate between a cordless telephone base unit and a matching remote handset.

**11**. The method of automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at a multimode cell phone different from said first type RF communication link according to claim **4**, wherein:

said second type RF communication link is a walkie-talkie link.

**12**. Apparatus for automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at a multimode cell phone different from said first type RF communication link, comprising:

means for participating in said first type RF communication link;

means for sensing an availability of said second type RF communication link;

means for establishing said second type RF communication link, when said second type RF communication link is sensed to be available by said means for sensing; and

means for switching parties participating in said first type RF communication link to active utilization of said second type RF communication link.

**13**. The apparatus for automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **12**, further comprising:

means for terminating said first type RF communication link after said means for switching switches said parties.

**14**. The apparatus for automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **12**, further comprising:

means for prompting a user of said availability of said second type RF communication link.

**15**. The apparatus for automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **14**, wherein:

said second type RF communication link is a walkie-talkie link.

**16**. The apparatus for automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **12**, wherein:

at least one of said RF communication links is a telephone call.

**17**. The apparatus for automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **12**, wherein:

said first type RF communication link is a cell phone call.

**18**. The apparatus for automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **17**, wherein:

said second type RF communication link is a cordless telephone call.

**19**. The apparatus for automatically switching between a first type RF communication link at a multimode cell phone and a second type RF communication link at said multimode cell phone different from said first type RF communication link according to claim **18**, wherein:

a cordless telephone used to participate in said cordless telephone call is adapted to implement a piconet protocol to communicate between a cordless telephone base unit and a matching remote handset.

\* \* \* \* \*

# EXHIBIT H

US006696941B2

(12) **United States Patent** (10) Patent No.: **US 6,696,941 B2**

Baker (45) Date of Patent: **Feb. 24, 2004**

(54) **THEFT ALARM IN MOBILE DEVICE**

(75) Inventor: **Thomas W. Baker**, Orefield, PA (US)

(73) Assignee: **Agere Systems Inc.**, Allentown, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/944,367**

(22) Filed: **Sep. 4, 2001**

(65) **Prior Publication Data**

US 2003/0043034 A1 Mar. 6, 2003

(51) **Int. Cl.**[7] ................................................. **G08B 1/08**
(52) **U.S. Cl.** ............................... **340/539.1**; 340/539.11; 340/539.32; 340/568.1; 340/568.7; 340/572.1; 340/572.8; 455/38.1; 455/38.2
(58) **Field of Search** ........................ 340/539.1, 593.11, 340/539.13, 539.15, 568.1, 571, 825.36, 7.1, 7.2, 7.58, 7.6, 7.61, 7.62, 539.32, 568.7; 455/38.2, 38.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,307,059 A * 4/1994 Connary et al. ............. 340/7.1

| | | | | |
|---|---|---|---|---|
| 5,504,476 A | * | 4/1996 | Marrs et al. | ................. 340/7.1 |
| 5,970,389 A | * | 10/1999 | Lewiner et al. | ............ 455/31.2 |
| 6,075,456 A | * | 6/2000 | Park | ........................... 340/7.1 |
| 6,160,477 A | * | 12/2000 | Sandelman et al. | ......... 340/506 |
| 6,198,390 B1 | * | 3/2001 | Schlager et al. | ............ 340/540 |
| 6,297,737 B1 | * | 10/2001 | Irvin | .......................... 340/571 |

* cited by examiner

*Primary Examiner*—Daryl Pope
(74) *Attorney, Agent, or Firm*—William H. Bollman

(57) **ABSTRACT**

A system and method for remotely triggering an audible alarm within a mobile phone is disclosed. A remote user calls the mobile phone and enters a personal identification number (PIN) attached to a remote calling device. The PIN is processed either within the mobile phone or within a central service. The PIN is compared to a pre-stored PIN. A match between the previously stored PIN and the PIN entered by the user produces a signal that triggers an audible alarm within mobile phone to deter theft and assist in recovery of a stolen mobile phone.

**24 Claims, 7 Drawing Sheets**



*FIG. 1*



*FIG. 2*



*FIG. 3*



U.S. Patent          Feb. 24, 2004          Sheet 4 of 7          US 6,696,941 B2

*FIG. 4*



*FIG. 5*

PRIOR ART



*FIG. 6*

PRIOR ART



*FIG. 7*

PRIOR ART



US 6,696,941 B2

**1**

## THEFT ALARM IN MOBILE DEVICE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to providing an audible alarm for a mobile phone. More particularly, it relates to a system and method for activating an audible alarm for a mobile phone to deter theft and assist in locating the mobile phone.

2. Background of Related Art

Mobile phones, Personal Digital Assistants, and other mobile wireless devices are small, portable, and easily stolen. If a mobile phone or other hardware is stolen, there is liability that the their will use the stolen mobile device, causing the user to be billed for services initiated by the thief.

One conventional way to protect a mobile phone or mobile wireless device is to add a lock/unlock personal identification number (PIN) to lock and unlock the device. Using such a system, the device becomes disabled until a lock/unlock PIN is entered that matches a pre-stored lock/unlock PIN in memory of the mobile phone.

FIG. **5** illustrates a conventional mobile phone comprising an external antenna **1**, an on/off button **2**, a speaker **3**, a cancel button **4**, a menu selection button **5**, scroll buttons **6** and **7**, a numerical keypad **8**, and a microphone **9**.

In particular, as shown in FIG. **5**, one conventional type mobile phone has a menu selection button **5** for access to a menu that will lock and unlock the device. Scroll buttons **6** and **7** allow a user to scroll through a menu system to choose a desired function. Once a lock and/or unlock menu is entered, the numerical keypad **8** is used to enter a lock/unlock PIN that the user will later use to both lock or unlock the device. The cancel button **4** may be depressed if the user mistakenly enters an incorrect lock/unlock PIN or wants to exit the current menu function.

FIG. **6** is a flow chart showing an exemplary process by which a lock/unlock PIN number is initially setup for use on a mobile phone.

In particular, as shown in FIG. **6**, a software routine monitors keyboard entries to determine if a locking setup menu is chosen **10**. If the locking setup menu **10** is not chosen, the software routine loops to continuously monitor if the user desires to enter the locking setup menu.

Once the user desires to enter the locking setup menu, a routine is called that requires a user to enter a lock/unlock PIN that will be used to lock or unlock the mobile wireless device **11**.

A conventional method of assuring that a user enters the correct lock/unlock PIN is to have the user re-enter the lock/unlock PIN at routine **12**. The lock/unlock PIN entered in routine **11** is compared with the lock/unlock PIN entered in routine **12**. If the lock/unlock PIN entered in routine **11** is not the same as the lock/unlock PIN entered in routine **12**, the program jumps back to routine **11** to force the user to begin the process over again to establish a lock/unlock PIN. If the lock/unlock PIN entered in routine **11** is the same as the lock/unlock PIN entered in routine **12**, the program progresses to store the lock/unlock PIN **14**.

The lock/unlock PIN is preferably stored in non-volatile memory. Non-volatile memory allows the lock/unlock PIN number to be maintained even without a constant source of power. The lock/unlock PIN would not be inadvertently erased if the battery power were allowed to run down, and

**2**

a thief would not be able to erase the lock/unlock PIN by simply removing the battery pack.

FIG. **7** is a flow chart showing an exemplary process by which a lock/unlock PIN number is entered to lock or unlock a mobile phone.

In particular, as shown in FIG. **7**, a software routine monitors if a lock and unlock menu is chosen **16**. If the lock and unlock menu **16** is not chosen, the software routine loops to continuously monitor if user desires to enter the lock and unlock menu **16**. Once the user enters the lock and unlock menu, a routine is called that requires a user to enter a lock/unlock PIN **17** that will be used to lock and unlock the mobile phone.

The entered lock/unlock PIN is compared to the lock/unlock PIN previously stored in memory **18** to determine if the proper lock/unlock PIN has been entered by the user. If the lock/unlock PIN entered by the user is not the same as the lock/unlock PIN stored in memory, the program branches back to the routine that requires the user to enter a lock/unlock PIN **17**. If the lock/unlock PIN entered by the user is the same as the lock/unlock PIN stored in memory, the program continues on to determine the current state of the phone, either locked or unlocked **19**. If a mobile phone is in a locked condition, a software routine unlocks the mobile phone to allow full functionality for the user at step **20**. If the mobile phone is in an unlocked condition, the software routine locks the mobile phone **21**. Once either the unlocking routine **20** or the locking routine **21** are completed, the lock/unlock menu function is exited at step **22**.

Locking a mobile phone prevents further use, but does not assist a user in finding their mobile phone, nor does it deter a thief from hiding the phone on their person.

There exists a need for an apparatus and method that discourages theft of a mobile phone, or if stolen, assists the owner in locating their stolen mobile phone.

### SUMMARY OF THE INVENTION

In accordance with the principles of the present invention, a mobile phone having an alarm capable of being remotely triggered comprises a remote trigger detection element. The remote trigger detection element responds to an alarm personal identification number (PIN) entered by a remote user to produce an alarm signal. The alarm signal triggers an audible alarm within the mobile phone.

A mobile phone having an alarm capable of being remotely triggered in accordance with another aspect of the present invention comprises a remote trigger detection element. A remote user enters an alarm PIN from a remote location from the mobile phone. The alarm PIN is compared with a previously stored user alarm PIN for the mobile phone at a central location. A match between alarm PINs causes an alarm activation signal to be produced. If the PIN is stored at a central location, the alarm activation signal is transmitted to the mobile phone. The mobile phone receives the alarm activation signal and activates an audible alarm.

A mobile phone having an alarm capable of being remotely triggered in accordance with another aspect of the present invention comprises an audible alarm disabling element. An alarm PIN is entered into the mobile phone. The alarm PIN is compared to a previously stored alarm PIN within memory. A match between alarm PINs causes an active audible alarm to become disabled.

### BRIEF DESCRIPTION OF THE DRAWINGS

Features and advantages of the present invention will become apparent to those skilled in the art from the following description with reference to the drawings, in which:

US 6,696,941 B2

3

4

FIG. 1 shows a mobile phone having an alarm PIN detection module in accordance with the principles of the present invention.

FIG. 2 shows a conventional phone connected to a PSTN used to call a stolen mobile phone in accordance with the principles of the present invention.

FIG. 3 shows a flowchart for monitoring for an alarm PIN and triggering an audible alarm, in accordance with the principles of the present invention.

FIG. 4 shows a flow chart for disabling an audible alarm, in accordance with the principles of the present invention.

FIG. 5 shows a conventional mobile phone with menu access buttons.

FIG. 6 shows a conventional flowchart of setting up a locking PIN number.

FIG. 7 shows a conventional flowchart of locking and unlocking the operation of a mobile phone.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

The present invention provides a method and apparatus for remotely triggering an audible alarm in a wireless device such as a mobile phone.

FIG. 1 shows a mobile phone having an alarm PIN detection module in accordance with the principles of the present invention.

In particular, FIG. 1 shows a mobile phone 100 comprising an alarm PIN detection module 200, a processor 210, and an alarm PIN memory 230, an antenna, and a speaker 220.

In operation, the mobile phone 100 receives through its antenna 240 the alarm PIN used to both activate and/or deactivate the audible alarm produced by the speaker 220.

An incoming data signal containing conventional cellular data also contains an alarm PIN value. The incoming data signal including the alarm PIN is processed by the processor 210 to separate the PIN from extraneous data received through antenna 240. Processor 210 transfers the received alarm PIN to the alarm PIN detection module 200.

Alarm PIN detection module 200 compares the alarm PIN received through antenna 240 with a previously stored alarm PIN in alarm PIN memory 230. If alarm PIN detection module 200 determines that a match exists between the alarm PIN received through antenna 240 and the alarm PIN stored in 230, alarm PIN detection module instructs processor 210 to activate the speaker 220 to produce an audible alarm. The audible alarm produced by speaker 240 is used by a victim to locate the stolen mobile phone 100.

FIG. 2 shows a phone 130 connected to a wired phone system 110 used to call a stolen mobile phone 100.

In particular, a conventional phone 130 is used in a conventional manner to place a call over a public service telephone network (PSTN) 110. The victim calls their own phone number in addition to entering the alarm PIN used to activate the theft alarm on the mobile phone. The call is routed in a conventional manner through a PSTN 110 to a cellular wireless network 140.

The call reaches a phone 100 over the cellular wireless network 140. The alarm PIN entered by the victim is also transferred to the stolen mobile phone 100. Upon reception of the alarm PIN by the mobile phone 100, the speaker 220 within the phone (as shown in FIG. 1) is activated to produce an audible tone that allows the victim to locate the mobile phone being held by a thief 120.

The alarm PIN transferred to the stolen mobile phone 100 can occur whether the phone is taken off-hook or remains on-hook. In a similar manner that a mobile phone receives information, such as caller ID, the stolen mobile phone receives the alarm PIN data.

If the stolen mobile phone 100 is powered off when a thief has stolen the mobile phone, the alarm PIN is periodically transmitted by the cellular wireless network 140 to activate the speaker 220 once the phone is turned on. A confirmation signal is then transmitted back to the cellular wireless network 140 confirming the activation of the speaker 220, ending the need to periodically transmit the alarm PIN to the mobile phone 100.

Activation of the audible alarm over speaker 220 even when outside of the victim hearing range still has the deterrent effect of alerting others that a thief 120 is near. This encourages a thief 120 to abandon the stolen mobile phone 100, assisting the victim in recovering the mobile phone 100.

FIG. 3 shows a flowchart utilized to activate an audible alarm of a mobile phone, in accordance with a first embodiment of the present invention.

In particular, FIG. 3 shows an exemplary process to activate a mobile device such as a mobile phone.

In step 23, a software routine within the mobile phone monitors for an incoming call 23.

In step 24, a decision is made if an incoming call has been received by the mobile phone.

If no incoming call has been received, the program loops back to step 23 to continuously monitor for an incoming call.

In step 25, if an incoming call is available, the program continues to monitor for an alarm PIN entry from a remote user desiring to access the mobile phone.

The alarm PIN is established by the mobile phone's owner in a manner similar to setting up a lock/unlock PIN as described in relation to FIG. 6 above. An alarm PIN setup menu is used to enter an alarm PIN value that is easily remembered by the mobile phone's owner.

In step 26, it is determined whether or not an alarm PIN value has been transmitted from the remote user to the mobile phone. Importantly, in accordance with the principles of the present invention, a user may call their own phone and enter an alarm PIN. Once such an alarm PIN has been entered, the remote user's alarm PIN is compared with the alarm PIN stored in the alarm PIN memory 230 of the mobile wireless device. If the proper alarm PIN has not been entered by a remote victim accessing their stolen mobile phone, the program branches back to step 25, monitoring for an alarm PIN entry. If the proper alarm PIN has been entered by a remote victim accessing their stolen mobile phone, the program proceeds to step 27, which triggers the audible alarm.

The audible alarm can be turned off either by entering a menu function within the mobile phone or remotely calling the phone and again entering the alarm PIN value. A menu function within the mobile phone similar to the menu described above to lock/unlock the mobile phone is used to disable the audible alarm by entry of the alarm PIN through the mobile phone keypad 8, as shown in FIG. 5. Alternately, the audible alarm can be disable remotely by the mobile phone's owner again calling the mobile phone and entering an alarm PIN. An alarm PIN received a second time is used to disable the audible alarm in instances where the audible alarm is triggered by a mistaken belief the mobile phone was stolen, when it had in fact been borrowed.

The routine 28 for triggering the audible alarm is exited once the alarm is activated.

US 6,696,941 B2

5

In the preferred embodiment, a default alarm sound distinct from a ringing sound used when a conventional call is made to the mobile phone is configured for the mobile phone during manufacture.

FIG. 4 shows a flow chart for disabling an audible alarm, in accordance with the principles of the present invention.

In particular, FIG. 4 shows exemplary steps used to deactivate a mobile phone in accordance with the invention.

A software routine within the mobile phone monitors if a user of the remote mobile phone desires to enter the menu for disabling the audible alarm 29. If a user desires to enter the routine to disable the audible alarm, the program proceeds to step 30, requesting an alarm PIN. An alarm PIN is requested by the software from the user, which is input through the exemplary keypad as shown in FIG. 5, item 8.

Once an alarm PIN has been entered by a user of the mobile phone, a determination is made if the alarm PIN is correct at step 31. To determine if the alarm PIN is correct, the entered alarm PIN value is compared to an alarm PIN value previously entered, stored in alarm pin memory 230. If the two values are identical, the program proceeds to step 32, a determination if the audible alarm is currently active. If the audible alarm is currently active, the program proceeds to step 33, disabling the audible alarm. If the audible alarm is not active, there are no further steps required and the routine to disable the audible alarm is exited 34.

The alarm 220 can be an audible alarm, a visible alarm such as on the mobile wireless device's display, a vibrating alarm, and/or any other suitable form of activating a sensory output of the mobile wireless device.

In an alternative embodiment, the audible alarm can be configured by a mobile wireless user to allow unique identification, e.g., to find their misplaced mobile phone in a crowded place. The unique audible alarm preferably is distinguishable from a typical audible ring indicating an incoming call.

In one alternative embodiment, an alarm PIN can be entered by a remote user desiring access to the mobile wireless device even without the mobile wireless device becoming off-hook. An alarm PIN would immediately be entered by the remote user, and an alarm PIN is sent from a service provider, such as through a Global System for Mobile Communications (GSM) short message or via the service provider itself. The PIN can be sent over any of the mobile device's receive channels. In the alternate embodiment, the mobile wireless device would operate as described above to activate the audible alarm.

In an alternate embodiment, the alarm PIN is stored at a central location remote from the mobile phone. When a user desires to trigger the alarm PIN, the user enters the alarm PIN, as described above, at a remote location. The alarm PIN is then compared to a previously entered alarm PIN at a central location. A proper alarm PIN then causes an alarm trigger signal to be transmitted from the central location to the mobile phone. The mobile phone processes the alarm trigger signal to trigger the alarm on the mobile phone.

In yet another embodiment, the triggering of the alarm of the mobile phone is used in conjunction with a disablement of the phone. Therefore, the mobile phone will not only provide a sensory warning of a theft, but would also leave the mobile phone unusable.

Although the present invention is described with reference to embodiments for triggering an audible alarm in a mobile phone, the principles of the present invention are equally applicable to the remote triggering of alarms in other

6

types of stolen mobile receiving devices, e.g, in a Personal Digital Assistant (PDA), in a pager, in a laptop, in a portable digital radio, etc.

While the invention has been described with reference to the exemplary embodiments thereof, those skilled in the art will be able to make various modifications to the described embodiments of the invention without departing from the true spirit and scope of the invention.

What is claimed is:

1. A method of remotely triggering an alarm within a mobile wireless device, said method comprising:

receiving an alarm trigger signal from a service provider to said mobile wireless device based on user authorization;

triggering a sensory output from said mobile wireless device based on receipt of said alarm trigger signal from said service provider; and

preventing a current holder of said mobile wireless device from stopping said sensory output unless an alarm PIN is manually entered by said holder into said mobile wireless device.

2. The method of remotely triggering an alarm within a mobile wireless device according to claim 1, wherein:

said sensory output is an audible alarm.

3. The method of remotely triggering an alarm within a mobile wireless device according to claim 1, wherein:

said sensory output is a visible alarm on a display.

4. The method of remotely triggering an alarm within a mobile wireless device according to claim 1, wherein:

said alarm is configurable.

5. The method of remotely triggering an alarm within a mobile wireless device to claim 1, further comprising:

comparing said alarm PIN to a previously entered alarm PIN stored in said mobile wireless device.

6. The method of remotely triggering an alarm within a mobile wireless device according to claim 1, wherein:

said mobile wireless device is a wireless phone.

7. The method of remotely triggering an alarm within a mobile wireless device according to claim 1, wherein:

said mobile wireless device is a personal data assistant.

8. The method of remotely triggering an alarm within a mobile wireless device according to claim 1, wherein:

said mobile wireless device is a pager.

9. The method of remotely triggering an alarm within a mobile wireless device according to claim 1, wherein:

said mobile wireless device is a personal computer.

10. A remotely triggering means for an alarm within a mobile wireless device comprising:

means for receiving an alarm trigger signal from a service provider to said mobile wireless device based on user authorization; and

means for triggering a sensory output based on receipt of said alarm trigger signal from said service provider; and

means for preventing a current holder of said mobile wireless device from stopping said sensory output unless an alarm PIN is manually entered by said holder into said mobile wireless device.

11. The remotely triggering means for an alarm within a mobile wireless device according to claim 10, wherein:

said sensory output is an audible alarm.

12. The remotely triggering means for an alarm within a mobile wireless device according to claim 10, wherein:

said sensory output is a visible alarm on a display.

US 6,696,941 B2

7

**13**. The remotely triggering means for an alarm within a mobile wireless device according to claim **10**, wherein:

said sensory output is configurable.

**14**. The remotely triggering means for an alarm within a mobile wireless device to claim **10**, further comprising:

a means for comparing said alarm PIN to a previously entered alarm PIN stored in said mobile wireless device.

**15**. The remotely triggering means for an alarm within a mobile wireless device according to claim **10**, wherein:

said mobile wireless device is a wireless phone.

**16**. The remotely triggering means for an alarm within a mobile wireless device according to claim **10**, wherein:

said mobile wireless device is a personal data assistant.

**17**. The remotely triggering means for an alarm within a mobile wireless device according to claim wherein:

said mobile wireless device is a pager.

**18**. The remotely triggering means for an alarm within a mobile wireless device according to claim **10**, wherein:

said mobile wireless device is a laptop computer.

**19**. The remotely triggering means for an alarm within a mobile wireless device according to claim **10**, further comprising:

means for authorizing said alarm PIN in said received alarm trigger signal.

**20**. The method of remotely triggering an alarm within a mobile wireless device according to claim **1**, wherein:

8

said alarm trigger signal is transmitted to said mobile wireless device while said mobile wireless device is off-hook.

**21**. The method of remotely triggering an alarm within a mobile wireless device according to claim **1**, further comprising:

periodically transmitting said alarm trigger signal to said mobile wireless device until a confirmation signal is received indicating that said mobile device has activated said sensory output.

**22**. The method of remotely triggering an alarm within a mobile wireless device according to claim **1**, further comprising:

turning said sensory output off upon receipt of a second reception of said alarm trigger signal.

**23**. The method of remotely triggering an alarm within a mobile wireless device according to claim **1**, wherein:

said sensory output is distinctive from a ring associated with ordinary receipt of a phone call.

**24**. The method of remotely triggering an alarm within a mobile wireless device according to claim **1**, further comprising:

disabling ordinary operation of said mobile device when said alarm trigger signal is received to activate said sensory output.

*   *   *   *   *

# EXHIBIT I

US007039435B2

(12) **United States Patent**

McDowell et al.

(10) Patent No.: **US 7,039,435 B2**

(45) **Date of Patent:** **May 2, 2006**

(54) **PROXIMITY REGULATION SYSTEM FOR USE WITH A PORTABLE CELL PHONE AND A METHOD OF OPERATION THEREOF**

(75) Inventors: **Richard L. McDowell**, Chalfont, PA (US); **Philip D. Mooney**, Sellersville, PA (US)

(73) Assignee: **Agere Systems Inc.**, Allentown, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 565 days.

(21) Appl. No.: **09/967,140**

(22) Filed: **Sep. 28, 2001**

(65) **Prior Publication Data**

US 2003/0064732 A1    Apr. 3, 2003

(51) **Int. Cl.**
    **H04B 7/00**        (2006.01)
(52) **U.S. Cl.** ................. **455/522**; 455/575.5; 455/115.1
(58) **Field of Classification Search** ............... 455/522, 455/456.1, 574, 575.5, 572, 127.1, 115.1, 455/550.1, 300, 301, 569.1, 575.6, 100
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,636,741 A   *   1/1987  Mitzlaff ...................... 330/127

| | | | |
|---|---|---|---|
| 6,195,562 B1 | * | 2/2001 | Pirhonen et al. ......... 455/553.1 |
| 6,408,187 B1 | * | 6/2002 | Merriam ...................... 455/458 |
| 6,456,856 B1 | * | 9/2002 | Werling et al. .......... 455/575.5 |
| 6,498,924 B1 | * | 12/2002 | Vogel et al. ............. 455/67.11 |
| 2003/0064761 A1 | * | 4/2003 | Nevermann ................. 455/572 |
| 2003/0076168 A1 | * | 4/2003 | Forrester ................... 330/129 |
| 2004/0176125 A1 | * | 9/2004 | Lee ............................ 455/522 |
| 2004/0203345 A1 | * | 10/2004 | Tehrani ...................... 455/11.1 |
| 2005/0075123 A1 | * | 4/2005 | Jin et al. ................... 455/522 |
| 2005/0093624 A1 | * | 5/2005 | Forrester et al. ........... 330/129 |
| 2005/0124305 A1 | * | 6/2005 | Stichewlbout .............. 455/117 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 843 421 A2 | 5/1998 |
| EP | 0 977 304 A1 | 2/2000 |
| WO | WO 98/29968 | 7/1998 |
| WO | WO 02/05443 A2 | 1/2002 |

* cited by examiner

*Primary Examiner*—Sonny Trinh

(57)        **ABSTRACT**

A proximity regulation system for use with a portable cell phone and a method of operating the same. In one embodiment, the proximity regulation system includes a location sensing subsystem that is configured to determine a location of the portable cell phone proximate a user. A power governing subsystem is coupled to the location sensing subsystem and configured to determine a proximity transmit power level of the portable cell phone based on the location.

**9 Claims, 3 Drawing Sheets**





*FIG. 1*

FIG. 2



*FIG. 3*



US 7,039,435 B2

**1**

## PROXIMITY REGULATION SYSTEM FOR USE WITH A PORTABLE CELL PHONE AND A METHOD OF OPERATION THEREOF

### TECHNICAL FIELD OF THE INVENTION

The present invention is directed, in general, to a mobile telecommunications device and, more specifically, to a system and method of determining a proximity transmit power level of a portable cell phone based on a proximity to a user.

### BACKGROUND OF THE INVENTION

Since the inception of the wireless or cellular ("cell") phone in the late 1940's, cell phone usage has expanded beyond their utilitarian beginnings. Presently, cell phones are being used in every aspect of business along with every facet of personal life. People of all ages are now using cell phones as the price of cell phones and services decrease. Presently, more than 74 million cell phones are in use in the United States with estimates predicting more than 139 million in a few years. Cell phones are moving beyond communication tools, and are now taking a place in history by weaving themselves into the social fabric by becoming fashion statements and symbols of power and importance.

Along with the increase in usage has come the requests for improved service and communication quality. Consumers are now looking for more than just wireless voice communication but also Internet access, calendars, organizers, and even games. Meanwhile, manufacturers struggle to meet consumer demands for more options and better quality of service.

Typically, the quality of service of a cell phone is proportional to the transmit power level of the cell phone. Though no definite proof has been determined, health concerns have arisen due to the power used to transmit the radio frequency of cell phones when operated close to the body of a cell phone user. For example, when held close to the ear, many users have health concerns about the high levels of radio frequency energy causing damage to brain cells.

Most of the concerns from consumers center around using the cell phone close to the ear or head of a user. New studies, however, have also suggested that cell phone usage may possibly cause stomach cancer when located near the mid-section when sending and receiving data text messaging. Cell phone users still want the best possible quality of service from their cell phone. However, health concerns regarding the transmit power of cell phones are now beginning to affect some users.

Manufacturers have tried several options to relieve the fears of consumers. One such option involves permanently reducing the power of the transmitter in cell phones. Though this may be perceived as a safety advantage to some customers, unfortunately, this also reduces the quality of service of the cell phone. Another option for consumers is the use of cell phones with a base that typically allows a higher transmit power level of up to three watts. This may be the case for a cell phone that is permanently mounted, such as in an automobile. These type of cell phones, however, do not allow the flexibility demanded by consumers that is found in the use of a portable cell phone.

Accordingly, what is needed in the art is a system and method to automatically reduce the transmit power level of a portable cell phone when located near a human body thereby decreasing the perception of health risks associated with the use thereof.

**2**

### SUMMARY OF THE INVENTION

To address the above-discussed deficiencies of the prior art, the present invention provides a proximity regulation system for use with a portable cell phone. In one embodiment, the proximity regulation system includes a location sensing subsystem that is configured to determine a location of the portable cell phone proximate a user. A power governing subsystem is coupled to the location sensing subsystem and configured to determine a proximity transmit power level of the portable cell phone based on the location.

In another aspect, the present invention provides a method of operating a portable cell phone including determining a location of the portable cell phone proximate a user. The method further includes providing a control signal based on the location, and determining a proximity transmit power level of the portable cell phone based on the control signal.

In yet another aspect, the present invention provides a portable cell phone that includes a power circuit as a function of a position to a communications tower and a proximity regulation system. The proximity regulation system includes a location sensing subsystem that determines a location of the portable cell phone proximate a user. The proximity regulation system also includes a power governing subsystem, coupled to the location sensing subsystem, that determines a proximity transmit power level of the portable cell phone based on the location.

The foregoing has outlined, rather broadly, preferred and alternative features of the present invention so that those skilled in the art may better understand the detailed description of the invention that follows. Additional features of the invention will be described hereinafter that form the subject of the claims of the invention. Those skilled in the art should appreciate that they can readily use the disclosed conception and specific embodiment as a basis for designing or modifying other structures for carrying out the same purposes of the present invention. Those skilled in the art should also realize that such equivalent constructions do not depart from the spirit and scope of the invention in its broadest form.

### BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, reference is now made to the following descriptions taken in conjunction with the accompanying drawings, in which:

FIG. **1** illustrates a network diagram of an embodiment of a cellular telephone network employing a portable cell phone constructed in accordance with the principles of the present invention;

FIG. **2** illustrates a block diagram of an embodiment of a portable cell phone employing a proximity regulation system constructed in accordance with the principles of the present invention; and

FIG. **3** illustrates a flow diagram of an embodiment of a method of operating a portable cell phone constructed in accordance with the principles of the present invention.

### DETAILED DESCRIPTION

Referring initially to FIG. **1**, illustrated is a network diagram of an embodiment of a cellular telephone network, generally designated **100**, employing a portable cell phone **120** constructed in accordance with the principles of the present invention. The cellular telephone network **100** includes a communications tower **110** in communication with the portable cell phone **120**, employable by a portable

US 7,039,435 B2

**3**

cell phone user **150**. The portable cell phone **120** includes an antenna **125**, a power circuit **130** and a proximity regulation system **140**.

The communications tower **110** is a conventional communications tower that is positioned to communicate with the portable cell phone **120**. The communications tower **110** may provide either analog or digital communications depending on the cellular telephone network **100** being used. For more information regarding communications towers and their use in cellular telephone networks, see "Mobile Communications Engineering: Theory and Applications" by William C. Y. Lee, McGraw Hill (1997), which is incorporated herein by reference.

In the illustrated embodiment, the portable cell phone **120** is a digital cell phone capable of receiving both voice and text messaging. In an alternative embodiment, the portable cell phone **120** may also be capable of using a headset attachment to allow hands-free operation. The portable cell phone **120** may also attach to a belt clip for storage or for use in conjunction with a headset attachment. In addition, the portable cell phone **120** may also allow hands-free operation while stored in a cradle. The cradle may be a conventional cradle, which is constructed to hold or store the portable cell phone **120**.

The antenna **125** is a conventional portable cell phone antenna that provides communications between the portable cell phone **120** and the communications tower **110**. Through the antenna **125**, the portable cell phone **120** sends and receives voice or data communications across the cellular telephone network **100** via the communications tower **110**.

In the illustrated embodiment, the power circuit **130** may be a typical power circuit in the portable cell phone **120** that produces a transmit power level equivalent to, for instance, a maximum transmit power level of one watt. Through communications with the communications tower **110** employing the antenna **125**, the power circuit **130** may also provide a network adjusted transmit power level that is lower than the maximum transmit power level of one watt. The network adjusted transmit power level is based on a transmit signal strength of a communications path between the communications tower **110** and the portable cell phone **120**.

In an advantageous embodiment of the present invention, the power circuit **130** is further coupled to the proximity regulation system **140** that determines a proximity transmit power level of the portable cell phone **120** based on its location proximate the portable cell phone user **150**. Though not illustrated in FIG. **1**, the proximity regulation system **140** includes a location sensing subsystem and a power governing subsystem, which cooperate to determine both the proximity transmit power level and when it may be employed. Both the location sensing subsystem and the power governing subsystem are more fully discussed with respect to FIG. **2**.

The proximity regulation system **140** in the illustrated embodiment, is a dedicated device that is constructed of special-purpose hardware employing a software program, which directs its operation. In an alternative embodiment, the proximity regulation system **140** may be integrated into a power algorithm employing software that controls the power circuit **130**. The proximity regulation system **140** may be installed when the portable cell phone **120** is constructed. Alternatively, the proximity regulation system **140** may be an after market addition to the already constructed portable cell phone **120**. In one embodiment, the proximity regulation system **140** may be installed with a switch that allows the portable cell phone user **150** to disengage the proximity

**4**

regulation system **140**. In another embodiment, the proximity regulation system **140** may be used with a personal digital assistant or any other portable device that may emit radio frequency energy within the vicinity of a user.

The portable cell phone user **150** is typically anyone who uses a portable cell phone. This, of course, includes children through senior adults. In the illustrated embodiment, the portable cell phone user **150** is using the portable cell phone **120** proximate their head. Alternatively, the portable cell phone user **150** may use the portable cell phone **120** while attached to a belt clip or in conjunction with a headset. In another embodiment, the portable cell phone user **150** may use the portable cell phone **120** for data text messaging. In this case, the portable cell phone **120** may be typically located in front of the portable cell phone user **150** and within a distance of an arm's length. It is also contemplated that the portable cell phone **120** may transmit and receive other forms of multimedia communications such as video.

Turning now to FIG. **2**, illustrated is a block diagram of an embodiment of a portable cell phone, generally designated **200**, employing a proximity regulation system **210** constructed in accordance with the principles of the present invention. The portable cell phone **200** includes the proximity regulation system **210**, a power circuit **240**, a headset operation mode input **250**, a belt clip sensor **260** and a data transfer operation mode circuit **270**. The portable cell phone **200** is attached to a belt clip **280** having a position indicator **290**. The proximity regulation system **210** includes a location sensing subsystem **220** and a power governing subsystem **230**.

The proximity regulation system **210** determines a proximity transmit power level of the portable cell phone **200** based on the location of the portable cell phone **200** proximate a portable cell phone user. In the illustrated embodiment, the proximity regulation system **210** is a dedicated device that is solely hardwired. As discussed above with respect to FIG. **1**, the proximity regulation system **210** is coupled to the power circuit **240**. Additionally, the proximity regulation system **210** is coupled to the headset operation mode input **250**, the belt clip sensor **260** and the data transfer operation mode circuit **270**. Of course, a portable cell phone may still employ the proximity regulation system **210** without the headset operation mode input **250**, the belt clip sensor **260** or the data transfer operation mode circuit **270**.

The location sensing subsystem **220** is coupled to the power governing subsystem **230**, and determines a location of the portable cell phone **200** proximate a user. In the illustrated embodiment, the location sensing subsystem **220** is embodied in an integrated circuit. In another embodiment, the location sensing subsystem **220** may be embodied as a sequence of operating instructions.

In an exemplary embodiment, the location sensing subsystem **220** determines that the portable cell phone **200** is proximate the head of the user if there is no indication that the portable cell phone **200** is in a data transfer operation mode, a headset operation mode or located on a belt clip. In another embodiment, the location sensing subsystem **220** may determine if the portable cell phone **200** is proximate the head of the user through a designated sensor **225** located on the portable cell phone **200**.

The designated sensor **225** may be an inductively coupled loop that changes a surrounding magnetic field when in the vicinity of the user's head. The change in the magnetic field creates a change in the inductive coupling thereby causing an impedance change associated with the inductively coupled loop. The impedance change may affect the current

US 7,039,435 B2

**5**

flow in the inductively coupled loop, which can be used to indicate the proximity of the portable cell phone **200** to the user's head.

In an alternative embodiment, the designated sensor **225** may also be a contact sensor that indicates proximity of the portable cell phone **200** to the user's head when the portable cell phone **200** is touching the user's ear. The contact sensor may also indicate proximity of the portable cell phone **200** to the user by contact from the user's hand. One skilled in the pertinent art will understand that other sensors may be used to indicate the proximity of the portable cell phone **200** to the user's body.

In an alternative embodiment, the location sensing subsystem **220** determines that the portable cell phone **200** is proximate the body of the user when receiving an indication from the data transfer operation mode circuit **270**. Additionally, the location sensing subsystem **220** may determine that the portable cell phone **200** is proximate the body of the user if the portable cell phone **200** is located on the belt clip **280** or a headset is inserted in the headset operation mode input **250**. Still, another embodiment may indicate that the portable cell phone **200** is away from the body of the user when the portable cell phone **200** is in a cradle.

The power governing subsystem **230** is coupled to the location sensing subsystem **220**. The power governing subsystem **230** determines the proximity transmit power level of the portable cell phone **200** based on the location of the portable cell phone **200** as determined by the location sensing subsystem **220**. In one embodiment, the network adjusted transmit power level may be reduced to a value determined by the proximity transmit power level when the location of the portable cell phone **200** is within the vicinity of the user's head. In another embodiment, the network adjusted transmit power level may be similarly reduced when the location of the portable cell phone **200** is just within the vicinity of a user's body.

In another embodiment, the proximity transmit power level may match the network adjusted transmit power level, which may be the maximum transmit power level of, for instance, one watt, when the portable cell phone **200** is operating in the headset operation mode or the data transfer mode. In still another embodiment, the proximity transmit power level may be further reduced when the portable cell phone user is a child. A switch **235** may be installed on the portable cell phone **200** to allow this user option. Additionally, the switch **235** may also allow the user to disengage the proximity regulation system **210** whenever desired. In one embodiment, the switch **235** may be a standard software switch that the user controls through a display and a keypad of the portable cell phone **200**.

The headset operation mode input **250** is a conventional receptacle for receiving a headset that allows hands-free operation. As mentioned above, the headset operation mode input **250** is coupled to the proximity regulation system **210**. The location sensing subsystem **220** of the proximity regulation system **210** receives an indication that the headset is in use from the headset operation mode input **250** when a headset is inserted. In one embodiment, the location sensing subsystem **220** determines that the portable cell phone **200** is not within the vicinity of the head of the user upon receiving indication from the headset operation mode input **250**.

In another embodiment, the location sensing subsystem **220** may determine that the portable cell phone **200** is within the vicinity of the user's body if the headset is inserted in the headset operation mode input **250**. In an alternative embodiment, the location sensing subsystem **220** may determine

**6**

that the headset operation mode input **250** may be used in conjunction with the belt clip sensor **260** to indicate that the portable cell phone **200** is proximate the user's body.

The belt clip sensor **260** is coupled to the proximity regulation system **210** and indicates when the portable cell phone **200** is located within the belt clip **280**. The belt clip sensor **260** may be a contact sensor that is depressed by a protrusion on the belt clip **280** when placed in the belt clip **280**. In an alternative embodiment, the belt clip sensor **260** may use an inductively coupled loop constructed to indicate to the location sensing subsystem **220** that the portable cell phone **200** is in the belt clip **280**.

The data transfer operation mode circuit **270** is coupled to the proximity regulation system **210** and indicates to the location sensing subsystem **220** of the proximity regulation system **210** when the portable cell phone **200** is being used for data text messaging. As mentioned above with respect to the discussion of the antenna **125** of FIG. **1**, the data text messaging may be received from a communications network via an antenna such as those shown in FIG. **1**.

The belt clip **280** is a conventional device for holding the portable cell phone **200**. The belt clip **280** is typically constructed of plastic and constructed to attach to a user's belt. The belt clip **280** may hold the portable cell phone **200** when the user is not using the portable cell phone **200**. In alternative embodiments, the belt clip **280** may hold the portable cell phone **200** when the headset is being employed. In other embodiments, another type of clip may be used by the user to hold the portable cell phone **200**. For example, instead of the belt clip **280**, the user may store the portable cell phone **200** in a clip that attaches to a shirt pocket or an arm band.

The position indicator **290** of the belt clip **280** may be a protrusion that depresses the belt clip sensor **260** on the portable cell phone **200** to indicate to the location sensing subsystem **220** that the portable cell phone **200** is positioned in the belt clip **280**. In an alternative embodiment, the position indicator **290** may be a metallic insert that varies the magnetic field of an inductively coupled loop of the belt clip sensor **260**. It should be noted that other pertinent components not shown may be included within the portable cell phone **200** without departing from the scope of the present invention.

Turning now to FIG. **3**, illustrated is a flow diagram of an embodiment of a method, generally designated **300**, of operating a portable cell phone constructed in accordance with the principles of the present invention. The method **300** starts in a step **305** with an intent to operate a portable cell phone.

Following the step **305**, the portable cell phone determines its location proximate a user in a step **310**. In one embodiment, the location may be determined by a designated sensor that indicates the proximity of the portable cell phone to a user's head. In alternative embodiments, the location may be determined by other sensors including a belt clip sensor, a cradle sensor, or a headset sensor.

After determining proximity to the user, the portable cell phone provides a control signal in a step **320**. The control signal may, for instance, be either a voltage level or current level that is designated to correspond to the previously determined location. Those skilled in the pertinent art will understand the use of control signals to represent a determined condition.

After providing a control signal, the portable cell phone determines if the control signal indicates proximity of the portable cell phone to the user in a first decisional step **330**. In one embodiment, various control signals may be desig-

US 7,039,435 B2

7

8

nated to correspond to different locations of the portable cell phone proximate the portable cell phone user. For example, one control signal may represent that the portable cell phone is in the vicinity of the user's head. Another control signal may be used to represent that the portable cell phone is in the vicinity of the user's body. In alternative embodiments, the control signal may represent that the portable cell phone is not within the vicinity of the user's body.

In the illustrated embodiment, if it is determined that the portable cell phone is proximate the user, then the transmit power level is reduced as determined by a value of a proximity transmit power level, in a step **340**. In one embodiment, the transmit power level may be reduced to one network adjusted transmit power level whenever the portable cell phone is within the vicinity of any part of the user's body. In another embodiment, the transmit power level may be reduced to various allowable proximity transmit power levels depending on the vicinity of the portable cell phone to different parts of the user's body.

After adjusting the transmit power level, the portable cell phone then transmits at a reduced level in a step **350**. In one embodiment, the adjusted transmit power level may not exceed the network adjusted transmit power level as determined by the communications path between the portable cell phone and the communications tower. In other embodiments, the adjusted transmit power level may be reduced to the proximity transmit power level. Finally, the transmission of the portable cell phone ends in a step **370**.

Returning now to the first decisional step **330**, if the portable cell phone is not proximate the user, then the method **300** proceeds to a step **360** wherein the portable cell phone transmits at the network adjusted transmit power level. In one embodiment, the network adjusted transmit power level may equal the maximum transmit power level of a portable cell phone. In other embodiments, the network adjusted transmit power level may be a reduction from the maximum transmit power level due to the communications path between the communications tower and the portable cell phone. After transmitting in step **370**, the method **300** ends in the previously mentioned step **360**.

Although the present invention has been described in detail, those skilled in the art should understand that they can make various changes, substitutions and alterations herein without departing from the spirit and scope of the invention in its broadest form.

What is claimed is:

**1**. A portable cell phone, comprising:
a power circuit that provides a network adjusted transmit power level as a function of a position to a communications tower; and
a proximity regulation system, including:
a location sensing subsystem that determines a location of said portable cell phone proximate a user; and
a power governing subsystem, coupled to said location sensing subsystem, that determines a proximity transmit power level of said portable cell phone based on said location and determines a transmit power level for said portable cell phone based on said network adjusted transmit power level and said proximity transmit power level.

**2**. The portable cell phone as recited in claim **1** wherein said location sensing subsystem determines said location with respect to a portion of a body of said user.

**3**. The portable cell phone as recited in claim **1** wherein said proximity transmit power level is limited to a predetermined maximum level.

**4**. The portable cell phone as recited in claim **1** wherein said proximity transmit power level is maximum when said portable cell phone is operating in a headset operation mode or data transfer operation mode.

**5**. The portable cell phone as recited in claim **1** wherein said portable cell phone is located on a belt-clip of said user.

**6**. The portable cell phone as recited in claim **1** wherein said location sensing subsystem or said power governing subsystem is embodied in an integrated circuit.

**7**. The portable cell phone as recited in claim **1** wherein said proximity transmit power level is reduced to one level when said location is within a vicinity of a user's head and reduced to a second level when said location is within a vicinity of a user's midsection.

**8**. The portable cell phone as recited in claim **1** wherein said location sensing subsystem determines said location by employing a sensor selected from the group consisting of:
a designated sensor,
a contact sensor,
a belt clip sensor, and
a cradle sensor.

**9**. The portable cell phone as recited in claim **1** wherein said location sensing subsystem determines said location by ascertaining a mode of operation of said portable cell phone.

\*   \*   \*   \*   \*

# EXHIBIT J

US006963129B1

(12) **United States Patent**
**Evans et al.**

(10) **Patent No.: US 6,963,129 B1**
(45) **Date of Patent: Nov. 8, 2005**

(54) **MULTI-CHIP PACKAGE HAVING A CONTIGUOUS HEAT SPREADER ASSEMBLY**

(75) Inventors: **Thomas Evans**, LaPorte, CO (US); **Stan Mihelcic**, Pleasanton, CA (US); **Leah M. Miller**, Fremont, CA (US); **Kumar Nagarajan**, San Jose, CA (US); **Edwin M. Fulcher**, Palo Alto, CA (US)

(73) Assignee: **LSI Logic Corporation**, Milpitas, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/464,178**

(22) Filed: **Jun. 18, 2003**

(51) **Int. Cl.**[7] ........................ **H01L 23/10**; H01L 23/34
(52) **U.S. Cl.** ...................................... **257/706**; 257/707
(58) **Field of Search** ............................... 257/723, 706, 257/707

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,723,369 A 3/1998 Barber
5,777,383 A 7/1998 Stager et al.
5,790,384 A 8/1998 Ahmad et al.
5,956,576 A * 9/1999 Toy et al. .................. 438/125
6,008,536 A 12/1999 Mertol
6,111,313 A 8/2000 Kutlu
6,411,507 B1 * 6/2002 Akram ....................... 361/690
6,680,532 B1 * 1/2004 Miller et al. ................ 257/723

* cited by examiner

*Primary Examiner*—Phat X. Cao
(74) *Attorney, Agent, or Firm*—Daffer McDaniel, LLP

(57) **ABSTRACT**

A system and method are provided for forming a multi-chip package. The multi-chip package includes a multi-layer substrate and a heat spreader of single, unibody construction. At least two integrated circuits are coupled between the multi-layer substrate and the heat spreader. The integrated circuits are spaced from one another to allow airflow between those circuits and a portion of the underside surface of the heat spreader. Depending on the layout of the package, a passive device can also be placed in the space between integrated circuits. The passive device extends upward a spaced distance from the underneath surface of the heat spreader so as not to block the airflow therebetween. The multi-chip package can accommodate integrated circuits that are either all packaged, all unpackaged, or a combination of each. If packaged and unpackaged integrated circuits are placed on the multi-layer substrate, the heat spreader can extend in two separate planes to accommodate the different thicknesses of those packaged and unpackaged integrated circuits. Alternatively, a second heat spreader can be placed on a relatively thin integrated circuit so that the upper surface of the second heat spreader is coplanar with an upper surface of a relatively thick integrated circuit. This will allow a planar heat spreader to be arranged across the thick integrated circuit and the second heat spreader. In all instances, however, the heat spreader extends as a single, contiguous unibody element across the entire multi-chip package.

**6 Claims, 2 Drawing Sheets**



Case 1:22-cv-21035-RNS   Document 3-1   Entered on FLSD Docket 04/06/2022   Page 226 of 262



**FIG._1**



**FIG._2**



**FIG._3**



**FIG._4**

US 6,963,129 B1

**1**

# MULTI-CHIP PACKAGE HAVING A CONTIGUOUS HEAT SPREADER ASSEMBLY

## BACKGROUND OF THE INVENTION

### 1. Field of Invention

This invention relates to integrated circuit packaging and, more particularly, to multiple integrated circuits secured to a substrate and having a heat spreader thermally coupled to a surface of each of the integrated circuits opposite the surface to which the substrate is secured.

### 2. Description of Related Art

The following descriptions and examples are not admitted to be prior art by virtue of their inclusion within this section.

An integrated circuit is generally manufactured by processing a topography of a wafer. Multiple processing steps take place in order to form circuitry across the processed surface. Following manufacture, individual die or chips are drawn from the wafer by slicing the wafer along the scribe line between neighboring die.

Each integrated circuit (i.e., die or chip) includes a series of input/output bonding pads arranged on the upper surface of the integrated circuit. The bonding pads can be arranged about a periphery of the integrated circuit or, alternatively, the bonding pads can be arranged in an array across the integrated circuit. If the bonding pads are placed near the periphery, fine metal wire can be used to connect the pads of the integrated circuit to leads of a package. The package serves to hermetically seal the integrated circuit, with electrical connectivity between the integrated circuit bonding pads and external leads of the package.

If the bonding pads are arranged in an array, then the integrated circuit can be inverted or "flipped" such that the array of bonding pads are connected to a corresponding array of a package substrate. The technique of bonding an inverted chip to a package substrate is oftentimes referred to as "flip-chip," "C4," or "ball grid array" bonding. On a surface of the package substrate opposite the flip-chips may also be an array of bonding pads similar to leads of a package. The end result, regardless of whether fine metal wires are used to form the connection or flip-chip bonding is used, is to present a packaged integrated circuit having a series of leads or receptors that can extend from the package for connection to a printed circuit board (PCB).

In instances where high-density connection is not needed, a packaged integrated circuit using wire bonds and, for example, a lead frame may be adequate. The leads extending from the hermetically sealed package can then be inserted into the PCB or, alternatively, the leads can be surface mounted using various solder reflow techniques.

In instances where a higher density connection is needed, however, flip-chip mounting may be more adequate. The integrated circuits are inverted, with an array of bonding pads mounted to a multi-layer package substrate (hereinafter referred to as "substrate"). The substrate may have many layers and serves to spread the contact array from a first density at the die to a second, lower density, at the opposing surface of the substrate. In most instances, there is a 1:1 correspondence between the electrical contact at the die and corresponding electrical contact at the PCB. By using multiple signal trace conductors, power planes, and ground planes within the substrate, a high-density spreader function is achievable using modern substrates.

Conventional flip-chip bonding mechanisms generally involve a single integrated circuit bonded to a substrate surface, with most if not all of the integrated circuit encapsulated with a curable fill material. In many applications,

**2**

however, it is desirable to place a first integrated circuit in relative close proximity to a second integrated circuit. For example, it would be of benefit to place a core logic device of an execution unit near memory so that the parasitics on signals sent therebetween is reduced. Packaging each integrated separately (whether by flip-chip or wire-bonding) and then placing the individual packaged integrated circuits on a printed circuit board not only increases the parasitics, but also requires higher drive currents, higher power dissipation, more routing congestion, and leads to a larger overall size. Alternatively, the memory circuit might be integrated onto the same integrated circuit that embodies the logic device, for example. This, however, would lead to a relatively high lead time and design complexity of that integrated circuit, and result in a larger overall integrated circuit size. As the size increases, the overall yield might decrease.

It would be desirable to implement a package assembly that would accommodate multiple integrated circuits in order to reduce the parasitics, power dissipation, routing congestion, and size. By using a desired multiple chip or die package, the development costs and larger die sizes of attempting to place all of the multiple chip functionality on a single integrated substrate would also be reduced. In addition to deriving a multi-chip package, the desired package would also have better thermal characteristics by using an improved heat transfer mechanism. Still further, the desired multi-chip package could employ a mix-and-match assembly philosophy, whereby packaged and unpackaged integrated circuits can be accommodated with optimal heat transfer from each.

## SUMMARY OF THE INVENTION

The problems outlined above are in large part solved by a multi-chip module or package. Instead of flip-chip bonding a single integrated circuit to a substrate, or bonding a single integrated circuit through wires to a lead frame and thereafter packaging that circuit, multiple integrated circuits are packaged. One or all of the integrated circuit can be previously packaged before being bonded to a substrate. Alternatively, one or all of the integrated circuits can be unpackaged before being bonded to a substrate. If packaged, the packaged integrated circuit can be bonded to the substrate using, for example, surface mount techniques (SMTs). If unpackaged, the integrated circuit is flip-chip bonded to the substrate.

According to one embodiment, the integrated circuits within the multi-chip package may include a logic device and a memory. The logic device and memory are on separate integrated circuits. The logic device may be previously unpackaged and thereby mounted to the substrate using a flip-chip bonding mechanism. The memory can either be unpackaged or packaged before being bonded to the substrate. Preferably, the integrated circuits, regardless of whether they are memory and logic devices, are spaced from each other. The integrated circuits contain many transistors and are hereinafter referred to as "active devices." Also mounted to the substrate can be one or more passive devices, such as capacitors and resistors. The passive devices may serve to decouple noise from being placed onto the trace conductors within the substrate or at the bonding pad interface.

According to another embodiment, a space is purposely left between integrated circuits. The space is dimensioned in order to accommodate one or more passive devices. While underfill material can be inserted and thereafter cured only in the region around the bonding pad interfaces, the space

US 6,963,129 B1

**3**

between neighboring integrated circuits is purposely void of any dielectric material, such as injected molded material or non-injected molded material. If a passive device is contained within that space, then the passive device will, in most instances, have an upper elevation that is not coplanar with an upper elevation of a packaged or unpackaged integrated circuit. This disparity in elevation will accommodate a heat spreader to be placed on the exposed upper surfaces of the integrated circuits with a space left between the heat spreader and any underlying passive devices. The space beneficially allows greater thermal transfer at the underneath surface of the heat spreader between neighboring integrated circuits and above any passive devices within that space.

If the multi-chip package connotes both unpackaged and packaged integrated circuits, the packaged integrated circuit may be thicker than the unpackaged integrated circuit. The heat spreader may, therefore, extend in two planes onto the exposed upper surfaces of those integrated circuits. Alternatively, the thinner unpackaged integrated circuit may have a second heat spreader placed between the unpackaged integrated circuit and the heat spreader. The second heat spreader preferably has an upper surface that is coplanar with the upper surface of a packaged integrated circuit so that a single, planar heat spreader can extend across all upper surfaces without having to be deformed, bent, or curved in any way so as to form two planes.

By using a heat spreader and purposely applying an air-filled gap or space between neighboring integrated circuits, greater thermal transfer efficiency can be obtained. The operating temperature of the multi-chip package is, therefore, governed by the temperature of the ambient surrounding the package, the amount of electrical power dissipation by the package, and the sum of thermal resistances of the elements and interfaces along a heat transfer path from the various integrated circuits to the ambient. By maintaining an air gap between integrated circuits, without a higher thermal resistance element in the interim, the heat transfer path from the upper and sidewalls of each integrated circuit is substantially enhanced. Moreover, by maintaining, for example, the memory and logic integrated circuits in close proximity to one another, the amount of electrical drive needed to power each chip is reduced and, accordingly, the electrical power dissipation within the overall multi-chip package is minimized. Still further, by placing the memory integrated circuit within a package, and then bonding the package to the substrate along with unpackaged logic circuits, a defective memory can be readily removed and replaced without having to discard the entire multi-chip package, for example.

BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and advantages of the invention will become apparent upon reading the following detailed description and upon reference to the accompanying drawings in which:

FIG. **1** is a cross-sectional view along plane A—A of FIG. **2**, showing at least two integrated circuits coupled between a substantially planar heat spreader and a substrate;

FIG. **2** is a top plan view of multiple integrated circuits shown in phantom beneath a heat spreader and coupled to a substrate to form a multi-chip package;

FIG. **3** is a cross-sectional view along plane A—A of FIG. **2**, showing an alternative embodiment wherein the heat spreader extends along two dissimilar planes to accommodate a relatively thin unpackaged integrated circuit and a relatively thick packaged integrated circuit; and

**4**

FIG. **4** is a cross-sectional view along plane A—A of FIG. **2**, showing yet another alternative embodiment wherein the heat spreader extends along a single plane upon a second heat spreader that extends over only the relatively thin unpackaged integrated circuits.

While the invention is susceptible to various modifications and alternative forms, specific embodiments thereof are shown by way of example in the drawings and will herein be described in detail. It should be understood, however, that the drawings and detailed description thereto are not intended to limit the invention to the particular form disclosed, but on the contrary, the intention is to cover all modifications, equivalents and alternatives falling within the spirit and scope of the present invention as defined by the appended claims.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Turning now to FIG. **1**, a portion of a multi-chip package **10** is shown along plane A—A of FIG. **2**. Package **10** includes a multi-layer substrate **12**, two or more integrated circuits **14** placed on substrate **12**, and a heat spreader **16** placed on the integrated circuits **14**. Substrate **12** preferably includes multiple layers of conductive elements separated by a dielectric material. The process steps in forming a multi-layer substrate **12** is generally well known. For example, the dielectric material may comprise multiple grades of epoxy resins supported on woven glass fabric. The material is often referred to as a fiberglass-epoxy material. Alternatively, the material can be made of ceramic (e.g., aluminum oxide, alumina, $Al_2O_3$, or aluminum nitride). Still further, the material can be made of organics, such as polyimide or Teflon®. The epoxy materials or resins can be G-10 or FR-4 grades of epoxy resins, if desired.

The conductive layers can be made of any electrically conductive material. For example, the material can be electro-deposited copper or electro-less copper, alternatively. Other metals, rather than copper, can be used, such as aluminum, nickel and nickel-based alloys, stainless steel, or even silver. The conductive material can be additively placed, or placed and thereafter etched to form relatively narrow trace conductors on the signal planes. The power and ground planes can be an entire planar element, if desired.

Substrate **12** in FIG. **1** shows only one trace conductor **18** with vias **20** extending to and from trace conductor **18**. It is understood that, for sake of brevity, only one trace conductor is shown, yet a multi-layer substrate **12** contains possibly hundreds if not thousands of trace conductors and corresponding vias.

Substrate **12** preferably has an array of bonding pads (or solder balls) **22** on a surface of the substrate opposite a surface on which integrated circuits **14** are placed. Solder balls **22** form one terminal end of a signal path through substrate **12**. The other terminal end may be a bonding pad within an array of bonding pads (or solder bumps) **24**. Solder bumps **24** on the upper surface of substrate **12** are in registry with another set of bonding pads on the lower surface of integrated circuits **14**. Using thermal energy, the corresponding bonding pads will join to form a solder connection at the time in which those pads are brought in contact with one another. This process is generally referred to as the "reflow" process. Regardless of whether a flip-chip mounting technique or a surface mounting technique (SMT) is used, reflow will join the corresponding bonding pads and form an

US 6,963,129 B1

5

electrical connection between the trace conductors **18** of substrate **12** and corresponding circuits within integrated circuits **14**.

In the example of FIG. **1**, integrated circuits **14** are unpackaged and placed in a flip-chip bonding configuration for electrical connection to substrate **12**. Thus, the processed side of the corresponding die is inverted and connected through bonding pads on that surface to corresponding bonding pads on substrate **12** using solder reflow. Once secured, a relatively small amount of underfill material **26** is applied around the joining bonding pads at the interface between integrated circuits **14** and substrate **12**. Underfill **26** comprises any material which can be applied and subsequently cured, yet has a dielectric characteristic. Popular forms of underfill include an epoxy compound having suspended particles of thermally conductive and electrically insulated material, such as silica. A suitable epoxy compound can be obtained from Dextra Electronic Materials. Preferably, underfill material does not extend upward to cover the sidewall surfaces of integrated circuits **14**. The purpose of underfill **26** is to reduce the disparate coefficient of thermal expansion between substrate **12** and integrated circuits **14**. The underfill material can be applied using capillary action to fill the space between the underside of integrated circuits **14** and the upper surface of substrate **12** only in the vicinity of that juncture, purposely leaving sidewall surfaces of neighboring chips **14** exposed to air.

Placed on the upper surfaces of each integrated circuit **14** can be a layer of thermally conductive material **28**. Material **28** can have some adhesive properties, and can be made of an epoxy compound that includes particles of, for example, silver, aluminum, boron nitride, etc. A suitable epoxy can be obtained from Abelstik Company. Alternatively, thermal interface layer **28** may be made of a thermal grease, thermal wax, or a piece of thermal interface tape. Depending on the type of adhesive properties needed, thermal interface layer **28** may be subjected to a curing process in order to form a strong bond between heat spreader **16** and integrated circuits **14**.

Heat spreader **16** is formed from a thermally conductive material. Preferably, the material is a metal, such as aluminum or copper. Heat spreader **16** can be relatively thick to provide mechanical rigidity or, alternatively, relatively thin as a sheet of metal. According to one example, heat spreader **16** is approximately 0.6 mm+/−0.05 mm. If desired, the upper surface of heat spreader **16** can have grooves or ridges extending into or from that surface to enhance the transfer of thermal energy to the ambient. Thermal interface layer **28** should be made as thin as possible and, according to one example, is approximately 0.075 mm+/−0.025 mm.

Depending on the layout of the integrated circuits **14**, there may be a passive device **30** placed in the space between neighboring integrated circuits. Terminal ends of passive device **30** are connected to corresponding solder bumps and respective trace conductors within substrate **12**. Those trace conductors may extend over to bonding pads of an integrated circuit or, alternatively, extend to a solder ball at the lower surface of substrate **12**. The bonding pads **22** on the lower surface of substrate **12** are reserved for connection to a PCB, such as a daughterboard or motherboard. Package **10**, therefore, appears to a user as a package which can be picked from among a group of similarly functioning packages, and placed onto a printed circuit board to effectuate an electronic assembly.

Between neighboring integrated circuits **14** and above passive device **30** is a space through which air can circulate, as shown by arrows **32**. The circulation of air across the

6

underneath surface of heat spreader **16** between neighboring integrated circuits will thereby cool the sidewall surfaces of the integrated circuits. This will thereby enhance the thermal transfer efficiency by ensuring no fill material other than the minimal underfill material exists within the space between integrated circuits. Part and parcel of maintaining that space is the goal of layout. By purposely situating the chips relative to one another, not only can a memory chip **14b** be placed close to a logic device **14a**, but a space can be maintained therebetween. That space may accommodate a passive device **30**, yet the upper surface of passive device **30** is spaced below the lower surface of heat spreader **16** to maintain airflow therebetween.

FIG. **2** illustrates a top plan view of the multi-chip package **10**. As shown, there may be numerous integrated circuits **14** and numerous passive devices **30** bonded to a single substrate. Moreover, a single contiguous heat spreader **16** may be situated across the entire multi-chip package. The heat spreader thereby has periodic regions at the underside surface that are exposed to the transfer of air. Those regions comprise the space between neighboring integrated circuits. Integrated circuits **14** are shown in phantom to represent their configuration below an upper heat spreader element **16** that extends across the entire package **10**.

FIGS. **3** and **4** illustrate alternative embodiments. Specifically, FIG. **3** shows a packaged integrated circuit **14b** placed near an unpackaged integrated circuit **14a**. Since integrated circuit **14b** may be thicker than integrated circuit **14a**, heat spreader **16** is deformed so that it extends in two planes. For example, when reviewing FIGS. **2** and **3** in combination, the logic circuit **14a** may be relatively thin, with memory integrated circuit **14b** placed around the logic circuit. If the memory circuits are packaged, then the heat spreader near the center of multi-chip package **10** is at a lower elevation than the heat spreader near the edges or periphery of package **10**. Depending on the thickness of heat spreader **16**, the effort needed to deform and maintain that deformity in two planes can be minimal. All other elements of FIG. **3** are similar to those in FIG. **1** and are not labeled for sake of brevity and clarity in the drawings.

FIG. **4** illustrates yet another embodiment whereby a relatively thin integrated circuit **14a** is placed a spaced distance from a relatively thick (possibly packaged) integrated circuit **14b**. Instead of deforming the heat spreader **16**, a second heat spreader **40** may be used. Second heat spreader **40** can be of variable thickness and is preferably made of the same material as heat spreader **16**. The thickness of second heat spreader **40** is adjusted to accommodate the difference in thickness between integrated circuits **14a** and **14b**. Preferably, second heat spreader **40** has a thickness equivalent to the difference between the thicknesses of integrated circuits **14a** and **14b**. Thus, the upper surface of second heat spreader **40** is coplanar with an upper surface of integrated circuit **14b**. This ensures that heat spreader **16** extends along a single plane and can be readily secured to the planar surface made up of second heat spreader **40** and integrated circuit **14b**.

FIG. **4** further illustrates the multi-chip package **10** secured to a printed circuit board **42**. It is understood that the other embodiments showing multi-chip package **10** of FIGS. **1**–**3** can also be secured to a PCB **42**. Similar to FIG. **3**, the elements which are unchanged from FIG. **1** are not labeled for sake of brevity and clarity in the drawings.

Numerous variations and modifications will become apparent to those skilled in the art once the above disclosure

US 6,963,129 B1

**7**                                                                          **8**

is fully appreciated. It is intended that the following claims be interpreted to embrace all such variations and modifications.

What is claimed is:

**1**. A heat spreader assembly, comprising:

a single, unibody heat spreader configured to extend across substantially the entire first surface of at least two spaced integrated circuits opposite a second surface of the integrated circuits having a bonding pad;

adhesive placed between the heat spreader and the first surface for securing the heat spreader to the first surface of the integrated circuits at a spaced distance above at least one passive device arranged in the area between the spaced integrated circuits; and

a second heat spreader interposed between the heat spreader and only of the at least two spaced integrated circuits.

**2**. The heat spreader assembly as recited in claim **1**, wherein the heat spreader extends along a single plane.

**3**. The heat spreader assembly as recited in claim **1**, wherein the beat spreader extends along two planes.

**4**. The heat spreader assembly as recited in claim **1**, wherein an upper surface of the second heat spreader is coplanar with an upper surface of only one of the at least two spaced integrated circuits.

**5**. The heat spreader assembly as recited in claim **1**, wherein the heat spreader is thermally conductive.

**6**. The heat spreader assembly as recited in claim **1**, wherein the heat spreader comprises copper or other metal material.

\*   \*   \*   \*   \*

# EXHIBIT K



US006858930B2

(12) **United States Patent**　(10) **Patent No.:**　**US 6,858,930 B2**

Miller et al.　(45) **Date of Patent:**　**Feb. 22, 2005**

(54) **MULTI CHIP MODULE**

(75) Inventors: **Leah M. Miller**, Fremont, CA (US);
**Kishor Desai**, Fremont, CA (US)

(73) Assignee: **LSI Logic Corporation**, Milpitas, CA
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/638,772**

(22) Filed: **Aug. 11, 2003**

(65) **Prior Publication Data**

US 2004/0065951 A1 Apr. 8, 2004

**Related U.S. Application Data**

(62) Division of application No. 10/265,751, filed on Oct. 7,
2002, now Pat. No. 6,680,532.

(51) **Int. Cl.**$^7$ ............................................. **H01L 23/10**
(52) **U.S. Cl.** ....................... **257/706**; 257/707; 257/712;
257/713; 257/762
(58) **Field of Search** ................................. 257/706, 707,
257/712, 713, 762; 361/702, 709, 712;
261/713

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 64-47058 | * | 2/1989 | ................. 257/706 |
| JP | 1-199439 | * | 8/1989 | ................. 257/706 |

* cited by examiner

*Primary Examiner*—Jasmine Clark
(74) *Attorney, Agent, or Firm*—Luedeka, Neely & Graham,
P.C.

(57) **ABSTRACT**

A multi chip package, which includes a package substrate
having a first side and an opposing second side. The first side
is for receiving package electrical connections. Integrated
circuits are electrically connected and structurally connected
by their first sides to the second side of the package
substrate. Heat spreaders are disposed adjacent the second
side of the integrated circuits, where one each of the heat
spreaders is associated with one each of the integrated
circuits. A single stiffener having a first side and an opposing
second side covers all of the integrated circuits and heat
spreaders, where the first side of the stiffener is disposed
adjacent the second side of the heat spreaders.

**18 Claims, 2 Drawing Sheets**





**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**

US 6,858,930 B2

**1**

## MULTI CHIP MODULE

This is a divisional of application Ser. No. 10/265,751 filed Oct. 7, 2002 now U.S. Pat. No. 6,680,532.

### FIELD

This invention relates to the field of integrated circuit fabrication. More particularly, this invention relates to packaging of integrated circuits.

### BACKGROUND

It is often desirable to have two or more integrated circuits packaged together. For example, it is often convenient to have one or more logic integrated circuits, such as application specific integrated circuits, packaged with one or more memory integrated circuits, such as random access memory and read only memory. In such an arrangement, the memory integrated circuits can conveniently contain information such as operational instructions for the logic integrated circuit and, additionally, other memory integrated circuits can also receive information that is sent from or is to be sent to other circuits. By placing such desired integrated circuits within a single package, a designer can generally increase the speed and reduce the complexity and cost of the overall circuit design. Circuit reliability and tolerance may also increase.

Because of the device density of most integrated circuits, they tend to produce an appreciable amount of thermal energy, which is released as heat. Also, as there is a desire to continually reduce the size of completed integrated circuits, including the packaging, many packaging materials are somewhat flexible. These two factors of heat production and package flexibility tend to place certain constraints on integrated circuit package design. For example, because of the heat that is produced by an integrated circuit, a heat spreader is typically added to the package. The heat spreader is intended to conduct heat away from the integrated circuit. Typically, the heat spreader is placed on the top of the package as a lid.

Next, because the packages tend to be somewhat flexible, stiffener rings are typically included in a package design, to increase the rigidity and overall structural integrity of the package design. The stiffener ring is typically an annular structure that is placed around an integrated circuit, which resides within a center void of the stiffener ring, and which is coplanar with the stiffener ring.

However, when there are more than one integrated circuit within a single package, the use of stiffener rings becomes more complex. If a stiffener ring is added around each integrated circuit in the package, then a relatively large amount of space is used for stiffener rings, which increases the size of the package. However, if a stiffener ring is omitted from one or more of the integrated circuits, then the structural integrity of the package is somewhat compromised.

What is needed, therefore, is a package design that provides adequate heat dissipation and structural support for a multi chip module.

### SUMMARY

The above and other needs are met by a multi chip package according to the present invention, which includes a package substrate having a first side and an opposing second side. The first side is for receiving package electrical connections. Integrated circuits are electrically connected

**2**

and structurally connected by their first sides to the second side of the package substrate. Heat spreaders are disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits. A single stiffener having a first side and an opposing second side covers all of the integrated circuits and heat spreaders, where the first side of the stiffener is disposed adjacent the second side of the heat spreaders.

In this manner, a single stiffener is used for the integrated circuit package, where the stiffener is disposed on a layer that is not coplanar with the integrated circuits. Thus, the integrated circuits may be placed closer together, and the overall surface area size of the integrated circuit package can be reduced without compromising the structural integrity of the integrated circuit package, as would tend to occur by merely removing one or more stiffeners. In addition, a separate heat spreader is dedicated to each monolithic integrated circuit, thereby improving heat dissipation from the integrated circuits individually, and thereby from the package generally.

In various preferred embodiments of the invention, a thermal epoxy is disposed between the second side of each of the integrated circuits and the first side of each of the heat spreaders, where the thermal epoxy conducts thermal energy to the heat spreaders and away from the integrated circuits. Additionally, a thermal epoxy is preferably disposed between the second side of each of the heat spreaders and the first side of the stiffener, where the thermal epoxy conducts thermal energy to the stiffener and away from the heat spreaders. Preferably, discrete components are also electrically connected to the second side of the package substrate, coplanar with the integrated circuits. In a most preferred embodiment, ball grid array package electrical connections are disposed on the first side of the package substrate. The heat spreaders and the stiffener are preferably formed of copper.

According to another aspect of the invention there is provided a multi chip package, which includes a package substrate having a first side and an opposing second side. The first side is for receiving package electrical connections. Integrated circuits are electrically connected and structurally connected by their first sides to the second side of the package substrate. Heat spreaders are disposed adjacent the second side of the integrated circuits, where a single one of the heat spreaders is associated with a single one of the integrated circuits, but not all of the integrated circuits have an associated heat spreader. A single stiffener having a first side and an opposing second side covers all of the integrated circuits and heat spreaders, where the first side of the stiffener is disposed adjacent the second side of the heat spreaders.

According to yet another aspect of the invention there is provided a multi chip package, which includes a package substrate having a first side and an opposing second side. The first side is for receiving package electrical connections. Integrated circuits are electrically connected and structurally connected by their first sides to the second side of the package substrate. Heat spreaders are disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits. A single stiffener having a first side and an opposing second side covers some but not all of the integrated circuits and heat spreaders, where the first side of the stiffener is disposed adjacent the second side of the heat spreaders.

### BRIEF DESCRIPTION OF THE DRAWINGS

Further advantages of the invention are apparent by reference to the detailed description when considered in

US 6,858,930 B2

3

conjunction with the figures, which are not to scale so as to more clearly show the details, wherein like reference numbers indicate like elements throughout the several views, and wherein:

FIG. **1** is a top plan view of a first embodiment of an integrated circuit package according to the present invention,

FIG. **2** is a cross sectional view of the first embodiment of the integrated circuit package according to the present invention,

FIG. **3** is a top plan view of a second embodiment of the integrated circuit package according to the present invention, and

FIG. **4** is a cross sectional view of the second embodiment of the integrated circuit package according to the present invention.

DETAILED DESCRIPTION

With reference now to FIG. **1**, there is depicted a top plan view of a first embodiment of an integrated circuit package **10** according to the present invention, showing the general positions of an underlying package substrate **12**, overlying stiffener **14**, and integrated circuits **18** with associated heat spreaders **16** disposed between the package substrate **12** on the bottom and the stiffener **14** on the top. FIG. **2** depicts a cross sectional view of the same general embodiment of FIG. **1**, also showing electrical connections **20** on the bottom of the package substrate **12**, in the form of a ball grid array.

As depicted in FIG. **2**, there is preferably a thermal epoxy **22** disposed between the integrated circuits **18** and the heat spreaders **16**, and a thermal epoxy **24** disposed between the heat spreaders **16** and the stiffener **14**. Preferably, the thermal epoxy is disposed between all such structures as described above, but is only depicted in two places in FIG. **2**, so as to depict that the thermal epoxy **22** or **24** may be used as a height leveling medium within the package **10**. For example, when an integrated circuit **18** is shorter than others of the integrated circuits, then the extra gap can either be taken up in an additional thickness of the thermal epoxy **22** between the integrated circuit **18** and the heat spreader **16**, or alternately can be taken up in an additional thickness of the thermal epoxy **24** between the heat spreader **16** and the stiffener **14**. Further still, the additional thickness may be taken up as an additional thickness of both the thermal epoxy **22** and the thermal epoxy **24**.

Also depicted in FIG. **2** are discrete components **26**, such as resistors and capacitors, which are also electrically connected to the package substrate **12**, and which are generally coplanar with the integrated circuits **18**.

In the preferred embodiment of the invention, there is only a single stiffener **14**, which thereby provides good structure support to the package **10**. Most preferably, the stiffener **14** covers all of the integrated circuits **18** and all of the heat spreaders **16**. There is preferably a heat spreader **16** associate with each of the integrated circuits **18**. However, in various alternate embodiments, such as generally depicted in FIGS. **3** and **4**, either the stiffener **14** does not cover all of the integrated circuits **18** and all of the heat spreaders **16**, or some of the integrated circuits **18** do not have an associated heat spreader **16**, or there is a combination of these two conditions.

For example, as specifically depicted in FIGS. **3** and **4**, the first column of integrated circuits **18** do not have associated heat spreaders **16**, and the stiffener does not cover that first column of integrated circuits **18**. It is appreciated that this is

4

by way of example and not limitation. In various embodiments, there may be a different number of integrated circuits **18**, different ones of the integrated circuits **18** may have associated heat spreaders **16**, the stiffener **14** may leave different ones of the heat spreaders **16** and integrated circuits **18** uncovered, and the integrated circuits **18**, whether covered or uncovered by the stiffener **14**, may or may not have associated heat spreaders **16**. FIG. **4** also depicts alternate electrical connections **20** on the bottom of the package substrate **12**, in the form of pins. It is appreciated that the invention is not limited to the specific case of either pins or ball grid arrays, but is applicable to other types of package electrical connections **20** as well.

In a preferred embodiment, the heat spreaders **16** and the stiffener **14** are all formed of a material that conducts heat relatively well, such as a metal. Most preferably, the heat spreaders **16** and the stiffener **14** are both formed of copper. However, it is not required that both the heat spreaders **16** and the stiffener **14** be formed of the same material, but may be formed of other materials that are compatible with the functions, structures, and processes as described and implied herein.

The foregoing description of preferred embodiments for this invention have been presented for purposes of illustration and description. They are not intended to be exhaustive or to limit the invention to the precise form disclosed. Obvious modifications or variations are possible in light of the above teachings. The embodiments are chosen and described in an effort to provide the best illustrations of the principles of the invention and its practical application, and to thereby enable one of ordinary skill in the art to utilize the invention in various embodiments and with various modifications as is suited to the particular use contemplated. All such modifications and variations are within the scope of the invention as determined by the appended claims when interpreted in accordance with the breadth to which they are fairly, legally, and equitably entitled.

What is claimed is:

**1**. A multi chip package, comprising:

a package substrate having a first side and an opposing second side, the first side for receiving package electrical connections,

integrated circuits each having a first side and an opposing second side, the first side of each of the integrated circuits electrically connected and structurally connected to the second side of the package substrate,

heat spreaders each having a first side and an opposing second side, the first side of each of the heat spreaders disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits,

a single stiffener having a first side and an opposing second side, the stiffener covering all of the integrated circuits and heat spreaders, the first side of the stiffener disposed adjacent the second side of the heat spreaders, and

discrete components electrically connected to the second side of the package substrate and coplanar with the integrated circuits.

**2**. The multi chip package of claim **1**, further comprising ball grid array package electrical connections disposed on the first side of the package substrate.

**3**. The multi chip package of claim **1**, wherein the heat spreaders are formed of copper.

**4**. The multi chip package of claim **1**, wherein the stiffener is formed of copper.

US 6,858,930 B2

**5**

**5**. A multi chip package, comprising:

a package substrate having a first side and an opposing second side, the first side for receiving package electrical connections,

integrated circuits each having a first side and an opposing second side, the first side of each of the integrated circuits electrically connected and structurally connected to the second side of the package substrate,

heat spreaders each having a first side and an opposing second side, the first side of each of the heat spreaders disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits,

a thermal epoxy disposed between the second side of each of the integrated circuits and the first side of each of the heat spreaders, the thermal epoxy for conducting thermal energy to the heat spreaders and away from the integrated circuits, and

a single stiffener having a first side and an opposing second side, the stiffener covering all of the integrated circuits and heat spreaders, the first side of the stiffener disposed adjacent the second side of the heat spreaders.

**6**. The multi chip package of claim **5**, further comprising ball grid array package electrical connections disposed on the first side of the package substrate.

**7**. The multi chip package of claim **5**, wherein the heat spreaders are formed of copper.

**8**. The multi chip package of claim **5**, wherein the stiffener is formed of copper.

**9**. A multi chip package, comprising:

a package substrate having a first side and an opposing second side, the first side for receiving package electrical connections,

integrated circuits each having a first side and an opposing second side, the first side of each of the integrated circuits electrically connected and structurally connected to the second side of the package substrate,

heat spreaders each having a first side and an opposing second side, the first side of each of the heat spreaders disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits,

a single stiffener having a first side and an opposing second side, the stiffener covering all of the integrated circuits and heat spreaders, the first side of the stiffener disposed adjacent the second side of the heat spreaders, and

a thermal epoxy disposed between the second side of each of the heat spreaders and the first side of the stiffener,

**6**

the thermal epoxy for conducting thermal energy to the stiffener and away from the heat spreaders.

**10**. The multi chip package of claim **9**, further comprising ball grid array package electrical connections disposed on the first side of the package substrate.

**11**. The multi chip package of claim **9**, wherein the heat spreaders are formed of copper.

**12**. The multi chip package of claim **9**, wherein the stiffener is formed of copper.

**13**. A multi chip package, comprising:

a package substrate having a first side and an opposing second side, the first side for receiving package electrical connections,

integrated circuits each having a first side and an opposing second side, the first side of each of the integrated circuits electrically connected and structurally connected to the second side of the package substrate,

heat spreaders each having a first side and an opposing second side, the first side of each of the heat spreaders disposed adjacent the second side of the integrated circuits, where one each of the heat spreaders is associated with one each of the integrated circuits, and

a single stiffener having a first side and an opposing second side, the stiffener covering some but not all of the integrated circuits and heat spreaders, the first side of the stiffener disposed adjacent the second side of the heat spreaders.

**14**. The multi chip package of claim **13**, further comprising a thermal epoxy disposed between the second side of each of the integrated circuits and the first side of each of the heat spreaders, the thermal epoxy for conducting thermal energy to the heat spreaders and away from the integrated circuits.

**15**. The multi chip package of claim **13**, further comprising a thermal epoxy disposed between the second side of each of the heat spreaders and the first side of the stiffener, the thermal epoxy for conducting thermal energy to the stiffener and away from the heat spreaders.

**16**. The multi chip package of claim **13**, further comprising discrete components electrically connected to the second side of the package substrate and coplanar with the integrated circuits.

**17**. The multi chip package of claim **13**, further comprising bail grid array package electrical connections disposed on the first side of the package substrate.

**18**. The multi chip package of claim **13**, wherein the heat spreaders are formed of copper.

*   *   *   *   *

# EXHIBIT L

US008396072B2

(12) **United States Patent**
Jokinen et al.

(10) **Patent No.:** **US 8,396,072 B2**
(45) **Date of Patent:** **Mar. 12, 2013**

(54) **METHOD AND APPARATUS FOR CHANNEL TRAFFIC CONGESTION AVOIDANCE IN A MOBILE COMMUNICATION SYSTEM**

(75) Inventors: **Harri A. Jokinen**, Pertteli (FI); **David Navratil**, Helsinki (FI); **Simon P. Davis**, Romsey (GB)

(73) Assignee: **Renesas Mobile Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 264 days.

(21) Appl. No.: **13/031,355**

(22) Filed: **Feb. 21, 2011**

(65) **Prior Publication Data**

US 2012/0213071 A1 Aug. 23, 2012

(51) **Int. Cl.**
*H04L 12/413* (2006.01)

(52) **U.S. Cl.** ........................ **370/445**; 370/230; 370/328

(58) **Field of Classification Search** .................. 370/230, 370/328, 445

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0271000 A1 | 12/2005 | Schulist | |
| 2007/0047580 A1 | 3/2007 | Sachs et al. | |
| 2010/0135210 A1 | 6/2010 | Kim et al. | |
| 2010/0227616 A1 | 9/2010 | Hanov | |
| 2011/0189972 A1 | 8/2011 | Sato et al. | |
| 2011/0242977 A1 | 10/2011 | Tooyama et al. | |
| 2011/0305224 A1 | 12/2011 | Lin | |
| 2011/0317777 A1 | 12/2011 | Huang et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 2004/043099 A2 | 5/2004 |
| WO | WO 2011/032420 A1 | 3/2011 |

*Primary Examiner* — Jason Mattis

(74) *Attorney, Agent, or Firm* — Stanton IP Law

(57) **ABSTRACT**

An apparatus, comprising at least one processor configured to receive and read a series of blocks on a first channel and determine whether there is congestion and if not transmitting a channel request on a second channel.

**21 Claims, 4 Drawing Sheets**



Case 1:22-cv-21035-RNS   Document 3-1   Entered on FLSD Docket 04/06/2022   Page 241 of 262



FIG.1A



FIG.1B



FIG.2A



FIG.2C

FIG.2B





US 8,396,072 B2

**1**

## METHOD AND APPARATUS FOR CHANNEL TRAFFIC CONGESTION AVOIDANCE IN A MOBILE COMMUNICATION SYSTEM

### FIELD

The invention relates to mobile communications networks, and in particular to channel traffic congestion detection and management in a mobile communication system.

### BACKGROUND

In mobile communication systems a cell is managed by a base station, BS. Any communication traffic in or out of or within the cell is routed via the BS. The communication is usually sent along a number of channels, each channel assigned to control or data traffic of a particular kind. One example being the Broadcast Control Channel, BCCH, used by a BS to provide a mobile node or Mobile Station, MS, in the cell with control information. Other examples being the Common Control Channel, CCCH, compromising of paging, random access, access grant and notification channels used for control signaling during connection establishment.

At times when many MSs are trying to communicate at the same time in a cell, the control or data traffic can become higher than the BS is capable of handling and the data channels that are used then become congested. In practice this means that some of mobile station's (MSs) traffic will not be handled in a timely manner. Congestion may occur on uplink channels (RACH) or on downlink channels.

To enable devices to communicate freely even under heavy data or control traffic a protocol has been developed wherein a MS has to require a data channel access before starting to communicate. In a system such as the GERAN (GSM EDGE Radio Access Network, GSM—Global System for Mobile communication, EDGE—Enhanced Data rates for GSM Evolution) mobile stations have to send a CHANNEL REQUEST message or an EGPRS CHANNEL REQUEST message on a channel named RACH (Radio Access Channel). If the BS is able to handle the communication a message is sent out granting access on a channel named AGCH (Access Granted CHannel). If the BS is not able to handle the communication a message rejecting the access is sent out on the same channel. The BS may fail to correctly receive the RACH message e.g. if simultaneous RACH messages collide or if the radio link quality is not sufficient. In this case no response is sent to the mobile station at all. Should such a response not be received a MS would resend the request over the RACH. However, during congestions these requests only lead to increased control traffic and therefore adds to the congestion. It should be noted that congestion may occur on either of an upload channel and a download channel or both.

Therefore, it would be beneficial to control the access requests so as not to burden the base stations unnecessarily and thereby alleviate the congestion in a cell.

A procedure during which the MS requests resources for control or data traffic is commonly known as the random access procedure. The MS initiates the random access procedure by transmitting a request message. When the MS sends a request message such as a CHANNEL REQUEST message or an EGPRS CHANNEL REQUEST message on a channel named RACH, the MS is expecting to receive a response from the BS within a given time derived from broadcast parameters. The MS is not allowed to retransmit the request sooner than this time. The reason why the BS does not respond to the request message may be one of the following. Firstly, the request message was not received correctly due to the con-

**2**

gestion on a channel named RACH or due to poor link conditions. Secondly, the BS cannot send the response within the time constraints due to the congestion on a channel named AGCH. The random access procedure is delayed in either case by the waiting time between the retransmissions of the request messages.

Therefore, it would be beneficial to estimate the cause of delay in the BS response and allow for shorter waiting time between the retransmissions of the request messages (i.e. faster random access procedure) if the estimation suggests the cause of the delay is an incorrect reception of the request message due to poor link conditions.

### SUMMARY

According to an aspect, an apparatus is disclosed, comprising at least one controller configured to receive and read a series of blocks on a first channel and determine whether there is congestion and if not, transmitting a channel request on a second channel. In one embodiment, the apparatus is a mobile handset. In one embodiment, the apparatus is a chip or chipset (e.g. an integrated circuit or a programmed processor).

In one embodiment to be used in a GERAN system the first channel is the ACCESS GRANTED CHANNEL, AGCH, and the second channel is the REQUEST ACCESS CHANNEL, RACH.

According to a further aspect, a method is disclosed comprising reading a series of blocks on a first channel and determining whether there is congestion, and if so, waiting, and if not, transmitting a channel request on a second channel.

According to a further aspect, a radio network node such as a base station is disclosed, said base station comprising at least one processor configured to broadcast a waiting time.

According to a further aspect, a radio network node such as a base station is disclosed, said base station comprising at least one processor configured to set a congestion flag based on a queue length on a first channel and include it in an assignment message to be transmitted.

According to a further aspect, a mobile communication system is disclosed comprising a base station and/or an apparatus according to above.

According to a further aspect, a computer program is disclosed comprising code adapted to cause the following when executed on a data-processing system reading a series of blocks on a first channel and determining whether there is congestion and if so waiting and if not transmitting a channel request on a second channel.

According to a further aspect, an apparatus is disclosed, comprising at least one controller configured to transmit a channel request on a second channel and to receive and read a series of blocks on a first channel to determine whether there is congestion and if not retransmitting a channel request on a second channel. In one embodiment, the apparatus is a mobile handset. In one embodiment, the apparatus is a chipset (e.g. an integrated circuit or a programmed processor).

In one embodiment, the computer program is stored on a computer readable medium. The computer readable medium may be, but is not limited to, a removable memory card, a removable memory module, a magnetic disk, an optical disk, a holographic memory or a magnetic tape. A removable memory module may be, for example, a USB memory stick, a PCMCIA card or a smart memory card.

In one embodiment, the computer program product is stored on a computer readable medium. The computer readable medium may be, but is not limited to, a removable memory card, a removable memory module, a magnetic disk, an optical disk, a holographic memory or a magnetic tape. A

US 8,396,072 B2

3

removable memory module may be, for example, a USB memory stick, a PCMCIA card or a smart memory card.

It should be noted that congestion may occur on either of an upload channel and a download channel or on both or on a channel for both upload and down-load and the teachings herein apply equally to these different arrangements.

The embodiments described hereinbefore may be used in any combination with each other. Several of the embodiments may be combined together to form a further embodiment. A method, a system, an apparatus, a computer program or a computer program product to which the invention is related may comprise at least one of the embodiments described hereinbefore.

The benefits of the teachings herein are related to reducing congestion on data traffic channels by enabling user equipment to monitor the traffic on the channels and only make requests when there is no congestion.

A further benefit is that priority is given to some devices either requiring lower priority devices to adhere to the processes described herein or by giving lower priority devices longer waiting times.

An even further benefit is that user equipment may be dynamically informed of the congestion status by a base station or other network component.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding and constitute a part of this specification, illustrate embodiments and together with the description help to explain the principles. In the drawings:

FIG. 1a is a block diagram illustrating an apparatus according an embodiment according to the teachings herein;

FIG. 1b is a block diagram illustrating an apparatus according an embodiment according to the teachings herein;

FIG. 2a is a flowchart according to an embodiment of a method discussed herein;

FIG. 2b is a flowchart according to an embodiment of a method discussed herein;

FIG. 2c is a flowchart according to an embodiment of a method discussed herein;

FIG. 2d is a flowchart according to an embodiment of a method discussed herein;

FIG. 2e is a flowchart according to an embodiment of a method discussed herein;

FIG. 2f is a flowchart according to an embodiment of a method discussed herein;

FIG. 2g is a flowchart according to an embodiment of a method discussed herein;

FIG. 2h is a flowchart according to an embodiment of a method discussed herein;

FIG. 2i is a flowchart according to an embodiment of a method discussed herein.

DETAILED DESCRIPTION OF THE EMBODIMENTS

Reference will now be made in detail to the embodiments of the present invention, examples of which are illustrated in the accompanying drawings.

FIG. 1a is a block diagram illustrating an apparatus according to an embodiment. The apparatus comprises at least one controller 100, such as a processor, a memory 110 and a communication interface 120. In one embodiment the apparatus is a computer chip. In the memory 110 computer instructions are stored which are adapted to be executed on

4

the processor 110. The communication interface 120 is adapted to receive and send information to and from the processor 100.

FIG. 1b is a block diagram illustrating an apparatus according to an embodiment. In one embodiment the apparatus is a mobile station. The apparatus comprises at least one controller 100, such as a processor, a memory 110 and a communication interface 120. In the memory 110 computer instructions are stored which are adapted to be executed on the processor 110. The communication interface 120 is adapted to receive and send information to and from the processor 100. The communication interface 120 further comprises a radio frequency interface 125 for communicating between apparatuses and a man-machine interface (MMI) 126 for communicating between the apparatus and a user. Such an MMI may include a touch pad, a display, a keypad, audio in and output and/or a touch display as are known (not shown). The mobile station further comprises an antenna 130 and a second memory 140 that comprises user applications such as a message handling application, a voice call handling application, a text editor, an internet browser application and drivers for further devices to be connected to or incorporated in the apparatus, such as a camera module for example. In one embodiment memories 110 and 140 are incorporated within the same memory module.

In one embodiment the apparatus is, for example, a mobile node, user equipment, cellular phone, a mobile terminal, an Application Specific Integrated Circuit (ASIC), an Integrated Chip (IC) or any chip. FIG. 1a is an example embodiment of an ASIC. FIG. 1b is an example embodiment of a mobile phone.

In one embodiment an apparatus according to above is adapted to be part of a radio network. The network may be a GSM-Edge Radio Access Network (GERAN). The network may also be any cellular radio access network such as, for example, an E-UTRAN or a UMTS Terrestrial Radio Access Network (UTRAN). Such a system comprises a number of base stations each handling a cell. At least one User Equipment, UE, is part of a cell and being handled by the cell's base station. A UE may be mobile and is thus able to move between cells. In one embodiment a UE is an apparatus according to above.

FIG. 2 shows a series of flow charts each according to an embodiment of the teachings herein.

In one embodiment, FIG. 2a, a MS detects if there is congestion 210. If there is no congestion the MS proceeds with sending a CHANNEL REQUEST message or an EGPRS PACKET CHANNEL REQUEST message on a Request Access CHannel, RACH 250. If there is congestion the MS waits 260 and then again detects if there is congestion 210.

In one embodiment an apparatus is configured to determine if a network node, such as a base station, BS, has received a request message, an RACH message, from a mobile station and if such a message is received then the controller is configured to apply a random delay or waiting time before repeating the RACH transmission.

In one embodiment, an apparatus is configured to determine if a network node, such as a base station, BS, has received a request message, an RACH message, from a mobile station and if such a message is not received then the controller is configured to apply a shorter random delay or waiting time before repeating the RACH transmission.

In one embodiment, an apparatus is configured to determine a network node, such as a base station, BS, has received a request message, an RACH message, from a mobile station if congestion is detected.

US 8,396,072 B2

5

This avoids unnecessary delays when there is no congestion.

In the following reference will be made to FIGS. 1 and 2 simultaneously as the apparatus of FIG. 1 is adapted to execute the method of FIG. 2.

In one embodiment, see FIG. 2b, the controller 100 of an apparatus is configured to detect that there is congestion 210 by receiving through the communication interface 120 a series of blocks 220 that have been transmitted on a channel, such as the AGCH. In a system such as a GERAN system it is possible to detect whether there is congestion by monitoring the AGCH channel as if there is not enough traffic to fully utilize the capacity of the BS the BS will transmit blocks with L2 fill frames.

In one embodiment the processor therefore reads or decodes the blocks 220 being transmitted and counts the number of L2 fill frames 225. If the number of fill frames is 0 (zero) there is congestion.

In one embodiment the series of blocks has a length of N and in one embodiment N is 3. In one embodiment N is in the range of 2 to 4. In one embodiment N is 5. In one embodiment N is 10. In one embodiment N is in the range 3 to 15. In such an embodiment the controller 100 is free to perform other tasks when there is congestion after having decoded the N blocks. It should be noted that longer series provide for a more accurate determination of the congestion, but also take longer time to decode. A tradeoff of which feature to focus on is left to a system designer.

In one embodiment the series of blocks does not have a specified length, but the controller is configured to read blocks until a L2 fill frame is detected. This enables the processor to start transmitting the channel request as soon as it is detected that there is no congestion, but it may also lead to that the controller is busy reading many blocks unnecessarily if there is congestion, i.e. the processor 100 keeps decoding until the congestion is dissolved. In such an embodiment the box with reference 260 in FIG. 2 is not needed.

In one embodiment, see FIG. 2c, the controller 100 is further configured to count 230 the number of assignment messages such as IMMEDIATE ASSIGNMENT messages and IMMEDIATE ASSIGNMENT REJECT messages that are decoded or read in the series of blocks having been read 220. In this embodiment the controller is configured to determine a ratio between the L2 fill frames and the IMMEDIATE ASSIGNMENT messages and IMMEDIATE ASSIGNMENT REJECT messages 235. If this ratio is below a threshold value T then there is no congestion.

In one embodiment the threshold value T is 1:9. In one embodiment the threshold value T is 1:3. In one embodiment the threshold value T is 2:5. In one embodiment the threshold value is in the range of 1 to 3.

In one embodiment the IMMEDIATE ASSIGNMENT messages and/or IMMEDIATE ASSIGNMENT REJECT messages comprises a congestion flag (a 1 bit logical marker) which is set (the bit is set to 1 in one embodiment) by a base station if there is congestion and not set (the bit is set to 0 in one embodiment) if there is no congestion.

In one such embodiment, see FIG. 2d the controller is adapted to read a series of blocks 220 and determine 240 if a block is decoded to contain a congestion flag which is set there is congestion and if a block is decoded to contain a congestion flag which is not set there is no congestion.

In one embodiment the series of blocks has a length of N and in one embodiment N is 3. In one embodiment N is in the range of 2 to 4. In one embodiment N is 5. In one embodiment N is 10. In one embodiment N is in the range 3 to 15. In such

6

an embodiment the controller 100 is free to perform other tasks when there is congestion after having decoded the N blocks.

In one embodiment the series of blocks does not have a specified length, but the controller is configured to read blocks until a not set congestion flag is detected. This enables the processor to start transmitting the channel request as soon as it is detected that there is no congestion, but it may also lead to that the controller is busy reading many blocks unnecessarily if there is no congestion, i.e. the processor 100 keeps decoding until the not set congestion bit is received.

In one such an embodiment having a congestion flag the apparatus is enabled to be dynamically informed of the congestion status by a network node such as a base station or other network component.

In one such embodiment a network node such as a base station or other network component is configured to set the congestion flag based on the current queue length for the AGCH.

In one such embodiment a network node such as a base station or other network component is configured to set the congestion flag more accurately based on implementation specific criteria that include other factors such as the packet utilization.

In one embodiment a controller 100 is configured to determine the waiting time based on the number of channels and/or their availability.

In one embodiment a controller 100 is configured to employ a statistical analysis of the channel usage to predict when congestion is about to arise and/or to dissolve to determine a waiting time.

In one such embodiment a network node such as a base station or other network component is configured to set the congestion flag more accurately based on a combination of implementation specific criteria that includes other factors such as the packet channel utilization and the current queue length for the AGCH.

In one such embodiment the process of checking for congestion may be run in the background and an apparatus therefore does not need to make a congestion check each time a channel is to be requested as the apparatus is kept aware of the congestion status by the base station. In one embodiment a copy of the congestion flag is stored in the memory 110 of the apparatus for quick and easy reference.

FIG. 2e shows a combination of the embodiments above as has been described with reference to FIGS. 1, 2a, 2b, 2c, and 2d.

In one embodiment the controller 100 is configured to wait between attempts to determine whether there is congestion or not.

FIG. 2a shows a flowchart where a controller 100 is configured to wait 260 for a pre-determined time WT until making another attempt. The time to wait WT may be standard specific. If the time to wait WT is set to zero (0) the controller 100 is configured to continuously read blocks until it is detected that there is no congestion.

In one embodiment see FIG. 2f, the controller 100 is configured to listen to a broad cast channel, such as a Broadcast Control CHannel, BCCH, on which a base station is transmitting for a waiting time WT 252. In such an embodiment a base station is configured to broadcast a waiting time WT. This enables a base station to control how long different MSs are to wait and thus allow the base station to both control the traffic on the channels (reducing unnecessary attempts) and ordering a further priority scheme among devices (lower priority devices get longer waiting times).

US 8,396,072 B2

7

In one embodiment the controller **100** is configured to determine a waiting time WT based on other broadcast parameters related to non-congested behavior such as time between request retransmission and maximum allowed number of retransmissions

In one embodiment see FIG. **2g**, the controller **100** is configured to increase the waiting time WT with the number of times that a detection of congestion has been made **254**. In one embodiment the waiting time increases linearly with the number of attempts, for example through a formula such as:

WT=number of attempts*Constant.

In one embodiment the controller **100** is configured to base the waiting time on a geometric series.

In one embodiment the waiting time increases non-linearly with the number of attempts, for example through a formula such as:

WT=Constant^number of attempts.

In one embodiment see FIG. **2h**, the controller **100** is configured to increase the waiting time WT with the number of IMMEDIATE ASSIGNMENT and/or IMMEDIATE ASSIGNMENT REJECT messages received **256**. In one embodiment the waiting time increases linearly with the number of messages received, for example through a formula such as:

WT=number of messages*Constant.

In one embodiment the controller **100** is configured to base the waiting time on a geometric series.

In one embodiment see FIG. **2i**, the controller **100** is configured to set the waiting time WT to a random number **258**. This improves the synchronization of many UEs simultaneously waiting for congestion to disappear or a new congestion might occur should all waiting UEs send their requests at the same time.

It should be noted that the random element may be added in all embodiments described above. For example, the formula for the waiting time of FIG. **2g** becomes

WT=number of attempts*Constant+Random

or

WT=number of attempts*Constant*Random.

In one embodiment the random element is taken from a range that grows with the number of attempts and/or messages. For example the random element could be taken from the range [constant1, constant2*nbr of attempts].

It should be noted that in the embodiments above the waiting time is proportionate to one or more parameters of the system, wherein it should be noted that the waiting time is not necessarily directly proportionate to the parameters.

The embodiments described hereinbefore in association with FIGS. **1** and **2** may be used in any combination with each other. Several of the embodiments may be combined together to form a further embodiment.

The exemplary embodiments can be included within any suitable device, for example, including any suitable servers, workstations, PCs, laptop computers, PDAs, Internet appliances, handheld devices, cellular telephones, wireless devices, other devices, and the like, capable of performing the processes of the exemplary embodiments, and which can communicate via one or more interface mechanisms, including, for example, Internet access, telecommunications in any suitable form (for instance, voice, modem, and the like), wireless communications media, one or more wireless communications networks, cellular communications networks, 3

8

G communications networks, 4 G communications networks Public Switched Telephone Network (PSTNs), Packet Data Networks (PDNs), the Internet, intranets, a combination thereof, and the like.

It is to be understood that the exemplary embodiments are for exemplary purposes, as many variations of the specific hardware used to implement the exemplary embodiments are possible, as will be appreciated by those skilled in the hardware art(s). For example, the functionality of one or more of the components of the exemplary embodiments can be implemented via one or more hardware devices, or one or more software entities such as modules.

The exemplary embodiments can store information relating to various processes described herein. This information can be stored in one or more memories, such as a hard disk, optical disk, magneto-optical disk, RAM, and the like. One or more databases can store the information used to implement the exemplary embodiments of the present inventions. The databases can be organized using data structures (e.g., records, tables, arrays, fields, graphs, trees, lists, and the like) included in one or more memories or storage devices listed herein. The processes described with respect to the exemplary embodiments can include appropriate data structures for storing data collected and/or generated by the processes of the devices and subsystems of the exemplary embodiments in one or more databases.

All or a portion of the exemplary embodiments can be implemented by the preparation of application-specific integrated circuits or by interconnecting an appropriate network of conventional component circuits, as will be appreciated by those skilled in the electrical art(s).

As stated above, the components of the exemplary embodiments can include computer readable medium or memories according to the teachings of the present inventions and for holding data structures, tables, records, and/or other data described herein. Computer readable medium can include any suitable medium that participates in providing instructions to a processor for execution. Such a medium can take many forms, including but not limited to, non-volatile media, volatile media, transmission media, and the like. Non-volatile media can include, for example, optical or magnetic disks, magneto-optical disks, and the like. Volatile media can include dynamic memories, and the like. Transmission media can include coaxial cables, copper wire, fiber optics, and the like. Transmission media also can take the form of acoustic, optical, electromagnetic waves, and the like, such as those generated during radio frequency (RF) communications, infrared (IR) data communications, and the like. Common forms of computer-readable media can include, for example, a floppy disk, a flexible disk, hard disk, magnetic tape, any other suitable magnetic medium, a CD-ROM, CDRW, DVD, any other suitable optical medium, punch cards, paper tape, optical mark sheets, any other suitable physical medium with patterns of holes or other optically recognizable indicia, a RAM, a PROM, an EPROM, a FLASH-EPROM, any other suitable memory chip or cartridge, a carrier wave or any other suitable medium from which a computer can read.

While the present inventions have been described in connection with a number of exemplary embodiments, and implementations, the present inventions are not so limited, but rather cover various modifications, and equivalent arrangements, which fall within the purview of prospective claims.

The embodiments described hereinbefore in association with FIGS. **1** and **2** may be used in any combination with each other. Several of the embodiments may be combined together to form a further embodiments.

US 8,396,072 B2

**9**

It is obvious to a person skilled in the art that with the advancement of technology, the basic idea may be implemented in various ways. The invention and its embodiments are thus not limited to the examples described above; instead they may vary within the scope of the claims.

The invention claimed is:

**1**. An apparatus for use in controlling congestion in a cell of a communications network, the apparatus comprising:
    at least one controller and a memory storing a computer program which are configured to:
        receive and read a series of blocks on a first channel;
        determine whether there is congestion based on whether said series of blocks comprises a flag indicating that there is congestion, wherein the flag is in at least one of an IMMEDIATE ASSIGNMENT message or an IMMEDIATE ASSIGNMENT REJECT message; and
        in the event that the determination is that there is no congestion, initiate an access procedure by transmitting a channel request on a second channel.

**2**. The apparatus according to claim **1**, wherein the series of blocks has a predetermined length (N).

**3**. The apparatus according to claim **1**, the controller with the memory and the computer program being further configured to wait for a waiting time before performing another attempt to determine whether there is congestion or not.

**4**. The apparatus according to claim **3**, wherein the waiting time is proportionte to the number of attempts to determine whether there is congestion or not.

**5**. The apparatus according to claim **3**, wherein the waiting time includes a random element.

**6**. The apparatus according to claim **3**, wherein the controller with the memory and the computer program are further arranged to receive the waiting time from a network node.

**7**. The apparatus according to claim **6**, wherein the waiting time is based on at least one implementation specific criterion.

**8**. The apparatus according to claim **1**, wherein the first channel is an access grant channel and the second channel is a random access channel.

**9**. The apparatus according to claim **1**, wherein the apparatus comprises a mobile station.

**10**. A method of controlling congestion in a cell of a communications network, the method comprising:
    reading a series of blocks on a first channel;
    determining whether there is congestion based on whether said series of blocks comprises a flag indicating that there is congestion, wherein the flag is in at least one of

**10**

an IMMEDIATE ASSIGNMENT message or an IMMEDIATE ASSIGNMENT REJECT message;
    if the determination is that there is congestion, waiting; and
    if the determination is that there is no congestion, initiating an access procedure by transmitting a channel request on a second channel.

**11**. A method according to claim **10**, wherein the method comprises if the determination is that there is congestion, waiting for a waiting time before performing another attempt to determine whether there is congestion or not.

**12**. The method according to claim **10**, wherein the first channel is an access grant channel and the second channel is a random access channel.

**13**. The method according to claim **10**, wherein the series of blocks has a predetermined length (N).

**14**. The method according to claim **11**, wherein the waiting time is proportionte to the number of attempts to determine whether there is congestion or not.

**15**. The method according to claim **11**, wherein the waiting time is received from a network node by a mobile station performing the method.

**16**. A memory storing a computer program comprising a set of instructions, which, when executed on a data-processing system, causes the data processing system to
    read a series of blocks on a first channel;
    determine whether there is congestion based on whether said series of blocks corn irises a flag indicating that there is congestion wherein the flag is in at least one of an IMMEDIATE ASSIGNMENT message or an IMMEDIATE ASSIGNMENT REJECT message; and
    in the event that the determination is that there is no congestion, to initiate an access procedure by transmitting a channel request on a second channel.

**17**. The memory according to claim **16**, wherein the first channel is an access granted channel and the second channel is a random access channel.

**18**. The memory according to claim **16**, wherein the series of blocks has a predetermined length (N).

**19**. The memory according to claim **16**, wherein the set of instructions, when executed on a data-processing system, further causes the data processing system to wait for a waiting time before performing another attempt to determine whether there is congestion or not.

**20**. The memory according to claim **19**, wherein the waiting time is proportionte to the number of attempts to determine whether there is congestion or not.

**21**. The memory according to claim **19**, wherein the waiting time is received from a network node by a mobile station comprising the memory and data processing system.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,396,072 B2                                    Page 1 of 1
APPLICATION NO.   : 13/031355
DATED             : March 12, 2013
INVENTOR(S)       : Harri A. Jokinen et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims:

Claim 16 at col. 10, line 23; "to" should read --to:--

Claim 16 at col. 10, line 26; "corn irises" should read --comprises--

Claim 16 at col. 10, line 27; "congestion" should read --congestion,--

Signed and Sealed this
Twenty-eighth Day of May, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT M



US008792432B2

(12) **United States Patent** 
Martin et al.

(10) **Patent No.:     US 8,792,432 B2**
(45) **Date of Patent:        Jul. 29, 2014**

(54) **PRIORITIZING RACH MESSAGE CONTENTS**

(75) Inventors: **Brian Martin**, Farnham (GB); **Keiichi Kubota**, Weybridge (GB)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 435 days.

(21) Appl. No.: **13/026,512**

(22) Filed: **Feb. 14, 2011**

(65) **Prior Publication Data**

US 2012/0207102 A1     Aug. 16, 2012

(51) **Int. Cl.**
*H04W 4/00*          (2009.01)

(52) **U.S. Cl.**
USPC .......................................... **370/329**; 370/331

(58) **Field of Classification Search**
USPC .......... 370/329, 331; 455/436, 437, 438, 442, 455/443, 444
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,487,420 | B1 | * | 11/2002 | Jonsson | 455/522 |
| 6,845,238 | B1 | * | 1/2005 | Muller | 455/436 |
| 6,847,420 | B2 | * | 1/2005 | Lazarev et al. | 349/96 |
| 2004/0228313 | A1 | * | 11/2004 | Cheng et al. | 370/342 |
| 2008/0045213 | A1 | * | 2/2008 | Norris et al. | 455/435.1 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1 720 373 | A1 | 11/2006 |
| EP | 1720373 | A1 * | 11/2006 |

OTHER PUBLICATIONS

3GPP TSG RAN WG2 Meeting #71, R2-104524, Madrid, Spain, Aug. 23-27, 2010, Nokia Corporation, "Addition of Optimised RACH Message Types", (16 pages).
3GPP TSG-RAN WG2 Meeting #71 bis, R2-105713, Xian, China, Oct. 11-15, 2010, Nokia Corporation, Nokia Siemens Networks, "Analysis on RACH Signalling", (6 pages).
3GPP TSG-RAN WG2 Meeting #72 bis, R2-110304, Dublin, Ireland, Jan. 17-21, 2011, Renesas Electronics Europe, "RACH Signalling Optimisation Considerations", (4 pages).
"Addition of optimised RACH message types", Nokia Corporation, 3GPP TSG-RAN WG2 Meeting #71, R2-104524, Aug. 2010, 15 pgs.
"Analysis on RACH signalling", Nokia Corporation, 3GPP TSG-RAN WG2 Meeting #71bis, R2-105713, Oct. 2010, 5 pgs.
"3rd Generation Partnership Project; Technical Specification Group Radio Access Network' Radio Resource Control (RRC); Protocol specification (Release 10)", 3GPP TS 25.331 V10.2.0, Dec. 2010, 42 pgs.

* cited by examiner

*Primary Examiner* — Andrew Lai
*Assistant Examiner* — Sumitra Ganguly
(74) *Attorney, Agent, or Firm* — Stanton IP Law

(57) **ABSTRACT**

A network/base station broadcasts an indication to direct a user equipment how to prioritize information for inclusion in an uplink message to be sent on a random access channel RACH. By example one value of the indication directs a user equipment UE to prioritize inter-frequency over intra-frequency neighbor cell measurements for inclusion in the uplink message; and another value (or absence) of the indication directs a UE to prioritize intra-frequency over inter-frequency neighbor cell measurements for inclusion in the uplink message. A UE receiving the broadcast indication constructs the uplink message which includes information that is prioritized in accordance with the indication so as not to exceed a maximum message size. There are also embodiments with second and/or further/third indications in the broadcast system information for more efficiently utilizing the available space in the RACH message, which by example is an RRC Connection Request message in which UE capability information may be prioritized higher or lower than the measurement information.

**14 Claims, 4 Drawing Sheets**



U.S. Patent     Jul. 29, 2014     Sheet 1 of 4     US 8,792,432 B2



Figure 1

U.S. Patent          Jul. 29, 2014          Sheet 2 of 4          US 8,792,432 B2



**Figure 2**



302: broadcast an indication directing a UE how to prioritize information for inclusion in an uplink message to be sent on a random access channel

304:
- 1st value of the indication directs a UE to prioritize inter-frequency neighbor cell measurements over intra-frequency neighbor cell measurements for inclusion in the UL message;
- 2nd value of the indication directs a UE to prioritize intra-frequency neighbor cell measurements over inter-frequency neighbor cell measurements for inclusion in the UL message

306: broadcast a second indication in the system information for indicating support for different message types

308: broadcast a further indication in the system information for prioritizing neighbor cell measurement results over capabilities of the user equipment for inclusion in the uplink message to be sent on the random access channel

Figure 3A

310: receive a broadcast indication for prioritizing information for inclusion in an uplink message to be sent on a random access channel

312: construct the uplink message which includes information that is prioritized in accordance with the broadcast indication so as not to exceed a maximum message size

314:
- 1st value of the indication directs that inter-frequency neighbor cell measurements are prioritized over intra-frequency neighbor cell measurements for inclusion in the UL message;
- 2nd value of the indication (or lack of the indication altogether) directs that intra-frequency neighbor cell measurements are prioritized over inter-frequency neighbor cell measurements for inclusion in the UL message

316: receive a broadcast second indication in the system information for indicating support for different message types (different ones of the message types allow different volumes of the prioritized information)

318: receive a broadcast further indication in the system information for prioritizing neighbor cell measurement results over capabilities of the UE for inclusion in the UL message to be sent on the RACH

Figure 3B



Figure 4

US 8,792,432 B2

**1**

## PRIORITIZING RACH MESSAGE CONTENTS

### TECHNICAL FIELD

The exemplary and non-limiting embodiments of this invention relate generally to wireless communication systems, methods, devices and computer programs, and more specifically relate to efficient utilization of uplink RACH messages and signaling for implementing such efficiency.

### BACKGROUND

The following abbreviations that may be found in the specification and/or the drawing figures are defined as follows:

3GPP third generation partnership project
BCCH broadcast channel
CCCH common control channel
DL downlink (node B towards UE)
IE information element
MAC medium access control
Node B base station
RACH random access channel
RRC radio resource control
UE user equipment
UL uplink (UE towards node B)
UTRA universal terrestrial radio access
UTRAN universal terrestrial radio access network
UMTS universal mobile telecommunications system
WCDMA wideband code division multiple access

Various radio technologies utilize various RACH procedures for a UE to gain contention-based access to a network. The RACH is one of multiple CCCHs, and in the UTRAN system the RACH procedure includes the UE sending an access message which includes a preamble part and a message part. The UE seeking connection to a WCDMA base station first transmits a preamble (signature sequence) on a RACH and then listens on an acquisition indicator channel AICH for a acquisition indicator AI corresponding to that preamble. If that AI is not received, the UE tries again and continues the process until it receives a corresponding AI. At that point the UE can then transmit the message part of its access message, which is also sent UL on the RACH. This message part is termed a RRC Connection Request in UTRAN.

Being on the RACH, the transport block size of the UE's RRC Connection Request message is tightly limited. Several 3GPP releases have added extensions to this message and it is now near if not at its size limit. Specifically, the maximum size of UL CCCH messages is 166 bits: the RACH transport block size (168 bits) less the size of the MAC header (2 bits). A more detailed analysis of this bit-size may be seen at document R2-105713 entitled "ANALYSIS ON RACH SIGNALLING" (3GPP TSG-RAN WG2 Meeting #71bis; Xian, China; 11-15 Oct. 2010; by Nokia Corporation and Nokia Siemens Networks), which sets forth that there are currently occasions in which the 166 bit size is too limiting.

One type of information which the UE reports on the RACH in its RRC Connection Request message is neighbor cell measurements. Consider FIG. **1**: the UE sends its RRC Connection Message UL to base station A on that station's RACH, but this UE is near the border of two other cells controlled by respective base stations B and C. Base station A would like to have the UE's neighbor cell measurements from those other cells so it can make timely and proper decisions for handing over the UE. While the UE also sends neighbor cell measurements at other times and on other channels once

**2**

the UE is in a RRC-Connected state for routine mobility, base station A would like to have those measurements as soon as the UE attempts access on the RACH so base station A can re-direct the UE's RRC connection to another neighbor base station if that neighbor is more appropriate for the requesting UE.

UEs which support features from 3GPP Release 7 and onwards support neighbor cell measurements for both inter-frequency and intra-frequency neighbors of the RACH base station. For such a UE the network/base station A would require the UE to send measured results on the RACH for both those types of neighbors, but this would exceed the RACH message size limit

To resolve this issue, current 3GPP specifications require the UE to check the message size, and if exceeded the UE shall omit RACH measured results starting with inter-frequency results. Specifically, subclause 8.5.23 of 3GPP TS 25.331 V10.0.0 states (emphasis added):

1> for messages transmitted on CCCH, take care that the maximum allowed message size is not exceeded when forming the IE "Measured results on RACH", i.e. limit the number of included neighbour cells or if required omit the IE "Measured results on RACH" altogether. When limiting the number of included neighbouring cells, the number of inter-frequency cells should be limited first i.e. inter-frequency cells should be omitted before limiting the number of intra-frequency cells.

In relevant teachings, document R2-104524 which is a Change Request for TR 25.331 V10.0.0 entitled "ADDITION OF OPTIMISED RACH MESSAGE TYPES" (3GPP TSG-RAN WG2 Meeting #71; Madrid, Spain; 23-27 Aug. 2010; by Nokia Corporation and Nokia Siemens Networks) introduce a new RACH message type which removes the non-critical extension indicators in abstract syntax notation asn1. But the message space saved with this new RACH message type is not enough to allow the UE to include neighbor cell measurements for both inter-frequency and intra-frequency neighbors in its UL RACH message.

The inventors consider the current approach in 3GPP as static approach and overly limiting, whereas the new RACH message noted above is not a solution either. The exemplary embodiments presented below resolve the above problems to a much greater extent than either the current 3GPP solution or the new RACH message type.

### SUMMARY

In a first exemplary embodiment of the invention there is an apparatus comprising at least one processor and at least one memory storing a computer program. In this embodiment the at least one memory with the computer program is configured with the at least one processor to cause the apparatus to at least broadcast an indication for directing a user equipment how to prioritize information for inclusion in an uplink message to be sent on a random access channel.

In a second exemplary embodiment of the invention there is a method comprising: in a first instance, broadcasting an indication having a first value which directs a user equipment to prioritize inter-frequency neighbor cell measurements over intra-frequency neighbor cell measurements for inclusion in an uplink message to be sent on a random access channel; and in a second instance, directing a user equipment to prioritize intra-frequency neighbor cell measurements over inter-frequency neighbor cell measurements for inclusion in an uplink message to be sent on the random access channel by broadcasting a second value of the indication or by not broadcasting the indication.

US 8,792,432 B2

**3**

In a third exemplary embodiment of the invention there is a computer readable memory storing a computer program comprising code for broadcasting an indication to direct a user equipment how to prioritize information for inclusion in an uplink message to be sent on a random access channel.

In a fourth exemplary embodiment of the invention there is an apparatus comprising at least one processor and at least one memory storing a computer program. In this embodiment the at least one memory with the computer program is configured with the at least one processor to cause the apparatus to at least: receive a broadcast indication for prioritizing information for inclusion in an uplink message to be sent on a random access channel; and construct the uplink message which includes information that is prioritized in accordance with the broadcast indication so as not to exceed a maximum message size.

In a fifth exemplary embodiment of the invention there is a method comprising: receiving a broadcast indication for prioritizing information for inclusion in an uplink message to be sent on a random access channel; and constructing the uplink message which includes information that is prioritized in accordance with the broadcast indication so as not to exceed a maximum message size.

In a sixth exemplary embodiment of the invention there is a computer readable memory storing a computer program comprising: code for receiving a broadcast indication for prioritizing information for inclusion in an uplink message to be sent on a random access channel; and code for constructing the uplink message which includes information that is prioritized in accordance with the broadcast indication so as not to exceed a maximum message size.

These and other embodiments and aspects are detailed below with particularity.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic drawing of neighboring wireless network cells with a user equipment within one cell for illustrating an exemplary environment in which embodiments of the invention may be practiced to advantage.

FIG. **2** is a process flow diagram illustrating discrete steps and decisions according to an exemplary embodiment of the invention.

FIGS. **3**A-B are logic flow diagrams illustrating from the respective perspectives of a network access node and a user equipment the operation of a method, and a result of execution of computer program instructions embodied on a computer readable memory, in accordance with the exemplary embodiments of this invention.

FIG. **4** is a simplified block diagram of a UE in communication with a wireless network including a radio network controller RNC and a Node B, and illustrates exemplary electronic devices suitable for use in practicing exemplary embodiments of this invention.

### DETAILED DESCRIPTION

Assume for example that base station B of FIG. **1** is an inter-frequency neighbor of base station A, and base station C is an intra-frequency neighbor of base station A. The UE takes measurements of both but there is insufficient headroom in the RRC Connection Request message to include both measurement results. If the UE followed the current 3GPP directive noted in the background section above it would always send only the measurement results for base station C which is an intra-frequency neighbor cell and omit the inter-frequency neighbor cell measurement results for base station B.

**4**

Generally, a base station/cell is considered intra-frequency with respect to base station/cell A when it uses a same radio frequency for UE connections as does base station/cell A, and is inter-frequency with respect to base station/cell A when it uses a different radio frequency for UE connections as does base station/cell A.

Some networks use the inter-frequency measurement results to determine whether the RRC connection can be redirected to another frequency (for example, for load balancing, or for a particular service). If the UE omits these results as is always the case under current 3GPP specifications whenever the CCH message size is limiting to what the UE can report, then the network can no longer use this information to determine whether re-direction is possible. This will impact certain network load-balancing algorithms and potentially impact the reliability of re-direction. But the more common case in practice is for the base station to use the inter-frequency measurement results for re-directing the UE to another frequency. Using intra-frequency measurement results for a soft handover in a UE connection setup is not very common in practice.

Exemplary embodiments of this invention give the network (e.g., base station A) the option of having the UE report the inter-frequency measurement results and omit the intra-frequency measurement results where the CCCH message size will not admit them both. In an exemplary embodiment the network exercises this option by indicting in signaling how to perform prioritization of RACH measurement results which are to be included or omitted if the transport block size is insufficient to include all measurement results.

In one exemplary embodiment, the network utilizes inter-frequency measurement results and so the network indicates that inter-frequency measurement results have priority over intra-frequency measurement results. In this embodiment the network makes this indication in the system information which it broadcasts. For this case, the UE in response to reading that indication in the system information shall first omit intra-frequency measurement results in order that the message size is not exceeded. By example, this indication can be implemented as only a single bit in system information. If the bit has one value the UE shall first omit intra-frequency measurement results, and if the bit has an opposite value or is not broadcast at all then the UE shall first omit inter-frequency measurement results as is the current but inflexible practice in 3GPP specifications.

The above embodiment may be implemented by adoption into a wireless specification. By example, such a specification might incorporate the following exemplary but non-limiting language which is adapted from that in the background section to reflect this aspect of the invention:

1> for messages transmitted on CCCH, take care that the maximum allowed message size is not exceeded when forming the IE "Measured results on RACH", i.e. limit the number of included neighbour cells or if required omit the IE "Measured results on RACH" altogether. When limiting the number of included neighbouring cells:

2> If the IE "prioritise inter-frequency RACK measurement results" is present and set to "TRUE"

3> the number of intra frequency cells should be limited first i.e. intra frequency cells should be omitted before limiting the number of inter-frequency cells.

2> Otherwise:

3> the number of inter-frequency cells should be limited first i.e. inter-frequency cells should be omitted before limiting the number of intra-frequency cells.

US 8,792,432 B2

**5**

In another embodiment, the above flexible priority is used in conjunction with the new RACH message type detailed at document R2-104524 (referenced in the background section above). This makes it less likely that the measurement results will exceed the upwardly-limited size of the RACH message. But if some measurement results still must be omitted, then by omitting the intra-frequency results in accordance with the indicator in the system information still allows the network to perform re-redirection based on the inter-frequency measurements which the UE does include in its UL RACH message. If the above measurement result prioritization indication is considered a first indication, then the network may also broadcast a second indication to indicate whether or not it supports the new RACH message type. By example, the first and second indications can be implemented as two bits in system information: one bit as the first indication to indicate how to prioritize the inter-frequency/intra-frequency measurement results, and another bit as the second indication to indicate whether the network supports the new RACH message format.

In a further exemplary embodiment which may be utilized with or without the new RACH message type, the network sends a third indication which indicates whether to prioritize particular RACH measurement results over particular UE capabilities for inclusion in the UL RACH message. Since this third indication may be used in various embodiments with or without the above-detailed second indication, this third indication is alternatively referred to herein as a further indication. For example, the network may use this third or further indication to indicate that the network supports features only from Release 8 and earlier. The UE which is compatible with Release 9 or Release 10 does not need to indicate in its RACH message whether it can support features which are specific to Release 9 or 10, since the network cannot utilize those features anyway. From this third or further indication the UE knows to prioritize measurement results over Release 9/10 features for inclusion in the UL RACH message. Additional bits beyond the first indication (and second indication of there are different RACH message types in use) are added to system information for this third or further indication; for example an enumerated type could be used to indicate which release the network supports, and hence from what release the UE can omit capabilities from its RACH message.

FIG. 2 illustrates an overview of the above process. At block 202 the network broadcasts on its BCCH prioritization information (indication) for prioritizing measurement results for inclusion in UL CCCH/RACH messages. At block 204 the UE, after having listened to the BCCH, triggers connection establishment and constructs a RRC Connection Request message. At block 206 the UE checks the size of that message, which is not yet sent, against the maximum transport block size allowed on the CCCH/RACH. If the message size checked at block 206 does not exceed the maximum, then block 208 applies and the UE transmits the RRC Connection Request message which it constructed at block 204. If the message size checked at block 206 does exceed the maximum, then block 210 applies and the UE omits information elements IEs in the order of prioritization signaled by the network at block 202.

By example, block 210 operates as follows. If the network sent a third or further indication as detailed above the UE selectively drops from the block 204-constructed message any of its own capabilities included in that message which are beyond the network's own capabilities as indicated in that third/further indication. The UE re-checks the message size at block 206, and if it still exceeds the maximum then block 210 is re-entered. From the first indication as detailed above

**6**

which was broadcast at block 202, the UE selectively drops from what remains of the block 204-constructed message the intra-frequency measurement results or the inter-frequency measurement results, whichever is indicated by that first indication as having the lesser priority.

FIGS. 3A-B are logic flow diagrams which describe these exemplary embodiments of the invention from the perspective of the access node/base station and the UE, respectively. FIGS. 3A-B may each be considered to illustrate the operation of a method, and a result of execution of a program of computer instructions stored in a computer readable memory, and a specific manner in which components of an electronic device are configured to cause that electronic device to operate. The various blocks shown in FIGS. 3A-B may also be considered as a plurality of coupled logic circuit elements constructed to carry out the associated function(s), or specific result of strings of computer program code stored in a memory.

From the perspective of the base station, in FIG. 3A there is broadcast at block 302 an indication to direct a user equipment how to prioritize information for inclusion in an uplink message to be sent on a random access channel. Further elements of FIG. 3A are optional and go to the specific exemplary embodiments variously detailed above.

Block 304 specifies that a first value of the indication directs a UE to prioritize inter-frequency neighbor cell measurements over intra-frequency neighbor cell measurements for inclusion in the uplink message; and a second value of the indication or outright omission of the indication from being broadcast directs a UE to prioritize intra-frequency neighbor cell measurements over inter-frequency neighbor cell measurements for inclusion in the uplink message. Blocks 302 and 304 may be combined from the base station's perspective to broadcast in a first instance the indication having the first value and in a second instance broadcasting the indication having the second value or not broadcasting the indication at all, since the network/base station can change the value of that indication (or refrain from broadcasting it) as the network deems appropriate.

At block 306, if we consider the indication at block 302/304 as a first indication then the base station broadcasts a second indication in the system information for indicating that the base station supports different message types.

And at block 308, which may be combined with block 306 but not necessarily, the base station broadcasts a third or further indication in the system information for prioritizing neighbor cell measurement results over capabilities of the user equipment for inclusion in the uplink message to be sent on the random access channel.

From the perspective of the UE, in FIG. 3B there is received at block 310 a broadcast indication for prioritizing information for inclusion in an uplink message to be sent on a random access channel. At block 312 the UE constructs the uplink message which includes information that is prioritized in accordance with the broadcast indication so as not to exceed a maximum message size. Further elements of FIG. 3B are optional and go to the specific exemplary embodiments variously detailed above.

Block 314 specifies that a first value of the indication directs that inter-frequency neighbor cell measurements are prioritized over intra-frequency neighbor cell measurements for inclusion in the uplink message; and a second value of the indication or omission of the indication altogether directs that intra-frequency neighbor cell measurements are prioritized over inter-frequency neighbor cell measurements for inclusion in the uplink message.

US 8,792,432 B2

7

If we consider the indication received at block **310** as a first indication then the UE receives at block **316** a broadcast second indication in the system information for indicating that the access node supports different message types, in which different ones of the message types allow different volumes of the prioritized information.

And at block **318**, which may be combined with block **316** but not necessarily, the UE receives a broadcast third or further indication in the system information for prioritizing neighbor cell measurement results over capabilities of the UE for inclusion in the uplink message to be sent on the RACH. In this case the constructing of block **312** means that the UE constructs the uplink message to include information that is prioritized in accordance with the broadcast first and third/further indications so as not to exceed the maximum message size.

The blocks of FIGS. **3**A-B and the functions they represent are non-limiting examples, and may be practiced in various components such as integrated circuit chips and modules, and that the exemplary embodiments of this invention may be realized in an apparatus that is embodied as an integrated circuit. The integrated circuit, or circuits, may comprise circuitry (as well as possibly firmware) for embodying at least one or more of a data processor or data processors, a digital signal processor or processors, baseband circuitry and radio frequency circuitry that are configurable so as to operate in accordance with the exemplary embodiments of this invention.

One technical effect and advantage of these exemplary embodiments is that the UE is enabled to prioritize the content of the RRC Connection Request message more efficiently, an effect which is enhanced even further by the second and/or third indications detailed above. The solutions presented herein also avoids features in the network being redundant, or unusable or unreliable, and also provides a general framework for extending the RRC Connection Request to remain a viable message for future releases of UTRAN and E-UTRAN.

Reference is now made to FIG. **4** for illustrating a simplified block diagram of various electronic devices and apparatus that are suitable for use in practicing the exemplary embodiments of this invention. In FIG. **4** a wireless network (node B **22** and RNC **24**) is adapted for communication over a wireless link **21** with an apparatus, such as a mobile terminal or UE **20**, via a network access node, such as a base or relay station or more specifically a node B **22**. The network may include a node (e.g., the RNC **24**) which provides connectivity with further networks (e.g., a publicly switched telephone network PSTN and/or a data communications network/Internet).

The UE **20** includes processing means such as at least one data processor (DP) **20**A, storing means such as at least one computer-readable memory (MEM) **20**B storing at least one computer program (PROG) **20**C, communicating means such as a transmitter TX **20**D and a receiver RX **20**E for bidirectional wireless communications with the node B **22** via one or more antennas **20**F. Also stored in the MEM **20**B is an algorithm or a set of rules **20**G for prioritizing RRC Connection Request messages according to values of indicators received on broadcast channels.

The node B **22** also includes processing means such as at least one data processor (DP) **22**A, storing means such as at least one computer-readable memory (MEM) **22**B storing at least one computer program (PROG) **22**C, and communicating means such as a transmitter TX **22**D and a receiver RX **22**E for bidirectional wireless communications with the UE **20** via one or more antennas **22**F. There is a data and/or

8

control path **25** coupling the node B **22** with the RNC **24**, and another data and/or control path **23** coupling the node B **22** to other node B's/access nodes. Also stored in the MEM **22**B of the node B **22** is an algorithm or a set of rules **22**G for prioritizing RRC Connection Request messages according to values of indicators received on broadcast channels, so the node B **22** knows what values to set for the indicators it broadcasts.

The RNC **24** includes processing means such as at least one data processor (DP) **24**A, storing means such as at least one computer-readable memory (MEM) **24**B storing at least one computer program (PROG) **24**C, and communicating means such as a modem **24**H for bidirectional wireless communications with the Node B **22** via the data/control path **25**. While not particularly illustrated for the UE **20** or node B **22**, those devices are also assumed to include as part of their wireless communicating means a modem which may be inbuilt on an RF front end chip within those devices **20**, **22** and which also carries the TX **20**D/**22**D and the RX **20**E/**22**E.

At least one of the PROGs **20**C in the UE **20** is assumed to include program instructions that, when executed by the associated DP **20**A, enable the device to operate in accordance with the exemplary embodiments of this invention, as detailed above. The UE **20** and the node B **22** may also have software to implement certain aspects of these teachings for implementing the indications/indicators which are broadcast DL. In these regards the exemplary embodiments of this invention may be implemented at least in part by computer software stored on the MEM **20**B, **22**B which is executable by the DP **20**A of the UE **20** and/or by the DP **22**A of the node B **22**, or by hardware, or by a combination of tangibly stored software and hardware (and tangibly stored firmware). Electronic devices implementing these aspects of the invention need not be the entire UE **20** or node B **22**, but exemplary embodiments may be implemented by one or more components of same such as the above described tangibly stored software, hardware, firmware and DP, or a system on a chip SOC or an application specific integrated circuit ASIC.

In general, the various embodiments of the UE **20** can include, but are not limited to personal portable digital devices having wireless communication capabilities, including but not limited to cellular telephones, navigation devices, laptop/palmtop/tablet computers, digital cameras and music devices, and Internet appliances. Exemplary embodiments of these teachings may be embodied within such a UE, or one or more components thereof, any of which is generally termed herein as an apparatus. Other exemplary embodiments of these teachings may be embodied within the node B or more generally a wireless access node, or one or more components thereof, any of which is also generally termed herein as an apparatus.

Various embodiments of the computer readable MEMs **20**B, **22**B and **24**B include any data storage technology type which is suitable to the local technical environment, including but not limited to semiconductor based memory devices, magnetic memory devices and systems, optical memory devices and systems, fixed memory, removable memory, disc memory, flash memory, DRAM, SRAM, EEPROM and the like. Various embodiments of the DPs **20**A, **22**A and **24**A include but are not limited to general purpose computers, special purpose computers, microprocessors, digital signal processors (DSPs) and multi-core processors.

Various modifications and adaptations to the foregoing exemplary embodiments of this invention may become apparent to those skilled in the relevant arts in view of the foregoing description. While the exemplary embodiments have been described above in the context of the UTRAN system, it

US 8,792,432 B2

**9**

should be appreciated that the exemplary embodiments of this invention are not limited for use with only this one particular type of wireless communication system, and that they may be used to advantage in other wireless communication systems such as for example E-UTRAN, GERAN and others which utilize a RACH access procedure.

Further, some of the various features of the above non-limiting embodiments may be used to advantage without the corresponding use of other described features. The foregoing description should therefore be considered as merely illustrative of the principles, teachings and exemplary embodiments of this invention, and not in limitation thereof.

What is claimed is:

**1**. An apparatus, comprising:

at least one processor; and

at least one memory storing a computer program;

wherein the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus to at least:

broadcast an indication to direct a user equipment whether to prioritize inter-frequency or intra-frequency neighbor cell measurements for inclusion in an uplink connection request message to be sent on a random access channel;

in which one value of the indication directs the user equipment to prioritize the inter-frequency neighbor cell measurements over the intra-frequency neighbor cell measurements for inclusion in the uplink connection request message; and the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus to direct the user equipment to prioritize the intra-frequency neighbor cell measurements over the inter-frequency neighbor cell measurements for inclusion in the uplink connection request message by broadcasting the indication having a different value or by not broadcasting the indication, and

in which the indication is within an information element of system information sent on a broadcast channel from an access node of a UTRAN or an E-UTRAN wireless system, and the uplink connection request message is a Radio Resource Control Connection Request message.

**2**. The apparatus according to claim **1**, in which the size of the uplink connection request message is upwardly limited, and the one value of the indication directs the user equipment to exclude from the uplink connection request message the intra-frequency neighbor cell measurement results as necessary so as not to exceed the upward limit.

**3**. The apparatus according to claim **1**, in which the indication is a first indication and the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus further to at least:

broadcast a second indication in the information element of the system information for indicating that the apparatus supports different message types.

**4**. The apparatus according to claim **1**, in which the indication is a first indication and the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus further to at least:

broadcast a further indication in the information element of the system information indicating whether to prioritize the neighbor cell measurements over capabilities of the user equipment for inclusion in the uplink Radio Resource Control Connection Request message to be sent on the random access channel.

**5**. A method comprising:

a network access node directing one user equipment to prioritize inter-frequency neighbor cell measurements over intra-frequency neighbor cell measurements for

**10**

inclusion in its uplink connection request message to be sent on a random access channel by broadcasting an indication having one value; and

the network access node directing another user equipment to prioritize intra-frequency neighbor cell measurements over inter-frequency neighbor cell measurements for inclusion in its uplink connection request message to be sent on the random access channel by broadcasting the indication having a different value or by not broadcasting the indication;

in which the indication is within an information element of system information sent on a broadcast channel and the method is executed by the network access node which is an access node of a UTRAN or an E-UTRAN wireless system, and each uplink connection request message is a Radio Resource Control Connection Request message.

**6**. The method according to claim **5**, in which the size of each uplink connection request message is upwardly limited, and the one value of the indication directs the one user equipment to exclude from its uplink connection request message the intra-frequency neighbor cell measurements as necessary so as not to exceed the upward limit.

**7**. The method according to claim **5**, in which the indication is a first indication and the method further comprises:

the network access node further broadcasting a second indication in the information element of the system information for indicating that the network access node supports different message types.

**8**. The method according to claim **5**, in which the indication is a first indication and the method further comprises:

the network access node additionally broadcasting a further indication in the information element of the system information indicating whether to prioritize the neighbor cell measurements over capabilities of the user equipment for inclusion in the respective user equipment's Radio Resource Control Connection Request message to be sent on the random access channel.

**9**. An apparatus, comprising:

at least one processor; and

at least one memory storing a computer program;

wherein the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus to at least:

receive a broadcast indication indicating whether to prioritize inter-frequency or intra-frequency neighbor cell measurements for inclusion in an uplink connection request message to be sent on a random access channel; and

construct the uplink connection request message which includes the measurements that are prioritized in accordance with the broadcast indication so as not to exceed a maximum size of the uplink connection request message

in which one value of the indication directs that the inter-frequency neighbor cell measurements are prioritized over the intra-frequency neighbor cell measurements for inclusion in the uplink connection request message; and a different value of the indication or omission of the indication directs that the intra-frequency neighbor cell measurements are prioritized over the inter-frequency neighbor cell measurements for inclusion in the uplink connection request message, and

in which the indication is within an information element of system information received on a broadcast channel from an access node of a UTRAN or an E-UTRAN wireless system, and the uplink connection request message is a Radio Resource Control Connection Request message.

US 8,792,432 B2

**11**

**10**. The apparatus according to claim **9**, in which the indication is a first indication and the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus further to at least:

receive a broadcast second indication in the information element of the system information for indicating that the access node supports different message types, in which different ones of the message types allow different volumes of the prioritized measurements.

**11**. The apparatus according to claim **9**, in which the indication is a first indication and the at least one memory storing the computer program is configured with the at least one processor to cause the apparatus further to at least:

receive a broadcast further indication in the information element of the system information indicating whether to prioritize the neighbor cell measurements over capabilities of the user equipment for inclusion in the uplink connection request message to be sent on the random access channel; and

construct the uplink connection request message which includes information that is prioritized in accordance with the broadcast first and further indications so as not to exceed the maximum size of the uplink connection request message.

**12**. A method comprising:

receiving, by a user equipment, a broadcast indication indicating whether to prioritize inter-frequency or intra-frequency neighbor cell measurements for inclusion in an uplink connection request message to be sent on a random access channel; and

constructing the uplink connection request message which includes measurements that are prioritized in accordance with the broadcast indication so as not to exceed a maximum size of the uplink connection request message;

in which one value of the indication directs that the inter-frequency neighbor cell measurements are prioritized over the intra-frequency neighbor cell measurement

**12**

results for inclusion in the uplink connection request message; and a different value of the indication or omission of the indication directs that the intra-frequency neighbor cell measurements are prioritized over the inter-frequency neighbor cell measurements for inclusion in the uplink connection request message, and

in which the indication is within an information element of system information received on a broadcast channel from an access node of a UTRAN or an E-UTRAN wireless system, and the uplink connection request message is a Radio Resource Control Connection Request message.

**13**. The method according to claim **12**, in which the indication is a first indication and the method further comprises:

receiving, by the user equipment, a broadcast second indication in the information element of the system information for indicating that the access node broadcasting the information element of the system information supports different message types, in which different ones of the message types allow different volumes of the prioritized measurement results.

**14**. The method according to claim **12**, in which the indication is a first indication and the method further comprises:

receiving, by the user equipment, a broadcast further indication in the information element of the system information indicating whether to prioritize the neighbor cell measurements over capabilities of the user equipment for inclusion in the uplink connection request message to be sent on the random access channel; and

constructing the uplink connection request message which includes information that is prioritized in accordance with the broadcast first and further indications so as not to exceed the maximum size of the connection request message.

*    *    *    *    *