| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Jorge Espinosa, Esq. (SBN 779032)<br>Gray Robinson, P.A.<br>333 S.E. 2nd Ave., Suite 300<br>Miami, FL 33131<br>ATTORNEY FOR   Plaintiff | (305) 416-6880 | |
| SOUTHERN DISTRICT, MIAMI<br>400 North Miami Avenue<br>Miami, FL 33128 | | |
| SHORT TITLE OF CASE:<br>Bell Northern Research, LLC v. HMD America, Inc., et al. | | |
| DATE:           TIME:           DEP./DIV. | | CASE NUMBER:<br>1:22-cv-21035-RNS |
| **Declaration of Service** | | Ref. No. or File No:<br>22-cv-21035 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint for Patent Infringement Jury Trial Demanded ; Civil Cover Sheet; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Exhibit K; Exhibit L; Exhibit M**

On: **Unisoc Technologies Co., Ltd.**

I served the summons at:

**10180 Telesis Ct Ste 500,  San Diego, CA 92121**

On: **5/11/2022**            Date:  **12:24 PM**

In the above mentioned action  by substituted service and leaving with

**Shawn "Doe"  -  Employee**
**Gender: Male Age: 41 Height: 5'7" Weight: 181 Race: Caucasian Hair: Brown Other: Brown Eyes**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **ROLANDO BENITEZ** - Registration: **2265** - County: **San Diego**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**ROLANDO BENITEZ**                              Date: **05/12/2022**

Declaration of Service                              Invoice #: 5884554

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Jorge Espinosa, Esq. (SBN 779032)<br>Gray Robinson, P.A.<br>333 S.E. 2nd Ave., Suite 300<br>Miami, FL 33131<br>ATTORNEY FOR Plaintiff | (305) 416-6880 | |
| SOUTHERN DISTRICT, MIAMI<br>400 North Miami Avenue<br>Miami, FL 33128 | | |
| SHORT TITLE OF CASE:<br>Bell Northern Research, LLC v. HMD America, Inc., et al. | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>1:22-cv-21035-RNS |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>22-cv-21035 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **05/11/2022**, I served the within:
**Summons in a Civil Action; Complaint for Patent Infringement Jury Trial Demanded ; Civil Cover Sheet; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Exhibit G; Exhibit H; Exhibit I; Exhibit J; Exhibit K; Exhibit L; Exhibit M**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **San Jose**, California, addressed as follows:

**Unisoc Technologies Co., Ltd.**
**10180 Telesis Ct Ste 500, San Diego, CA 92121**

Declarant:

a. Name: **Krista Cantu**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*/s/ K. Cantu*
Krista Cantu                     Date: **05/12/2022**

Declaration of Service by Mail                     Invoice #: 5884554