## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## Civil Action No. 1:22-cv-21035-RNS

| | |
|---|---|
| BELL NORTHERN RESEARCH, LLC, <br><br> Plaintiff <br><br> v. <br><br> HMD AMERICA, INC.; HMD GLOBAL OY; SHENZHEN CHINO-E COMMUNICATION CO. LTD.; HON HAI PRECISION INDUSTRY CO., LTD; TINNO MOBILE CORP.; UNISOC TECHNOLOGIES CO. LTD.; WINGTECH TECHNOLOGY CO.; LTD.; HUAQIN CO. LTD, <br><br> Defendants. | **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Bell Northern Research, LLC ("BNR" or "Plaintiff") hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) of Defendants HMD America, Inc. and HMD Global Oy and Defendants Shenzen Chino-E Communication Co. Ltd., Hon Hai Precision Industry Co., Tinno Mobile Corp, Unisoc Technologies Co. Ltd., Wingtech Technology Co. Ltd., and Huaqin Co. Ltd. (individually each a "Defendant" and collectively "Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendants have not yet answered the Complaint.  Accordingly, Plaintiff voluntarily dismisses this action against Defendants without prejudice pursuant to Rule 41(a)(1).

|  |  |
|---|---|
| Dated: August 25, 2022 | Respectfully submitted, |
|  | /s/ Jorge Espinosa |
|  | Jorge Espinosa, Esq. |
|  | Florida Bar No. 779032 |
|  | jorge.espinosa@gray-robinson.com |
|  | **GrayRobinson, P.A.** |
|  | 333 S.E. 2nd Avenue |
|  | Suite 3200 |
|  | Miami, Florida 33131 |
|  | Telephone: (305) 416-6880 |
|  | Facsimile: (305) 650-8530 |

**Devlin Law Firm LLC**
Paul Richter (*pro hac vice*)
prichter@devlinlawfirm.com
Christopher Clayton (*pro hac vice*)
cclayton@devlinlawfirm.com
Adam Woodward
awoodward@devlinlawfirm.com
1526 Gilpin Avenue,
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff Bell Northern Research, LLC*